AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| STATE OF WASHINGTON, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-244 |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF WASHINGTON                                                                                              .

Date:   02/07/2025                                                    /s/ Neal Luna
                                                                              *Attorney's signature*

                                                                   NEAL LUNA, WSBA #34085
                                                                   *Printed name and bar number*

                                                                   800 Fifth Avenue, Suite 2000
                                                                   P.O. Box TB-14
                                                                   Seattle, WA 98104-3188
                                                                              *Address*

                                                                   Neal.Luna@atg.wa.gov
                                                                              *E-mail address*

                                                                   (206) 464-7744
                                                                              *Telephone number*

                                                                              *FAX number*