AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| STATE OF WASHINGTON, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 2:25-cv-244 |
| DONALD J. TRUMP, et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF WASHINGTON                                                                                                              .

Date:    02/07/2025                                             /s/ Cynthia Alexander
                                                                                    *Attorney's signature*

                                                                        CYNTHIA ALEXANDER, WSBA #46019
                                                                                *Printed name and bar number*

                                                                            800 Fifth Avenue, Suite 2000
                                                                                      P.O. Box TB-14
                                                                                 Seattle, WA 98104-3188
                                                                                          *Address*

                                                                            Cynthia.Alexander@atg.wa.gov
                                                                                      *E-mail address*

                                                                                       (206) 464-7744
                                                                                    *Telephone number*

                                                                                         *FAX number*