AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| STATE OF WASHINGTON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-244 |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PHYSICIAN PLAINTIFFS 1-3                                                                                                           .

Date:   02/07/2025                                                                    /s/ Lauryn Fraas
                                                                                                        *Attorney's signature*

                                                                                      LAURYN FRAAS, WSBA #53238
                                                                                                  *Printed name and bar number*

                                                                                            800 Fifth Avenue, Suite 2000
                                                                                                        P.O. Box TB-14
                                                                                                  Seattle, WA 98104-3188
                                                                                                              *Address*

                                                                                              Lauryn.Fraas@atg.wa.gov
                                                                                                        *E-mail address*

                                                                                                      (206) 464-7744
                                                                                                    *Telephone number*


                                                                                                        *FAX number*