1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9

STATE OF WASHINGTON, et al.,

NO.

10

Plaintiffs,

DECLARATION OF
TIMOTHY H. DELLIT, MD

11

v.

12

DONALD J. TRUMP, in his official
capacity as President of the United States of
America, et al.,

13

14

Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF TIMOTHY H.
DELLIT, MD

1    I, Timothy H. Dellit, declare as follows:

2    1.    I am over the age of 18, competent to testify as to the matters herein, and attest to

3    the information set forth below through personal knowledge as well as though University of

4    Washington (UW) personnel who have assisted me in gathering this information from our

5    institution.

6    2.    I am the Chief Executive Officer (CEO) of UW Medicine, Executive Vice

7    President for Medical Affairs, and Paul G. Ramsey Endowed Dean of the UW School of

8    Medicine. I have held that position since 2023. I served previously as Chief Medical Officer for

9    UW Medicine, Executive Vice Dean for Clinical Affairs for the School of Medicine, Vice

10    President for Medical Affairs for UW, and President of UW Physicians, the physician group

11    practice for faulty in the School of Medicine. I earned my medical degree from Cornell

12    University Medical College and am board-certified in both Infectious Diseases and Internal

13    Medicine.

14    3.    UW Medicine is an integrated clinical, research and learning health system with

15    a single mission to improve the health of the public. UW Medicine is a family of organizations

16    that are operated or managed as part of an integrated health system. These organizations include

17    UW Medical Center (Montlake and Northwest campuses), UW Medicine Primary Care, the UW

18    School of Medicine, UW Physicians, Harborview Medical Center, and Airlift Northwest.

19    4.    As Dean of the School of Medicine, I oversee one of the nation's leading medical

20    schools. The UW School of Medicine is a leader in regional medical education and conducts

21    world-leading research across 31 clinical and biomedical research departments and multiple

22    research institutes and centers with areas of focus including behavioral health, neuroscience and

23    Alzheimer's disease, heart disease and stroke, infectious diseases, cancer, health metrics,

24    genomics and precision medicine, protein design and regenerative medicine.

25

26

DECLARATION OF                        1          ATTORNEY GENERAL OF WASHINGTON
TIMOTHY H. DELLIT, MD                             Complex Litigation Division
                                                 800 Fifth Avenue, Suite 2000
                                                 Seattle, WA 98104
                                                 (206) 464-7744

**UW School of Medicine's Commitment to Biomedical Research**

5.      From making kidney dialysis possible to winning the Nobel Prize for bone-marrow transplantation and most recently, the Nobel Prize for computational protein design, UW Medicine has a long tradition of leading-edge research that has yielded some of the most important innovations in the history of modern medicine.

6.      UW School of Medicine houses a robust research program with more than 1,000 faculty investigators, along with numerous students and trainees who also participate in the School of Medicine's research. Its faculty includes many members of the National Academy of Sciences, the National Academy of Medicine, and the Howard Hughes Medical Institute as well as recipients of Nobel, Gairdner, Lasker, and Shaw prizes. UW Medicine researchers explore every aspect of health and disease, from the molecular mechanisms of gene action to population studies of global illnesses and cancers.

7.      In federal fiscal year 2024, UW School of Medicine received $494 million in federal research grants, of which $388 million were direct awards and $105 million were subcontracts. Of the $494 million, $417 million were federal research grants from the United State Health and Human Services (HHS). These federal research grants covered a wide range of topics including allergy and infectious disease research ($76 million); cancer research ($27 million); diabetes, digestive & kidney research ($25 million); and cardiovascular disease research ($18 million).

8.      UW School of Medicine currently has direct research grants from the following federal agencies: Department of Agriculture, Department of Commerce, Department of Defense, Department of Education, Department of Energy, Department of Health and Human Services, Department of Veterans Affairs, National Aeronautics & Space Administration, National Science Foundation, and Office of the Director of National Intelligence.

DECLARATION OF
TIMOTHY H. DELLIT, MD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

9.  Federal research grants have enabled incredible medical advances by UW School of Medicine faculty, including these recent developments:

- Identification of how a new area of the brain is impacted by Alzheimer's disease, potentially allowing for an earlier diagnosis via MRI (NIH and VA);

- Development of a new gene therapy treatment for Duchenne muscular dystrophy (NIH);

- Development of a new care model to treat pain more effectively for traumatic brain injury patients (NIH);

- Development of a new electrical stimulation device to help restore hand function after spinal cord injury (NSF);

- New understanding of how X chromosome gene inactivation may protect women from autism disorder (NIH);

- Identification of new markers that can be measured in a blood test to determine the best way to treat aggressive forms of skin cancer (NIH);

- Identification of new markers that predict diabetic kidney disease in young adults with type 2 diabetes (NIH); and

- Identification of new cells in the brain that contribute to unexplained chronic pain, providing insights for treatment (NIH).

10.  UW Medicine ranks among the top academic research institutions to receive National Institutes of Health (NIH) funding. In federal fiscal year 2024, for instance, NIH funded approximately 650 UW School of Medicine grants.

11.  UW School of Medicine invests a significant amount of time and resources in the federal research grant application process. Simply preparing an NIH grant typically involves a one-to-two-year process of conducting background research, gathering data, and running pilot experiments. Preparing the grant application is often a multi-month process that frequently requires coordination across the institution. Thereafter, the grants are reviewed by other experts

DECLARATION OF
TIMOTHY H. DELLIT, MD                                    3                    ATTORNEY GENERAL OF WASHINGTON
                                                                                              Complex Litigation Division
                                                                                              800 Fifth Avenue, Suite 2000
                                                                                              Seattle, WA 98104
                                                                                              (206) 464-7744

1  in the field and the grants receiving the top scores by review panels are recommended for funding

2  (typically top 10-15% at NIH, although some federal agencies fund even fewer). The Council

3  for each NIH Institute makes the final decision, which typically takes about nine months to

4  receive. If a proposal is not funded, the research grant's scores and comments from the grant's

5  reviewers are available about five to six months after the proposal is submitted, which

6  researchers then use to perform additional experiments, revise their applications and submit

7  again (restarting the nine-month clock). If a proposal is funded, NIH grants typically range in

8  length from two year to five years, although they are sometimes longer depending on the type of

9  research. Researchers normally submit progress reports annually and receive annual funding

10  approval as long as progress is being made.

11       12.     UW School of Medicine depends upon the continued availability of the federal

12  research grants awarded to the school to continue its groundbreaking medical research.

13  **UW Medicine Provides Gender-Affirming Care**

14       13.     UW Medicine strives to provide patient-centered and inclusive care to all

15  patients, including to transgender and gender non-binary patients.

16       14.     UW Medicine's Transgender and Gender Non-Binary Health Program provides

17  gender-affirming medical care coordinated across a range of clinicians in the UW Medicine

18  system to its adult patients. When medically indicated and consistent with practice guidelines

19  and standards of care, including those from the World Professional Association for Transgender

20  Health and the Endocrine Society, UW Medicine offers a full range of gender-affirming surgical

21  care for its adult patients, age 18 and older.

22       15.     The UW School of Medicine Department of Pediatrics trains pediatric-focused

23  clinicians and advances research to improve the health of all children and adolescents.

24  Department faculty physicians provide primary and specialty pediatric care, including gender-

25  affirming medical care, to minor patients when medically indicated and necessary to serve the

26  patients' health needs.

DECLARATION OF                          4                    ATTORNEY GENERAL OF WASHINGTON
TIMOTHY H. DELLIT, MD                                              Complex Litigation Division
                                                                  800 Fifth Avenue, Suite 2000
                                                                      Seattle, WA 98104
                                                                       (206) 464-7744

1      16.    Gender-affirming medical care for patients under age 18 requires consent from a

2   parent or guardian that has medical decision-making rights for that patient, unless the patient is

3   an emancipated minor.

4   **Harms to UW Medicine from Executive Order 14187**

5      17.    I am familiar with Executive Order (EO) 14187, entitled "Protecting Children

6   from Chemical and Surgical Mutilation" EO 14187.

7      18.    As described above, UW School of Medicine receives hundreds of millions of

8   dollars in medical research grants from the Federal Government annually. These medical

9   research grants support operational and capital expenses including researchers, labs, and

10  equipment. UW School of Medicine attracts students, research staff, and faculty based on its

11  reputation as a leader in biomedical research. The ability of UW School of Medicine to achieve

12  its educational, research, and health care mission would be significantly impaired if it were

13  suddenly stripped of federal research or education grants under EO 14187.

14     19.    Public health would also be harmed. The research being conducted by UW School

15  of Medicine materially advances the science of medicine. If federal research grant funding to

16  UW School of Medicine is suddenly frozen or ended, key research projects would be left

17  unfinished, putting future medical treatments and breakthroughs at risk of not being developed

18  or discovered. This includes more than 650 NIH grants and other health research projects

19  covering a broad range of studies including Alzheimer's disease, cancer, diabetes, liver disease,

20  cardiovascular disease, autism and neurodevelopment disorders, asthma, opioid use disorder,

21  kidney disease, sleep apnea, Down Syndrome, and organ transplantation.

22     20.    Executive Order 14187 puts UW School of Medicine in an impossible position.

23  One of the goals of the UW School of Medicine is to meet the healthcare needs of the region,

24  which includes providing medical care to underserved populations. Consistent with this

25  commitment, we provide patient-centered and inclusive care, which includes gender-affirming

26  care to treat gender dysphoria. Ceasing to provide health care to treat gender dysphoria, would

1   undermine the UW School of Medicine's mission and its ethical duties to its patients and to the

2   community that it serves. At the same time, EO 14187 forces UW School of Medicine to risk

3   losing hundreds of millions of dollars in federal research grants simply because it provides lawful

4   healthcare services, consistent with the standards of care, to underserved populations.

5   UW School of Medicine cannot simply stand by and wait for the Federal Government to begin

6   "immediately" stripping it of the hundreds of millions of dollars in medical research grants based

7   on the provision of lawful healthcare services.

8          21.      I am aware, for instance, that on January 31, 2025, at approximately 1:08 p.m., a

9   researcher at the UW School of Medicine received an email with a message from the Health

10  Resources and Services Administration (HRSA) advising that "[e]ffective immediately, HRSA

11  grant funds may not be used for activities that do not align with Executive Orders (E.O.) entitled

12  Ending Radical and Wasteful Government DEI Programs and Preferencing, Initial Rescissions

13  of Harmful Executive Orders and Action, Protecting Children from Chemical and Surgical

14  Mutilation, and Defending Women from Gender Ideology Extremism and Restoring Biological

15  Truth to the Federal Government (Defending Women)," and "[a]ny vestige, remnant, or

16  re-named piece of any programs in conflict with these E.O.s are terminated in whole or in part,"

17  and further advising "[y]ou may not incur any additional costs that support any programs,

18  personnel, or activities in conflict with these E.O.s." Besides listing those EOs, which includes

19  EO 14187, the email message did not provide other basis for restricting or terminating funding.

20  A true and correct copy of that email is attached to my declaration as **Exhibit 1**. UW School of

21  Medicine has research grants totaling approximately $11.8 million from HRSA. I am also aware

22  that HRSA rescinded that email on Wednesday, February 5, 2025, at approximately 11:54 a.m.,

23  simply stating "HRSA rescinds the notice titled "Important Message for HRSA Award

24  Recipients" that was sent to all HRSA grantees on January 31, 2025." A true and correct copy

25  of that email is attached to my declaration as **Exhibit 2**. These abrupt emails on how the

26  President's Executive Orders will restrict UW School of Medicine's federal funding furthers a

DECLARATION OF                                                  6
TIMOTHY H. DELLIT, MD

1  climate of chaos and fear for our professors and researchers on what federal agencies will do
2  next.

3       22.    I am not aware of UW School of Medicine having ever received federal grant
4  funding contingent upon UW Medicine *not* providing its patients a particular type of medically
5  indicated treatment or care, which is what EO 14187 does.

6       23.    EO 14187 also impairs UW School of Medicine's mission by threating federal
7  prosecution for providing medically necessary health care. UW Medicine Executives have
8  spoken to faculty who provide gender-affirming medical care in the days since EO 14187 was
9  issued, and I am aware that many fear criminal investigation by the Federal Government. The
10 broad language of EO 14187 has created this fear even though our physicians have done nothing
11 other than provide necessary healthcare services that are consistent with the standard of care and
12 protected under Washington law.

13     I declare under penalty of perjury under the laws of the State of Washington and the
14 United States of America that the foregoing is true and correct.

15     DATED this 6th day of February 2025 at Seattle, Washington.

16

17                               TIMOTHY H. DELLIT, MD
18                               CEO, UW Medicine
                              Executive Vice President for Medical Affairs,
19                               University of Washington
                              Paul G. Ramsey Endowed Dean, University of
20                               Washington School of Medicine

21

22

23

24

25

26

DECLARATION OF
TIMOTHY H. DELLIT, MD          7         ATTORNEY GENERAL OF WASHINGTON
                                                  Complex Litigation Division
                                                800 Fifth Avenue, Suite 2000
                                                    Seattle, WA 98104
                                                     (206) 464-7744