# Exhibit 2

**From:**　▮
**To:**　▮
**Subject:**　FW: HRSA rescinds notice titled "Important Message for HRSA Award Recipients"
**Date:**　Wednesday, February 5, 2025 2:03:02 PM

---

**From:** Health Resources and Services Administration <hrsa@public.govdelivery.com>
**Sent:** Wednesday, February 5, 2025 11:54 AM
**To:** ▮
**Subject:** HRSA rescinds notice titled "Important Message for HRSA Award Recipients"

**CAUTION: This email originated outside of this organization.**

Dear Recipient:

HRSA rescinds the notice titled "Important Message for HRSA Award Recipients" that was sent to all HRSA grantees on January 31, 2025.

If you have questions, please contact us at DGMOCommunications@hrsa.gov.

Thank you.

**Sign up for eNews**

**More HRSA email updates / Unsubscribe** | **Help**
**Health Resources and Services Administration**
5600 Fishers Lane | Rockville, MD 20857

This email was sent to ███████████████████████ using GovDelivery Communications Cloud on behalf of: HRSA · 5600 Fishers Lane · Rockville, MD 20857

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.