**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244 |
| Plaintiffs, | DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | NOTE ON MOTION CALENDAR: FEBRUARY 7, 2025 |

I, William McGinty, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. The Plaintiffs in this matter filed this lawsuit today, February 7, 2025, and filed their Emergency Motion for a Temporary Restraining Order concurrently herewith. The Motion seeks a Temporary Restraining Order to enjoin the President's Executive Order 14,187 of January 28, 2025, entitled "Protecting Children From Chemical and Surgical Mutilation."

3. Pursuant to Federal Rule of Civil Procedure 65(b) and Western District of Washington LCR 65(b)(1), counsel for Plaintiffs emailed the office of the United States Attorney for the Western District of Washington in advance of filing at 6:28 a.m. and 7:27 a.m. on

DECLARATION OF WILLIAM MCGINTY
IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  February 7, 2025, to notify the office of the Plaintiffs' intention to file the Complaint and Motion for a Temporary Restraining Order today, and to note it for same-day hearing once filed. At 6:43 a.m. on February 7, 2025, Plaintiffs' counsel received an email confirming receipt from the Chief of the Civil Division for the U.S. Attorney's Office for the Western District of Washington. At 9:00 a.m., the Civil Chief let the Plaintiffs know that Vinita Andrapalliyal and Christian Daniel with the Civil Division's Federal Programs Branch would be the Plaintiffs' contact for the case, and the Plaintiffs committed to send copies of the motion for Temporary Restraining Order and all supporting papers electronically once filed.

4. Attached as Exhibit 1 is a true and correct copy of Executive Order 14,187 as published in the federal register.

5. Attached as Exhibit 2 is a true and correct copy of Executive Order 14,168 as published in the federal register.

6. Attached as Exhibit 3 is a true and correct copy of Executive Order 14,183 as published in the federal register.

7. Attached as Exhibit 4 is a true and correct copy of the Temporary Restraining Order issued in *New York v. Trump*, C.A. No. 1:25-cv-00039-JJM-PAS (D.R.I. Jan. 31, 2025).

8. Attached as Exhibit 5 is a true and correct copy of a notice filed by the Department of Justice in *New York v. Trump*, C.A. No. 1:25-cv-00039-JJM-PAS on February 3, 2025, titled "Defendant's Notice of Compliance with Court's Temporary Restraining Order."

9. Attached as Exhibit 6 is a true and correct copy of a memorandum titled "Memorandum for Heads of Executive Departments and Agencies" from Acting Director of the Office of Management and Budget Matthew J. Vaeth dated January 27, 2025.

10. Attached as Exhibit 7 is a true and correct copy of a memorandum titled "Initial Guidance Regarding President Trump's Executive Order *Defending Women*" from Acting Director of the U.S. Office of Personnel Management dated January 29, 2025.

DECLARATION OF WILLIAM MCGINTY
IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

11. Attached as Exhibit 8 is a true and correct copy of a news article published by AP News on January 30, 2025, written by Carla K. Johnson, Devna Bose, and Laura Bargfeld titled "Some hospitals pause gender-affirming care to evaluate Trump's executive order." I accessed this article online at the URL, https://apnews.com/article/transgender-trump-executive-order-hormones-hospitals-8d9e6b94b34d2e6f890c06ebeba0fe1d on February 3, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

12. Attached as Exhibit 9 is a true and correct copy of a press release issued by the White House on February 3, 2025, titled "President Trump is Delivering on His Commitment to Protect our Kids."

13. Attached as Exhibit 10 is a true and correct copy of an article published by the LA Times, written by Emily Albert Reyes titled "Children's Hospital L.A. Stops Initiating Hormonal Therapy for Transgender Patients Under 19". I accessed this article online at the URL, https://www.latimes.com/california/story/2025-02-04/childrens-hospital-to-stop-initiating-hormonal-therapy-for-trans-patients-under-19 on February 5, 2025, and used the print feature on the website to save a PDF copy using a print to PDF function.

14. Attached as Exhibit 11 is a true and correct copy of posts made by Karoline Leavitt to the social media platform X publicizing health care providers ending the provision of gender affirming care.

15. Attached as Exhibit 12 is a true and correct copy of an article published in the New York Times written by Joesph Goldstein titled "N.Y. Hospital Stops Treating 2 Children After Trump's Trans Care Order" and published on February 1, 2025. I accessed this article online at the URL, https://www.nytimes.com/202502/01/nyregion/nyu-langone-hospital-trans-care-youth.html on February 5, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

16. Attached as Exhibit 13 is a true and correct copy of a screenshot of a post made to the Hope and Help Instagram social media platform. Hope and Help is a medical provider based in Florida.

17. Attached as Exhibit 14 is a true and correct copy of an article published in the Denver Post written by Meg Wingerter titled "Children's Hospital Colorado Stops Offering Gender-Affirming Medication Because of Trump Order" and published on February 5, 2025, and used the print feature on the website to save a PDF copy using a print to PDF function.

18. Attached as Exhibit 15 is a true and correct copy of the Executive Order titled "Keeping Men Out of Women's Sports", dated February 5, 2025 and published on The White House website, https://www.whitehouse.gov/presidential-actions/2025/02/keeping-men-out-of-womens-sports/, I accessed this URL on February 5, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 7th day of February 2025 at Seattle, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744