# Exhibit 8

HEALTH

# Some hospitals pause gender-affirming care to evaluate Trump's executive order

Transgenders rights supporters rally outside of the Supreme Court, Wednesday, Dec. 4, 2024, in Washin

Read More

BY **CARLA K. JOHNSON**, **DEVNA BOSE** AND **LAURA BARGFELD**
Updated 5:38 PM PST, January 30, 2025

Hospitals in Colorado, Virginia and the nation's capital said Thursday they have paused [gender-affirming care](#) for young people as they evaluate [President Donald Trump's executive order](#) aimed at cutting federal support for such care.

Denver Health in Colorado has stopped providing gender-affirming surgeries for people under age 19, a spokesperson confirmed Thursday, in order to comply with the executive order and continue receiving federal funding. It is unclear whether the hospital will continue providing other gender-affirming care for

AP SETS THE STANDARD FOR POLITICAL REPORTING. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE

Trump's order, signed Tuesday, is part of a push to reverse Biden administration policies meant to protect transgender people and their care. It ordered agencies to take steps to makes sure that hospitals receiving federal research and education grants "end the chemical and surgical mutilation of children."

**RELATED STORIES**



**Trump signs order aimed at curtailing gender transitions for people under 19**



**Fewer than 1 in 1,000 US adolescents receive gender-affirming medications, researchers find**



**A trial is underway on North Dakota's ban on gender-affirming care for kids**

Other hospitals told The Associated Press that their current practices would continue. Lurie Children's Hospital of Chicago said hospital officials are reviewing the order and "assessing any potential impact to the clinical services we offer to our patient families."

"Our team will continue to advocate for access to medically necessary care, grounded in science and compassion for the patient-families we are so privileged to serve," the statement said.

The language in Trump's executive order — using words such as "maiming," "sterilizing" and "mutilation" — contradicts what is typical for gender-affirming care in the United States. It also labels guidance from the World Professional Association for Transgender Health as "junk science."

ADVERTISEMENT



WPATH said in a statement that restrictions and bans on "access to necessary medical care for transgender youth are harmful to patients and their families."

Gender-affirming medical care for transgender youth isn't common. A new study shows that fewer than 1 in 1,000 U.S. adolescents with commercial insurance received puberty blockers or hormones during a recent five-year period, and the bulk of gender-affirming surgeries are not performed on youth.

The Denver hospital said Trump's order would affect the mental health of its transgender patients, and that they would continue to receive primary and behavioral health care.

"Denver Health is committed to and deeply concerned for the health and safety of our gender diverse patients under the age of 19," the hospital's statement said.

___

This story has been corrected to show that Trump's order was signed Tuesday, not Thursday.

___

The Associated Press Health and Science Department receives support from the Howard Hughes Medical Institute's Science and Educational Media Group and the Robert Wood Johnson Foundation. The AP is solely responsible for all content.

**CARLA K. JOHNSON**
Johnson covers research in cancer, addiction and more for The Associated Press. She is a member of AP's Health and Science team.

 



**DEVNA BOSE**
Bose is a public health reporter for The Associated Press, based in Jackson, Mississippi. She covers hospitals, rural health access and disparities, public health funding and other topics that broadly intersect with the health of communities.



**LAURA BARGFELD**
Bargfeld is a video journalist for The Associated Press based in Chicago. They cover public health and more on AP's Health and Science team.



ADVERTISEMENT

**MOST READ**

**Grammy Awards 2025 | Highlights, winners, red carpet looks**

Trump's trade war among allies triggers retaliation from Canada and Mexico

Trump says Americans could feel 'some pain' from tariffs as he threatens more import taxes

Elon Musk says President Donald Trump has 'agreed' USAID should be shut down

Trump kept his pledge on tariffs. Is he ready for the fallout? Are Americans? Here's what to know

ADVERTISEMENT