# Exhibit 13




**hopeandhelpinc** • Follow

**hopeandhelpinc** With heavy hearts, we announce that Hope & Help will no longer offer gender-affirming care. We understand the stressful impact of this change and are committed to supporting our current GAC patients through the transition. Over the next 4–6 weeks, our clinicians will schedule referral appointments and provide resources for continued care. This process will conclude by March 31, 2025. We appreciate your trust and remain dedicated to serving our community. The clinic is deeply saddened by this transition and we hope to see change in the future.

1d

**shea.butter.101** This is why people

25 likes
1 day ago

Comments on this post have been limited.

### hope & help

# IMPORTANT ANNOUNCEMENT

## For Gender-Affirming Care (GAC) Patients

READ MORE →