# Exhibit 14

NEWS > HEALTH

# Children's Hospital Colorado stops offering gender-affirming medication because of Trump order

Colorado AG Phil Weiser, however, says hospitals are no longer at risk of losing funding over transgender care



Children's Hospital Colorado on April 24, 2020 in Aurora, Colorado. (Photo By Kathryn Scott/Special to The Denver Post)



By **MEG WINGERTER** | mwingerter@denverpost.com | The Denver Post

UPDATED: February 5, 2025 at 12:45 PM MST

Children's Hospital Colorado has ceased offering puberty blockers and hormonal treatment to transgender youth because of an executive order from President Donald Trump that threatened its federal funding.

A statement from the hospital on Wednesday morning said it could only offer behavioral health services and "supportive care" to transgender patients. Supportive care could include meeting with social workers, registered dieticians and therapists, according to a hospital spokeswoman.

The statement said the hospital would create an individualized care plan for patients already receiving medication, or who would otherwise be eligible to receive hormones or puberty blockers, but didn't specify what that plan might include.

A Trump executive order said health care providers that offered gender-affirming medication or surgery to patients under 19 could lose federal funding, including payments for care to patients covered by Medicare and Medicaid.

In 2023, the most recent year with data, Medicaid accounted for about 27% of revenue at Children's Aurora campus and 22% at its Colorado Springs hospital.

"We care deeply about our gender-diverse patients and their families, and we will carefully and responsibly support them as we evolve the model of care we offer," the hospital's statement said. "We empathize with the patients, families and team members who have shown unwavering dedication and commitment to supporting gender-diverse patients in embracing their true selves."

Read More

00:00                                                                                              02:00

Erin Roosa, who has a 15-year-old transgender son who received a testosterone prescription from Children's, said she's trying to figure out how to keep a promise that he would stay safe.

"I did tell him that no matter what happens with this administration, we will make sure you get the health care you need, and we will make sure you are safe," she said.

Her son said he started rationing his medication after the election, which will extend the time before he has to go without it, Roosa said. But she isn't sure where they might be able to find care for him, since hospitals around the country have paused gender-affirming care while they sort out what the executive order will mean.

Denver Health and UCHealth announced last week that they would raise the minimum age to receive gender-affirming care to 19, in compliance with the executive order. Denver Health said it was halting surgeries, but has not addressed the use of medications.

Children's Hospital Colorado stopped offering gender-affirming chest surgeries to young adult patients in 2023 and referred them to University of Colorado Hospital. Children's never performed gender-affirming surgery on patients under 18.

Relatively few children receive gender-affirming medication. A recent study examining records of about 5 million patients between 8 and 17 found just over 900 kids with a gender-related diagnosis received puberty blockers at some point during a five-year period, and under 2,000 received hormones.

Colorado Attorney General Phil Weiser released a statement saying that federal agencies won't be able to cut funding to hospitals that provide gender-affirming care under a U.S. Department of Justice notice filed after a federal court ordered the administration to unfreeze grant funding last week. The White House's Office of Management and Budget briefly ordered a halt to all federal grants, before courts forbade it from enforcing that.

The Justice Department notice said that federal agencies can't pause or halt funding on basis of Trump's executive order, Weiser's statement said. It said that he would continue to enforce laws related to access to care, but didn't specify if he would prosecute hospitals that paused gender-affirming services because of the executive order.

"This means that federal funding to institutions that provide gender-affirming care continues to be available, irrespective of the recent executive order," it said.

Weiser didn't go as far New York's attorney general, who said that denying medically necessary care to transgender people could constitute discrimination under state law.

A parent of a teenager receiving gender-affirming care at Children's, who spoke on the condition of anonymity to protect their child's privacy, called the move to halt treatment with medications "devastating," and said he would like to see state officials push back.

"It's tragic that Children's Hospital is sacrificing trans teens to the Trump administration's bigotry," he said.

Sign up for our weekly newsletter to get health news sent straight to your inbox.

Originally Published: February 5, 2025 at 12:26 PM MST