# Exhibit A

# Daniel Shumer
## Clinical Associate Professor

## Education and Training

### Education

| | |
|---|---|
| 08/2000-08/2003 | BA, Northwestern University, Evanston, IL |
| 08/2004-05/2008 | MD, Northwestern University, Feinberg School of Medicine, Chicago, IL |
| 07/2013-05/2015 | MPH, Harvard T.H. Chan School of Public Health, Boston, MA |

### Postdoctoral Training

| | |
|---|---|
| 06/2008-06/2011 | Residency, Pediatrics, Vermont Children's Hospital at Fletcher Allen Health Care, Burlington, VT |
| 07/2011-06/2012 | Chief Resident, Chief Resident, Vermont Children's Hospital at Fletcher Allen Health Care, Burlington, VT |
| 07/2012-06/2015 | Clinical Fellow, Pediatric Endocrinology, Boston Children's Hospital, Boston, MA |

## Certification And Licensure

### Certification

| | |
|---|---|
| 10/2011-Present | American Board of Pediatrics, General |

### Licensure

| | |
|---|---|
| 08/2015-Present | Michigan, Medical License |
| 09/2015-Present | Michigan, DEA License |
| 09/2015-Present | Michigan, Controlled Substance |

## Work Experience

### Academic Appointment

| | |
|---|---|
| 10/2015-Present | Clinical Assistant Professor in Pediatrics - Endocrinology, University of Michigan - Ann Arbor, Ann Arbor |
| 04/2022-Present | in Pediatrics - Endocrinology, University of Michigan - Ann Arbor, Ann Arbor |
| 09/2022-Present | Clinical Associate Professor in Pediatrics - Endocrinology, University of Michigan - Ann Arbor, Ann Arbor |

### Administrative Appointment

| | |
|---|---|
| 07/2019-01/2023 | Fellowship Director - Pediatric Endocrinology, Michigan Medicine, Department of Pediatrics, Ann Arbor |
| 07/2020-Present | Medical Director of the University of Michigan Comprehensive Gender Services Program, Oversee the provision of care to transgender and gender non-conforming patients at Michigan Medicine, Michigan Medicine, Ann Arbor |
| 07/2020-01/2023 | Education Lead - Pediatric Endocrinology, University of Michigan - Department of Pediatrics, Ann Arbor |

### Clinical Appointments

| | |
|---|---|
| 04/2022-Present | Medical Director in UMMG Faculty Benefits Appt., University of Michigan - Ann Arbor, Ann Arbor |

**Private Practice**

| | |
|---|---|
| 08/2013-09/2015 | Staff Physician, Harvard Vanguard Medical Associates, Braintree |

## Research Interests

- Gender dysphoria
- Prader Willi Syndrome

## Clinical Interests

- Gender dysphoria
- Disorders of Sex Development
- Prader Willi Syndrome

## Grants

### Current Grants

*Newborn Screening Coordinating Center:*
Co-I (Principal Investigator: Ram Menon)
MDHHS
10/2024 - 09/2025

*Transgender Health Outcomes in Orthopedics: A Mixed-Methods Study of Patient and Provider Experiences:*
Co-I (Principal Investigator:Jaimo Ahn)
BCBSF
08/2024 - 07/2026

### Submitted - Open

U54:*Variations of Sex Development - Translational Research Network:*
Co-I (Principal Investigator:David Sandberg)
NIH-DHHS-US-SubK sourced funding through University of California - Irv
07/2025 - 06/2030

### Past Grants

*Newborn Screening Coordinating Center:*
Co-I (Principal Investigator:Ram Menon)
MDHHS
10/2023 - 09/2024

*FY23-Project AW (NEWBRSC-UM): Newborn Screening Coordinating Center:*
Co-I (Principal Investigator:Ram Menon)
MDHHS
10/2022 - 09/2023

*A Phase 2b/3 study to evaluate the safety, tolerability, and effects of Livoletide (AZP-531), an unacylated ghrelin analog, on food-related behaviors in patients with Prader-Willi syndrome:*
PI
Millendo Therapeutics
04/2019 - 04/2021

## Honors and Awards

### National

| | |
|---|---|
| 2014 | Annual Pediatric Endocrine Society Essay Competition: Ethical Dilemmas in Pediatric Endocrinology: competition winner - The Role of Assent in the Treatment of Transgender Adolescents |

### Institutional

| | |
|---|---|
| 2012 - 2015 | Harvard Pediatric Health Services Research Fellowship; funded my final two years of pediatric endocrine fellowship and provided tuition support for my public health degree |
| 2016 | The University of Michigan Distinguished Diversity Leaders Award, awarded by The Office of Diversity, Equity and Inclusion to the Child and Adolescent Gender Services Team under my leadership |
| 2019 | Lecturer of the Month, Department of Pediatrics, Michigan Medicine |

## Teaching

### Mentorship

#### Resident

| | |
|---|---|
| 07/2020-06/2021 | Rebecca Warwick, Michigan Medicine (co-author on publication #22) |

#### Clinical Fellow

| | |
|---|---|
| 07/2017-06/2020 | Adrian Araya, Michigan Medicine (co-author on publication #22, book chapter #4) |
| 12/2020-06/2023 | Jessica Jary, Michigan Medicine - Division of Adolescent Medicine, Clinical and research mentorship |

#### Medical Student

| | |
|---|---|
| 09/2017-06/2020 | Michael Ho, Michigan Medicine |
| 07/2019-06/2020 | Hadrian Kinnear, University of Michigan Medical School (co-author on book chapter #3, abstract #3) |
| 07/2019-06/2020 | Jourdin Batchelor, University of Michigan |

### Teaching Activity

#### Regional

| | |
|---|---|
| 08/2018-Present | Pediatric Boards Review Course sponsored by U-M: "Thyroid Disorders and Diabetes". Ann Arbor, MI |
| 06/2023-Present | Care for Transgender Children and Adolescents, Wayne State University School of Social Work, Guest Lecturer |
| 10/2023-Present | Care for Transgender Children and Adolescents, Stand With Trans, Guest Lecturer |

#### Institutional

| | |
|---|---|
| 12/2015-12/2015 | Pediatric Grand Rounds: "Transgender Medicine - A Field in Transition". Michigan Medicine, Ann Arbor, MI |
| 02/2016-02/2016 | Medical Student Education: Panelist for M1 Class Session on LGBT Health, Doctoring Curriculum. Michigan Medicine, Ann Arbor, MI |
| 02/2016-02/2016 | Psychiatry Grand Rounds: "Transgender Medicine - A Field in Transition". Michigan Medicine, Ann Arbor, MI |
| 03/2016-03/2017 | Pharmacy School Education: "LGBT Health". University of Michigan School of Pharmacy, Ann Arbor, MI |

| | |
|---|---|
| 04/2016-Present | Course Director: Medical Student (M4) Elective in Transgender Medicine. Michigan Medicine, Ann Arbor, MI |
| 04/2016-04/2016 | Rheumatology Grand Rounds: "Gender Identity". Michigan Medicine, Ann Arbor, MI |
| 05/2016-05/2016 | Lecture to Pediatric Rheumatology Division: "Gender Dysphoria". Michigan Medicine, Ann Arbor, MI |
| 07/2016-07/2016 | Internal Medicine Resident Education: "Gender Identity". Michigan Medicine, Ann Arbor, MI |
| 09/2016-09/2016 | Presentation to ACU Leadership: "Gender Identity Cultural Competencies". Michigan Medicine, Ann Arbor, MI |
| 10/2016-10/2016 | Presentation to Department of Dermatology: "The iPledge Program and Transgender Patients". Michigan Medicine, Ann Arbor, MI |
| 02/2017-02/2017 | Swartz Rounds Presenter. Michigan Medicine, Ann Arbor, MI |
| 02/2017-02/2017 | Lecture to Division of General Medicine: "Transgender Health". Michigan Medicine, Ann Arbor, MI |
| 02/2017-02/2017 | Presentation at Collaborative Office Rounds: "Transgender Health". Michigan Medicine, Ann Arbor, MI |
| 10/2017-10/2017 | Family Medicine Annual Conference: "Transgender Medicine". Michigan Medicine, Ann Arbor, MI |
| 12/2017-12/2017 | Presenter at Nursing Unit 12-West Annual Educational Retreat: "Gender Identity at the Children's Hospital". Michigan Medicine, Ann Arbor, MI |
| 02/2018-Present | Pediatrics Residency Lecturer: "Puberty". Michigan Medicine, Ann Arbor, MI |
| 02/2019-Present | Medical Student (M1) Lecturer: "Pediatric Growth and Development". Michigan Medicine, Ann Arbor, MI |
| 02/2019-02/2020 | Doctors of Tomorrow Preceptor: offering shadowing opportunities to students from Cass Technical High School in Detroit. Michigan Medicine, Ann Arbor, MI |
| 03/2019-03/2019 | Lecture to Division of Orthopedic Surgery: "Transgender Health". Michigan Medicine, Ann Arbor, MI |
| 07/2021-Present | Guest Lecturer, Recurring - SW726 Counseling and Advocacy for LGBTQIA2S+ Youth, University of Michigan School of Social Work |
| 04/2023-Present | Guest Lecturer in Woman and Gender Studies 400 undergraduate course, University of Michigan |
| 07/2023-07/2023 | Care for Transgender Children and Adolescents, University of Michigan School of Nursing, Pediatric Nurse Practitioner Students, Guest Lecturer |
| 10/2023-10/2023 | Morning Report: Serving as an Expert Witness, Michigan Medicine: Pediatrics Residency Program |
| 10/2023-10/2023 | Care for Transgender Children and Adolescents, University of Michigan School of Nursing, Guest Lecturer |
| 10/2024-10/2024 | Early Career Faculty Professional Development Series, Michigan Medicine, Department of Psychiatry, Guest Lecturer |

## Memberships in Professional Societies

| | |
|---|---|
| 2012 - Present | Pediatric Endocrine Society |

## Committee/Service

### National

| | |
|---|---|
| 2014 - 2016 | Pediatric Endocrine Society - Ethics Committee, Other, Member |
| 2017 - Present | Pediatric Endocrine Society - Special Interest Group on Gender Identity, Other, Member |

| | |
|---|---|
| 2018 - 2023 | Pediatric Endocrine Society - Program Directors Education Committee, Other, Member |

**Regional**

| | |
|---|---|
| 2013 - 2015 | Investigational Review Board - The Fenway Institute, Boston, MA, Other, Voting Member |

**Institutional**

| | |
|---|---|
| 2017 - 2019 | Department of Pediatrics at Michigan Medicine; Diversity, Equity, and Inclusion Committee, Other, Fellowship Lead |
| 2017 - 2019 | University of Michigan Transgender Research Group, Other, Director |
| 2020 - Present | AOA Selection Committee, University of Michigan Medical School, Member |
| 2023 - Present | Admissions Committee, University of Michigan Medical School, Member |

## Volunteer Service

### Volunteer

| | |
|---|---|
| 2014 | Camp Physician, Massachusetts, Served at a camp for youth with Type 1 Diabetes |

## Scholarly Activities

## Presentations

### Extramural Invited Presentation

#### Keynote

1. Gender-affirming care for pediatric providers, Michigan Chapter of the American Academy of Pediatrics Annual Conference, 09/2021, Grand Rapids, Michigan (virtual due to COVID)

#### Speaker

1. Grand Rounds, **Shumer D**, Loyola University School of Medicine, 07/2022, Chicago, Illinois

2. Gender Affirming Care for Adolescents, **Shumer D**, Children's Hospital Detroit, 02/2024, Detroit, MI

#### Other

1. Gender Identity, Groton School, 04/2015, Groton, MA

2. Television Appearance: Gender Identity in Youth, Channel 7 WXYZ Detroit, 04/2016, Southfield, MI

3. It Gets Better: Promoting Safe and Supportive Healthcare Environments for Sexual Minority and Gender Non-Conforming Youth, Adolescent Health Initiative: Conference on Adolescent Health, 05/2016, Ypsilanti, MI

4. Gender Identity, Humanists of Southeast Michigan, 09/2016, Farmington Hills, MI

5. Gender Identity, Pine Rest Christian Mental Health Services, 10/2016, Grand Rapids, MI

6. Pediatric Grand Rounds - Hormonal Management of Transgender Youth, Beaumont Children's Hospital, 11/2016, Royal Oak, MI

7. Transgender Youth: A Field in Transition, Temple Beth Emeth, 11/2016, Ann Arbor, MI

8. Transgender Youth: A Field in Transition, Washtenaw County Medical Society, 11/2016, Ann Arbor, MI

9. Pediatric Grand Rounds: Transgender Youth - A Field in Transition, St. John Hospital, 02/2017, Detroit, MI

10. Transgender Medicine, Veterans Administration - Ann Arbor Healthcare System, 05/2017, Ann Arbor, MI

11. Gender Identity, Hegira Programs, 05/2017, Detroit, MI

12. Care of the Transgender Adolescent, Partners in Pediatric Care, 06/2017, Traverse City, MI

13. Conference planner, host, and presenter: Transgender and Gender Non-Conforming Youth: Best

Practices for Mental Health Clinicians, Educators, & School Staff; 200+ attendees from fields of mental health and education from across Michigan, Michigan Medicine, 10/2017, Ypsilanti, MI

14.  Endocrinology Grand Rounds: Transgender Medicine, Wayne State University, 11/2017, Detroit, MI

15.  Care of the Transgender Adolescent, St. John Hospital Conference: Transgender Patients: Providing Compassionate, Affirmative and Evidence Based Care, 11/2017, Grosse Pointe Farms, MI

16.  Hormonal Care in Transgender Adolescents, Michigan State University School of Osteopathic Medicine, 11/2017, East Lansing, MI

17.  Working with Transgender and Gender Non-Conforming Youth, Michigan Association of Osteopathic Family Physicians, 01/2018, Bellaire, MI

18.  Community Conversations, Lake Orion, 01/2018, Lake Orion, MI

19.  "I Am Jazz" Reading and Discussion, St. James Episcopal Church, 03/2019, Dexter, MI

20.  Gender Identity, Michigan Organization on Adolescent Sexual Health, 10/2019, Brighton, MI; Port Huron, MI

21.  Ask The Expert, Stand With Trans, 05/2020, Farmington Hills, MI (Virtual due to COVID)

22.  Lets Talk About Hormones, Stand With Trans, 10/2020, Farmington Hills, MI (Virtual due to COVID)

23.  Transgender Medicine, Michigan Association of Clinical Endocrinologists Annual Symposium, 10/2020, Grand Rapids, MI (Virtual due to COVID)

24.  Transgender Youth in Primary Care, Michigan Child Care Collaborative (MC3), 10/2020, Ann Arbor, MI (Virtual due to COVID)

25.  Gender Identity, Universalist Unitarian Church of East Liberty, 04/2021, Virtual due to COVID

26.  Unconscious Bias, Ascension St. John Hospital, 05/2021, Virtual due to COVID

**Intramural Invited Presentation**

**Speaker**

1.  Grand Rounds: Assessment and Management of Gender Dysphoria in Pediatrics, **Shumer D**, Michigan Medicine - Department of Pediatrics, 04/2024, Ann Arbor, MI

2.  Grand Rounds: Care for Transgender Children and Adolescents, **Shumer D**, Goldman P, University of Michigan Department of Family Medicine, 11/2024, Ann Arbor, MI

3.  Grand Rounds: Gender Affirming Care, Evergreen L, **Shumer D**, Michigan Medicine - Department of Psychiatry, 01/2025, Ann Arbor, MI

**Panel**

1.  Gender and Health Panel: Gender Affirming Care for Adolescents, Elevate at The University of Michigan in conjunction with Partners in Health,, 03/2022, Ann Arbor, MI

2.  Providing Gender-Affirming Care, University of Michigan Medical School, OutMD, 10/2023, Ann Arbor, MI

## Publications/Scholarship
(Co-First Author *; Corresponding author **; Co-Last author ***)

## Peer-Reviewed Manuscripts

### Journal Article

1.  **Shumer DE**, Mehringer JE, Braverman LE, Dauber A: Acquired hypothyroidism in an infant related to excessive maternal iodine intake: food for thought. *Endocr Pract*.19(4): 729-731, 01/2013. PM23512394

2.  **Shumer DE**, Spack NP: Current management of gender identity disorder in childhood and adolescence: guidelines, barriers and areas of controversy. *Curr Opin Endocrinol Diabetes Obes*.20(1): 69-73, 02/2013. PM23221495

3.  **Shumer DE**, Thaker V, Taylor GA, Wassner AJ: Severe hypercalcaemia due to subcutaneous fat necrosis: presentation, management and complications. *Arch Dis Child Fetal Neonatal Ed*.99(5): F419-

F421, 09/2014. PM24907163

4.   Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, **Shumer DE**, Spack NP: Serving Transgender Youth: Challenges, Dilemmas and Clinical Examples. *Prof Psychol Res Pr.*46(1): 37-45, 01/2015. PM26807001

5.   **Shumer DE**, Tishelman AC: The Role of Assent in the Treatment of Transgender Adolescents. *Int J Transgend.*16(2): 97-102, 01/2015. PM27175107

6.   **Shumer DE**, Roberts AL, Reisner SL, Lyall K, Austin SB: Brief Report: Autistic Traits in Mothers and Children Associated with Child's Gender Nonconformity. *J Autism Dev Disord.*45(5): 1489-1494, 05/2015. PM25358249

7.   Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, **Shumer DE**, Spack NP: Reply to comment on "Serving Transgender Youth: Challenges, Dilemmas, and Clinical Examples" by Tishelman et al. (2015). *Prof Psychol Res Pr.*46(4): 307, 08/2015. PM26858509

8.   Guss C, **Shumer D**, Katz-Wise SL: Transgender and gender nonconforming adolescent care: psychosocial and medical considerations. *Curr Opin Pediatr.*27(4): 421-426, 08/2015. PM26087416

9.   **Shumer DE**, Nokoff NJ, Spack NP: Advances in the Care of Transgender Children and Adolescents. *Adv Pediatr.*63(1): 79-102, 08/2016. PM27426896

10.   **Shumer DE**, Reisner SL, Edwards-Leeper L, Tishelman A: Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic. *LGBT Health.*3(5): 387-390, 10/2016. PM26651183

11.   **Shumer DE**, Harris LH, Opipari VP: The Effect of Lesbian, Gay, Bisexual, and Transgender-Related Legislation on Children. *J Pediatr.*178: 5-6.e1, 11/2016. PM27575000

12.   **Shumer DE**, Abrha A, Feldman HA, Carswell J: Overrepresentation of Adopted Adolescents at a Hospital-Based Gender Dysphoria Clinic. *Transgend Health.*2(1): 76-79, 01/2017. PM28861549

13.   Edwards-Leeper L, **Shumer DE**, Feldman HA, Lash BR, Tishelman AC: Psychological profile of the first sample of transgender youth presenting for medical intervention in a U.S. pediatric gender center. *Psychology of Sexual Orientation and Gender Diversity.*4(3): 374-382, 01/2017

14.   Tishelman AC, **Shumer DE**, Nahata L: Disorders of Sex Development: Pediatric Psychology and the Genital Exam. *J Pediatr Psychol.*42(5): 530-543, 06/2017. PM27098964

15.   Strang JF, Meagher H, Kenworthy L, de Vries AL C, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, **Shumer DE**, Edwards-Leeper L, Pleak RR, Spack N, Karasic DH, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG: Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. *J Clin Child Adolesc Psychol.*47(1): 105-115, 01/2018. PM27775428

16.   Mohnach L, Mazzola S, **Shumer D**, Berman DR: Prenatal diagnosis of 17-hydroxylase/17,20-lyase deficiency (17OHD) in a case of 46,XY sex discordance and low maternal serum estriol. *Case Reports in Perinatal Medicine.*8(1)01/2018

17.   Kim C, Harrall KK, Glueck DH, **Shumer D**, Dabelea D: Childhood adiposity and adolescent sex steroids in the EPOCH (Exploring Perinatal Outcomes among Children) study. *Clin Endocrinol (Oxf).*91(4): 525-533, 01/2019. PM31278867

18.   Selkie E, Adkins V, Masters E, Bajpai A, **Shumer D**: Transgender Adolescents' Uses of Social Media for Social Support. *J Adolesc Health.*66(3): 275-280, 03/2020. PM31690534

19.   Araya AC, Warwick R, **Shumer D**, Selkie E: Romantic Relationships in Transgender Adolescents: A Qualitative Study. *Pediatrics.*147(2)02/2021. PM33468600

20.   Vengalil N, **Shumer D**, Wang F: Developing an LGBT curriculum and evaluating its impact on dermatology residents. *Int J Dermatol.*61: 99-102, 01/2022. PM34416015

21.   Warwick RM, Araya AC, **Shumer DE**, Selkie EM: Transgender Youths' Sexual Health and Education: A Qualitative Analysis. *J Pediatr Adolesc Gynecol.*35(2): 138-146, 04/2022. PM34619356

22.   Warwick RM, **Shumer DE**: Gender-affirming multidisciplinary care for transgender and non-binary children and adolescents. *Children's Health Care.*52(1): 91-115, 01/2023

23.   Diaz-Thomas AM, Golden SH, Dabelea DM, Grimberg A, Magge SN, Safer JD, **Shumer DE**, Stanford FC: Endocrine Health and Health Care Disparities in the Pediatric and Sexual and Gender Minority Populations: An Endocrine Society Scientific Statement. *J Clin Endocrinol Metab.*108(7): 1533-1584,

06/2023. PM37191578

24.     Waselewski AC, Klumpner TT, Kountanis JA, Sandberg ES, **Shumer DE**: Dexamethasone for postoperative nausea and vomiting prophylaxis in cesarean delivery and a delayed diagnosis of neonatal congenital adrenal hyperplasia. *International Journal of Obstetric Anesthesia*.Available on line12/2023. PM38195332

25.     Roszell K, **Shumer D**, Orringer J, Wang F: Limited health insurance coverage of injectable neurotoxins and fillers for gender affirmation: a cross-sectional study of Affordable Care Act silver and Medicaid plans. *Int J Womens Dermatol*.10(1): e126, 03/2024. PM38313363

26.     Blaszczak J, Wiener S, Plegue M, **Shumer D**, Shatzer J, Hernandez A: Evaluating the effectiveness of an online curriculum on caring for transgender and nonbinary patients. *Med Educ Online*.29(1): 2311481, 12/2024. PM38320110

## Books

1.     Clara A-V, Bizic M, Bockting WO, Bouman M-B, Bowers ML, Buncamper ME, Capitán L, Castillo M, Chim HW, Colebunders B, Crane C, D'Arpa S, Djordjevic ML, Estes C, Fein LA, Gasgarth R, Hoebeke P, Horne M, Joumblat NR, Kojic S, Levine JP, Lumen N, Meijerink WJ H J, Monstrey SJ, Salgado CJ, **Shumer DE**, Simon D, Sinha VR, Sinha VK, Spack NP, Sputova K, Stanojevic D, Stojanovic B, Tarsha AA, Thomas JP, van der Sluis WB, Volker MK, Weiss RE, Yamaguchi Y, Zhao LC, Zoghbi Y. *Gender Affirmation Medical & Surgical Perspectives*. Thieme, (2017)

## Chapters

1.     **Shumer D**: Coma. In Schwartz MW *The 5-Minute Pediatric Consult*,6, Lippincott Williams & Wilkins, Philadelphia, PA, (2012)

2.     **Shumer D**, Spack N: Medical Treatment of the Adolescent Transgender Patient. In Đorđević M, Monstrey SJ, Salgado CJ Eds. *Gender Affirmation: Medical and Surgical Perspectives*,CRC Press/Taylor & Francis, (2016)

3.     **Shumer DE**, Kinnear HA: Duration of Pubertal Suppression and Initiation of Gender-Affirming Hormone Treatment in Youth. In Finlayson *Pubertal Suppression in Transgender Youth*,Elsevier, (2018)

4.     Araya A, **Shumer DE**: Endocrinology of Transgender Care – Children and Adolescents. In Poretsky, Hembree Ed. *Transgender Medicine: A Multidisciplinary Approach*,Springer, (2019)

5.     **Shumer D**: Health Disparities Facing Transgender and Gender Nonconforming Youth Are Not Inevitable. *Pediatric Collections: LGBTQ+: Support and Care (Part 2: Health Concerns and Disparities)*,American Academy of Pediatrics (AAP), (2021), 71-72

## Other

### Commentary

1.     Martin S, Sandberg ES, **Shumer DE**: Criminalization of Gender-Affirming Care - Interfering with Essential Treatment for Transgender Children and Adolescents. *New England Journal of Medicine*.385(7): 579-581, 05/2021. PM34010528

### Comparative Study

1.     Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, **Shumer D**, Mimiaga MJ: Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *J Adolesc Health*.56(3): 274-279, 03/2015. PM25577670

### Editorial

1.     **Shumer D**, Roberts SA: Placing a Report of Bicalutamide-Induced Hepatotoxicity in the Context of Current Standards of Care for Transgender Adolescents. *J Adolesc Health*.74(1): 5-6, 01/2024. PM38103922

### Editorial comment

1.     **Shumer DE**: Health Disparities Facing Transgender and Gender Nonconforming Youth Are Not Inevitable, 01/2018. PM29437859

2. Martin S, Sandberg ES, **Shumer DE**: Criminalization of Gender-Affirming Care - Interfering with Essential Treatment for Transgender Children and Adolescents, 01/2021

### Erratum

1. Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, **Shumer DE**, Spack NP: Correction to Serving Transgender Youth: Challenges, Dilemmas, and Clinical Examples, [Professional Psychology: Research and Practice, 46(1), (2015) 37-45]. *Professional Psychology: Research and Practice.*46(4): 249, 08/2015

### Letter

1. Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, **Shumer D**, Register-Brown K, Sadikova E, Anthony LG: Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals. *J Am Acad Child Adolesc Psychiatry.*57(11): 885-887, 11/2018. PM30392631

### Letter to editor

1. **Shumer D**: Doctor as environmental steward, 01/2009. PM19364173

### News

1. **Shumer DE**, Spack NP: Paediatrics: Transgender medicine--long-term outcomes from 'the Dutch model'. *Nat Rev Urol.*12(1): 12-13, 01/2015. PM25403246

### Other

1. **Shumer D**: The Effect of Race and Gender Labels in the Induction of Traits. *Northwestern Journal of Race and Gender Criticism.*NA01/2014

2. **Shumer D**: A Tribute to Medical Stereotypes. *The Pharos, Journal of the Alpha Omega Alpha Medical Society.*Summer07/2017

3. Mohnach L, Mazzola S, **Shumer D**, Berman DR: Prenatal Diagnosis of 17-hydroxylase/17,20-lyase deficiency (17OHD) in a case of 46,XY sex discordance and low maternal serum estriol. *Case Reports in Perinatal Medicine.*8(1)12/2018

4. Araya A, **Shumer D**, Warwick R, Selkie E: 37. "I've Been Happily Dating For 5 Years" - Romantic and Sexual Health, Experience and Expectations in Transgender Youth. *Journal of Adolescent Health.*66(2): s20, 02/2020

5. Araya A, **Shumer D**, Warwick R, Selkie E: 73. "I think sex is different for everybody" - Sexual Experiences and Expectations in Transgender Youth. *Journal of Pediatric and Adolescent Gynecology.*33(2): 209-210, 04/2020

6. Araya AC, Warwick R, **Shumer D**, Selkie E, Rath T, Ibrahim M, Srinivasan A: Romantic Health in Transgender Adolescents. *Pediatrics.*Pediatrics01/2021

7. Chiang N, **Shumer D**: Understanding cytomorphologic changes in Pap tests of transgender men on testosterone therapy. *American Journal of Clinical Pathology.*160(Supplement_1): s66-s66, 11/2023

### Podcast

1. Gaggino L, Shumer WG D: Pediatric Meltdown: Caring for Transgender Youth with Compassion: What Pediatricians Must Know, 01/2020

## Abstract/Posters

1. **Shumer D**: Overrepresentation of Adopted Children in a Hospital Based Gender Program, World Professional Association of Transgender Health Biennial International Symposium, Amsterdam, The Netherlands, 2016

2. **Shumer D**: Mental Health Presentation of Transgender Youth Seeking Medical Intervention, World Professional Association of Transgender Health Biennial International Symposium, Amsterdam, The Netherlands, 2016

3. **Shumer D**, Kinnear H, McLain K, Morgan H: Development of a Transgender Medicine Elective for 4th Year Medical Students, National Transgender Health Summitt, Oakland, CA, 2017

4.    Adkins V, Masters E, **Shumer D**, Selkie E: Exploring Transgender Adolescents' Use of Social Media for Support and Health Information Seeking (Poster Presentation), Pediatric Research Symposium, Ann Arbor, MI, 2017

5.    Sandberg E, Baines HK, Aye T, Hart-Unger S, Lopez X, Nikita ME, Nokoff NJ, Persky R, **Shumer D**, Harris RM, Roberts SA: National Assessment for the Need of a Comprehensive Pediatric Gender Affirming Care Curriculum, Poster, Pediatric Endocrine Society Meeting, Virtual, 2021