# Exhibit B

# Exhibit B

## Bibliography

AAP News. Risk of pseudotumor cerebri added to labeling for gonadotropin-releasing hormone agonists. July 1, 2022 https://publications.aap.org/aapnews/news/20636/Risk-of-pseudotumor-cerebri-added-to-labeling-for?autologincheck=redirected (last visited February 2, 2025).

Achille C, Taggart T, Eaton NR, Osipoff J, Tafuri K, Lane A, Wilson TA. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. Int J Pediatr Endocrinol. 2020;2020:8. doi: 10.1186/s13633-020-00078-2. Epub 2020 Apr 30. PMID: 32368216; PMCID: PMC7191719.

Allen LR, Watson LB, Egan AM, Moser CN. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

American Medical Association (AMA) and GLMA: Health professionals advancing LGBTQ equality (2019). Health insurance coverage for gender-affirming care of transgender patients. https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. American Psychologist, 70, 832-864.

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Publishing.

Baker KE, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. J Endocr Soc. 2021 Feb 2;5(4):bvab011. doi: 10.1210/jendso/bvab011. PMID: 33644622; PMCID: PMC7894249.

Barbee H, Deal C, Gonzales G. Anti-Transgender Legislation-A Public Health Concern for Transgender Youth. JAMA Pediatr. 2022 Feb 1;176(2):125-126. doi: 10.1001/jamapediatrics.2021.4483. PMID: 34747979; PMCID: PMC10204642.

Berglund H, Lindström P, Dhejne-Helmy C, Savic I. Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. Cereb Cortex. 2008 Aug;18(8):1900-8. doi: 10.1093/cercor/bhm216. Epub 2007 Dec 3. PMID: 18056697.

Campbell T, Rodgers YVM. Conversion therapy, suicidality, and running away: An analysis of transgender youth in the U.S. J Health Econ. 2023 May;89:102750. doi: 10.1016/j.jhealeco.2023.102750. Epub 2023 Mar 17. PMID: 36963209.

Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, Skageberg EM, Khadr S, Viner RM. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year

old young people with persistent gender dysphoria in the UK. PLoS One. 2021 Feb 2;16(2):e0243894. doi: 10.1371/journal.pone.0243894. PMID: 33529227; PMCID: PMC7853497.

Chelliah P, Lau M, Kuper LE. Changes in Gender Dysphoria, Interpersonal Minority Stress, and Mental Health Among Transgender Youth After One Year of Hormone Therapy. J Adolesc Health. 2024 Jun;74(6):1106-1111. doi: 10.1016/j.jadohealth.2023.12.024. Epub 2024 Feb 9. PMID: 38340124.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297.

Coleman E, Radix AE, Bouman WP, Brown GR…Arcelus J. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. Int J Transgend Health. 2022 Sep 6;23(Suppl 1):S1-S259. doi: 10.1080/26895269.2022.2100644. PMID: 36238954; PMCID: PMC9553112.

Coleman E, Bockting W, Botzer M…Zucker K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 2012 13(4), 165-232.

Colizzi M, Costa R, Pace V, Todarello O. Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. J Sex Med. 2013 Dec;10(12):3049-58. doi: 10.1111/jsm.12155. Epub 2013 Apr 9. PMID: 23574768.

Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. Psychoneuroendocrinology. 2014 Jan;39:65-73. doi: 10.1016/j.psyneuen.2013.09.029. Epub 2013 Oct 10. PMID: 24275005.

Comer JS, Georgiadis C, Schmarder K, Chen D, Coyne CA, Gudiño OG, Kazantzis N, Langer DA, LeBeau RT, Liu RT, McLean C, Sloan DM, Williams MT, Pachankis JE. Reckoning With Our Past and Righting Our Future: Report From the Behavior Therapy Task Force on Sexual Orientation and Gender Identity/Expression Change Efforts (SOGIECEs). Behav Ther. 2024 Jul;55(4):649-679. doi: 10.1016/j.beth.2024.05.006. Epub 2024 May 26. PMID: 38937042.

Corda E, Bandecchi C, Deiana V, Pintor S, Pusceddu R, Oppo A, Mariotti S, Argiolas A, Carpinello B. Body image and gender role perceived in gender dysphoria: Cross-sex hormone therapy effects. 2016 Mar;33(S1):S589

Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. J Sex Med. 2015 Nov;12(11):2206-14. doi: 10.1111/jsm.13034. Epub 2015 Nov 9. PMID: 26556015.

Daniel H, Butkus R; Health and Public Policy Committee of American College of Physicians. Lesbian, Gay, Bisexual, and Transgender Health Disparities: Executive Summary of a Policy Position Paper From the American College of Physicians. Ann Intern Med. 2015 Jul 21;163(2):135-7. doi: 10.7326/M14-2482. PMID: 25961598.

de Lara DL, Pérez Rodríguez O, Cuellar Flores I, Pedreira Masa JL, Campos-Muñoz L, Cuesta Hernández M, Ramos Amador JT. Evaluación psicosocial en adolescentes transgénero [Psychosocial assessment in transgender adolescents]. An Pediatr (Engl Ed). 2020 Jul;93(1):41-48. Spanish. doi: 10.1016/j.anpedi.2020.01.019. Epub 2020 Mar 3. PMID: 32144041.

de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. J Homosex. 2012;59(3):301-20. doi: 10.1080/00918369.2012.653300. PMID: 22455322.

de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014 Oct;134(4):696-704. doi: 10.1542/peds.2013-2958. Epub 2014 Sep 8. PMID: 25201798.

de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011 Aug;8(8):2276-83. doi: 10.1111/j.1743-6109.2010.01943.x. Epub 2010 Jul 14. PMID: 20646177.

Defreyne J, T'Sjoen G. Transmasculine Hormone Therapy. Endocrinol Metab Clin North Am. 2019 Jun;48(2):357-375. doi: 10.1016/j.ecl.2019.01.004. PMID: 31027545.

Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav. 2005 Aug;34(4):389-97. doi: 10.1007/s10508-005-4338-5. PMID: 16010462.

Deutsch, MB (ed.). Guidelines for the primary and gender-affirming care of transgender and gender nonbinary people (2nd ed.) 2016. University of California, San Francisco, Department of Family and Community Medicine, Center of Excellence for Transgender Health. https://transcare.ucsf.edu/sites/transcare.ucsf.edu/files/Transgender-PGACG-6-17-16.pdf.

Dopp, Alex R., Allison Peipert, John Buss, Robinson De Jesús-Romero, Keytin Palmer, and Lorenzo Lorenzo-Luaces, Interventions for Gender Dysphoria and Related Health Problems in Transgender and Gender-Expansive Youth: A Systematic Review of Benefits and Risks to Inform Practice, Policy, and Research. Santa Monica, CA: RAND Corporation, 2024. https://www.rand.org/pubs/research_reports/RRA3223-1.html.

Doyle DM, Lewis TOG, Barreto M. A systematic review of psychosocial functioning changes after gender-affirming hormone therapy among transgender people. Nat Hum Behav. 2023 Aug;7(8):1320-1331. doi: 10.1038/s41562-023-01605-w. Epub 2023 May 22. PMID: 37217739; PMCID: PMC10444622.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists. American Psychiatric Association.

Fish JN, Russell ST. Sexual Orientation and Gender Identity Change Efforts are Unethical and Harmful. Am J Public Health. 2020 Aug;110(8):1113-1114. doi: 10.2105/AJPH.2020.305765. PMID: 32639919; PMCID: PMC7349462.

Fisher AD, Castellini G, Ristori J, Casale H, Cassioli E, Sensi C, Fanni E, Amato AM, Bettini E, Mosconi M, Dèttore D, Ricca V, Maggi M. Cross-Sex Hormone Treatment and Psychobiological Changes in Transsexual Persons: Two-Year Follow-Up Data. J Clin Endocrinol Metab. 2016 Nov;101(11):4260-4269. doi: 10.1210/jc.2016-1276. Epub 2016 Oct 4. PMID: 27700538.

Fleming PS, Koletsi D, Ioannidis JP, Pandis N. High quality of the evidence for medical and other health-related interventions was uncommon in Cochrane systematic reviews. J Clin Epidemiol. 2016 Oct;78:34-42. doi: 10.1016/j.jclinepi.2016.03.012. Epub 2016 Mar 29. PMID: 27032875.

Forsberg LA, Absher D, Dumanski JP. (2013). Non-heritable genetics of human disease: spotlight on post-zygotic genetic variation acquired during lifetime. J Med Genet. 2013;50:1-10.

Forsythe A, Pick C, Tremblay G, Malaviya S, Green A, Sandman K. Humanistic and Economic Burden of Conversion Therapy Among LGBTQ Youths in the United States. JAMA Pediatr. 2022 May 1;176(5):493-501. doi: 10.1001/jamapediatrics.2022.0042. PMID: 35254391; PMCID: PMC8902682.

Goodyear T, Delgado-Ron JA, Ashley F, Knight R, Salway T. Sexual Orientation and Gender Identity and Expression Change Efforts and Suicidality: Evidence, Challenges, and Future Research Directions. LGBT Health. 2023 Jul;10(5):339-343. doi: 10.1089/lgbt.2022.0359. Epub 2023 Mar 10. PMID: 36913530; PMCID: PMC11079439.

Grannis C, Leibowitz SF, Gahn S, Nahata L, Morningstar M, Mattson WI, Chen D, Strang JF, Nelson EE. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology. 2021 Oct;132:105358. doi: 10.1016/j.psyneuen.2021.105358. Epub 2021 Jul 17. PMID: 34333318.

Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. J Adolesc Health. 2022 Apr;70(4):643-649. doi: 10.1016/j.jadohealth.2021.10.036. Epub 2021 Dec 14. PMID: 34920935.

Guaraldi F, Beccuti G, Gori D, Ghizzoni L. Management of Endocrine Disease: Long-term outcomes of the treatment of central precocious puberty. Eur J Endocrinol. 2016 Mar;174(3):R79-87. doi: 10.1530/EJE-15-0590. Epub 2015 Oct 14. PMID: 26466612.

Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, Rosenthal SM, Safer JD, Tangpricha V, T'Sjoen GG. Endocrine Treatment of Gender-Dysphoric/Gender-

Incongruent Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2017 Nov 1;102(11):3869-3903. doi: 10.1210/jc.2017-01658.

Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ 3rd, Spack NP, Tangpricha V, Montori VM; Endocrine Society. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab. 2009 Sep;94(9):3132-54. doi: 10.1210/jc.2009-0345. Epub 2009 Jun 9.

Henningsson S, Westberg L, Nilsson S, Lundström B, Ekselius L, Bodlund O, Lindström E, Hellstrand M, Rosmond R, Eriksson E, Landén M. Sex steroid-related genes and male-to-female transsexualism. Psychoneuroendocrinology. 2005 Aug;30(7):657-64. doi: 10.1016/j.psyneuen.2005.02.006. PMID: 15854782

Heylens G, De Cuypere G, Zucker KJ, Schelfaut C, Elaut E, Vanden Bossche H, De Baere E, T'Sjoen G. Gender identity disorder in twins: a review of the case report literature. J Sex Med. 2012 Mar;9(3):751-7. doi: 10.1111/j.1743-6109.2011.02567.x. Epub 2011 Dec 6. PMID: 22146048.

Heylens G, Verroken C, De Cock S, T'Sjoen G, De Cuypere G. Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. J Sex Med. 2014 Jan;11(1):119-26. doi: 10.1111/jsm.12363. Epub 2013 Oct 28. PMID: 24344788.

Howick J, Koletsi D, Pandis N, Fleming PS, Loef M, Walach H, Schmidt S, Ioannidis JPA. The quality of evidence for medical interventions does not improve or worsen: a metaepidemiological study of Cochrane reviews. J Clin Epidemiol. 2020 Oct;126:154-159. doi: 10.1016/j.jclinepi.2020.08.005. Epub 2020 Sep 2. PMID: 32890636.

Hidalgo MA, Ehrensaft, D, Tishelman AC, Clark LF, Garofalo R., Rosenthal SM, Spack NP, Olson J. (2013). The Gender Affirmative Model: What We Know and What We Aim to Learn. *Human Development*, 56:285-290.

Kaltiala R, Heino E, Työläjärvi M, Suomalainen L. Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nord J Psychiatry. 2020 Apr;74(3):213-219. doi: 10.1080/08039488.2019.1691260. Epub 2019 Nov 25. PMID: 31762394.

Karamanis G, Frisell T, Holmberg M, Halldin M, Sylvén S, Skalkidou A, Papadopoulos FC. Incidence of Idiopathic Intracranial Hypertension in Individuals With Gonadotropin-Releasing Hormone Analogue Treatment for Gender Dysphoria in Sweden. JAMA Pediatr. 2023 Jul 1;177(7):726-727. doi: 10.1001/jamapediatrics.2023.0656. PMID: 37126330; PMCID: PMC10152371.

Katz AL, Webb SA; Committee on Bioethics. Informed Consent in Decision-Making in Pediatric Practice. Pediatrics. 2016 Aug;138(2):e20161485. doi: 10.1542/peds.2016-1485. PMID: 27456510.

Keo-Meier CL, Herman LI, Reisner SL, Pardo ST, Sharp C, Babcock JC. Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. J Consult Clin Psychol. 2015 Feb;83(1):143-56. doi: 10.1037/a0037599. Epub 2014 Aug 11. PMID: 25111431.

Klein DA, Paradise SL, Goodwin ET. Caring for Transgender and Gender-Diverse Persons: What Clinicians Should Know. Am Fam Physician. 2018 Dec 1;98(11):645-653. PMID: 30485050.

Klug WS, et al. (2012). Essentials of Genetics. Pearson.

Knudson G, De Sutter P. Fertility options in transgender and gender diverse adolescents. Acta Obstet Gynecol Scand. 2017 Oct;96(10):1269-1272. doi: 10.1111/aogs.13188. PMID: 28759117.

Kuper LE, Nussbaum R, Mustanski B. Exploring the diversity of gender and sexual orientation identities in an online sample of transgender individuals. J Sex Res. 2012;49(2-3):244-54. doi: 10.1080/00224499.2011.596954. Epub 2011 Jul 28. PMID: 21797716.

Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics. 2020 Apr;145(4):e20193006. doi: 10.1542/peds.2019-3006. PMID: 32220906.

Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. Obstet Gynecol. 2014 Dec;124(6):1120-1127. doi: 10.1097/AOG.0000000000000540. PMID: 25415163.

Luders E, Sánchez FJ, Gaser C, Toga AW, Narr KL, Hamilton LS, Vilain E. Regional gray matter variation in male-to-female transsexualism. Neuroimage. 2009 Jul 15;46(4):904-7. doi: 10.1016/j.neuroimage.2009.03.048. Epub 2009 Mar 31. PMID: 19341803; PMCID: PMC2754583.

Manieri C, Castellano E, Crespi C, Di Bisceglie C, Dell'Aquila C, Gualerzi A, Molo M. Medical Treatment of Subjects with Gender Identity Disorder: The Experience in an Italian Public Health Center, *International Journal of Transgenderism*. 2014 15:2, 53-65.

Martinerie L, de Mouzon J, Blumberg J, di Nicola L, Maisonobe P, Carel JC; PREFER study group. Fertility of Women Treated during Childhood with Triptorelin (Depot Formulation) for Central Precocious Puberty: The PREFER Study. Horm Res Paediatr. 2020;93(9-10):529-538. doi: 10.1159/000513702. Epub 2021 Mar 26. PMID: 33774631; PMCID: PMC8686727.

McGregor K, McKenna JL, Williams CR, Barrera EP, Boskey ER. Association of Pubertal Blockade at Tanner 2/3 With Psychosocial Benefits in Transgender and Gender Diverse Youth at Hormone Readiness Assessment. J Adolesc Health. 2024 Apr;74(4):801-807. doi: 10.1016/j.jadohealth.2023.10.028. Epub 2023 Dec 13. PMID: 38099903.

Millington K, Lee JY, Olson-Kennedy J, Garofalo R, Rosenthal SM, Chan YM. Laboratory Changes During Gender-Affirming Hormone Therapy in Transgender Adolescents. Pediatrics. 2024 May 1;153(5):e2023064380. doi: 10.1542/peds.2023-064380. PMID: 38567424; PMCID: PMC11035161.

Motta G, Crespi C, Mineccia V, Brustio PR, Manieri C, Lanfranco F. Does Testosterone Treatment Increase Anger Expression in a Population of Transgender Men? J Sex Med. 2018 Jan;15(1):94-101. doi: 10.1016/j.jsxm.2017.11.004. Epub 2017 Nov 27. PMID: 29175227.

National Academies of Sciences, Engineering, and Medicine. (2020). Understanding the Well-Being of LGBTQI+ Populations. Washington, DC: The National Academies Press. https://doi.org/10.17226/25877.

National Academies of Sciences, Engineering, and Medicine; Division of Behavioral and Social Sciences and Education; Committee on National Statistics; Committee on Measuring Sex, Gender Identity, and Sexual Orientation. Measuring Sex, Gender Identity, and Sexual Orientation. Becker T, Chin M, Bates N, editors. Washington (DC): National Academies Press (US); 2022 Mar 9. PMID: 35286054.

Nolan BJ, Zwickl S, Locke P, Zajac JD, Cheung AS. Early Access to Testosterone Therapy in Transgender and Gender-Diverse Adults Seeking Masculinization: A Randomized Clinical Trial. JAMA Netw Open. 2023 Sep 5;6(9):e2331919. doi: 10.1001/jamanetworkopen.2023.31919. PMID: 37676662; PMCID: PMC10485726.

Oda H, Kinoshita T. Efficacy of hormonal and mental treatments with MMPI in FtM individuals: cross-sectional and longitudinal studies. BMC Psychiatry. 2017 Jul 17;17(1):256. doi: 10.1186/s12888-017-1423-y. PMID: 28716082; PMCID: PMC5513327.

Panozzo D. Advocating for an End to Reparative Therapy: Methodological Grounding and Blueprint for Change. Journal of Gay & Lesbian Social Services. Jul 2013:25(3).

Pasquino AM, Pucarelli I, Roggini M, Segni M. Adult height in short normal girls treated with gonadotropin-releasing hormone analogs and growth hormone. J Clin Endocrinol Metab. 2000 Feb;85(2):619-22. doi: 10.1210/jcem.85.2.6387. PMID: 10690865.

Przeworski A, Peterson E, Piedra A. A Systematic Review of the Efficacy, Harmful Effects, and Ethical Issues Related to Sexual Orientation Change Efforts. Clinical Psychology: Science and Practice. Mar 2021:28(1).

Rafferty, J. American Academy of Pediatrics (AAP) Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*.

142(4):e20182162.

Rametti G, Carrillo B, Gómez-Gil E, Junque C, Segovia S, Gomez Á, Guillamon A. White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. J Psychiatr Res. 2011 Feb;45(2):199-204. doi: 10.1016/j.jpsychires.2010.05.006. Epub 2010 Jun 8. PMID: 20562024.

Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, Shumer D, Mimiaga MJ. Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. J Adolesc Health. 2015 Mar;56(3):274-9. doi: 10.1016/j.jadohealth.2014.10.264. Epub 2015 Jan 7. PMID: 25577670; PMCID: PMC4339405.

Roselli CE. Neurobiology of gender identity and sexual orientation. J Neuroendocrinol. 2018 Jul;30(7):e12562. doi: 10.1111/jne.12562. PMID: 29211317; PMCID: PMC6677266.

Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89. doi: 10.1210/jc.2014-1919. PMID: 25140398.

Shim JY, Laufer MR, DiVasta AD. Treatment of Adolescent Endometriosis Before, During, and After Use of Gonadotropin-Releasing Hormone Agonists: A Retrospective Cohort Study. J Pediatr Adolesc Gynecol. 2023 Oct;36(5):472-475. doi: 10.1016/j.jpag.2023.05.001. Epub 2023 May 12. PMID: 37178784.

Shumer DE, Spack NP. Current management of gender identity disorder in childhood and adolescence: guidelines, barriers and areas of controversy. Curr Opin Endocrinol Diabetes Obes. 2013 Feb;20(1):69-73. doi: 10.1097/MED.0b013e32835c711e. PMID: 23221495.

T'Sjoen G, Van Caenegem E, Wierckx K. Transgenderism and reproduction. Curr Opin Endocrinol Diabetes Obes. 2013 Dec;20(6):575-9. doi: 10.1097/01.med.0000436184.42554.b7. PMID: 24468761.

Taylor J, Mitchell A, Hall R, et al. (2024a). Interventions to suppress puberty in adolescents experiencing gender dysphoria or incongruence: a systematic review. Arch Dis Child. Apr 9:archdischild-2023-326669.

Taylor J, Mitchell A, Hall R, et al. (2024b). Masculinizing and feminizing hormone interventions for adolescents experiencing gender dysphoria or incongruence: a systematic review. Arch Dis Child. Apr 9:archdischild-2023-326670.

Tang A, Hojilla JC, Jackson JE, Rothenberg KA, Gologorsky RC, Stram DA, Mooney CM, Hernandez SL, Yokoo KM. Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents. Ann Plast Surg. 2022 May;88(4 Suppl):S325-S331. doi: 10.1097/SAP.0000000000003135. PMID: 36248210; PMCID: PMC9555285.

Turan Ş, Aksoy Poyraz C, Usta Sağlam NG, Demirel ÖF, Haliloğlu Ö, Kadıoğlu P, Duran A. Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria. Arch Sex Behav. 2018 Nov;47(8):2349-2361. doi: 10.1007/s10508-018-1189-4. Epub 2018 Mar 28. PMID: 29594702.

Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. JAMA Psychiatry. 2020a Jan 1;77(1):68-76. doi: 10.1001/jamapsychiatry.2019.2285. PMID: 31509158; PMCID: PMC6739904.

Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics. 2020b Feb;145(2):e20191725. doi: 10.1542/peds.2019-1725. Erratum in: Pediatrics. 2021 Apr;147(4):e2020049767. doi: 10.1542/peds.2020-049767

Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One. 2022 Jan 12;17(1):e0261039. doi: 10.1371/journal.pone.0261039.

van der Loos MATC, Hannema SE, Klink DT, den Heijer M, Wiepjes CM. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. Lancet Child Adolesc Health. 2022 Dec;6(12):869-875. doi: 10.1016/S2352-4642(22)00254-1. Epub 2022 Oct 21. PMID: 36273487.

van der Miesen AIR, Steensma TD, de Vries ALC, Bos H, Popma A. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. J Adolesc Health. 2020 Jun;66(6):699-704. doi: 10.1016/j.jadohealth.2019.12.018. Epub 2020 Apr 6. PMID: 32273193.

White Hughto JM, Reisner SL, Pachankis JE. (2015). Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Social science & medicine. (1982)*, *147*, 222–231.

Wiepjes CM, Nota NM, de Blok CJM, Klaver M, de Vries ALC, Wensing-Kruger SA, de Jongh RT, Bouman MB, Steensma TD, Cohen-Kettenis P, Gooren LJG, Kreukels BPC, den Heijer M. The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets. J Sex Med. 2018 Apr;15(4):582-590. doi: 10.1016/j.jsxm.2018.01.016. Epub 2018 Feb 17. PMID: 29463477.

Yaylacı F, Gül A. Case Report: A Case of Intellectual Disability with Inappropriate and Challenging Sexual Behavior that was Treated with GNRH Analogues. Psychopharmacol Bull. 2020 May 19;50(2):51-55. PMID: 32508367; PMCID: PMC7255840.

Zhou JN, Hofman MA, Gooren LJ, Swaab DF. A sex difference in the human brain and its relation to transsexuality. Nature. 1995 Nov 2;378(6552):68-70. doi: 10.1038/378068a0. PMID: 7477289.