|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT SEATTLE** | |
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF L.L. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF L.L.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, L.L., declare as follows:

1. I am 16 years old and a junior in high school. I have my mom's permission to testify as to these matters and make this declaration based on my personal knowledge.

2. I am transgender. I was assigned female at birth but in elementary school I started to realize how uncomfortable I felt with living as a girl. I found I was more comfortable in masculinity. I had a friend who was bisexual, which introduced me to the idea of different genders and sexualities. I realized there isn't just one way of loving people or expressing yourself.

3. I came out to my parents as trans in 2020, during the pandemic, when I was in sixth grade. We had a Gay Straight Alliance club that I would attend every week. It made feel like I had a community; I felt supported. When I told my mom I had been going to the club, she told me she thought it was really beautiful that people knew who they were at such a young age. That made me feel safe and free, and in that moment, I told was trans and preferred he/they pronouns. After I told her, she pulled me in for a hug and told me how proud she was. My mom has been my biggest supporter. She's sweet and loving. She wants me to be whoever I am, no matter what. She thinks I'm so amazing for being such a young person and expressing myself.

4. The rest of my family was a bit different, but they've gotten used to it. And it's become a normal thing. I'm grateful that my family supports me like this. Since sixth grade my family has used my correct name and pronouns. I started using only he/him pronouns at school during my freshman year of high school.

5. I made the decision to seek gender affirming care after I had a close friend start testosterone and I saw how happy it made him. I researched the changes and read peoples' stories online. I wanted that for myself-a deeper voice, a more masculine face, I could look in the mirror and envision a new me, the real me. It felt so right.

6. The process to get treatment took about six months. I had consultations, and lots of appointments. I started treatment with testosterone gel. It was about six months into the

1  treatment when the peak of the changes settled in. I was able to start treatment with hormone
2  replacement therapy (HRT) my sophomore year of high school in January 2024. I've been on
3  testosterone for about one year.

4      7.    I've never felt more comfortable in my own skin as when I started HRT. When
5  the changes set in with the testosterone, and I could pass as a guy to other people, I felt free. I
6  started meeting new people and making friends. I felt more normal and happier in general. I
7  started taking care of myself, eating good food, following a skin care routine, and brushing my
8  teeth every day. My life has improved so much.

9      8.    I haven't felt depressed since I started testosterone. I feel like if this Executive
10 Order was enacted and I wasn't able to continue my treatment, the depression would return.
11 Before I started testosterone, it was really hard for me, starting around in fifth grade, for about
12 four and a half years, until I started treatment in October 2023. I couldn't dress how I wanted to;
13 I had to hide my body. When people would misgender me, it destroyed me on the inside. It hurt
14 that no one else saw me the way I saw myself. I felt like if I told them, they wouldn't get it.

15     9.    Before I started treatment, I had no friends, I wouldn't leave the house. It was
16 hard just to shower and be naked in a body that I hated. I would rot in my bed all day. I didn't
17 go out because I didn't want people to see me. I just hated myself.

18     10.    If this Executive Order went forward, my whole world would stop. I've been on
19 testosterone for over a year and I fear what would happen if it all goes away. It's been a lot of
20 hard work. I've gone through so many years hating myself and my body. After going through a
21 year of finally loving myself, it's terrifying to have to go back. If these changes were to reverse,
22 my mental health would get worse. My self-image would worsen. I'd have less confidence. My
23 depression would come back.

24     11.    Right now, I feel very confident, and I love myself. I feel like who I am on the
25 inside. I feel right in my skin. What matters most is that I'm comfortable in my own skin. I know
26 who I am. I'm me. I'm a guy.

12. I am giving this declaration because I would do anything to stand up for myself and others. There are still a lot of trans people that struggle with depression that would get worse if this Order goes through. Sometimes treatment can be the one thing that keeps a trans person holding on to life. Losing treatment would mean losing all hope. It would be harmful to themselves, their families, and their communities. This effects a lot more people than people think.

13. I don't feel like I could bring my own lawsuit because I don't have any money and I'd be afraid.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this __3__ day of February 2025.

_____
L.L.
Trans Youth

_____
V.L.
Parent of L.L.