**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,

Defendants.

NO.

DECLARATION OF LUNA CRONE-BARÓN



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Luna Lilith Crone-Barón, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have been a resident of the State of Washington since I was six months old. I am currently a first-year student at the University of Washington in Seattle.

3. I am a transgender woman, meaning that I identify and live my life as a woman despite being assigned male at birth.

4. As a child, I always knew that I was different from my peers. I grew up feeling isolated and disconnected from other children my age because I felt that the prescribed identity of 'male' was untruthful to my knowledge of identity. I knew myself to be a girl from a very young age, even if I did not yet understand the language and possibility of transgender identity.

5. This feeling of isolation led me to living with great sadness as a child. I felt frightened and suffocated by the idea that I would not be able to grow up and live as a woman. I felt that I would rather die than go through puberty and grow into an adult man. These were very heavy thoughts and feelings for a child under 10 years old to be feeling, and hugely damaged my ability to lead a happy, care-free childhood, which it is my belief every child deserves.

6. When I was 10 years old, I came to understand the language and possibility of being transgender and began to live as a girl, and changed my name to Luna. With my family's overwhelming love and support, I felt a huge sense of freedom and of a weight lifted off my shoulders. Despite facing huge amounts of transphobic harassment at school, I'd never before felt so hopeful about my life and future. However, I still felt intense anxiety and repulsion at the idea of having to go through male puberty, and still felt that I would rather die than go through male puberty. It is for this reason that I began receiving gender-affirming care, starting with a "puberty blocker" implant at age 11.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

7. Receiving a puberty blocker at age 11 felt like a huge weight being lifted off my young shoulders. I no longer had to worry about or have suicidal thoughts regarding going through male puberty.

8. I began hormone replacement therapy, to go through female puberty, at 12 years old. This ability to grow into a body that felt real and true to me has brought me a sense of security in identity without which I would not have survived. It is because of this access to gender-affirming care as a child that I am a thriving adult today.

9. I understand that the President of the United States has issued an Executive Order (EO) directing that the Federal Government take steps that will prevent trans children from accessing gender-affirming care. The Federal Government's policy will have deadly impacts on my younger transgender peers.

10. I restate that I do not believe I would be alive today without access to gender-affirming care as a child, and I believe that gender-affirming care is life-saving medical care. Therefore, the consequences of denying transgender children this care will be deadly. I believe that many transgender children share the feelings I experienced as a child, of feeling like they would rather die than go through the puberty of the gender they were assigned at birth. Thus, I believe that this Executive Order is a sentence of depression and even death on transgender children who experience gender dysphoria.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of February 2025 at Seattle, Washington.

______________________________
LUNA CRONE-BARÓN



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

7. Receiving a puberty blocker at age 11 felt like a huge weight being lifted off my young shoulders. I no longer had to worry about or have suicidal thoughts regarding going through male puberty.

8. I began hormone replacement therapy, to go through female puberty, at 12 years old. This ability to grow into a body that felt real and true to me has brought me a sense of security in identity without which I would not have survived. It is because of this access to gender-affirming care as a child that I am a thriving adult today.

9. I understand that the President of the United States has issued an Executive Order (EO) directing that the Federal Government take steps that will prevent trans children from accessing gender-affirming care. The Federal Government's policy will have deadly impacts on my younger transgender peers.

10. I restate that I do not believe I would be alive today without access to gender-affirming care as a child, and I believe that gender-affirming care is life-saving medical care. Therefore, the consequences of denying transgender children this care will be deadly. I believe that many transgender children share the feelings I experienced as a child, of feeling like they would rather die than go through the puberty of the gender they were assigned at birth. Thus, I believe that this Executive Order is a sentence of depression and even death on transgender children who experience gender dysphoria.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 3 day of February 2025 at Seattle, Washington.

LUNA CRONE-BARÓN



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744