1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9   STATE OF WASHINGTON, et al.,                NO.

10                      Plaintiffs,              DECLARATION OF S.O.

11        v.

12   DONALD J. TRUMP, in his official
     capacity as President of the United States of
13   America, et al.,

14                      Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF S.O.

I, S.O., declare as follows:

1.     I am competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.     I am 14 years old and live in Spokane, Washington. I am transgender and nonbinary. Being nonbinary means that I do not identify with any binary gender, including the gender I was assigned at birth. In my case, being transgender means that I have socially and medically transitioned to achieve a gender presentation that matches my nonbinary experience of gender. I use they/them pronouns.

3.     I am using my initial to identify myself for the purposes of this declaration and not my name. I am doing so because I am afraid for my safety if people know that I am transgender and that I participated in this lawsuit.

4.     I understand from my parents that I first began showing signs of gender nonconforming behavior when I was as young as five years old. I know that I began to consciously suspect that I might be transgender when I was nine. So I have been thinking about my gender identity for a long time.

5.     I finally came out as transgender when I was 12 years old. When I first came out, it wasn't all the way. I was at a theater improv class and was asked to introduce myself and identify my pronouns. Initially I answered "she/her," but immediately felt a voice inside myself that said "No—that's not right." So I corrected myself, saying instead that my pronouns were they/them. This was the first step of my transition.

6.     The feelings that led me to that point were very uncomfortable. As my body developed, I felt wrong in a way that words can't describe. I am aware that many young people experiencing puberty may feel wrong or off as their bodies change, but this was more than a simple inconvenience. I felt disassociated, not present in my own life. I really felt I was living someone else's life—looking through the world through someone else's eyes. I knew this was connected to my gender identity. It felt like looking in a mirror and seeing a girl, and

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  understanding that that was the person the world saw when they looked at me, but also knowing

2  that that person was *not* me—she was a different person. The first time I learned that there was

3  such a thing as trans and nonbinary people, I realized that might be who I was.

4      7.    When I told my parents I was trans and nonbinary, they were initially confused,

5  but they supported me. Neighborhood friends and some family members were less supportive.

6  Though when a neighborhood friend has trouble being supportive, I suspect that it might be their

7  parents, and not them, who have the issue with my identity.

8      8.    Later, my dad told me that he had observed me in the place where I was feeling

9  disassociated. His word was "detached." He noticed that when I was forced to, for example,

10  choose a gendered bathroom, I would panic, and freeze up.

11      9.    About six months after the incident at my improv class, I began seeing a

12  gender-affirming therapist. The therapist has been very helpful to me. They help me with all

13  kinds of issues in my life. They help me deal with transphobia, and how to talk to my parents

14  about gender-affirming care, but they also help me with so many issues not related to my gender

15  identity. One example is learning how better to verbalize emotions, a skill I have sometimes

16  struggled with. I worked with this therapist for about nine months, and received an official

17  diagnosis of gender dysphoria.

18      10.    About one and a half years ago, I chose a new name. My family recently helped

19  me make this official with a legal name change.

20      11.    In the fall of 2024, my family and I researched puberty blocking medication to

21  see whether it would be a good fit for me. From this research I learned that puberty blockers

22  wouldn't change me, they would just buy me time before permanent developmental changes

23  took place. The medication would give me time to explore my gender identity. Though that idea

24  appealed to me, I still thought long and hard about whether to seek puberty blockers. I researched

25  the risks and benefits, talked to my therapist, and talked to my parents. In the end I decided to

26  seek puberty blockers as a form of gender-affirming care.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

12.     Though I have only been on puberty blockers for a short time, there are already positive effects. My dad tells me that he sees a difference in me; I was clearly depressed before, but I appear happier now. My dad is right. I am the happiest I have been in my entire life. Since beginning puberty blockers, I have tried new things. I recently auditioned for a play. And I feel more drawn to community involvement. I have also experienced some surprising changes. I am more comfortable now with physical touch, which used to give me stress. And while it used to be hard for me to tolerate other people's music, I don't have as much difficulty with that now. I feel more openminded.

13.     I understand that the President of the United States has issued an Executive Order that would restrict and prevent gender affirming care for people under age 19. The federal government's policy will have a variety of negative impacts on me. For example, if I were prevented from obtaining puberty blockers, I could experience unwanted developmental changes. I believe that I would also struggle with anxiety as I did previously. The absent, disassociated, withdrawn feelings I used to struggle with would likely return.

14.     I have considered starting hormone replacement therapy before age 19, specifically small doses of testosterone. I have also considered surgical transition care (top surgery). The Executive Order would make both impossible. That possibility is scary to me, and also highly frustrating. Right now, I can research and consider these options for myself, with the help of my parents and doctors. Maybe through thoughtful reflection and research I would conclude that those were good gender-affirming care options for me; maybe I would conclude that they weren't. But through the Executive Order, the federal government has decided that it is going to choose for me. I believe this violates my legal rights and puts my health at risk.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    I declare under penalty of perjury under the laws of the State of Washington and the

2    United States of America that the foregoing is true and correct.

3    DATED this 5th___ day of February 2025 at Spokane, Washington.

4

5    _____
     S.O.

6    Trans Youth

7    _____

8    T.O.
     Parent of S.O.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26