**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF ALLISON JANSEN |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF ALLISON JANSEN

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Allison Jansen, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live in Seattle, Washington, with my wife, with whom I share two adult children. I am a retired professor of political science and gender studies from Green River Community College and a part-time lecturer in Political Science at the University of Washington.

3. I am a transgender woman. I was assigned male at birth, but I identify as female and use she/her pronouns. I knew at age two that I was transgender but did not have the language for it. Raised as a Catholic in my early years, I prayed to God all the time to fix me. I never told my parents I felt like a girl, but I had feminine behaviors they discouraged and sometimes teased me about, calling me "Josephine."

4. I did not receive gender-affirming care as a minor. I am pretty sure it was not an option for juveniles at that time and it was certainly nothing I would have brought up with my parents. Puberty was a nightmare – my body changed in ways that were profoundly uncomfortable. Although I did not experience suicidal ideation, many transgender youth do and suicide rates for transgender youth are much higher than for other demographic. Without gender-affirming care available to me, I suffered in silence through my adolescence. Dealing with the changes to my body was terribly stressful and I tried to compensate in other ways. I did my best to fit in, joining the football team and engaging in other activities seen as traditionally male.

5. In 1975, I came out to my then-wife and sought counseling in an effort to get "cured." After a year in therapy, I realized that the only thing that would fix my gender dissonance would be to transition. In 1977, at age 24, I came out to some family and friends. I attempted to transition but this was very difficult in a harsh, unfriendly, and dangerous world. During that time, I lost my parents, most of my friends, and a marriage, even though my wife was supportive. I went to several therapists before finally finding a compassionate psychiatrist who prescribed hormones. Over six months I took estrogen, had facial electrolysis, and had

rhinoplasty surgery, and I began to present as more female. I transitioned and it was wonderful in many ways. I was unable, however, to find gender-affirming surgery at the time. I seriously explored the option of suicide, but instead I chose to detransition after seven months. I resumed living my life as male-presenting until 2013, when I was able to receive proper gender-affirming care, which helped change my body and face to match my self-identity. I was able to legally change my name as well as my gender marker on all official and necessary legal documents, from credit cards and employment ID to my driver's license and passport.

6. For me, gender dysphoria presented as a sense of depression and being perpetually stuck and covered up. It is hard to describe. I distinctly remember being present with other people and disassociating from myself because of my feelings of discomfort and incongruity between the person people saw me as and the person I knew myself to be. My own experience was very taxing on my mental health, but I know that others have it much, much worse.

7. Since fully transitioning in 2013, my life has been very good. The very broad acceptance I have received and felt has almost completely eliminated feelings of gender dysphoria. I was good at suffering in silence and hiding my gender identity. If I could have transitioned at puberty and lived my life as a woman, this is what I would have wanted. I am glad that I managed to avoid suicide and that I lived long enough to finally transition happily and successfully. Gender-affirming care should be available for transgender and gender-diverse adolescents. I wish it had been available for me. My hope is to protect others from going through the same experience.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of February 2025 at Seattle, Washington.

*Allison R Jansen*
Allison Jansen