1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                Plaintiffs,

    v.

DONALD J. TRUMP, in his official
capacity as President of the United States of
America, et al.,

                Defendants.

NO.

DECLARATION OF A.M.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1         I, A.M., declare as follows:

2         1.     I am over the age of 18, competent to testify as to the matters herein, and make

3 this declaration based on my personal knowledge.

4         2.     I am the parent of Minor A.M. I live in Lynnwood, Washington with my wife and

5 child.

6         3.     I am a licensed social worker at a major hospital in Seattle, Washington.

7         4.     My child is non-binary and uses they/them pronouns. I have chosen to refer to

8 them in this declaration as "Minor A.M." because I am afraid for them and our family's safety

9 and privacy in the current political climate. That is why I am also choosing to refer to myself by

10 my initials.

11         5.     Minor A.M. is a very active and inquisitive six-year-old. They like school and

12 have a wide range of interests. They love history, learning about the military, playing with Legos,

13 and Star Wars. They are also autistic and have a 504 plan at school.

14         6.     The first time I learned that my child was considering their gender was when they

15 were in preschool. They had talked about feeling more like a girl than a boy but had initially not

16 wanted to use different pronouns. My wife and I received an email from the preschool teacher

17 one day telling us that Minor A.M. had said that they were a girl and wanted to use she/her

18 pronouns. Minor A.M. was five years old at that time.

19         7.     My wife and I are supportive of our child's identity. When they told us they were

20 a girl, we alerted the important adults in their life to this change so that they could correctly

21 gender our child. When Minor A.M. was in kindergarten, they told us that they were actually

22 non-binary and wanted to use they/them pronouns. They were very insistent and confident in

23 these feelings.

24         8.     In the beginning, the transition was difficult. Minor A.M. encountered a teacher

25 at school and some extended family members that repeatedly mis-gendered them and it was

26 upsetting. Minor A.M. told us that when that happened it upset them and made their heart and

1  stomach hurt. We had to work with the school and the district's Gender Inclusive Schools

2  Coordinator to address these issues. Minor A.M. has a primary teacher that is very supportive.

3  We are concerned that if they were to lose access to a supportive environment at school they

4  would not want to go to school, and we would have a very difficult time getting them to go or

5  stay.

6       9.     I believe that mental health support is an important part of gender-affirming care,

7  especially for people Minor A.M.'s age. It took a while, but we were able to find a mental health

8  provider with experience in providing affirming care for children their age. Minor A.M. started

9  getting mental health care at five years old. Once the therapy started and Minor A.M. had a

10  supportive teacher, we noticed that they were a happier and more content child. It is very

11  important to Minor A.M. that adults see them accurately as a non-binary person. When kids

12  misgender them, they do not have as strong of a reaction and are able to correct them. When

13  adults do not see them accurately it causes Minor A.M. significant distress. Minor A.M. will

14  become dysregulated and shut down when they encounter an adult who does not see them

15  accurately or misgenders them. They have shared with us that it hurts their heart, and they get a

16  stomachache.

17      10.     Minor A.M. is six years old now and has had mental health services for nearly a

18  year. Therapy has been extremely helpful. It has helped normalize their experience and sense of

19  who they are. It has allowed for a more typical childhood development and has allowed them to

20  participate in their life more fully.

21      11.     As a non-binary young person, Minor A.M.'s journey continues, but with on-

22  going support and mental health services, they will continue to thrive. At six years old I

23  understand that my child is years out from any medical procedures, but if they do not have access

24  to the care they need, when they need it, it will be detrimental to them and our family. When and

25  if the time comes, it is very important to us to live in a place where we have access to all options.

26  This is not a linear process, and we do not know how the journey will go or where Minor A.M.

1  will end up on it. It is also my experience that lack of access to the appropriate care can have a

2  significant detrimental impact on trans and gender expansive people's safety as they navigate

3  their world.

4      12.    An important part of gender-affirming care is that the person gets to live

5  authentically as themselves, everywhere they are. Minor A.M. is very insistent on this. It is very

6  obvious and distressing to them when that is not the case.

7      13.    None of this is fast. This is a very slow, deliberate process. The narrative that

8  these decisions are made quickly without careful consideration or consultation with mental and

9  physical health providers is false.

10     14.    Concerning the recent Executive Order (EO) restricting gender-affirming care for

11  transgender youth, it is upsetting, and I am terrified to think about the possibility of having to

12  tell our child that they can't have gender-affirming care. We noticed after the election that

13  Minor A.M.'s anxiety had increased so we stopped talking about current events, the EO, and the

14  impacts in front of them. Since the EO issued, Minor A.M. is having a harder time at school and

15  has been acting out. Their teacher shared that they are seeing this with the entire class as the

16  anxiety for families with transgender and gender expansive children increases.

17     15.    I fear that if this EO isn't stopped, it will have significant impacts on

18  Minor A.M.'s mental and physical health. If we could not find gender-affirming care for our

19  child in the United States, we would have to consider moving to another country in order for

20  them to get the care they need. Washington is our home. Both my wife and I have aging parents

21  who live here and that we help take care of, and we have careers and communities that we are

22  part of and that mean a great deal to us. We do not otherwise want to leave the United States.

23  We also do not have the resources to sue the Federal Government ourselves. Not only would that

24  put us at financial risk, but it would also put our family's safety at extreme peril.

25     I declare under penalty of perjury under the laws of the State of Washington and the

26  United States of America that the foregoing is true and correct.

DECLARATION OF A.M.                    3                    ATTORNEY GENERAL OF WASHINGTON
                                                              Complex Litigation Division
                                                              800 Fifth Avenue, Suite 2000
                                                              Seattle, WA  98104
                                                              (206) 464-7744

1   DATED this _____ day of February 2025, at _____, Washington.

2

3             _____

            A.M.

4            Parent of Minor A.M.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED this 4th day of February 2025, at Lynnwood, Washington.

_____
A.M.
Parent of Minor A.M.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744