|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| STATE OF WASHINGTON, et al., | NO. |
|---|---|
| Plaintiffs, | DECLARATION OF BRETT J. BERTRAM |
| v. |  |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., |  |
| Defendants. |  |

DECLARATION OF BRETT J. BERTRAM

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## DECLARATION OF BRETT J. BERTRAM

I, Brett J. Bertram, hereby declare:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live in Bloomington, Minnesota with my wife and our two children.

3. My oldest child, A.E.B., is transgender. He was assigned female sex at birth, but his gender identity is male.

4. My son told my spouse and I that he is transgender when he was 12 years old and in seventh grade. He selected a new name for himself, which he shared with us when he came out.

5. When our son came out, we had him start working with a therapist who he still sees today.

6. In consultation with his primary care doctor, my wife and I decided to send our son to a gender-affirming care clinic when he was in eighth grade because of the anxiety he was experiencing about going through female puberty.

7. At first, he was prescribed birth control, and he switched to puberty blockers shortly thereafter. After talking with our son's medical provider, we agreed puberty blockers would be a good option for him because the effects were reversible, whereas the physical developments of him going through female puberty were permanent. The summer before high school our son started taking testosterone.

8. My wife and I decided to have our son receive gender-affirming care because I know that only he can know who he truly is—he has always had a strong sense of self, and I trusted him when he told us that he is male.

9. A.E.B. is now a junior in high school. He is 100% healthier, happier, and more confident because he's been able to receive gender-affirming care. Middle school was hard for him, and once he moved to high school and he was feeling more comfortable in his own skin, he came out of his shell. He's able to play sports with a group of teammates and coaches who accept who he is. We have no regrets about getting him this care.

10. My son is now looking at colleges. It is not fair that our son has to choose not to go to certain schools because of which state they are in out of fear for his safety when other teenagers are able to move wherever they want without the anxiety of what will happen to them. We have

started looking at colleges outside of the United States so that we know he will be able to continue receiving gender-affirming medical treatment.

11. I have decided to use my son's initials in this declaration to protect A.E.B. and my family from any acts of hatred or violence. The anti-trans rhetoric heightened by the Executive Order banning gender affirming care for minors should not be promoted, as these services are important, and my child and other children like him should not have to fear for their safety when they travel within the country. It makes me concerned for my son's safety when people feel its appropriate to approach a child and question who he is, when all he wants to do is exist.

I declare under penalty of perjury under the law that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of February, 2025, in Bloomington, Minnesota, Hennepin County.

_____
Brett J Bertram (Feb 5, 2025 13:30 CST)
_____
Brett Bertram