<pre>
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
 8                            AT SEATTLE

 9   STATE OF WASHINGTON, et al.,        NO.

10                    Plaintiffs,        DECLARATION OF
                                         ELIZABETH GRANDE
11        v.

12   DONALD J. TRUMP, in his official
     capacity as President of the United States of
13   America, et al.,

14                    Defendants.

15
</pre>

## DECLARATION OF ELIZABETH GRANDE

I, Elizabeth Grande, hereby declare:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.
2. I live in Edina, Minnesota, with my husband and two children, who are 13 and 15 years old respectively.
3. My eldest child, W.G. is transgender. He was assigned a female sex at birth, but his gender identity is male.
4. My son first told me that he wanted to be referred to as my son when he was 11 years old. We immediately started the process of seeking out medical and psychological professionals who were familiar with transgender patients.
5. Following about a year and a half of counselling, my son initially received medical treatment using puberty blocking medications, and now takes testosterone. This treatment is monitored by my son's physician and therapist.
6. Before W.G. came out to me, he suffered from severe depression.
7. W.G. is now a sophomore in high school. With supportive medical and mental health professionals and the benefit of medical treatment, he is able to be himself and lead a normal life. I do not think that this would have been possible without gender affirming care.
8. I have decided to use my son's initials in this declaration to protect W.G. and my family from any acts of hatred or violence. The anti-trans rhetoric heightened by the Executive Order targeting gender affirming care for youth should not be promoted, as this care is life-saving.

I declare under penalty of perjury that the foregoing is true and correct.
DATED and SIGNED this 4th day of February, 2025, in Hennepin County, Minnesota.

*[signature]*
ELIZABETH GRANDE