**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF F.T. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF F.T.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, F.T., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live in Seattle, Washington with my husband and 13-year-old son.

3. I have one child, my son, who is transgender. In other words, my son was assigned female at birth and identifies as male (he/him pronouns). I have chosen to make this declaration using F.T. as a pseudonym and refer to my child here as "Child A" because I am fearful for him and our family's safety and privacy, given the anti-trans sentiment that the President and his administration is promoting through its rhetoric and policies. We would not feel safe if we were to use our full names here or sue the President ourselves over his anti-trans policies. We are afraid of the Federal Government or people who hold anti-trans beliefs being able to identify and target us for harassment or worse.

4. Child A is 13 years old and is in the eighth grade. He is very creative and has a love for the arts, especially music and video content creation. He loves listening to alternative rock music. He plays the electric guitar and has even played shows at a local music venue in Seattle. He enjoys taking various existing video clips and combining and editing the videos into something new and adding special effects. His videos have quite the following on TikTok with over a thousand followers. Along with being an artist, our son also loves to learn about space, physics, and math. He is truly an amazing kid with a wide variety of interests. I cannot wait to see the contribution he will make to this world.

5. When our son was about eight years old, he told us he was gay, although what he meant was that he just knew he was different and not like the other kids. Over the years, our son went through a period of exploring his gender identity. For a while, he tried out different pronouns, using she/they initially, then they/them for about two years. He was trying to figure out who he was. That was a tough time for him. He was very unhappy. He was not very feminine, and he had friends at the time who were more gender conforming. In the first couple weeks of

1  7th grade, he went through a period of self-harm. He would cut the skin on his forearms. By the
2  time we found out, his inner arms were covered in cuts from wrist to elbow. He hid this, along
3  with his newly developing body, by wearing multiple layers of over-sized clothing. It broke my
4  heart.

5  6.  This difficult period came to an end in the fall of Child A's 7th grade year. He
6  came to realize that trying to fit in with his peer group was causing him anxiety and distress. He
7  moved on from them, settled on he/him pronouns, and decided to identify as male. Since then,
8  my child has been so much happier and more confident. He has found a new friend group that is
9  more supportive and diverse in gender; some are transgender; some are not. It is easier for my
10 child to fit in now. He passes for a boy. His confidence has grown significantly. After all these
11 years of struggling, our son is finally in a good place mentally, has an amazing group of friends,
12 and is looking forward to the future. These positive changes in our son have been even more
13 pronounced since starting on the path of getting him gender-affirming care.

14 7.  Our son learned about hormone therapy from one of his friends who was using
15 estrogen. As you can imagine, our son was beyond thrilled to learn there were in fact medical
16 intervention options out there to help him become who he knows he is meant to be. Child A told
17 me he wanted to find out more about this option because it seemed like it could help him
18 transition socially. After a lot of research, reading, and family conversations, we reached out to
19 a gender clinic at a Seattle hospital. First, they conducted an assessment on Child A to determine
20 whether gender dysphoria was apparent. Then, with them and Child A, we explored gender-
21 affirming options. We learned that our son was too old for puberty blockers. We then discussed
22 hormone therapy, taking testosterone, specifically. The doctor detailed the types of changes he
23 should expect to experience and any potential side effects. Then an assessment was done on
24 Child A to determine whether he would be a good candidate for hormone therapy, which he has
25 since been approved for.

26

8. We discussed all of this as a family. We had a lot of time to consider these issues during the months-long wait to get into the gender clinic and over the additional months consulting with the gender clinic doctors. It was clear that taking this next step – that is, that Child A would undergo testosterone therapy – would greatly improve his life. We know that hormone therapy can result in permanent changes that could become an issue if Child A were to later revert to identifying as female. But, that risk is very small compared to the risks that come with the alternative of Child A continuing to develop and live with female physical features. Those changes are permanent, too. And Child A has long thought about what he wants to look like as an adult, and he is consistently adamant that he wants to look like a man. He looks forward to it. He cannot imagine himself looking like an adult woman. Also, denying Child A hormone therapy would bring back the gender dysphoria symptoms – the anxiety, depression, self-harm, withdrawal from society – that he experienced before. As Child A's parent, the choice of testosterone therapy or not came down to whether I wanted a sick or dead child now or a child ten years from now who wants to revert to presenting as female. That is not a choice. I love my child and want them alive, male or female, and I will do everything I can to help them find their true self and happiness. If he is part of the one percent or so that later regrets the gender-affirming care he received, we will address that issue then as we have addressed this issue now: as a family in a supportive, loving, thoughtful way. The Federal Government has no place inserting itself into that process.

9. Our son is set to begin testosterone therapy very soon and he couldn't be more thrilled, he is literally counting down the days. Child A has never expressed any doubts about the decision to receive gender-affirming care. As soon as he learned about his options with hormone therapy, it only further cemented his resolve and made him even more excited to get the process moving.

10. After almost a year and a half of seeing our son's happiness and confidence flourish since coming into his identity, the new Executive Order threatening access to gender-

affirming care for minors has started to have an immediate negative effect on him, both mentally and physically. The morning following the release of the Executive Order, our son came into the kitchen and asked my husband what this would mean for him and how it could affect him, clearly feeling anxious. Later that day, we had to pick him up from school because he wasn't feeling well. As it turned out, he had barely slept after reading about the Executive Order and was too exhausted to stay in school. It has been absolutely heartbreaking seeing the fear and uncertainty our son is feeling, and as parents we feel helpless. It's like this Executive Order has turned back time to when our son was so uncomfortable with his body. All we want is for our son to be safe and free to be his authentic self. This Executive Order is a direct threat to that, to our family and so many others.

11. We have since talked to our son about what his fears are if this Executive Order goes into effect and the word he used was "despair." After all the years of struggling with his identity, learning his options, building happiness and confidence, starting the process to receive gender-affirming care, the hope for his future since beginning that process, it would all be stripped away. He said he would feel trapped being unable to express himself in the way he wants to. He said that he would want to leave for somewhere he could still receive gender-affirming care. For these reasons, this Executive Order would be extremely damaging to our son and our family's wellbeing and sense of security.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of February 2025, at Seattle, Washington.

F. T.
_____
F.T.
Parent of Child A