1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF H.M. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF H.M.

I, H.M., declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.      I live near Seattle, Washington with my wife and daughter.

3.      My wife and I have been together for 16 years. I have lived in Washington my entire life. I earned a master's degree in 2009, and since then have worked in Washington as a speech therapist.

4.      My seven-year-old daughter is transgender. I have chosen to refer to her in this declaration as "Minor A" because I am fearful for her and our family's safety and privacy in the current political climate. Minor A likes to play video games, and she is constantly trying new sports. She loves playing soccer, hockey, basketball, parkour, and anything else that crosses her path. When she was born, she was designated as male on her birth certificate, but her gender identity is female.

5.      When my daughter was five, she came out as transgender to her teacher on the first day of kindergarten. My wife and I were told at school pick up that day. Since that time, my daughter has always been firm about her identity. She is a strong-willed child who knows who she is, and she has never doubted that she is a girl, not one little bit.

6.      Before my daughter announced she is transgender, she had issues with frustration and anger that our family could not figure out. But once she came out and could be her true self, I have noticed that she is much easier to parent, and her anger has improved. She has become more confident in herself and is generally content and happy day to day.

7.      After I found out that my daughter is transgender, my wife and I checked out every children's book we could find on gender identity from our local library. We helped my daughter go through the clothes in her closet, one by one, to decide what she wanted to keep and what no longer matched her gender identity. I also reached out to a doctor regarding gender-affirming care and have been researching the kinds of treatment that could help my

daughter in the future. She is not currently receiving any prescriptions to medically transition because of her age, but she is confident that she would like to undergo that treatment once she is old enough.

8.    Our family has supported our daughter in socially transitioning. This means she uses feminine pronouns, wears girls' clothes, and otherwise lives and exists as a girl. She has grown out her hair and we recently took her to get her ears pierced. She lives openly and fully presents as a girl at home, at school, and everywhere else she goes.

9.    Since the presidential election in November, my wife and I have been fearful for our daughter's future. My daughter is also afraid. I have a vivid memory from election night of my daughter sitting between my wife and I on our couch, holding her stuffed animal, with tears in her eyes. The next day, she was scared to go to school. It was very distressing for me and my wife. That is a fear no child should have to deal with.

10.    Just a few hours after it was made public, I became aware of an Executive Order restricting gender-affirming care for trans youth. My wife and I have been very anxious since then. We have not told Minor A the specifics of the Executive Order, because we worry it will scare her and be difficult to understand. Instead, we have explained to her that some grown-ups are fighting over medicine, and that some grown-ups don't think its right to have families like ours. We use the terminology of bullying, because that's a concept she can understand.

11.    We have difficulty understanding what the Executive Order will mean for our family. Because Minor A has socially transitioned, we are confused about whether the Executive Order restricts trans children from socially transitioning. For example, after Minor A's ears were pierced, she got an ear infection. Treating the ear infection allowed her to have pierced ears and affirmed her gender as a girl. We don't know if even routine medical care like that could be considered gender-affirming care that is targeted by this Executive Order. We also don't know what is considered part of transitioning, and who makes that determination.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    12.    We fear that Minor A will be unable to receive the medical care she needs in the

2    future. I am concerned that any medical care she receives that notes that she is transgender in a

3    medical record could be dangerous for her. This includes mental health care. We have set up

4    therapy visits for her because of how the last few months have affected her. But because the

5    therapist's notes presumably mention that Minor A is transgender, I am afraid of the risk of those

6    notes preventing her from receiving medical care in the future. I am also worried that the

7    Executive Order is so broad that it could target mental health providers who treat trans youth.

8    13.    Since the Executive Order was signed, there has been a lot of crying in my house.

9    My wife and I have been constantly anxious and stressed. I feel like we are being attacked as a

10    family and that people do not want a family like ours to exist. We feel boxed in from every angle.

11    The Executive Order makes me feel like my daughter isn't allowed to access healthcare and isn't

12    safe at school. All I have wanted for my family is to be healthy and kind and to generate positivity

13    in our community. Now, it feels like that is offensive to other people. Over the 16 years of being

14    together, my wife and I rarely fight, but in the last few weeks we have argued many times about

15    what is right for our daughter. We have considered moving to another country so our daughter

16    can access healthcare. We also have emergency bags packed in case we need to suddenly flee

17    the country.

18    14.    I have lived in Washington my entire life. My daughter has lived in Washington

19    her entire life. I do not want to leave. Our friends are here, our family is here, and our lives are

20    here. This is our home. But now I feel like I have to choose between living here and keeping my

21    daughter safe and healthy.

22

23

24

25

26

DECLARATION OF H.M.                3                ATTORNEY GENERAL OF WASHINGTON
                                                    Complex Litigation Division
                                                    800 Fifth Avenue, Suite 2000
                                                    Seattle, WA 98104
                                                    (206) 464-7744

1    I declare under penalty of perjury under the laws of the State of Washington and the

2    United States of America that the foregoing is true and correct.

3    DATED this ___4th___ day of February 2025, at ___Snohomish County___, Washington.

4

5    _____
     H. M.
6    Parent of Minor A

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744