1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9  STATE OF WASHINGTON, et al.,            NO.

10          Plaintiffs,                    DECLARATION OF H.R.

11     v.

12  DONALD J. TRUMP, in his official
    capacity as President of the United States of
13  America, et al.,

14          Defendants.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF H.R.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I, H.R., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I was born in Washington, and currently live in Seattle, Washington. I have two children, who I co-parent with their father, W.R. I am a nurse and have been for many years.

3. I have chosen to submit this declaration using only initials because I am fearful that the government could retaliate against me or my child, or individuals emboldened by recent actions of the federal government would target my family for speaking out.

4. My youngest child is transgender. I have chosen to use a pseudonym and to refer to him in this declaration as "Minor A" because I am fearful for his and our family's safety and privacy in the current political climate. Minor A is currently 11 years old. He is very active and loves to play soccer in a recreational league on the boys' team. He is always getting outside to play with his friends, ride bikes, play baseball and likes to play videogames like Fortnite and Roblox with his friends. Though he's shy about it, he's also very creative, and is a talented at painting and drawing. When he was born, he was designated female on his birth certificate, but his gender identity is male.

5. During spring break in April 2021, Minor A told me he wanted to use they/them pronouns. A few weeks later he told me he wanted to use he/him pronouns, and that he wanted to present as a boy, and that he would prefer that I told his teacher. His father and I were surprised but were accepting. We have raised our children with an inclusiveness towards racial justice, sexual orientation and gender identity. W.R. told me that soon after this, he sat Minor A down and had a serious conversation, wanting to look him in the eyes and make sure he knew this was what he wanted and that he was fully serious. Ever since then, he has been our son, and everyone who knows him knows him as an upstanding young man. About a year after he came out, I asked him one day how he knew he was a boy. He paused and then responded wisely, "there was something there, but I didn't know what it was. And then I knew". Two sentences of wisdom, at

the age of nine, just like that. He has always been an old soul, a very wise kid. As a friend of mine put it, our children are our spiritual teachers. It is our job to listen and learn from our children, and I learn something new from my son every day. Since coming out, he has always been certain about his gender identity and how he wants to present to the world.

6. That following summer we supported Minor A in transitioning to present as a boy. We bought him boy clothes, including a lot of camouflage shorts that he wanted. He went with his dad to get his hair cut short. That fall, his teacher notified his class of the name he'd like to use and his pronouns, and since then it has been very smooth. His father and I feel lucky that our community is supportive of Minor A, so that he can just focus on being a kid and all the fun and growth that entails. Once he was presenting as a boy, it was clear that Minor A was happier and more confident. Many of my friends and our family mentioned soon after that he seemed much brighter, and more like himself. His father noticed a clear shift, from a family reunion where Minor A was withdrawn and quiet before his transition, to his clear and vocal excitement for life after getting his hair cut short, only a few months afterwards. In his own words, once he was able to present as a boy, "it felt like myself."

7. As Minor A has gotten older, we contacted a clinic for gender-affirming care to find out what is best for our child as he grows up. We have had a number of appointments at the clinic, where the providers there have spoken with us about Minor A's possibilities for future treatment, and discuss with me, his father and our son what our goals are for his health and puberty. This is not something we take lightly. We have done extensive research and spent a lot of time building a rapport with Minor A's medical providers before he has even begun showing signs of puberty. We understand that the decisions we make around gender-affirming care for our son will have lifelong and permanent impacts. As we considered different options including puberty blockers and hormone therapies, we had concerns about the consequences for Minor A's bone health and fertility. Even now, before any medication, Minor A drinks extra milk and takes calcium pills.

1    8.    Understanding all of this, we have decided, with the advice of Minor A's doctors, that the best option is to start Minor A on puberty blockers once he starts showing signs of puberty. It is crucial for Minor A to be able to present in a way that is true to himself, and not develop a female body. This path also prevents the need for invasive top surgery as an adult. A thorough aspect of his care will be to monitor his bone health as he ages. Many things have helped his father and I feel that this is the best choice for our son and our family. Minor A's medical providers have been incredibly supportive and help us be as informed as we can about the effect of different treatments, the risks, and the benefits. They emphasize that every child is unique, and they have been very patient as we ask many questions about gender-affirming care. They are continually kind, gentle, and professional. It has also helped for both me and his father to have long, honest, one-on-one conversations with Minor A about what he wants for himself, his identity, and his body. I keep a journal dedicated to the conversations I have with my son about his gender identity and his transition, so in a year, or five years, or twenty years, he can look back and understand how he felt and why we made the decisions we did. I consider it all a part of the beautiful story of how his life is unfolding.

9.    Before the presidential election in November, I became aware that there could be restrictions on gender-affirming care for youth from the upcoming presidential administration. In fact, all of 2024 I was distressed by this possibility. Gender-affirming care is a basic need for trans youth, akin to water, food, and housing. As a nurse, I've been blessed to work with trans patients and coworkers who I learned from even before my son came out as trans. Our son is on this path for care, and it is his right to receive the medical care that he, us as his parents, and his doctors all agree is the best option for him. I don't understand why the president should insert himself and presume to know what's best for a child better than their own parents. I think every parent loves their kid beyond measure and wants what is best for them.

10.    This last week, I became aware of an Executive Order putting conditions on gender-affirming care for youth. This is exactly the type of restrictions I was scared about. While

my son is not otherwise concerned about puberty, he is fearful of it if he could not access puberty blockers. It would not be just disappointing for Minor A to go through female puberty, it would be life-shattering. He has been living his life as a boy for years. Many people who have only met him or our family in the last few years are not aware he is transgender. Being forced to undergo female puberty would completely change his self-identity and how he presents in the world. It would completely derail his life path. In his own words, "I want to live the life where I can be who I want to be and live how I want to live. Not being able to have puberty blockers and testosterone would be not just upsetting but devastating. We demand of our political leaders; Do not take away the next generation's rights! We are the next generation, and we are the future - Black people, Muslim people, Jewish people, trans people, gay people, queer people. You cannot control us. We are not your robots; we are the future. You're the past. We are humans and we are the future generations. We will speak our truth and nothing will stop that."

11.   I would be very concerned if the restrictions in this executive order were to effect medical providers in Washington. I want my son to be able to be a contributing and healthy member of society, and this executive order seeks to prevent that. It is not a healthy society that excludes anyone from healthy participation. That is not the world our family believes in, and not the world we want to see.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 5TH day of February 2025.

_____
H.R.
Parent of Minor A