1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9   STATE OF WASHINGTON, et al.,

NO.

10                           Plaintiffs,

DECLARATION OF
JESSICA BRADY

11       v.

12   DONALD J. TRUMP, in his official
capacity as President of the United States of
13   America, et al.,

14                           Defendants.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF JESSICA BRADY

I, Jessica Brady, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.     I live in Edmonds, Washington with my spouse and we are the parents of two children. Indigo, an 18-year-old high school senior and Indigo's younger sibling who is 16 years old. I am an educator at a public K-8 school and my husband works in the tech industry.

3.     Indigo is a transgender girl, which means that she identifies with a gender other than the gender assigned to her at birth.

4.     My student population also includes young people who are transgender and gender-diverse. In addition to my concern for Indigo, and concern for other family members who are transgender, I have growing concern for the education, safety, and health of all students which prompted me to submit this declaration.

5.     Indigo transitioned two years ago. Over this period of time she transitioned first socially and then medically, through hormone therapy. Her transition process began in early 2023, when she asked her family to use they/them pronouns to refer to her. We agreed. At that point, she still wished to use her birth name. She subsequently informed us that she is bisexual—again, we accepted and supported her in this. She then began to experiment with wearing dresses and feminine clothing. In September 2023, she began using she/her pronouns, and chose her new name.

6.     Indigo began hormone therapy in January 2024. Indigo has been in therapy for several years. When her social transition began to gather momentum, her therapist referred her to a naturopathic doctor who is themselves transgender. That doctor turned out to be an invaluable resource and ally to Indigo. My daughter has several comorbidities which require us to pay close attention to her food intake and medications. She is on the autism spectrum, has ADHD, and celiac disease. Indigo's doctor took his time with her to make sure that hormones were the right thing for her and her body. He advocated a "low and slow" philosophy for

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

hormone therapy. He ordered labs and bloodwork to ensure we were proceeding safely and wisely with Indigo's gender-affirming care. All of this helped our family feel confident in the process.

7.      Hormone therapy has been invaluable for my daughter and is an essential part of her health and well-being today.

8.      Only three months into her hormone replacement therapy, we saw a remarkable difference. "Wow" was all I could say. At that point I knew we were doing the right thing. She became incredibly happy. The beauty of her transformation was amazing. I could not possibly have anticipated the difference until I witnessed it. Before she had struggled with a kind of frantic energy almost like she was spinning. After receiving hormone therapy we saw her calm and settle into her body. Indigo has always had eczema, and prior to her medical transition the condition was difficult to manage because my daughter tended to pick at herself and her skin would become infected. When she became more comfortable in her body, relieved of the need to mask, hide, or cover who she was, this nervous habit subsided, and her skin cleared up and she stopped having recurring skin infections. Previously, Indigo would self-harm. Seeing her happy again helped reassure me that my daughter was in less danger of self-harm or suicide.

9.      Today Indigo is a beautiful, vibrant person. She is more social. She plays Dungeons & Dragons, every Sunday for five hours with her friends. She loves dresses, particularly big flowy dresses and ones with pockets. She loves rainbows. Almost every day she wears knee-high rainbow socks. She has long purple hair—her favorite color. She enjoys shopping for clothes with me. She loves music, is a talented pianist, and has been playing for 10 years. She also loves Pokémon.

10.     When Indigo socially transitioned last year the transition was very hard. At school while the adults in the school were amazing many of the children were not and she barely made it through. However, she kept working hard and found some alternative education choices where she is now more successful. She will start an apprenticeship program as a pharmacy technician

very soon. She will also start her schooling at community college in the fall and live with her longtime friend who has stayed with her and supported during her gender transition.

11.    I was raised in a fundamentalist Christian family. When my nibling (gender-neutral term for a child of a sibling, instead of niece or nephew) came out as gender-fluid my family and I decided to leave the church because it was not open and affirming. I believe Indigo may have seen that step as a sign of security that we would be there for her when she was ready to live in her gender identity.

12.    When Indigo came out as transgender, or took additional steps to socially or medically transition, at all points we told her without fail, "We support you—we love you." We made sure to do this even when we struggled privately with uncertainty over the profound changes our daughter was going through. We did not want her to ever think that we didn't love her or were not going to be there for her. This was so important to us because of what happened when my nibling came out came out my parents. We no longer have much of a relationship with my parents. That is so hard and so painful. When my nibling came out, we saw how conditional my parents' love was. I never want my own children to experience that type of pain. I want them to know that they are loved, accepted, valued and are amazing. I want them to know that we love them because of who they are and not in spite of it.

13.    We have joined groups like Trans Families, which offered peer support for parents of trans youth, and the opportunity to ask questions and seek answers with our daughter out of earshot.

14.    I have been exposed to the rhetoric that transgender individuals will grow up to regret that they medically transitioned as youth. The possibility of regret was absolutely one of the closed-door conversations I had with my spouse as we weighed the possibility of a medical transition for our child. Granting that regret was a possibility, we still decided that it was more important to be affirming and supportive of the choices our daughter made today. We knew that having our love and support would help keep her alive. It is more important to have a kid who

is alive and knows that we love her, support her, and will always be there for her, even if it meant that our child may experience regret.

15.     Concerning regret, I educated myself and learned that very few transgender people who medically transition later seek to detransition. The majority of that very small number do not detransition because of regret concerning their choice, rather, the majority detransition because their family is not supportive and due to social and societal pressure.

16.     I understand that the President of the United States has issued an Executive Order affecting and preventing gender-affirming care for people under age 19. The Federal Government's policy will have a severe negative impact on my daughter and every transgender person she knows.

17.     If gender-affirming care is withheld from transgender and gender-diverse people in the U.S., people will die. That is the consequence of an order like this. People will die. At a minimum, countless people's mental health will decline.

18.     My daughter is thoughtful about her privilege; she lives with as a white, upper-middle class person with resources, in a home with family support, and in a State that is going to support her. She knows transgender people without all of these privileges, and people who have not made it as far as she has into their transition. She is concerned, and I am concerned, for transgender people she loves. She told me the other day she is so fearful for her friend who lives in Idaho.

19.     I cannot begin to explain the amount of stress and fear that transgender persons and their families are living under. My spouse just obtained his British passport; if the climate for transgender people continues to worsen in the U.S. he will take Indigo out of the country. Without gender-affirming care, life will become measurably worse for many people. In discussing the withholding of essential gender-affirming care, we should be clear that we are toying with are questions of life or death for transgender children. We cannot take this lightly.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of February 2025 at _____, Washington.

_____
JESSICA BRADY
Parent of Indigo

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4TH day of February 2025 at Edmonds           , Washington.

JESSICA BRADY
Parent of Indigo

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744