1
2
3
4
5
6
7           **UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
8                         AT SEATTLE**

9   STATE OF WASHINGTON, et al.,                NO.

10                  Plaintiffs,                 DECLARATION OF K.C.C.

11       v.

12   DONALD J. TRUMP, in his official
     capacity as President of the United States of
13   America, et al.,

14                  Defendants.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF K.C.C.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I, K.C.C., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am choosing to use initials for myself and my child because I am afraid of being separated from my child by the federal government. Out of fear and the desire to protect my family, I am choosing to remain anonymous.

3. I am the parent of R.C. a 14-year-old nonbinary child. I was born and raised in Washington state.

4. My child is nonbinary, which means that they do not identify as exclusively male or female. They first came out to me as nonbinary when they were nine years old. At the time, I wasn't sure my child knew what that meant, so we took time to research and read a lot of books on the topic.

5. After my child came out as nonbinary, I sought out care for them at a gender-affirming care clinic. There they received counseling for several years. I believe this early childhood care and our family's acceptance lessened the trauma of the experience of coming out as trans.

6. Even with an amazing support system, there was intense panic when puberty came along. They were anxious seeing their friends develop and go through puberty. We discussed the details of puberty together, and R.C. told me that they would not be ok if puberty continued. They withdrew, and finally came to me saying that they had started cutting themselves. They were scared and felt out of control. Even though our family is accepting, and we have an openness with one another, their feelings were out of control in a way that they could not handle. They needed to press pause while they figured everything out. Roughly one year ago, following the diagnosis several years earlier of gender dysphoria, they started taking puberty blockers.

7. Intervention did more than I could have imagined. There was a rebirth following puberty blockers. As a parent was horrifying to see the terror coming on following the onset of puberty. The treatment has helped to keep their mental health stable. With this intervention, their enthusiasm for friends and activities was renewed. They are curious, intelligent, they love to cosplay, and they play guitar in a band. They are incredibly energetic and engaged. Something just lifted and a lot of struggles they had been having socially in particular because of that anxiety simply vanished. They renewed connections, made new friends, and really started to enjoy life. They wrote me a card for my birthday which included, "thank you, Mom, for keeping me alive."

8. I fear for the harm this Executive Order may cause. I already think it's very hard for this generation to feel any kind of hope. Now, they feel scared that their safety is going to be taken away. They don't fear for lack of comfort or abundance, they fear for their safety. They wonder if the government is going to hurt them. We just want to live our lives, and we have so much to do. To have someone come in and bring actual terror into my child's life, it's unconscionable. It's pure violence.

9. If my child was unable to continue with their medical treatment, life would change dramatically for the worse. The lack of care would throw my child back into utter misery at an age when they're supposed to be gaining independence and confidence. The feeling that you were born with the body that doesn't reflect who you are is pure hell; it is like being haunted. I don't know how I will keep my child alive if this goes into effect; they will certainly lose some independence because I am going to need to make sure they don't hurt themself again. I'm terrified of R.C. not being able to live the way they need to live. This Executive Order holds us back as a society. I am the best person to care for my child; the proof of that is that they are thriving because my husband and I made the decision to trust our child and their doctors, not to mention the medical community at large, and get them gender affirming care.

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct.
3  DATED this _____ day of February 2025 at _____, Washington.

  K.C.C.
  Parent of R.C.

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct.
3      DATED this __4__ day of February 2025 at ___Seattle___, Washington.

_____
K.C.C.
Parent of R.C.