1
2
3
4
5
6

7  **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF WASHINGTON**
8  **AT SEATTLE**

9  STATE OF WASHINGTON, et al.,          NO.

10            Plaintiffs,                DECLARATION OF K.H.

11     v.

12  DONALD J. TRUMP, in his official
    capacity as President of the United States of
13  America, et al.,

14            Defendants.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF K.H.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, K.H. declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have lived in Spokane Washington for most of my life. I am currently living in Spokane with my husband. We have five kids, ages 15, 18, 23, 26 and 34 years old.

3. I am a massage therapist, and my husband is a retired Army veteran. Our oldest daughter lives in North Dakota; our 26-year-old son works in construction; our 23-year-old son graduated from Yale and is currently working on a ranch in Washington; our 18-year-old daughter attends art school in Boston and our 15-year-old daughter is a freshman in high school.

4. N.P. is our 18-year-old daughter and is transgender. I have chosen to refer to her in this declaration as N.P. because I am fearful for her safety and privacy in the current political climate. N.P. currently attends art school in Boston, which she loves. She has found a supportive social group and is doing well. When she was born, she was assigned male at birth, but her gender identity is female.

5. As far back as I can remember, N.P. liked girlie things. She would wear her pajama bottoms on her head like long hair and was attracted to traditional girlie things like butterflies and princesses. Because she had two older brothers, she often wore their hand-me-down clothes, which we learned later caused her great distress. During this time, we thought that maybe she was gay, but she did not want to talk about it. I did not push her one way or the other.

6. When N.P. started middle school, it was during COVID, and it was a very difficult time. She was shut down and angry. She was already suffering through being isolated because of COVID. I assumed she was struggling with her identity. I had thought she might be gay because she was flamboyant in her mannerisms and liked girlie things. We tried going to a therapist that was skilled in working with LGBTQ+ youth, but N.P. was not ready. N.P. was still going by the name they were assigned at birth and using he/him pronouns. I told the therapist that I just wanted N.P. to tell me who they are. The therapist told us to give them time, to create

a space and let them come to you.

7. Once school was in-person again, we noticed that N.P. was wearing more feminine clothes. This time was not easy for N.P though. She was struggling with deep feelings and starting puberty. She often would stay in her room and was very angry. At the time I did not know what was wrong and was very worried about her.

8. When N.P. started high school, she asked me if I would take her shopping for makeup, which I did. She also grew her hair out. During the summer before her senior year, N.P. shared with us that she felt like she was in the wrong body. She said that any time someone would refer to her as a boy or a man she would cringe inside. She told us that she wanted to go to therapy to see if what she was feeling was real, and she wanted to go through this process "correctly." At first, she saw her therapist two times a week and then gradually reduced to once a month. The positive impact was almost immediate. Working with a gender-affirming therapist helped normalize N.P.'s experience and sense of who she is.

9. After about four months of therapy, N.P. said that she wanted to talk with her doctor. At that time, she was still seeing her pediatrician at Providence, who was wonderful. However, her doctor told us that since Providence is a catholic hospital, N.P. would not be able to get gender-affirming care there. This is when N.P. started seeing a gender-affirming physician at CHAS in Spokane.

10. N.P began seeing the gender-affirming physician in December 2023. Her physician was very supportive and after doing the appropriate testing, started N.P. on puberty blockers. It was during this time that N.P. started using she/her pronouns. After that she started using an estrogen patch. Now N.P. is on puberty blockers and a weekly estrogen injection.

11. Once N.P. started receiving gender- affirming care there was a huge difference in her demeanor. Since beginning hormone treatments, she has become comfortable with her new identity and is thriving as this new person. She has become so much happier and has been able to come out of her shell and build a supportive social network. I cannot express enough how

much peace it finally brings her father and myself to see her blossoming into an incredible woman. Her confidence now is awe inspiring. I believe that if she had not had access to this kind of care, or the support of her family, she would not be alive. She has intimated that if we had not been so supportive and allowed her to transition, she would not be here. She explained how extremely unhappy she had been and depressed in this body that did not reflect who she truly is.

12. N.P. is in a much better place now. She is happy at art school in Boston and has changed her name. Unfortunately, we ran out of time to get her gender markers changed on her driver's license and with social security before the new administration. We also did not have time to apply for a passport. Now we are worried about starting that process.

13. N.P. has shared recently that early on, when she was younger, she did not have the language for how she was feeling. She just felt like she did not fit in, not in her own body or with her family and friends. She did not look like her siblings or other kids. Now that she has started receiving gender- affirming care, she is able to be her authentic self and participate in her life more fully. She saw a future for herself and began planning. The change has been dramatic and incredible. However, when she came home to Spokane from school over Christmas break, after the election, she said that she did not feel welcome. She described getting weird looks at the airport. It broke my heart.

14. After the last few years of progress and seeing our daughter's happiness and ability to live as her authentic self, the new Executive Order (EO) threatening access to gender-affirming care for minors is having an immediate negative effect on our daughter and our family. I am terrified to think about the possibility that the care my daughter receives could be interrupted or discontinued. I ask myself how much can one person take? If they take away health care and your identity what else do you have? We recently had a conversation with N.P.'s doctor about this and she stated that healthcare access is a civil right, and she would do what she could to maintain continuity of care for her patients. I am trying not to let N.P. see how scared I am for her.

15. N.P. has plans to get facial feminization surgery and top surgery sometime in the future, and now that is in jeopardy. N.P. is terrified about losing access to the care she is currently receiving. She worries about how her body would start to change if her treatment was interrupted and what that would do to her mental and physical health. She has said she would leave the country to get the care she needs and to feel safe if she had to. But we are worried she would not be able to get her passport in her preferred gender, or at all.

16. Since the election I have been in fight or flight mode. As her mother, I worry about what would happen if her treatment was interrupted and her appearance started to change. She deserves to live a long healthy life without always looking over her shoulder for yet another threat. Transgender people are already targets for harassment and violence in the current political climate. I worry constantly for her safety. If she were no longer able to "pass" the risk to her safety would increase. I worry about depression and self-harm. I worry about all the other families and transgender or gender expansive people out there who are afraid or are targets.

17. It is not an option for us to sue the Federal Government directly. I have already lost friends, family and clients and I could not put the rest of my family at risk of retaliation if we were to be in the public eye as plaintiffs. I would not want to risk outing N.P. at school and putting a target on her or our other children.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this ____ day of February 2025 at _____, Washington.

_____
K.H.
Parent of N.P.

15. N.P. has plans to get facial feminization surgery and top surgery sometime in the future, and now that is in jeopardy. N.P. is terrified about losing access to the care she is currently receiving. She worries about how her body would start to change if her treatment was interrupted and what that would do to her mental and physical health. She has said she would leave the country to get the care she needs and to feel safe if she had to. But we are worried she would not be able to get her passport in her preferred gender, or at all.

16. Since the election I have been in fight or flight mode. As her mother, I worry about what would happen if her treatment was interrupted and her appearance started to change. She deserves to live a long healthy life without always looking over her shoulder for yet another threat. Transgender people are already targets for harassment and violence in the current political climate. I worry constantly for her safety. If she were no longer able to "pass" the risk to her safety would increase. I worry about depression and self-harm. I worry about all the other families and transgender or gender expansive people out there who are afraid or are targets.

17. It is not an option for us to sue the Federal Government directly. I have already lost friends, family and clients and I could not put the rest of my family at risk of retaliation if we were to be in the public eye as plaintiffs. I would not want to risk outing N.P. at school and putting a target on her or our other children.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 4 day of February 2025 at Spokane, Washington.

_____
K.H.
Parent of N.P.