| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF M.B. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

DECLARATION OF M.B.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, M.B., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the parent of W.B., who is 20 years old. We live in Pierce County, Washington. I am choosing to proceed using my initials, and refer to W.B. by their initials, because of fear of being identified and targeted by the Federal Government. We are also afraid of being targeted by anti-trans individuals in the community. From both sides, we are concerned about our physical, mental, and emotional safety.

3. W.B. is transgender and nonbinary. Being nonbinary means that W.B. does not identify with any binary gender, including the sex they were assigned at birth. In W.B.'s case, being transgender means that they have socially and medically transitioned to achieve a gender presentation that matches their nonbinary experience of gender. W.B. uses they/them pronouns.

4. W.B. came out as transgender and nonbinary at age 14. This was five years before they were able to identify and describe their sexuality and sexual orientation. Even at age 14, W.B. had been aware of gender-diverse identities for some time, and often talked about the concept.

5. At age 14, W.B. suffered from depression and anxiety. At the point when W.B. first expressed their transgender identity, they began to exhibit symptoms of gender dysphoria, which is a mismatch between an individual's outward appearance and their internal experience of gender. Gender dysphoria worsened W.B.'s depression and anxiety, and they became suicidal.

6. W.B. obtained intensive outpatient mental health treatment to address suicidal ideation. Through that process, they began to conceive of the gender-affirming care that would help them stay healthy physically, mentally, and emotionally.

7. W.B. has always displayed a remarkable level of practicality and self-awareness where gender identity is concerned. For example, though W.B. identified by age 14 that they wanted top surgery to remove breast tissue, they knew at that time that they were not ready for

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  the surgery. They opted to wait until age 17 to plan the surgery, despite worsening symptoms of
2  gender dysphoria based on having breasts.

3     8.     At that time, our family lived in Texas. Just when W.B. determined that they were
4  ready for top surgery, the state of Texas banned the procedure for all patients younger than 18.
5  That action, and a combination of other circumstances, forced us to reschedule the surgery
6  multiple times.

7     9.     W.B. finally underwent top surgery in 2022 at age 18. The positive effect of the
8  surgery on W.B.'s mental health and daily functioning has been dramatic.

9     10.    Previously, the sight of W.B.'s naked body caused them such distress, such acute
10 gender dysphoria, that they were able to shower only very infrequently. On days when they did
11 manage to shower, the act took all the energy out of them, leaving them unable to manage other
12 normal activity. Similarly, our family was once forced to cover all mirrors in the home, because
13 W.B. could not look at themself without feeling emotionally destroyed.

14    11.    After top surgery, W.B. showers normally and takes care of themself. In addition,
15 though the idea of being photographed once caused W.B. severe anxiety, post-surgery they will
16 now allow photos to be taken of them. We never understood where W.B.'s resistance to being
17 photographed came from, but now we understand better that it was distress associated with
18 gender dysphoria.

19    12.    I believe that with greater awareness and representation in the media, W.B. could
20 have accessed puberty blockers before age 14, possibly eliminating the need for top surgery.
21 Still, top surgery was the solution that made sense for W.B. when they were ready. W.B. takes
22 birth control to suppress menstruation, but they still experience gender dysphoria from
23 occasional breakthrough bleeding. At some point, bottom surgery (like a hysterectomy) may be
24 something they choose for themself. Unlike many transgender patients, W.B. does not currently
25 want hormone replacement therapy. W.B.'s experience demonstrates that transgender and
26

DECLARATION OF M.B.                                           2                              ATTORNEY GENERAL OF WASHINGTON
                                                                                                  Complex Litigation Division
                                                                                                  800 Fifth Avenue, Suite 2000
                                                                                                  Seattle, WA 98104
                                                                                                  (206) 464-7744

gender-diverse individuals have diverse needs where gender-affirming healthcare is concerned and is not a one-size-fits-all situation.

13. Societal resistance and hostility towards transgender and other gender-diverse people continues to have a major impact on W.B. When our family lived in Texas, W.B. suffered greatly from fear that they would be physically attacked based on their appearance. W.B.'s fear gave rise to paranoia—the sense that malicious people were coming after them, or that they would be taken away from their family. It was so severe that W.B. had problems leaving the house.

14. Texas policy and the climate around gender-affirming care eroded W.B.'s ability to trust even their own therapist. In one session, the therapist probed whether W.B. was taking cross-sex hormones; the implication was if W.B. had been taking hormones, the therapist would be mandated to report our family in order to avoid liability. As stated above W.B. was not, and has not, taken cross-sex hormones. It is unfair and unjust to W.B. that suspicion of and discrimination against gender-diverse people deprived them of trusted relationships with medical and mental health providers.

15. In October 2023, our family moved from Texas to Washington State. The move involved considerable financial loss for us. We had only recently made major improvements on our home, and I was forced to cash out my IRA in order to pay for those improvements to maintain our home's resale value. We did not want to leave Texas. But the move was essential to keeping W.B. safe and healthy.

16. The climate in Washington is much more supportive of gender-diverse people, evidenced by signs of support for LGBTQ+ people in public places. The benefits of gender-affirming care and a supportive environment cannot be overstated. For W.B., the difference is like night and day.

17. I understand that the President of the United States has issued an Executive Order affecting and preventing gender-affirming care for people under age 19. The Federal

Government's policy will have a variety of impacts on W.B. and countless other gender-diverse people. The Executive Order limits options for gender-affirming care—including for many legal adults. The Executive Order and the Federal Government's toxic rhetoric also fuel hostility toward gender-diverse people like W.B., wherever those people live. W.B. is aware of the threats they face as a trans and nonbinary person. This reality exacerbates the separation anxiety, agoraphobia, and PTSD that W.B. lives with. As a parent, this is heartbreaking to me.

18. I believe W.B. would show greater progress in their mental health treatment in a climate that was less hostile to them based simply on their gender identity. W.B. is an incredibly smart, perceptive person. They like playing video games, and fantasy, horror, and science fiction movies and books, which is something we get to enjoy together. They are working on their GED, and dream of one day obtaining a PhD and working in a scientific field. Instead, they are forced to spend their energy worrying about an end to gender-affirming care, or federal actions to end recognition of nonbinary gender markers on official government documents. Forcing my child to permanently accept a gender identity that does not match their lived experience is cruel, and would ensure a lifetime of painful gender dysphoria for W.B.

19. Our family does not want to leave the United States. The U.S. is our home, and we want to stay and fight for ourselves and our child. Though we want to fight, we are not able to personally take on the Federal Government or challenge the Executive Order ourselves. We cannot place ourselves or W.B. directly in the spotlight in that way. We also do not have the required energy—what energy we have is devoted to taking care of our family.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 3rd day of February 2025.

_M.B._
M.B.
Parent of W.B.