**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF M.E.S. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF M.E.S.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, M.E.S., declare as follows:

1. I am competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am 16 years old and I am transgender. In my case this means that my gender identity is male, but I was assigned female at birth.

3. I am using initials to identify myself for the purposes of this declaration and not my name. I am doing so because I am afraid for my safety if people know that I am transgender and that I participated in this lawsuit.

4. I came out to my parents in the seventh grade, when I was 13. It was over a winter break, and things were very stressful. But I told my parents the same week that I knew for myself that my gender identity was male. It was difficult at first to get my parents to understand, but they eventually became supportive of my gender identity.

5. My parents knew a therapist who had worked with my mom and grandmother, and they suggested that I see them. They were not used to working with trans people like myself, and they didn't really know how to help me.

6. I received a diagnosis of depression and anxiety. These conditions were not new to me, but I felt them worsening with the gender dysphoria that came with the changes from puberty.

7. I received a diagnosis of gender dysphoria from a psychiatrist. I subsequently received the same diagnosis from a gender health provider, who referred me to a hospital's gender clinic. Six months later, I received a third diagnosis of gender dysphoria from the gender clinic.

8. I then had to wait another few months to explore the possible interactions of underlying health issues with the addition of hormone treatment. It took another two months to obtain a prescription for testosterone. Two weeks later, I had to drive two hours to be trained on taking shots.

9. Around the time that I was 14, I finally started taking testosterone. Filling prescriptions was sometimes difficult. I switched testosterone formulation, and my new formulation was not available at any Seattle pharmacy. I had to obtain it through an out-of-state pharmacy. Often I could not obtain the correct needles, or obtain them in sufficient quantities. There is a large gender clinic in Seattle, and it is one of the only clinics providing the services I need. I do not blame that clinic for being unable to meet the need. There is just so much need for gender-affirming care.

10. Waiting for gender-affirming care, and waiting for the effects of hormone therapy, was one of the most difficult periods for me and my mental health. I failed classes in school, and was feeling very depressed. By itself, the decision to seek medical transition improved my mental health; I knew that there was light at the end of the tunnel. But hormone therapy doesn't work right away. I was out as trans, but my body didn't match my gender identity very well.

11. That summer, the summer before high school, I went to a summer camp I had gone to several summers in a row. Before, I was in the girl's cabin. But this time, I was in the boy's cabin. The camp counselors were very supportive, and some of them were queer themselves, and they helped me. But still the difference between the way I looked and the gender I am exposed me to harassment from some of the other boys. I thought to myself, "Next summer I'll look totally different, and you won't have ever thought I was a girl." I'm conflicted about wanting to look a certain way to impress or to fit in with people who harassed or bullied me. But I do.

12. Things got better for me when I started high school. I had hoped to go on testosterone and enter high school passing completely—to just live as a young man, and not be in transition anymore. It didn't happen exactly as I hoped, but I was doing better. I met new people and made friends. I became active in the school's Gay/Straight Alliance club. There were still some kids who harassed me or bullied me, but for the most part other kids didn't particularly

care that I was trans. And the kids who harassed me also used racial slurs and acted badly. I was able to get help from the teachers at the school. I've never been shy about "telling on" someone if it was necessary to protect myself. But I couldn't help feeling bad that people would target me that way.

13. I was able to have top surgery in the summer after my freshman year at high school, when I was 15 years old. My parents didn't let me get it done during the school year because my grades weren't very good and they didn't want me missing school. I accepted this. I went through a lot more counseling and conversations with my parents before I had top surgery. The surgery went well, and my recovery was surprisingly easy.

14. After my top surgery, misgendering became rare. People who saw me would react, "Oh my god, you're a different person!" I noticed that the people who harassed me before weren't bold enough to try it now. I found a new self-confidence, which allowed me to hold my own with boys I previously considered jerks. I could talk to them. I know I shouldn't care about that sort of thing, but annoyingly, I do.

15. The gender-affirming care I have received continues to create improvements in my mental health and my life. My grades are improving, and I am excited about my future plans. I love art—it's a huge passion for me. But I'm taking a lot of science classes, including AP biology right now, and I think that a STEM field is probably what I want to work in as an adult. Possibly biology or environmental science. I have visited colleges, and I have a list of about ten I want to apply to.

16. I understand that the President of the United States has issued an Executive Order affecting and preventing gender-affirming care for people under age 19. Obviously this Executive Order would make the kind of gender-affirming care that I received impossible, along with all of the positive changes in my life that resulted from it. Some of the changes in my life, like top surgery, are something that the federal government can never take away. But I still need gender-affirming care, and the Executive Order will have serious negative consequences for me

and many other transgender people.

17. Without hormone replacement therapy, I don't know how I would survive. Many of my close friends who are transgender are worse off than I am, because they are not as far in their transitioning as I am. I'm participating in this case for my sake, and also to protect my friends. I know that trans rights were a political scapegoat before, but the Executive Order is something worse, an effort to ruin millions of people's lives.

18. I would like to tune the news out, because it's hard to read, particularly since I'm only one person and can't change the Executive Order by myself. Even if I could tune it out, the Executive Order and the federal government's toxic rhetoric around trans people are impacting my life and my decisions today. For example, I am choosing which colleges to apply to, and some colleges and some states are now off the table because of safety concerns. I can't attend a college in a state hostile to transgender people and gender-affirming care. So I miss out on research opportunities and internships that would otherwise interest me. I need to stay closer to the Northwest, so I can have my parents' help if things become more dangerous for transgender people. I would like to focus on my life and my future, but I can't because of the Executive Order.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this _____ day of February 2025, at _____, Washington.

_____
M.E.S.
Trans Youth

_____
M.S.
Parent of M.E.S.

and many other transgender people.

17. Without hormone replacement therapy, I don't know how I would survive. Many of my close friends who are transgender are worse off than I am, because they are not as far in their transitioning as I am. I'm participating in this case for my sake, and also to protect my friends. I know that trans rights were a political scapegoat before, but the Executive Order is something worse, an effort to ruin millions of people's lives.

18. I would like to tune the news out, because it's hard to read, particularly since I'm only one person and can't change the Executive Order by myself. Even if I could tune it out, the Executive Order and the federal government's toxic rhetoric around trans people are impacting my life and my decisions today. For example, I am choosing which colleges to apply to, and some colleges and some states are now off the table because of safety concerns. I can't attend a college in a state hostile to transgender people and gender-affirming care. So I miss out on research opportunities and internships that would otherwise interest me. I need to stay closer to the Northwest, so I can have my parents' help if things become more dangerous for transgender people. I would like to focus on my life and my future, but I can't because of the Executive Order.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this __3rd__ day of February 2025, at __Mercer Island__ Washington.

_____
M.E.S.
Trans Youth

_____
M.S.
Parent of M.E.S.