1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF M.T. AND T.T. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF M.T. AND T.T.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

We, M.T., and I, T.T., co-declare as follows:

1. We are over the age of 18, competent to testify as to the matters herein, and make this declaration based on our personal knowledge that each of us independently possess.

2. We live with our two kids in Washington State. M.T. is 42 years old and works as a high school English teacher. T.T. is 43 years old and works as a civil engineer. We have two children, X.T. who is 16 and E.T. who is 14.

3. We are choosing to use initials for our family rather than our full names in this declaration out of fear for the safety of ourselves and our family.

4. Our daughter E.T. is transgender. She's a well-adjusted kid who enjoys video games and loves going to the beach.

5. E.T. came out as transgender to us in November 2021 when she was 11 years old and in the 5th grade. She socially transitioned at school almost immediately after. It was simple stuff at first, like wearing feminine clothes and using fingernail polish. At the time E.T. came out, she didn't know what the word trans meant—she just knew she was female. After she'd started transitioning, a classmate at school asked her if she was trans, and she realized it was a word that applied to her. After four or five months, she changed her name to match her gender identity.

6. Before coming out, E.T. had serious mental health issues. She had routine suicidal nightmares when she was 10. She would stay up all night, afraid to fall asleep. When she did fall asleep, she had dreams of cutting herself, burning her skin, and shooting herself. We took her to a therapist and a psychiatrist, but no one could provide a diagnosis. We didn't know what to do. After she came out as trans, her mental health dramatically improved and she was so much better. Her suicidal nightmares stopped and everything turned around for her. She was happier and her grades improved. We were so relieved.

7. Her school embraced her the first year she socially transitioned and was very accommodating. M.T. advocated for her at school board meetings whenever the need arose, but

mostly it was smooth. But in 2022, two anti-trans school board members were elected, and they began pushing anti-trans rhetoric and an anti-trans agenda. That same year, a Republican supermajority was elected in the Texas House of Representatives and the Texas Senate, and a Republican Governor was sworn back in. The Texas Legislature meets only in the odd years, and so in 2023, the anti-trans state legislation began.

8. M.T. spoke at as many school board meetings as he could. People started harassing us. They would take photos of us and our cars. They'd take down our names and stalk us online. They also sat next to us at the meetings and harassed us throughout.

9. M.T. also attended a hearing on a state healthcare bill at the state capitol that would block our ability to meet our daughter's medical needs. The hearing was frontloaded with people speaking against the existence of children like our daughter. The session closed at midnight, and M.T. was only allowed to speak at 11 p.m. The bill passed anyway.

10. In addition to the bill revoking our daughter's healthcare, Governor Abbott also signed an Executive Order the effect of which was to criminalize or penalize parents who provide gender-affirming care to their children by redefining child abuse. Anyone could report anyone, and with our daughter out publicly, all it would take is one call from another parent, teacher, or neighbor to have Child Protective Services involved. Our older son especially suffered during this time, as he was terrified of our family being reported. He was also bullied at school for having a trans sister, including receiving harassing phone calls. One of his classmates even sent a text to us saying E.T. should kill herself for being trans. We didn't feel safe going to the police because of the bill's passage. Our son's mental health worsened, and he attempted suicide twice.

11. During this time, we were fighting to keep both children alive. We decided as a family that Texas was no longer a safe place for us, and we immediately began preparing to move elsewhere. We moved to Washington in 2023. We'd applied for jobs in every Democratic-led state with protections for transgender people. We cashed in our retirement accounts, maxed out credit cards, and spent all of our savings to try and flee to a state where our children would

be safe and be able to access the care that they need to live happy and healthy lives, no matter how they identify. We left behind friends, family, a strong support network, and incredible jobs where we were both well-respected and award-winning professionals. None of it was worth the risk of staying. Now that we live in Washington, we get to be a family again.

12. E.T. has been receiving gender-affirming care since she was 12. She was so excited to start receiving estrogen when she turned 14. Her care is tightly managed—she receives hormone testing and doctors monitor her growth, bone density, and calcium levels. She attends a lot of doctors' appointments and goes to therapy.

13. The executive order restricting trans youth from accessing gender-affirming care means that all of our family's preparation and sacrifices were meaningless. It was all for nothing. No matter where we go in the United States, our daughter will not be able to receive the life-changing care that she needs.

14. One of the effects of this executive order is that we now have to plan and strategize for the worst-case scenario, which would be for our daughter to lose access to her puberty blockers and hormone therapy. We've considered all options, including medical tourism overseas, or the worst-case scenario of moving out the United States.

15. E.T. has never had regrets or doubt about who she is—absolutely none. When we lived in Texas, she asked us if we were going to protect her. We told both of our children that we will protect them and that we will do everything we can, to the day we die.

We both declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

| | |
|---|---|
| 1 | DATED this __4th__ day of February 2025 at __Sammamish__, Washington. |
| 2 | |
| 3 | _____ <br> M.T. <br> Parent of X.T. and E.T. |
| 4 | |
| 5 | |
| 6 | _____ <br> T.T. <br> Parent of X.T. and E.T. |

DECLARATION OF M.T. AND T.T.　　　　4　　　　ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744