## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF PAM RIDDLE |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF PAM RIDDLE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## DECLARATION OF PAM RIDDLE

I, Pam Riddle, hereby declare:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.
2. I live in Champlin, Minnesota. I have two children who are 17 and 19 years old respectively.
3. My youngest child, A.H. is transgender. She was assigned a male sex at birth, but her gender identity is female.
4. As she grew up, my daughter preferred movies and toys that are typically associated with girls, and liked to dress androgynously. I sought therapy for A.H. when she was 8 years old to explore her gender
5. I also sought out a medical doctor with experience in working with transgender patients. Validating my daughter's identity brought out a sense of comfort in my daughter that I had not yet seen.
6. When my daughter was 13 years old, she began to take puberty blocking medication, and was later prescribed hormonal medications at age 15. Because of the gender affirming care that my daughter received, she is happy and can be herself.
7. I am worried that the Executive Order could make it harder for my child to access life-saving medical care, like any other child. It is frustrating to me that the federal government is targeting my child, and it feels like they are saying that her medical care is not worthy.
8. I have decided to use my daughter's initials in this declaration to protect A.H. and my family from any acts of hatred or violence. The anti-trans rhetoric heightened by the Executive Order targeting gender affirming care for youth should not be promoted, as this care is life-saving.

I declare under penalty of perjury that the foregoing is true and correct.

DATED and SIGNED this 4th day of February, 2025, in Hennepin County, Minnesota.

*Pamela Riddle*

PAM RIDDLE