1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9    STATE OF WASHINGTON, et al.,                    NO.

10                              Plaintiffs,          DECLARATION OF
                                                     REV. DR. REBECCA VOELKEL
11        v.

12    DONALD J. TRUMP, in his official
      capacity as President of the United States of
13    America, et al.,

14                              Defendants.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF
REV. DR. REBECCA VOELKEL

1

**DECLARATION OF REV. DR. REBECCA VOELKEL**

2      I, Rebecca Voelkel, declare as follows:

3      1.      I am over the age of 18, competent to testify as to the matters herein, and make

4   this declaration based on my personal knowledge.

5      2.      I am a parent, a pastor, a teacher, and activist living in Minneapolis. For more

6   than 25 years, I have been active as an organizer of justice efforts for persons in the lesbian, gay,

7   bisexual, and transgender ("LGBT") community and other marginalized communities. For

8   reasons related to my family and deeply rooted in my Christian faith, it is critically important for

9   me to support human rights.

10      3.      My partner and I have an 18-year-old child, Shannon. Our child, who uses

11   they/them pronouns, identifies as transgender and nonbinary. They are a first-year student in

12   college in the United States.

13      4.      Shannon is currently a client at Family Tree Clinic in Minneapolis, where they

14   receive gender-affirming care, including testosterone, as well as check-ins and support. They

15   also continue to receive medical care from their pediatrician.

16      5.      The gender-affirming care that Shannon has received at Family Tree Clinic has

17   made a huge difference in their mental health, enhancing their happiness and joy. Before

18   receiving this care, they struggled considerably with anxiety and depression.

19      6.      The combination of my child being in school, and being able to be move

20   physically more in line with who they are, has made a significant contribution to not only their

21   mental health but also their spiritual wellness.

22      7.      I am aware that the President of the United States has issued an Executive Order

23   "Protecting Children from Chemical and Surgical Mutilation," which directs the Office of

24   Management and Budget and each federal executive department or agency that provides research

25   or education grants to medical institutions, including medical schools and hospitals, to

26

1   immediately take steps to ensure that institutions receiving federal research or education grants

2   end gender-affirming care for individuals under 19 years old (Sec. 4).

3         8.     I worry keenly about my child's access to gender-affirming care in light of the

4   Executive Order. I worry about their mental health and their happiness if that care were denied

5   to them.

6         9.     This Executive Order will usurp my ability to address my child's healthcare needs

7   as I and my partner see fit, undermining my parental authority and ability to take care of

8   Shannon.

9        10.    I also worry that the Executive Order emboldens people to do violence against

10  transgender and nonbinary people. I am concerned that instead of being able to expect

11  welcoming spaces anywhere they go, including academic and social spaces, Shannon and other

12  transgender and nonbinary people will have to worry about their physical safety in those spaces.

13       11.    Additionally, as a pastor, I have about a dozen transgender parishioners for whom

14  I similarly worry about. These transgender parishioners are reporting high levels of anxiety and

15  fear to me.

16       12.    I am speaking here from my own experience as a parent and pastor.

17

18       I declare under penalty of perjury under the laws of the State of Minnesota and the United

19  States of America that the foregoing is true and correct.

20       DATED and SIGNED this 4th day of February 2025 at Minneapolis, Minnesota.

21

22        REV. DR. REBECCA VOELKEL

23

24

25

26