1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF S.F. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF S.F.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, S.F., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live in Southwestern Washington with my husband and three children, ages 17, 14, and 12.

3. I work in client services in the financial world and my husband is a public school teacher.

4. My oldest child is transgender, assigned female at birth but identifies as male. I have chosen to refer to him in this declaration as "Child A" because I am fearful for his and my family's safety due to the heightened anti-trans rhetoric in the current political climate. It is important to stand up for my son's well-being while maintaining his safety and privacy.

5. Child A is currently a senior in high school. He participates in a rowing club, loves history, has a cat he adores, enjoys hiking and nature, and is an avid reader. He is a great student and has challenged himself with three AP courses this year. He volunteers at our local library and dreams of becoming a librarian. We recently learned Child A was awarded an academic achievement scholarship to the university he applied to which is very exciting. We couldn't be prouder.

6. While our son is currently thriving in so many aspects of his life, it has not always been this way. When Child A was in 7th grade, he expressed that his gender identity was not aligning with his biological sex. While he was living in a safe and loving home and got immediate support and resources from us, it was still a very difficult year and a half. He suffered from immense depression and anxiety during this time, living trapped in a body that felt foreign to him. He couldn't stand the sound of his voice or what he saw when he looked in the mirror and on Zoom for remote learning. It got to the point where he could barely function. There were days when he would be curled up in the fetal position on the floor and all I could do was sit with him and try to be there for him. The helplessness I felt seeing how much my son was suffering

was absolutely devastating, and that still doesn't even compare to what I saw that my son was going through.

7. After an extended period of family discussions, counseling sessions, and doctor appointments, things took a drastic turn for the better when Child A started hormone replacement therapy just a couple months before he turned 15. He blossomed in every way you can imagine. He was happier, more confident, and started excelling in school again. His teachers loved his class engagement and enthusiasm to learn. Child A has been receiving hormone therapy for three years now and is doing better than ever. After years of wanting to join a local rowing club, he finally felt confident enough to join the team for his senior year, a truly formative experience that even inspired the focus of his college essay. All these positive changes in my son are a direct result of, and could not have been achieved without, gender-affirming care. If the Executive Order banning gender-affirming care for minors goes into effect, it will be severely detrimental to my son's quality of life.

8. We have already seen the negative impact this Executive Order is having on our son and our family within just days of its release. Child A's anxiety and his GERD are back, he is having trouble sleeping, he doesn't feel safe and is scared for his future. As soon as we learned about the Executive Order, my husband and I sat down with Child A and counted out the number of doses we have left for his hormone therapy and were able to confirm we have enough to get him through his 18th birthday. This brought minor relief, until we realized the Executive Order applies to gender-affirming care for children up to the age of 19, not 18. Since its release, we also have not been able to communicate with our medical providers to discuss his care, which has added a lot of stress and fear for our family. Child A's siblings are experiencing anxiety as well, worried about their big brother. My husband and I are frantically trying to come up with a plan to ensure our son continues to receive the medical care he needs, even if that means seeking care outside of the country. The uncertainty of it all is so overwhelming. This has been a very

difficult week for our family and a lot of tears have been shed. All we want is for our son to be safe and happy but right now, because of the threat this Executive Order holds over our son's wellbeing, our home is now filled with sadness, anxiety and fear.

9. I am so grateful that the Washington Attorney General's Office is bringing this lawsuit as there are many reasons I would be unable to bring it as an individual plaintiff. The financial burden alone would wipe us out; my husband and I are both full-time working parents trying to save money to put our three kids through college. We just don't have the time or financial resources to pursue this kind of action alone. I would also greatly fear for my family's safety going against the most powerful office in the land that has exhibited a pattern of retribution behavior.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of February 2025, at _____, Washington.

_____
S.F.
Parent of "Child A"

difficult week for our family and a lot of tears have been shed. All we want is for our son to be safe and happy but right now, because of the threat this Executive Order holds over our son's wellbeing, our home is now filled with sadness, anxiety and fear.

9. I am so grateful that the Washington Attorney General's Office is bringing this lawsuit as there are many reasons I would be unable to bring it as an individual plaintiff. The financial burden alone would wipe us out; my husband and I are both full-time working parents trying to save money to put our three kids through college. We just don't have the time or financial resources to pursue this kind of action alone. I would also greatly fear for my family's safety going against the most powerful office in the land that has exhibited a pattern of retribution behavior.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of February 2025, at Camas, Washington.

_____
S.F.
Parent of "Child A"