1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9  STATE OF WASHINGTON, et al.,                NO.

10              Plaintiffs,                    DECLARATION OF S.N.

11     v.

12  DONALD J. TRUMP, in his official
    capacity as President of the United States of
13  America, et al.,

14              Defendants.

15
16
17
18
19
20
21
22
23
24
25
26

I, S.N., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am choosing to use initials for myself and my child in this declaration because we are afraid of retribution from the federal government. There is a lot of concern and anxiety regarding being visible. I'm concerned for our safety, so have chosen to remain anonymous.

3. I am the parent of W.N, a 17-year-old trans boy. My husband and I have been married for over 20 years and are lifelong residents of Washington State. We have two children together. W.N. is a trans boy, which means he was assigned female at birth and now identifies as male. He came out as trans in 8th grade, around the age of 14.

4. In W.N.'s 8th grade year, before W.N. came out, he started going through a very severe depression. It took us a while to realize how deep it went. He experienced suicidal ideation, with several attempts to take his own life. W.N. began seeing a therapist, and was taking medication, but was still struggling. It got so bad, that I had to stay at home the summer between 8th and 9th grade to monitor him. We had to take everything sharp out of the house for fear of him hurting himself. W.N. saw therapists for dialectical behavior therapy (DBT) and family therapy.

5. W.N. was also struggling at school. We transferred him to a new school for his freshman year of high school, but we had to unenroll him by day five, when he had a mental breakdown. Soon after, he entered a residential psychiatric facility.

6. At the time of his suicide attempts, we didn't realize that the depression W.N. was experiencing was related to gender dysphoria. His mental health and his understanding of his gender identity were intertwined, and it took time to understand their connection. By the time he went into the residential facility, W.N. was very clear with us that he was not a girl and entered the facility as his authentic self. It made all the difference to his mental health.

7. That fall, following a diagnosis of gender dysphoria and with the guidance of his medical provider at Swedish Hospital and his therapist, W.N. started taking testosterone. The difference was night and day. I finally had my kid back! He is the incredible, funny, happy person he was before he began struggling. The turnaround in his mental health was directly due to him being able to live as his authentic self.

8. W.N. has always been a fearless kid. He has a strong sense of justice and empathy for others. He is involved in theater, and he loves writing, archery, and playing Dungeons and Dragons. Since coming out, he's become a voice for trans and non-binary kids at school. He accepted the Proclamation from the City of Kirkland to make November 20 Transgender Day of Remembrance on behalf of the genderqueer community. He gave a great off-the-cuff speech to the mayor and the city council. He stands up for his community. The more he comes into his own, the more he's grown into himself and his voice. I'm proud of who W.N. is.

9. I fear what might happen if this Executive Order (EO) strips that away. If this EO isn't blocked, the harm to W.N. will be immediate. In fact, the harm is already taking a toll on my son and our family. As parents, we can't fully understand the extent of the fear because we don't truly know what it's like to be a trans teenager. After completing his 9th grade year online, W.N. enrolled at a different high school. But W.N. tells me it's scary at school. While he's out as a trans person, he tells me that he hears a lot of anti-trans rhetoric from his peers. He's feeling intense anxiety. W.N. is on anti-depressants and anti-anxiety medication, but his mental health issues are exacerbated because of this EO and how it's changed the climate at school. With his history, it is terrifying for us as parents. I can't risk my child becoming suicidal again.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this __3rd__ day of February 2025 at __Redmond__, Washington.

_____
S.N.
Parent of W.N.

DECLARATION OF S.N.    2    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744