|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| STATE OF WASHINGTON, et al., | NO. |
| --- | --- |
| Plaintiffs, | DECLARATION OF S.S. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF S.S.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, S.S., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I have personal knowledge of the facts set forth in this Declaration. I am not bringing this lawsuit myself due to privacy concerns.

2. I am using initials for myself (S.S.) and my daughter (L.S.) because I fear for the safety of myself and my daughter. In addition, anonymity is necessary to respect my daughter's preference for privacy.

3. My husband and I are the proud parents of L.S., and our family lives in Washington State. I am an educational researcher and my husband is a research scientist.

4. L.S. is transgender, which means she was originally assigned male at birth, but her gender identity is female.

5. L.S. came out to my husband and me when she was nine years old, but she had known herself since she was four.

6. Due to depression L.S. was experiencing when she was in 3rd grade, she began counseling with a mental health therapist. L.S. came out to us about a year later. She said she wanted to grow her hair out, wear different clothes, and use she/her pronouns for herself.

7. As soon as L.S. came out to us, I began reading every piece of research I could find on this topic, including the medical research around Gender-Affirming Care. The first thing that stood out to me were the statistics on suicide. All the research I found indicates that the path of least possible harm for a transgender child is to accept and support who she is, and it is fine for her to change her mind later. Furthermore, my research indicates that all the medical care that L.S. currently receives is reversible if she does change her mind.

8. Based on that research and support from L.S.'s therapist (who specializes in Gender Identity), her pediatrician, her doctor specializing in gender-affirming care, and her parents, L.S. began puberty blockers at 11 years old when she entered Tanner 2 stage of puberty.

She also started low-dose estrogen at the age of 13 years, after fertility counseling and preservation.

9. The difference we have seen in L.S.'s mental health since her transition has been significant. She has always been a sweet, funny, sensitive child, but her gender dysphoria caused her to be very depressed. Once she came out, we informed her school principal and teacher, who were extremely supportive. Ever since then, L.S. has been living as the girl that she knows she is and she has never wavered in her identity as a girl.

10. It has been so difficult for me as her parent because I worry so much about bigotry directed at her, her mental health, and her physical well-being. The policies under the current administration include many phrases that characterize my daughter's providers, my husband, myself, and worst of all my daughter as evil, uniformed, dishonest, and dishonorable. I fear that my daughter will internalize this and I do not want her to think of herself like that.

11. I cannot begin to think of what would happen to my daughter's mental and physical health if she were forced to detransition. The potential harm is so great that my family would be forced to leave the country in order to ensure she continues to receive her much-needed care.

12. Through every step of this process, her father and I have worked closely with L.S.'s pediatrician, therapist, and specialist in gender-affirming care to ensure she is receiving safe and proper care to treat her gender dysphoria.

13. L.S. is sweet, funny, and sensitive. She loves playing video games, playing on her club and school soccer teams, and she loves capybaras. She has a very sensitive heart and injustice in the world gets to her. She is so deeply loved by her parents, her friends, and her extended family. I feel like anyone who met and got to know my daughter and saw the harm that these policies could inflict on her would never try to take away the care she needs to be her authentic self. Forcing my daughter to detransition would completely change her voice and body, forcing her to look like someone she is not, and put her at significant mental health risk.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of February 2025, at _____, Washington.

_____
S.S.
Parent of L.S.

|   |   |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of Washington and the |
| 2 | United States of America that the foregoing is true and correct. |
| 3 | DATED this **5th** day of February 2025, at **8:20am**, Washington. |
| 4 |   |
| 5 | _____<br>S.S.<br>Parent of L.S. |