1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF T.O. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF T.O.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, T.O., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the parent of S.O., a 14-year-old transgender, nonbinary teen. In addition to S.O., my wife and I have two other children. I am a marriage and family therapist, and I live in Spokane, Washington.

3. S.O. is a very private person. To honor their wishes, I am choosing to use initials that are not their actual initials in place of their full name. I also am using initials that are not my actual initials in place of my full name because my wife and I are concerned about possible retribution for making this declaration. S.O. attends a school that is in a politically and socially conservative area, and we're worried about them being targeted and harassed. We have seen pride flags defaced in our community. Two years ago, members of the Patriot Front were apprehended on their way to an annual pride event in a nearby city. They were charged with conspiracy to riot. We are afraid of the possibility of hate crimes. The President and his administration normalize and incite anti-trans harassment through the anti-trans language they use and the anti-trans policies they enact, such as the Executive Orders banning transgender people from military service and the one at issue here: banning lifesaving gender affirming care for anyone under 19. We do not want to be investigated or harassed by our own government.

4. S.O,'s gender was assigned female at birth, but looking back on it, they've always been nonbinary. At an early age, my wife and I learned that S.O, is autistic. We knew they were different from other neurotypical kids. As they were growing up, it was initially difficult to tell what behaviors and tendencies were connected to their autism and what might be related to their gender identity. They would have issues with gendered bathrooms, gendered clothing, being separated between boys and girls at school, or even being called a girl. It would cause them to get overwhelmed and distressed. They would have meltdowns, like a panic attack. These issues were ongoing and were often sparked by gendered experiences. These distressing experiences

increased at the onset of puberty because S.O. noticed changes in their body that they did not want. These changes made S.O. so anxious and uncomfortable that they would have dissociative symptoms, such as their mind going blank, being unable to speak, or unable look at and interact with others. As a parent, it was heartbreaking to see.

5. When these behaviors started showing up in subtle ways in early elementary school, my wife and I suspected that S.O. might be gender diverse but we felt conflicted and scared. At the time, we were still in a fairly conservative church community, and we had little understanding of trans and gender nonconforming identities. We were afraid life would be harder for S.O. and our family if they didn't abide by gender norms. We were afraid family and friends wouldn't accept or support S.O. because of their gender identity. We were scared because of the social environment we were in, because it wasn't open and affirming. We knew their coming out would have implications to our relationships and support systems. We didn't have anyone in our community that could help us process these concerns. Instead, we experienced a lot of transphobia.

6. Eventually, S.O. came out as nonbinary in July 2023 after sixth grade. They had been taking an improv class and when asked about their pronouns they felt safe enough to share their truth. A month or two later, they told us that they didn't feel connected to their name. They came out to the larger family in the fall of 2023, which unfortunately didn't go well. One side of our extended family believed that it was wrong because it didn't align with their values and religious beliefs. Their worldview doesn't know what to do with someone like my child. Most were willing to accommodate S.O.'s chosen name and pronouns but they couldn't understand S.O.'s identity.

7. We were very cautious about starting any kind of puberty blockers or hormone therapy. My wife and I read books, scientific articles, and reviews of research to educate ourselves and to try to better understand how to support our child. S.O. started attending a support group for transgender youth and seeing a gender affirming counselor after they came

out. They started discussing options for gender-affirming medical care with their therapist. In early 2024, they first started wearing a chest binder and cut their long hair short.

8. The darkest moment in our journey was when S.O. disclosed to my wife that they were having suicidal thoughts. They shared that they were thinking about it because they didn't feel like they belonged, because they felt rejected by their family, and betrayed by their own body. Due to S.O.'s ongoing distress and gender dysphoria regarding their puberty development, we started discussing puberty blockers as a family. In the spring of 2024, S.O. came to my wife and I and stated that they wanted to pursue medical treatment. After their first appointment in June of 2024, with a doctor specializing in gender affirming care, S.O. expressed excitement at the possibility that there were medical interventions that could help them feel more at home in their own body. After getting our questions and concerns answered, my wife and I felt more comfortable supporting this step. Moreover, we knew the risk to S.O.'s health and wellbeing of them not taking puberty blockers was unquestionably greater than S.O. having access to gender-affirming medical care.

9. The process of assessment and informed consent was thorough through the local clinic where we sought care. There were interviews, which confirmed a diagnosis of gender dysphoria, blood tests, bone density scans, and other tests to see if there were any underlying conditions that would be contraindications. We discussed the risks and options with their provider. After our initial appointment in June of 2024, we waited over three months before S.O. received their first injection.

10. After starting puberty blocking treatment, the next step was legally changing S.O.'s name. They had been using their chosen name for over a year and now they had legal documents to prove it! It was exciting and relieving to see the tide begin to turn for S.O. As their identity felt more affirmed and congruent in their own body, externally validated by a growing community of affirming people, and now legally acknowledged, their mental and physical wellbeing began to improve.

11. I find the transphobic misconceptions around gender-affirming care exasperating. Deciding whether a child needs gender affirming medical care is not a process any parent takes lightly. The decision is made after years of observation and discussion with our child, over the course of many doctor's visits, and with the advice of trained medical professionals, and after months, if not years, of our own research. My wife and I have dedicated so much to understand our child in order to overcome our own misconceptions. Our one regret is that we let our own fears and misunderstandings get in the way of getting our child treatment sooner.

12. Following the start of gender-affirming medical treatment, the difference in S.O. was incredible. I've seen that with the more gender affirming support and environment that we provide for our child, the more confident and open they become. Before, they couldn't tolerate music, but on puberty blockers they sing and dance. Before, they wouldn't hug people. Now, because they feel so much better in their own body, they have become so much more affectionate. Puberty blockers have helped reduce their sensory overwhelm and distress in their day-to-day life. They even auditioned for a play. They love theater and improv, and they read books all the time. They're interested in queer stories and queer rights. They are the happiest I've ever seen them since beginning gender affirming medical care.

13. If this Executive Order goes into effect, I am afraid of a reversal of everything we've gained. I'm worried about S.O. becoming more withdrawn and depressed. I'm worried they will lose their joy. I'm worried about the potential impacts medically, if we aren't able to make choices for their care. I'm also just as worried about the social impact. We all need care and connection, and I believe this Executive Order is fueling baseless stigma and prejudice, replacing our judgment about what is best for our child for the President's, who has not spent even one minute with our child. I'm incredibly worried about the dysphoria and depression coming back, and that it could lead to suicidal ideation. As a parent, I cannot think of anything worse.

1    I declare under penalty of perjury under the laws of the State of Washington and the
2    United States of America that the foregoing is true and correct.
3    DATED this  4th  day of February 2025 at  Spokane , Washington.

_____
T.O.
Parent of S.O.