1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9 | STATE OF WASHINGTON, et al.,

10 |                Plaintiffs,

11 |    v.

12 | DONALD J. TRUMP, in his official
capacity as President of the United States of
13 | America, et al.,

14 |               Defendants.

NO.

DECLARATION OF
PROVIDER A.M., MSW, LICSW

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF
PROVIDER A.M., MSW, LICSW

I, A.M., declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I am transgender and use the pronouns he/him. I have lived in the State of Washington for 13 years. I currently live and work in Seattle, Washington.

3.    I am a licensed therapist and independent clinical social worker (LICSW) licensed by the Washington State Department of Health. I earned a Master's degree in Social Work from the University of Washington in 2021 and a Bachelor's degree from the University of California, Santa Cruz. I have also completed coursework through the Lake Washington Institute of Technology, focusing on Social and Human Services, Leadership and Ethics, Group Counseling, General Psychology, Developmental Psychology, and Statistics. I regularly complete trainings through the Gender Health Training Institute.

4.    From 2017 to 2021, I worked for the YMCA in King County, first as part of the YMCA's Children's Crisis Outreach Response System at the Social Impact Center, providing crisis intervention to youth and families. After I started working on my masters, I moved into the position of crisis intervention specialist at the YMCA.

5.    I have additional training from the Gender Clinic at Seattle Children's Hospital, where I interned from 2020 to 2021 in their Crisis Intervention Program, supporting transgender youth, ages 3 to 17 years old, seeking gender-affirming medical care.

6.    During my time working with transgender and gender expansive youth at Children's, a large percentage of my case load were young people who needed a wide spectrum of mental health support, and which was largely lacking in the community.

7.    To help fill this gap in services, I opened my private practice in 2021. In my current practice I provide individual counseling for teens, ages 11 and up, as well as therapy for adults and parent support for parents of transgender or gender expansive children ages 3 and up. Because I offer telehealth services, I am able to support youth and families across the entire

DECLARATION OF
PROVIDER A.M., MSW, LICSW

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

State of Washington. Many of my clients come to me because of my background in social work and as a transgender man, I can speak to their experience and help parents understand the journey. I estimate that 90% of my practice is supporting transgender or gender expansive youth and adults.

8.      In my practice, I follow the standards set by the World Professional Association for Transgender Health (WPATH). WPATH's Standards of Care are internationally accepted as best practices for the care and treatment of transgender and gender expansive persons and are updated and revised as new science becomes available.

9.      I work with approximately 10 to 15 clients per week. I collaborate with my clients to create individualized treatment plans, drawing from narrative, relational-cultural, family systems, and dialectical behavioral therapy (DBT) approaches.

10.      I view my role as being able to provide my clients with a safe space, guidance, and knowledge along their journey of gender affirmance. Particularly for kids, I believe in being open and honest, asking questions, and making sure that they have enough information to make the right decisions with their families about their lives and medical treatment. I often play a role in helping parents understand what their child is going through and facilitate a family-focused process for decision making.

11.      In my assessments for gender-affirming care for a young person, it is important to make sure the parents are on board and fully understand what the care involves. I will explore with the young person what their social supports look like and make sure the family is connected to the appropriate resources. It is not uncommon, during what I call the "exploration process," for things to sometimes shift. Sometimes, this means taking steps to begin or continue the process of transitioning gender. This can involve changing their hair or clothes, using different pronouns, taking puberty blockers, receiving hormone replacement therapy (HRT), all the way up to receiving gender-affirming surgery. Other times, clients realize that they don't need to take those

DECLARATION OF
PROVIDER A.M., MSW, LICSW

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

steps to feel fully seen and to live as their true and authentic selves. I am not invested in an outcome either way.

12.    In my experience providing therapy to transgender youth, I have yet to see one regret their decision to transition. More often, my transgender clients express that they wished they had done it sooner.

13.    Many of the trans youth that come to me are neurodivergent and need support for ADHD, autism, anxiety, depression, or trauma. In my experience, my clients often have major improvements in their mental health after receiving gender-affirming care. It shows up in what I would describe as both their internal experience and their external experience. Internally, they are better equipped to navigate the questions about who they are and untangle the feelings they have when how the feel inside does not match what the world tells them about themselves. This can look like having fewer extreme negative thoughts, as well as their day-to-day demeanor. Externally, they are better equipped to navigate their families, communities, and society.

14.    I will also see clients have significant functional impacts after getting gender-affirming care. Many will go from socially isolating themselves in their room, not going to school and "not liking people", to going back to school, joining a club, and seeking out community. I have also seen in my practice the varying levels of depression and anxiety among my transgender clients. When young people are first exploring gender, it can be very confusing and hard for them to imagine the future and where they fit into it. After getting the care they need, it becomes easier for them to do that and to more fully participate in their lives, families, and communities.

15.    Many of the parents of transgender children I see are seeking out information about what their kids are going through. They want to do research, learn about side effects, and truly understand what gender-affirming care can look like for their child. My role is to help them understand what steps to take and answer questions along the way. The families I work with do not enter into decisions about their child's medical care lightly and these decisions do not happen

DECLARATION OF
PROVIDER A.M., MSW, LICSW

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    quickly. Parents want their children to be happy and thrive, whatever their gender. I provide

2    support during the entire process, including after any transitioning.

3        16.    Before the presidential election in November, I heard about plans for the potential

4    incoming administration to make policies negatively affecting transgender people. I noticed

5    among my clients and my community there was a lot of confusion and fear. In the weeks

6    following the presidential inauguration, I became aware of an Executive Order (EO) restricting

7    trans people's ability to change their gender markers on identification documents, as well as

8    restrictions on medical providers' ability to provide gender-affirming care. I am hearing concern

9    about how insurance for gender-affirming care may be affected, as well as the impact on

10   Medicare and Medicaid. If these healthcare supports are impacted negatively, clients like mine

11   will have less access to the care they need and that will be harmful to them and their families.

12       17.    Since that EO came out, I am concerned about how to accurately document client

13   care in a way that protects my clients' health and safety while also protecting myself from

14   liability. I am also worried for my personal safety since the EO targeting gender-affirming care

15   was released, which is why I am only providing my initials in this declaration.

16       I declare under penalty of perjury under the laws of the State of Washington and the

17   United States of America that the foregoing is true and correct.

18       DATED and SIGNED this _____ day of February 2025, at Seattle, Washington.

19

20                                    _____

                                      A.M., MSW, LICSW

21

22

23

24

25

26

1    quickly. Parents want their children to be happy and thrive, whatever their gender. I provide

2    support during the entire process, including after any transitioning.

3        16.    Before the presidential election in November, I heard about plans for the potential

4    incoming administration to make policies negatively affecting transgender people. I noticed

5    among my clients and my community there was a lot of confusion and fear. In the weeks

6    following the presidential inauguration, I became aware of an Executive Order (EO) restricting

7    trans people's ability to change their gender markers on identification documents, as well as

8    restrictions on medical providers' ability to provide gender-affirming care. I am hearing concern

9    about how insurance for gender-affirming care may be affected, as well as the impact on

10   Medicare and Medicaid. If these healthcare supports are impacted negatively, clients like mine

11   will have less access to the care they need and that will be harmful to them and their families.

12       17.    Since that EO came out, I am concerned about how to accurately document client

13   care in a way that protects my clients' health and safety while also protecting myself from

14   liability. I am also worried for my personal safety since the EO targeting gender-affirming care

15   was released, which is why I am only providing my initials in this declaration.

16       I declare under penalty of perjury under the laws of the State of Washington and the

17   United States of America that the foregoing is true and correct.

18       DATED and SIGNED this _4th_ day of February 2025, at Seattle, Washington.

19

20                                                    A.M., MSW, LICSW

21

22

23

24

25

26