1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF PROVIDER B.M. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF PROVIDER B.M.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, B.M., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a licensed mental health counselor. My educational experience includes a Bachelor of Arts in psychology and women's studies, and a Master's of Education in community counseling. I have certifications from the National Board for Certified Counselors (NBCC) and American Association of Sexuality Educators, Counselors and Therapists (AASECT).

3. I am choosing to use my initials rather than my full name in this declaration out of fear for the safety of myself, my family, my clients, and my business.

4. I own and operate a counseling practice in Seattle, Washington, providing sex and trauma therapy and gender identity counseling services to youths and adults. I have also worked in schools, youth shelters, community mental health agencies, domestic violence organizations, and at camps for LGBTQ+ youth. I have performed this work for 15 years and provided services to hundreds of transgender youth and adults. The youth are typically aged 12 to 18 and for the most part are high school students.

5. Clients seek my services for a variety of reasons. My practice focuses on the LGBTQ+ population; some clients contact me because they are LGBTQ+ and seek traditional counseling services from a provider who is welcoming and affirming of their identity. In other cases, clients who are transgender contact me because they want to begin the methodical process of gender transitioning.

6. My services to many transgender and gender-diverse clients fall under the umbrella of gender-affirming care. In my case, this means providing counseling on issues related to social gender transitioning, understanding the process, and the risks and benefits, of medical transitioning, and connecting clients with appropriate medical care including hormone therapy and gender-affirming surgical care. As a sex therapist, I also provide counseling to help with sexual dysfunction, including for transgender and gender-diverse clients who transition.

7. My services for youth clients seeking a medical gender transition include extensive individual counseling with the client, and also working with parents. Parent sessions involve an exploration of the details, benefits, and risks of medical transitioning—parents often have long lists of questions, and we explore those questions exhaustively. The client's interest in a potential transition drives the conversation; my role is to listen and provide accurate information. Similarly, while parents and medical providers have great influence over the direction and pace of a young person's transition, in my experience they do not spur or coerce a young person into seeking to medically transition. The decision to transition comes from the client.

8. I have sometimes heard it represented that medical transition care is handed out to patients hastily and without thought. In my experience this never occurs. Reversable puberty blockers are sometimes prescribed early in the transition process, because the efficacy of that treatment depends on its timeliness. In contrast, it normally takes patients at least six months to a year to secure cross-sex hormone replacement therapy.

9. I have worked with hundreds of transgender people and have written over seventy letters attesting to a diagnosis of gender dysphoria under the criteria specified in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5). Gender dysphoria is a condition involving a persistent mismatch between an individual's experience of their gender identity and their physical gender presentation. The condition often affects multiple levels of a patient's life and functioning, indicating the appropriateness of a medical gender transition for that patient. Nearly all of the attestation letters I have written to facilitate surgical transition have been for adults. In approximately two instances, I have written letters facilitating surgical transitioning for minors. In those instances, the client sought top (chest) surgery.

10. Before beginning gender-affirming care, an individual experiencing gender dysphoria benefits from occupying a relatively safe and stable place. However, this depends on having a solid base of social and family support, something that is often lacking, particularly for

youth with unsupportive parents, unsupportive schools or communities, or who come from families with domestic violence. Commonly, in these cases gender dysphoria is accompanied by anxiety, a general melancholy, suicidal ideation, and a disassociation from their sense of self where a person has trouble forming relationships with others and knowing themselves because of conflict in the person's gender identity. Though it may be challenging to work around what a client is feeling because a lack of community or family support, in my experience transgender and gender-diverse youth are not difficult people. Instead, it is the people and cultural factors around them that are difficult.

11. Suicide is a real risk for patients with untreated gender dysphoria. The risk is especially acute for very vulnerable transgender people, for example in the shelter population. Over the years that I have served the LGBTQ+ population, I am aware of two transgender youth that I worked with in camps and shelters who died later by suicide after to not receiving adequate social support and proper mental health care after.

12. Due to the nature of my practice, I have a counseling relationship with many clients that spans several years. Through my work in LGBTQ+ camps and schools, I have seen transgender young people grow up into transgender adults, maintaining their transgender identities and truly thriving as their authentic selves. Based on experience I can say that gender-affirming care is a life-giving treatment. I see its benefits to my clients every day.

13. Gender-affirming care, including medical transitioning, effectively addresses anxiety and depression in transgender people, reduces suicidal ideation, improves decision-making abilities, helps patients feel excitement for life, helps them in forming relationships and performing in school and work. Receiving gender-affirming care helps transgender and gender-diverse individuals plug into life. In my clients who have received gender-affirming care, I note a profound sense of relief. One transgender client who obtained top surgery told me that though he anticipated a positive outcome, "I didn't realize how strong gender euphoria would be. It's

incredible. It's wild that some people feel like this without surgery." This is the sort of outcome I hope for for my clients—gender euphoria.

14. In 15 years of helping hundreds of transgender youth, I have encountered only one client who medically transitioned and then sought to de-transition. Clients who medically transition almost never report regretting their decision. And when de-transitioning occurs, research has shown that the primary cause is social pressure external to the individual, not personal conflict over the individual's gender identity or their decision to transition. Turban, Loo, et al., *Factors Leading to "Detransition" Among Transgender and Gender Diverse People in the United States: A Mixed-Methods Analysis*, LGBT Health, 2021; Pazos, Gómez, et al., *Transsexuality: Transitions, detransitions, and regrets in Spain*, Endocrinol Diabetes Nutr. (Engl. Ed.); 2020; James, Herman, et al., *The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality*, 2016.

15. I understand that the President of the United States has issued an Executive Order impacting the provision of gender-affirming care. The federal government's policy will have a variety of impacts on my work, including by increasing the social pressure described above, harming my clients.

16. In fact, the Executive Order has already caused nearly half of my adult transgender clients to halt or slow their plans to medically or socially transition. One client planning transition surgery, who greatly *desires* the surgery, has halted their plans. Another client was in the process of legally changing their name but has stopped. Another client has decided that, due to the Executive Order, they no longer feel safe being out as a transgender person at work. Another client is seriously considering leaving the U.S. and moving to Canada out of fear for herself and her children.

17. The Executive Order has spurred a list of additional harmful consequences. Clients of mine have to navigate tremendous uncertainty as they plan their lives. A great many express concern about the state of gender-affirming care in a climate where state and federal

programs are in conflict. Transgender clients of mine who are parents have expressed worry about the interplay between the federal government's toxic anti-trans rhetoric and its concurrent plans to undo diversity, equity, and inclusion efforts in the federal government and across the country. Does the Executive Order place not only those transgender adults at risk, but their entire families as well?

18. If I am prevented from providing gender-affirming care in my practice, the harm to my clients will be severe. The situation would create an ethical conflict for me, similar to a psychiatrist suddenly and without cause directing a patient with anxiety to discontinue a medication that manages the patient's condition and improves their life. If I withdraw gender-affirming care, in a very real and serious way I will no longer be treating my clients.

19. I believe the President's ultimate goal in issuing the Executive Order is not to protect children or women, but to attack vulnerable people as a means of undermining the bodily autonomy and the legal rights of all Americans. However, in the face of a bully we have to be brave. We must fight for each other, and aid each other in obtaining the care we need to lead healthy lives. It is the only way transgender, gender-diverse, and other LGBTQ+ people have ever survived in the face of those who seek to oppress us.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this __4th__ day of February 2025 at _____Seattle_____, Washington.

*BM*

B.M.
Mental Health Counselor