# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF BROOKE CUNNINGHAM, M.D. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF BROOKE CUNNINGHAM, M.D.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# DECLARATION OF BROOKE CUNNINGHAM, M.D.

I, Brooke Cunningham, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge or have knowledge of the matters based on my review of information and records gathered by my staff.

2. I am Commissioner of the Minnesota Department of Health ("MDH") and have been since January 2023. I make this declaration in my official capacity. MDH has a suicide prevention unit. Through that unit, MDH helps manage the Minnesota 988 Suicide & Crisis Lifeline Center. In Minnesota, four lifeline centers provide compassionate and confidential emotional and mental health support to people who contact the 988 Lifeline.

3. Persons needing such support can connect to the 988 Lifeline by telephone call, text, or online chat, 24 hours a day, seven days a week, every day of the year.

4. I am aware from MDH staff that transgender and nonbinary callers are increasingly citing the political climate as a reason for their crises. This information has come to our staff in feedback from our partners in the lifeline centers who are answering the calls.

5. The mention by 988 callers of the political climate started to increase in January, and has increased steadily over the last month's time.

6. Our call-center lifeline center partners have shared with MDH that there have been interactions with members of the LGBT community who cite higher stress levels based on the Trump administration's policies.

I declare under penalty of perjury under the laws of the State of Minnesota and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 5th day of February 2025 at Saint Paul, Minnesota.

*[signature]*
BROOKE CUNNINGHAM, M.D.

1