```
1
2
3
4
5
6
```

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF C.L. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF C.L.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, C.L., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a licensed Marriage and Family Therapist (LMFT) in Washington state. I earned a master's degree in Marriage and Family Therapy. I earned a Bachelor of Arts in Political Economics. I've been a licensed therapist for 10 years. During my career I have worked in private practice, homeless outreach programs, and the foster care system.

3. Throughout my time in private practice, I have primarily worked with queer and trans youth, typically seeing 20-25 patients each week, 80% of whom were trans youth. In 2021, I started primarily working with parents of trans kids and with trans adults. I use evidence-based therapeutic modalities such as cognitive behavioral therapy (CBT) and dialectical behavioral therapy (DBT) with all my clients, regardless of whether they are cisgender or transgender.

4. Currently, I work for a mental health private practice that offers high crisis mental health support for queer and trans individuals, relationships, and families. I am a consultant for therapists supporting transgender individuals and educating clinicians on best practices for supporting clients and their families.

5. My experience working with trans youth is not so different from my experience working with cisgender youth. For example, with all my young clients, we explore what they want to be when they grow up. We work on handling emotional overwhelm. I validate them for who they are and help them see that they are loved. For the most part, the young people I see (whether they are cisgender or transgender) need similar types of support from therapy.

6. Working with kids in therapy often involves working with the whole family and helping parents and caregivers support their kids. I give parents tools, in a strength-based way, to support their kids in being the person they want to be. My experience is that parents of trans kids and parents of cisgender kids both need this help and support. This is because all kids need

a space to be themselves, to play, to be seen, to be cared for. Everyone deserves to be safe, celebrated, and loved.

7. I coach parents on how to support their trans kids and affirm their gender. Sometimes that means using pronouns that align with their child's gender identity, letting them dress how they want, or using a name that feels good to them. Other times that means supporting their kid through gender-affirming medical care. Some of my trans youth clients choose to use puberty-blockers, hormone replacement therapy, and some choose to not access gender-affirming medical treatment. In the hundreds of trans youth I have worked with, 3 clients have accessed gender-affirming top surgery. No youth clients have been given access to any bottom surgery.

8. I have worked with youth who experience anxiety, depression, self-harm, eating disorders, suicidal ideation (thoughts of suicide), and sometimes plans and intent to carry out suicide. In my overwhelming experience working with youth – whether they are cisgender, queer, or trans – these negative symptoms arise when a child is not receiving the affirmation, validation, or support they need to be themselves. For some of my trans clients, it feels like they are screaming "this is who I am!" and no one hears them. This lack of validation feels like the weight of the world is on their shoulders. I tell these kids "I believe you, I see you, I appreciate you." And I coach their families in delivering some of these same messages. Once these kids begin to receive affirmation from the people around them, I routinely see a decrease in anxiety, depression, self-harm, and suicidality. In my professional experience, affirming kids quite literally keeps them alive.

9. I have had people ask me: can a 14-year-old make decisions about gender-affirming care? My response to this, is: can a 14-year-old make a decision about whether they live or die? When trans youth who want gender-affirming care are able to access it, it keeps them safe.

10. I have worked with well over 100 trans youth. I have never had a client in my care that has killed themselves. I have never had a client that de-transitioned from transgender to cisgender. I have never had anyone who regretted receiving gender-affirming care.

11. I understand that the President of the United States has issued an Executive Order (EO) that limits gender-affirming care for trans youth and exposes providers and parents to legal and potential criminal liability.

12. If the EO is implemented, it is my professional opinion that trans people will die. Research shows that without access to gender-affirming care and support, trans people show incredibly high rates of suicidality. This EO also empowers people to bully and attack trans people. If this EO cuts federal funding for research, our entire therapeutic community will lose access to unbiased research into the best ways to care for our trans clients.

13. I find it nonsensical that the EO denies gender-affirming care to trans kids, when cis kids also receive gender-affirming care, including top surgery, hormone therapy, and puberty blockers.

14. The parents I work with are terrified by this EO. They are terrified their kids will be bullied and harassed, that their kids will not be able to use the bathroom, that their kids will self-harm and suffer suicidality, and the host of other mental health concerns that result from experiencing an invalidating environment. They are also worried that CPS will go after them and take their children from them.

15. I feel like my entire career is under attack. I have concerns that they are going to ban trans people from getting therapy and ban trans people from being therapists. I am worried I could be arrested for doing the job I am licensed to do.

16. I chose to use a pseudonym to protect my identity because I actively fear retaliation and harassment. I fear for my safety and the safety of my family, colleagues and my business practice.

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct.
3  DATED this  4th  day of February 2025 at  whatcom Co , Washington.

C.L., LMFT