**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF EMMETT STANFIELD |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF
EMMETT STANFIELD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Emmett Stanfield, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an independent clinical social worker, licensed by the State of Washington (LW 61432344). I received a Master of Arts in Social Work (MSW) in 2017 from the University of Washington with a focus on community-centered integrative practice.

3. I have 10 years of experience working within queer and trans communities. Before opening my mental health counseling practice in September 2020 in Seattle, Washington, I counseled transgender adults. In my current practice, I provide mental health counseling primarily to transgender youth or youth who identify as non-binary (i.e., they see themselves as neither specifically male nor female). They range from ages five to 18 and comprise 80% of my practice. In addition, I facilitate support groups for trans teens and run therapeutic play groups for trans kids from ages 5 to 11. In total, I have worked with about 80 trans youth in Seattle since I opened my private practice.

4. There are a range of reasons trans/non-binary kids come to see me for mental health counseling. Generally, they already have been identifying as trans/non-binary for at least a year before seeking me out. Their parents reach out to me after their child has told them that they do not see themselves as the sex they were assigned at birth, and the child is experiencing heightened and chronic anxiety or other persistent emotional, mental, and physical health symptoms as a result of the condition referred to as gender dysphoria. Kids as young as first grade have come to me because they were experiencing depression, anxiety, and shame, and because at every moment of every day, from the moment they wake to when their head hits the pillow at night, they consistently, persistently, and insistently see themselves as a gender that is different from the sex assigned to them at birth. They are constantly anxious that their friends, other students, and the public in general will either discover their "secret" or not see them as being of the gender they identify as, and not the one reflected by some of their bodily features.

DECLARATION OF
EMMETT STANFIELD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Many of the kids come to me for counseling because they have long felt betrayed by their bodies, causing them to harm themselves, to express wanting to die, or to exhibit eating disorders, such as anorexia nervosa. These symptoms worsen when a trans/non-binary kid understands that their body's betrayal will deepen during puberty. Many of my trans/non-binary teenage patients have experienced discrimination, harassment, and bullying at school because of their transgender status.

5.     I also counsel the parents of trans/non-binary kids. Often and understandably, cisgender parents of a trans child are concerned, fearful, and anxious because of the gender dysphoria symptoms their child is experiencing, and they want to learn how to provide support. My practice therefore involves mental health counseling for both the child and their parents or nuclear family. In my practice, my relationship with a patient and their family lasts years, with 50-minute sessions once per week or once every other week, where we discuss their day-to-day experiences, relationships, emotions, school days, work days, family dynamics, and the highest highs and lowest lows of their lives.. I get to be their cheerleader, their confidante, their mediator, and a person who challenges them to know themself and to live as authentically as possible.

6.     My approach is collaborative and client-centered. This means that the client leads the way in our work together. A lot of my work is to build up their self-confidence. Gender non-conformity is something that has existed in every society throughout history. Being transgender is just another aspect of the human experience. I provide support and tools for the journey my client is on. These tools and support include providing information about options that are available to the trans/non-binary child for living in the world as the person they are and want to be seen as. There are many options to accomplish that, from wearing gender affirming clothes to receiving gender affirming medical care. There is no single right path.

7.     One option is gender affirming medical care, such as taking puberty blockers for my younger patients or undergoing hormone therapy for older teens. These therapies help a

DECLARATION OF
EMMETT STANFIELD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

transgender youth's body features be more consistent with the sex the child identifies with, and therefore assists the child in being seen by others as their true self. I have witnessed that these medical therapies significantly ease the emotional, mental, and physical manifestations of gender dysphoria that my trans/non-binary clients experience. Just knowing that gender affirming medical care is an option greatly lessens the symptoms of gender dysphoria – the anxiety, depression, incidents and intensity of self-harm, suicidal ideation – that my trans/non-binary patients feel before receiving these therapies. Gender affirming medical care is not a cure-all, but it does significantly improve trans/non-binary kids' attitudes and outlook on life. "Passing" or being seen as the gender they identify with makes life worth living for many trans/non-binary kids. They can walk through the world without being discriminated against or harassed. It's a huge shift.

8. In my experience, the decision to take puberty blockers or cross-sex hormones is made with a great deal of care, thought, research, and after many conversations between therapist, parents, child, and doctors over months or even years. And, the child needs a letter from their primary care physician and another letter from their therapist before they can take puberty blockers or cross-hormones.

9. To assess whether puberty blockers or cross-hormones are options for one of my trans/non-binary youth patients, I follow the process described on Exhibit A, attached to this declaration. As indicated there, this process takes several months at least, and can take years. Over that time, the child must consistently, persistently, and insistently express their desire for a body that reflects a non-binary gender or a gender different than the sex they were assigned at birth. This process is consistent with the rigorous, peer-reviewed, and evidenced-based World Professional Association for Transgender Health (WPATH) Standards of Care to determine whether candidates for gender-affirming medical care meet the criteria for a diagnosis of gender dysphoria in the DSM-5. The purpose for following WPATH Standards of Care is to ensure that

an individual patient's care matches the unique medical needs of that patient and provides the healthiest outcome.

10. I have never worked with a trans/non-binary youth who has elected to stop receiving gender affirming medical care or who has regretted undergoing such care. A few of my patients have recognized nuances in their gender identity, such as "I am a girl, but there is a masculine part of me, too." Or, it could be, "I'm a boy, but I like painting my nails and wearing make-up." But, I have never observed them identify with their sex assigned at birth. And none has wanted to stop receiving gender affirming medical care.

11. I understand that the President of the United States has issued an Executive Order "Protecting Children from Chemical and Surgical Mutilation," which directs the Department of Justice to enforce laws against "female genital mutilation" against persons providing or facilitating gender affirming care to individuals under 19 years old.

12. I fear that the Department of Justice could investigate and prosecute me because of my work in providing gender affirming mental health care to improve the emotional, mental, and physical health of trans/non-binary youth.

13. Equally, I fear for the emotional, mental, and physical health of my trans/non-binary youth patients if they are not able to access gender affirming medical care. This Executive Order does not protect children. It will exacerbate their anxiety, depression, shame, self-loathing, self-harm, suicidal ideation, and lead to substantially worse health outcomes for them. I fear that this order could also cause my trans/non-binary clients to experience further discrimination from their peers and adults they may encounter, as both attitudes towards trans/non-binary youth will become more hostile, and lack of access to gender-affirming medical care will essentially "out" these youth to the people around them, as their bodies will not visibly align with their gender identities. Receiving gender-affirming medical care at appropriate ages is crucial in ensuring that trans and non-binary youth avoid dysphoria-inducing puberty from their sex assigned at birth,

and allows them to go through peer-concordant puberty in their identified gender. Accessing this medical care as youth is critical in reducing gender dysphoria and its associated mental health challenges as adults. This is preventative mental health care.

14. This Executive Order further intervenes in the careful process I use to improve the health of my patients. The Order replaces medical professionals' judgment with the judgment of the President.

15. I am bound by the National Association of Social Workers Code of Ethics to promote my patients' well-being.  By prohibiting gender affirming care for people under 19, this Executive Order would force me to choose between possible prosecution and violating my ethical and moral duty to my patients when I believe that the potential benefits of gender-affirming care outweigh the potential risks for a particular patient. Either I risk losing my professional license and potentially incur financial penalties or worse, or I fail to serve my patient.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this  4th   day of February 2025 at   Seattle         , Washington.

*Emmett Stanfield*
EMMETT STANFIELD
Mental Health Counselor

DECLARATION OF
EMMETT STANFIELD

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744