# Exhibit A

**Assessing Trans Youth for Gender Affirming Medical Care**

<u>**Pre-puberty youth**</u>

**1).** Periodically check in with client about how they feel about their body right now:

      **A.** "Are there any parts of your body that don't feel good? Tell me about them. What doesn't feel good about them? What would you like your body to look or feel like?

**2).** Educated clients on the process of puberty; what kind of puberty their body would naturally go through, what would happen if they used a puberty blocker or cross-sex hormones

**3.)** Ask client to explain or write down how they feel when they imagine their body going through its natural puberty and how they would feel if their body went through puberty with cross-sex hormones

      **A.** I will ask the client to close their eyes and imagine themself as an adult. Do they imagine their adult self with facial hair, a low voice, looking more like their dad? Or do they imagine themself with breasts, hips, looking more like their mom?

**4.)** If client continues to express insistently, consistently, and persistently over the course of several months or years (depending on age and how close they are to puberty) that they desire body that would require medical intervention (i.e. puberty blockers and cross-sex hormones), I meet with client's parents to explain what the client has told me, and talk with parents about their options for achieving this. I connect clients with Seattle Children's Hospital's Gender Clinic, and other local providers who can help their child access gender-affirming healthcare

<u>**Post-puberty youth**</u>

**1).** I check in with client upon consultation about how they feel about their body.

      A. "Are there any parts of your body that don't feel good? Tell me about them. What doesn't feel good about them? What would you like your body to look or feel like?

**2.)** If client tells me that they don't feel good in their body because it doesn't line up with their gender identity , I ask:

      A. "How much distress do you feel about your body not lining up with your gender identity? How often do you feel this distress? Is it constant? Is it occasional?

      B. "Do you ever think about hurting yourself? Have you ever intentionally hurt yourself? If so, tell me about it."

  C. "Do you ever think about killing yourself? If so, have you ever made a plan to kill yourself? Do you have access to the tools you would need for that plan? Have you ever tried to kill yourself before?"

  D. "Have you ever tried to restrict your eating or make yourself throw up so that your body would line up with your gender identity? How often? How often do you do that now?"

**3.)** If client expresses that they are uncomfortable with their body and want to access gender-affirming medical care I ask:

  A. Have you already looked into your options for gender affirming medical care? What did you learn?

  B. Do you already know which parts of hormone changes in your body are permanent versus not permanent? If not, would you like me to tell you?

  C. Which parts of the hormone changes do you think you would like?

  D. Are there any parts of the hormone changes that you think you wouldn't like? How distressing would it be to have the parts you wouldn't like?

  E. Do you think you'd like to become a parent some day? Would you like to have a child that is biologically related to you? Do you know that hormone therapy can affect your fertility?

**4.)** If client expresses that they would indeed like to access gender affirming hormone care knowing the benefits and risks I ask:

  A. How long have you felt like you wanted to make these changes to your body?

**5.)** If client has felt for 6 months or more that they want to access gender affirming hormone care, I ask:

  A. Have you talked to your parents about this? Did they say they would help you see a doctor so you can get hormones?

  B. Do you want my help talking to your parents about this?

**6.)** If client answers affirmatively that they want my help talking to their parents, I arrange a session with clients and parents to talk through everything the client has told me about their gender affirming medical care goals and desires. I help parents talk through any concerns or questions they have about their child accessing this care. I then help connect the parents and clients with Seattle Children's Hospital Gender Clinic or other providers to access this care.

**A note here that this process with teens usually happens over the course of 3 or more months of sessions with me.**