UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF EMMA SANDOE |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF EMMA SANDOE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Emma Sandoe, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am the Medicaid Director for the Oregon Health Authority (OHA).

2. I have been serving as Medicaid Director since July 2024, prior to that I served as the Deputy Director of Medicaid Policy for North Carolina Medicaid.

3. OHA is the designated single state agency responsible for administering Oregon's Medicaid program. ORS 413.032(1)(e). OHA has a mission to "transform the health care system in Oregon by: Improving the lifelong health of people in Oregon; Increasing the quality, reliability, and availability of care for all people in Oregon; and lowering or containing the cost of care so it's affordable to everyone.

4. OHA operates the Oregon Health Plan (OHP), Oregon's Medicaid program regulated by the U.S. Department of Health and Human Services. Medicaid is jointly funded by both state and federal dollars, though at different rates. OHA also administers some state funded health care programs, including the Healthier Oregon Program.

5. OHA, through OHP, provides free or low-cost health care for income-qualified individuals and includes the state's Medicaid program, which is a joint federal and state funded program, as well as several state-only funded programs. OHA functions as the largest purchaser of health coverage in Oregon. It is a leader in ensuring Oregon residents have access to services and interventions that support health, and it is committed to whole-person care, integrating physical and behavioral health services for better results and healthier communities in Oregon. OHA purchases health care for nearly 1.4 million people through OHP and other programs.

6. Medicaid is the federally matched medical aid program under Title XIX of the Social Security Act (and Title XXI of the Social Security Act for the Children's Health Insurance Plan) that covers the Alternative Benefit Package (ABP), Categorically Needy (CN) and

Medically Needy (MN) programs. The program is a state and federal partnership with states funding a portion of the program. OHP provides coverage for a broad array of services, including preventative care and other health care services.

7. OHA also oversees the Oregon Educators Benefit Board (OEBB) and the Public Employees Benefits Board (PEBB) which develop benefit plans, including health care coverage, for eligible public and school employees, retirees, and dependents.

8. Not only is it OHA's goal to "eliminate health inequities in Oregon by 2030" and to work to ensure that all Oregonians "have easy access to affordable health care, prioritizing communities most harmed by health inequities" OHA must cover gender-affirming treatment that is medically necessary and prescribed in accordance with the standards of care. ORS 414.769(3).

9. OHA, through its Coordinated Care Organizations and fee for service providers, provides coverage for gender affirming care, including but not limited to puberty blockers, hormone therapy, and gender-affirming surgical procedures. These services are available to individuals, including adolescents and young adults under the age of 19, when deemed medically necessary by qualified health care professionals. OHA's coverage aligns with evidence-based medical standards and national guidelines from World Professional Association for Transgender Health (WPATH), a globally recognized authority on gender affirming care, whose Standards of Care have been widely adopted by medical institutions worldwide.

10. The gender affirming care that OHA covers are evidence based and have proven to be effective and safe medical treatments.

11. I understand that the President has issued an Executive Order that targets use of puberty blockers, the use of sex hormones, and/or surgical procedures as gender affirming care for individuals under 19 years of age.

12. The Executive Order directly undermines OHA's mission by imposing restrictions that deter health care providers from offering gender-affirming services. This creates

significant barriers for patients and families seeking necessary medical care, increasing the risk of untreated gender dysphoria and associated health complications.

13. The Executive Order further endangers OHA's ability to fulfill its mission by placing financial constraints on health care providers who offer gender affirming care. By limiting funding, the Executive Order disincentivizes providers from continuing these services, ultimately reducing access for those in need.

14. In addition to impacts on those subject to this new policy will have a direct impact on OHA's administration of its health care programs and the amount of federal funding Oregon receives to reimburse medical expenses for children in Oregon.

15. OHA has received reports from health care providers indicating that, due to the threat of funding reductions and potential criminal repercussions, some providers have ceased or reconsidered offering gender-affirming care services. Providers have concerns about criminal charges stemming from providing services. Additionally, OHA has been made aware that some patients have experience increased delays in accessing these services, contributing to heightened anxiety and uncertainty within the transgender and gender-diverse community.

I declare under penalty of perjury under the laws of the State of Oregon and the United States of America that the foregoing is true and correct.

DATED and SIGNED this ____ day of February 2025, at ____, Oregon.

_____
EMMA SANDOE
Medicaid Director