||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| STATE OF WASHINGTON, et al., | NO. |
|---|---|
| Plaintiffs, | DECLARATION OF JANNA GEWIRTZ O'BRIEN |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF
JANNA GEWIRTZ O'BRIEN

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# **DECLARATION OF JANNA GEWIRTZ O'BRIEN**

I, Janna Gewirtz O'Brien, hereby declare:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a board-certified pediatrician, and a board-certified sub-specialist in adolescent medicine. I am licensed by the State of Minnesota (#58035).

3. I went to the University of Rochester in Rochester, New York, for medical school and graduated in 2013. I completed my residency at the Mayo Clinic in Rochester, Minnesota. Following my residency, I practiced in general pediatrics for two years, then completed a three-year fellowship in adolescent medicine at the University of Minnesota. This fellowship included training in comprehensive adolescent health care. I also completed a master's degree in public health in 2021.

4. My views do not represent the views of the organizations at which I received my training.

5. Gender affirming care is a vital part of adolescent health care. Providing care that affirms someone's gender and sexual identity dramatically improves the mental health outcomes and overall well being of patients.

6. Gender affirming care for adolescents and young adults typically involves an interdisciplinary team of experts, including physicians, nurses, psychologists, and social workers, all of whom can provide vital support for trans and non-binary youth and their families.

7. Gender affirming care is rooted in a long history of scientific research. There is extensive scientific backing supporting that gender affirming care improves outcomes for trans and non-binary patients.

8. In over a decade of clinical practice, I have seen many adolescents and young adults and their families thrive after receiving evidence-based gender affirming care.

9. Gender affirming care is never taken lightly. It often takes months or years of conversations with parents or guardians before medications, including puberty blocking medications or hormonal medications, are considered, provided that such medications align with the goals of the patient. Parents and guardians are consistently involved and engaged at every step of the process. Together, with the help of a team of experts, adolescent patients and their parents provide informed consent to every step of care. There is never any pressure from any health professional on how patients receive their care. Our job is to support patients' identities and development, and to provide patients with care consistent with their individualized needs.

10. I am very concerned that the Executive Order targeting gender affirming care for adolescents and young adults will restrict the availability of necessary medical care, and could lead to a significant worsening of mental health outcomes in a historically marginalized population.

11. It is particularly concerning to me that the Executive Order seeks to restrict the care available to patients of ages 18 and 19, who are considered to be full adults. I

believe that adults should be permitted to fully make decisions about what happens to their bodies without government interference.

I declare under penalty of perjury that the foregoing is true and correct.

DATED and SIGNED this 5th day of February, 2025, in Hennepin County, Minnesota.

*Janna R. Gewirtz O'Brien, MD, MPH*
Janna R. Gewirtz O'Brien, MD, MPH (Feb 5, 2025 15:37 CST)
_____
Janna Gewirtz O'Brien