1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

**AT SEATTLE**

9

STATE OF WASHINGTON, et al.,

NO.

10

Plaintiffs,

DECLARATION OF KELLY HOWER

11

v.

12

DONALD J. TRUMP, in his official
capacity as President of the United States of

13

America, et al.,

14

Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KELLY HOWER

1    I, Kelly Hower, declare as follows:

2        1.    I am over the age of 18, competent to testify as to the matters herein, and attest to

3    the information set forth below through personal knowledge as well as through Oregon State

4    University personnel who have assisted me in gathering this information from our institution.

5        2.    I earned my B.S. in Biology from Oregon State University, my A.A.A.S in

6    Nursing from Shoreline Community College, and a M.S.N. in Health Systems Leadership from

7    Gonzaga University.

8        3.    I am the Executive Director for Oregon State University Student Health Services.

9        4.    As Executive Director for Student Health Services, I lead a team of clinicians and

10    other professionals to provide essential medical and mental health care, prevention

11    programming, advocacy and wellness services to more than 22,000 enrolled students.

12        **Gender-Affirming Care at Oregon State University**

13        5.    Student Health Services at Oregon State University offers gender affirming care

14    as part of their commitment to providing excellent evidence-based, equitable, personalized

15    health care services that strive to meet the needs of all students. The program includes a

16    multidisciplinary team of health professionals who support the health and well-being of

17    transgender and gender diverse students. As is true for all students, comprehensive primary

18    care is also offered, including mental health and reproductive health services.

19        6.    The standard of care for gender affirming services at Student Health Services

20    includes evidence-based, personalized health care tailored to meet the needs of transgender and

21    gender diverse students. This includes hormone therapy, mental health support, and surgical

22    referrals. The program ensures that services are accessible and appropriate for college-aged

23    individuals.

24        7.    The standards of care for gender affirming services at Student Health Services

25    are based on extensive research and clinical experience, and they are endorsed by major

26    medical organizations such as the United States and World Professional Associations for

DECLARATION OF KELLY HOWER                    1                    ATTORNEY GENERAL OF WASHINGTON
                                                                        Complex Litigation Division
                                                                        800 Fifth Avenue, Suite 2000
                                                                            Seattle, WA 98104
                                                                            (206) 464-7744

1    Transgender Health (USPATH and WPATH), the American Academy of Family Physicians

2    (AAFP) and the American Association of Clinical Endocrinology (AACE). The care provided

3    at Student Health Services is guided by these standards, ensuring that students receive high-

4    quality, evidence-based care.

5          8.    Education is one of the three core tenets of Oregon State University's mission.

6    The inability to provide medically necessary health care will impede its ability to ensure that

7    students remain enrolled and able to pursue their educational goals.

8          **Familiarity with the Executive Order**

9          9.    I am aware that President Trump issued an Executive Order on January 28, 2025

10   characterizing certain aspects of gender affirming care as "chemical and surgical mutilation" and

11   directing the heads of federal executive departments and agencies to take immediate steps to

12   ensure that institutions receiving Federal research or education grants stop providing gender

13   affirming care to individuals under 19 years of age.

14         10.   I am aware that Oregon State University's research enterprise receives significant

15   funding through federal research awards, and if the federal government were to stop providing

16   research and education grants to Oregon State University, the impacts would be devastating to

17   its operations and disrupt critical research in areas such as integrated health and biotechnology,

18   robotics, agriculture, food and beverages, semiconductors, and artificial intelligence.

19         11.   I am aware that on February 3, 2025, the White House issued a statement claiming

20   that certain health care institutions, including those that are part of or affiliated with universities,

21   have stopped or are considering stopping providing gender affirming care to patients under 19

22   years of age citing the potential loss of federal research and education funds as a result of the

23   January 28, 2025 Executive Order.

24         12.   Without conceding that Oregon State University's Student Health Services is a

25   "medical institution", as that term is defined under Section 4 of the Executive Order, I think it

26   likely that the broad language and lack of definitions for key terms will result in relevant federal

1   agencies interpreting the language in such a manner, and requiring Oregon State University to

2   choose between providing critical, life-saving care to its students, and receiving education and

3   research funding critical to its mission.

4   **Harms to Oregon State University from the Executive Order**

5        13.    The education of students is one of the three core tenets of Oregon State

6   University's mission, and it is primary among them. In order to meet its educational mission,

7   which includes recruiting students, and then supporting them through their successful

8   graduation, the university must be able to serve students' primary needs, including medical

9   needs.

10        14.    Students who have a need but are unable to obtain gender affirming care face

11   significant mental and physical health risks. Those risks include increased anxiety, depression,

12   and likelihood of suicide or self-harm, and other health complications ranging from physical

13   discomfort to severe illness or life-threatening conditions   Those realized risks would have a

14   direct impact on students' ability to stay enrolled and pursue and complete their education goals,

15   impacting both their academic progress and future professional opportunities.

16        15.    If Oregon State University is unable to provide gender affirming care to students

17   who need it, it's ability to fulfill its educational mission will be directly impacted.

18        16.    I am not aware of Oregon State University having ever received federal grant

19   funding contingent upon it *not* providing a particular type of medical treatment or medical care

20   through its Student Health Services. Indeed, I am not aware of this type of funding condition

21   having ever been placed on Oregon State University.

22

23   / / /

24   / / /

25   / / /

26

1    I declare under penalty of perjury under the laws of the Oregon and the United States of

2    America that the foregoing is true and correct.

3         DATED this 2/5/2025 | 15:00:14 PST day of February 2025, at Corvallis, Oregon.

4

5                                        DocuSigned by:

                                         kelly Hower
6                                        B933AA2A28784C0...
                                         KELLY HOWER
7                                        Executive Director, Oregon State University
                                         Student Health Services
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744