1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                 Plaintiffs,

   v.

DONALD J. TRUMP, in his official
capacity as President of the United States of
America, et al.,

                 Defendants.

NO.

DECLARATION OF
MARIE DOE, MD

DECLARATION OF MARIE DOE, MD

1    I, Marie Doe, declare as follows:

2    1.    I am over the age of 18, competent to testify as to the matters herein, and make

3    this declaration based on my personal knowledge.

4    2.    I am a primary care physician and doctor of internal medicine. I received a

5    Bachelor of Science degree in biology, graduating with distinction and departmental honors. I

6    obtained my medical doctorate and performed my residency in internal medicine. I am Board

7    certified by the American Board of Internal Medicine.

8    3.    I currently work as a primary care physician at a private practice in

9    Seattle, Washington. Previously, I was an instructor, clinical assistant professor, and a

10   supervising physician at a hospital in Seattle. I also worked as a primary care physician at a

11   medical clinic, where I provided gender affirming care for transgender and other gender-diverse

12   patients.

13   4.    I am choosing to use a pseudonym rather than my legal name out of fear for the

14   safety of myself, my family, my patients, my employees, and my business.

15   5.    I am a member of the King County Medical Society. I am also a member of the

16   World Professional Association for Transgender Health (WPATH), and through WPATH, a

17   member of the US Professional Association for Transgender Health (USPATH). As a member

18   of WPATH and USPATH, I participate in discussion networks, educational initiatives, and task

19   forces dedicated to promoting evidence-based gender-affirming healthcare, and related

20   education and research.

21   6.    For 15 years, beginning with my work for the medical clinic, I have provided

22   gender-affirming care to transgender and gender diverse patients. During that time, I have served

23   close to 400 patients who required gender-affirming care, including several dozen patients who

24   were 18-19 years old. I have not provided similar care to patients under 18 years old, as the

25   discipline of internal medicine generally focuses on patients aged 18 years and older.

26

DECLARATION OF MARIE DOE, MD            1            ATTORNEY GENERAL OF WASHINGTON
                                                     Complex Litigation Division
                                                     800 Fifth Avenue, Suite 2000
                                                     Seattle, WA  98104
                                                     (206) 464-7744

7.      Generally, my treatment of transgender and gender-diverse patients focuses on hormone replacement therapy as a means to address gender dysphoria, a condition and diagnosis identified in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5). Gender dysphoria occurs where a patient experiences a gender identity that does not align with the patient's physical characteristics, leading to a persistent "mismatch" not experienced by cisgendered individuals (i.e., individuals who identify with the gender assigned to them at birth).

8.      As a doctor of internal medicine, I do not perform, nor am I trained to perform, surgery for transgender and gender-diverse patients. However, I do help coordinate my patients' ongoing care, including by assisting them in navigating surgical care options. I also offer information on the process for changing gender markers on government identification.

9.      In my healthcare practice I follow the WPATH standard of care, a rigorous, evidence-based process to determine whether candidates for gender-affirming care meet the criteria for a diagnosis of gender dysphoria in the DSM-5. While following the WPATH standards, I make certain that my approach to an individual patient's care matches the unique medical needs of that patient.

10.      Hormone replacement therapy and other modes of gender-affirming care are science-based treatments backed by substantial precedent. In my professional experience, such care is never ordered based on a psychiatric delusion, or a patient's fleeting whim. In the medical practice where I work, the process for ordering potential gender-affirming care begins with a comprehensive intake procedure in which a patient's entire medical record is reviewed. I screen the patient for depression and anxiety, and if I see evidence of a mental health condition, make referrals for mental health counseling or other appropriate care. I interview the patient to determine how long they have known that the gender identity assigned to them at birth did not match their gender identity. To ensure that hormone replacement therapy is a safe and appropriate treatment for the patient, I order bloodwork to check kidney and liver health, and to determine baseline hormone levels.

11.     My training and professional experience allow me to determine when a patient has met the criteria for a diagnosis of gender dysphoria under the DSM-5, and is an appropriate candidate for gender-affirming care. In such cases I will sign a letter attesting that the candidate has met the diagnostic criteria. Conversely, in cases where medical gender transitioning is not appropriate for a given patient, I have recommended against it. However, such instances are rare. In my experience, most patients seeking to medically transition have known that they are transgender or gender-diverse for years before ever seeking care.

12.     Over my 15 years providing gender-affirming care to hundreds of patients, I have never had a patient seek to de-transition, or express regret over their decision to medically transition. Patients may encounter difficulty because of society's hostility towards gender nonconforming individuals.  But the decision to live openly as a transgender or gender-diverse person and to seek appropriate medical care does not create this difficulty.

13.     On the contrary, gender-affirming care helps patients lead healthier lives.  Before they begin gender-affirming care, it is common to note an elevated heart rate and other symptoms of fear and anxiety in patients.  Appropriate gender-affirming care helps alleviate these conditions. Patients appear to bloom, showing physical, mental, and emotional improvements including improved posture and eye contact. I have seen patients with substance use disorder who were able to stop substance use once the patient's physical gender presentation began to match their gender identity.  Patients report that they are finally able to live as themselves.

14.     Most transgender and gender-diverse patients experience suicidal ideation at some point prior to medically transitioning. Hormone replacement therapy and other gender-affirming healthcare is crucial in reducing suicidal ideation, as is any treatment that affects outward presentation (e.g. laser hair removal for transgender women). Being able to live and present in a way that matches one's gender identity not only helps patients lead integrated lives, improving their mental and emotional health, it also helps them to exist more safely in a

world where gender non-conforming individuals live under frequent threats of violence. In many ways, gender-affirming care saves lives.

15.    I understand that the President of the United States has issued an Executive Order impacting the provision of gender affirming care. The Federal Government's policy will have a variety of impacts on my work. One impact is that the policy would restrict gender-affirming care not only for minors under the age of 18, but also for legal adults aged 18-19. I believe the Federal Government purposefully designed the policy to ensnare providers such as myself, who do not provide gender-affirming care to children. As a medical professional, this angers and upsets me, because it strips autonomy from legal U.S. adults, jeopardizing their opportunity to seek appropriate healthcare and make personal decisions in consultation with their doctor.

16.    The policy would also discriminate against and unfairly impact patients based on gender identity. For example, the same procedure (e.g. chest surgery) could be authorized for a person who identified with the gender assigned to her at birth, but would be illegal for a person assigned a female gender at birth but who was transgender or gender-diverse.

17.    I object to the Federal Government's policy because it lacks justification in evidence or science, and it interferes with my ability to provide appropriate healthcare consistent with my training and responsibilities as a doctor. I want to continue the responsible practice of medicine and serve patients without interference from unqualified persons and institutions.

18.    Some transgender and gender-diverse patients have told me that gender-affirming care is so crucial to their health that without it, they would commit suicide. If paths to gender-affirming care are cut off, those patients who do not resort to suicide will certainly do whatever is necessary to care for themselves, e.g. obtaining hormones on the black market, or seeking illegal unlicensed surgical care. This is a truly dangerous consequences for my patients' health.

19.    This last possibility brings to mind a case I encountered while working at the medical clinic. At that time, gender reassignment surgery was not covered by insurance. A

particular transgender woman was so determined to have a body that matched her gender identity that she attempted self-surgery on her genitals. Predictably, the surgery was a failure and the woman suffered long-lasting complications that were entirely needless. If the Federal Government's policy is upheld, I am convinced we will see many more such cases. Trained, experienced medical professionals like myself will be powerless to make a difference.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of February 2025 at Seattle, Washington.


_____
MARIE DOE, MD

1   particular transgender woman was so determined to have a body that matched her gender identity

2   that she attempted self-surgery on her genitals. Predictably, the surgery was a failure and the

3   woman suffered long-lasting complications that were entirely needless. If the Federal

4   Government's policy is upheld, I am convinced we will see many more such cases. Trained,

5   experienced medical professionals like myself will be powerless to make a difference.

6       I declare under penalty of perjury under the laws of the State of Washington and the

7   United States of America that the foregoing is true and correct.

8       DATED this 3rd day of February 2025 at Seattle, Washington.

9

10                                 _____
                                   MARIE DOE, MD

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26