# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF PAMELA GIGI CHAWLA, M.D., M.H.A. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

V

DECLARATION OF PAMELA
GIGI CHAWLA, M.D., M.H.A.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# **DELCARATION OF PAMELA GIGI CHAWLA, M.D., M.H.A.**

I, Pamela Gigi Chawla, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and I make this declaration based on my personal knowledge.

2. I am the President of the Minnesota Board of Medical Practice ("Board"), and a practicing physician in Minnesota.

3. The Board is a 16-member body established under Minnesota Statutes chapters 214 and 147, and delegated authority under those chapters to protect the public from unprofessional, improper, incompetent, and unlawful practice of medicine. *See* Minn. Stat. § 147.001.

4. The Board is charged with licensing and regulating the practice of medicine, establishing and enforcing qualifications for licensure and standards of practice, and educating practitioners and the public.

5. The Board has authority to discipline licensees for violations of the Minnesota Medical Practice Act, codified at Minnesota Statutes sections 147.001 to 147.381.

6. The Board has sole oversight over the licensure and regulation of the practice of medicine in the State of Minnesota.

7. The federal government is not involved in regulating the practice of medicine in the State of Minnesota.

8. The Board has authority to take disciplinary action against medical providers whose practice fails to conform to minimal standards of accepted and prevailing medical practice.

9. Gender affirming care, including gender affirming care for individuals under the age of 19, is not prohibited by the Minnesota Medical Practice Act.

10. Providing gender affirming care within minimal standards of accepted and prevailing medical practice is not a violation of the Minnesota Medical Practice Act.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of February 2025, in *Hennepin* County, Minnesota.

_____
Pamela Gigi Chawla, M.D., M.H.A.
President, Minnesota Board of Medical Practice

2