**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF R.R., LMFTA |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF R.R., LMFTA

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, R.R., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live in Washington with my husband and three children. My oldest child is a trans woman.

3. I am a Licensed Marriage and Family Therapy Associate (LMFTA) licensed by the Washington State Department of Health. I earned an Associate of Arts degree in Psychology from Coconino Community College; a Bachelor of Arts degree in Psychology from Northern Arizona University in 2004; and a Master of Arts degree in Marital and Family Therapy from Alliant International University in 2008. Since 2008, I have provided therapy and coaching support to parents.

4. I have decades of experience working with families, having worked in daycare settings from the age of 15 years before providing therapy support to parents. My current practice primarily consists of clients who are parents and family members of gender diverse youth.

5. I have always been an ally to the LGTBQ community and even more so after I had my own child and she displayed gender diversity. At that time, we didn't have the names (such as trans). My daughter, who was designated male at birth, always displayed some gender diversity. When she was young, we used to describe her as "gender creative." She often wore her female cousin's clothes, loved fairies, and wore pink. She was home-schooled, which allowed freedom from being forced into a specific gender identity. It wasn't until she approached puberty that she realized she was staring down the barrel of the wrong path. Around the time she started puberty she started withdrawing. She became terrified and confused. Our family, however, acted quickly and immediately met with a local doctor and joined support groups. Fortunately, our daughter's struggle didn't last long, and she started puberty blockers at age 12, fully socially transitioned, and then began hormone therapy at age 13. I have total confidence in her decision and the rightness of the path for her. Because my family acted quickly she went

through female puberty and is able to live her life fully as a woman. She is an amazing individual. She is about to graduate, will receive her bachelor's degree, and is taking her LSATs and is applying to law school.

6. Our family's experience impacted my professional journey. Before my daughter began medically transitioning, I decided to pursue expanding my practice to provide gender-affirming care to parents and family members of trans children. I help them understand their situation—something that is far easier to do having gone through it myself. Parents often come to me when they realize there is a struggle related to their child's gender and they are not seeing a way forward. Unfortunately, this usually comes at a point when their child can no longer function due to gender dysphoria. When parents are able to understand and explore their own emotions they are able to fully accept their children and provide necessary support. I help coordinate services and help them make informed decisions. A lot of the struggle is related to the outside world, the hate, the lack of supportiveness. My role is to support the parents with the immense challenges and struggles of raising a transgender child in our current culture so they can support their child in all the ways they need to thrive.

7. I am currently seeing two families with trans kids. Over my career, I've probably seen hundreds of families with trans kids. The majority of these kids are tweens, the age right before puberty. Puberty tends to be a crisis point for many trans kids. Some of my parent clients have trans kids who are in elementary school or younger. I've also had parent clients see me for their older adolescent or adult children transition later.

8. I've seen families whose kids have received gender-affirming care and others who have not. It can be the difference between life and death. I have seen kids struggle as much as a child can struggle. Kids who don't receive gender-affirming care don't see a way forward and hate themselves and their bodies that are misaligned with their gender identity.

9. When parents can understand the trans experience and give their kids the support they need, they will thrive at the same rate as their cisgender peers. The differences we see in

the child can be very fast and very stark. The acceptance the child feels, and the mental health response is rapid, significant and sustained. Working with families with transgender kids is so gratifying because of the speed with which children can go from suffering to thriving.

10. The medical support is foundational, as it aligns their body with who they know themselves to be. For transgender kids, gender-affirming care can be the difference between functioning and not functioning. I have observed this by way of kids and adolescents who will not leave the house—not engaging. They may not be bathing. They may not go to school. When they get the care they need, it's like a doorway to the world.

11. I can't emphasize enough the importance of the body's changes during puberty and the impact of gender-affirming medical care for transgender youth during this critical time. My number one concern is that they may not survive the waiting period because they are unable to endure the suffering of being in a body that doesn't align with their identity. Those who are able to endure without getting gender-affirming medical care miss out on an essential developmental window that their peers are experiencing. Without gender-affirming medical support children often isolate and as a result are developmentally stunted from not engaging and socializing and miss out on the learning during this period that helps us grow as individuals.

12. Puberty is such a crucial window in the process of transitioning from the gender assigned at birth to the person's gender identity as they know themselves to be. If they don't get medical gender-affirming care during this time, so many of the body's changes are irreversible. Adult hormones don't undo all the changes their body has undergone during puberty. It becomes a life sentence and nothing can undue this harm. The discrimination and unsafety of not "passing" can be life threatening.

13. My daughter was able to experience female puberty thanks to the availability of gender-affirming medical care. It was just through a passing family conversation about her father's beard one day that she realized with horror that she would grow a beard in the male body that was misaligned with her gender identity.

14.     The children I have seen who are receiving gender-affirming medical care compared to those who are not, are like night and day. I have never had a family who has expressed regret or changed their minds. When a child is struggling to such a severe degree and then they feel accepted and supported, even if they may change how they think at a later time, they are strong and resilient because of the support and acceptance they received through their struggles with gender identity.

15.     Our own daughter's experience was no different. When she realized that she was about to go through male puberty, she was panic-stricken, anxious, and depressed. She didn't want to talk to anyone. She didn't want to go out in the world. The minute that the puberty blocker was in place, she came back to life. She became happy and had increased energy. She came back to being the person we knew her to be. She is a very strong student. She is outgoing and is passionate about making the world a better place. She is active, loved, and admired in our community and is now planning to start law school this fall. When puberty showed up, she knew innately that she had to align her body with her gender identity. She has had zero regrets. She is and always has been a girl. When her body started to betray what she knew she addressed it.

16.     Gender-affirming medical care is a thorough process through which no party advances in isolation. It's a process involving parents, healthcare providers, therapists, and the child themselves collaborating to support the child and their families. Together, gradual steps are taken. With each tiny step, such as those in the medical care, we see a wave of positive change.

17.     The President's Executive Order restricting and criminalizing gender-affirming care to people under 19 years old is horrible and terrifying. It threatens kids, their families, and medical providers. I am terrified as a therapist and as the parent of a trans kid. I'm not going to stop supporting these kids and their families. They need this support to survive and thrive, especially given the critical puberty developmental windows and the irreversible changes that happen during this window. Puberty is when most trans children reach a crisis point and many

children will not survive. I realize that by continuing to provide care that I could lose everything, my life's work and my freedom. I am scared for our family's safety, and I'm terrified of the consequences we could suffer if this Executive Order went into effect.

18. Before the President's Executive Order and the heightened transphobia in this country, my work with families of trans youth involved processing their transitions and supporting their healings. Now my work is centered around the terror families are feeling, discussing escape plans and legal support. There is less space for helping their child be healthy. A significant number of people I work with have fled to Washington from other states, thinking it is the safest place. They're struggling financially, without a place to live, to seek support. They are willing to sacrifice anything and everything to give their child the support and care they need.

19. The Executive Order goes beyond bans and incites hate. The current political party creates this fictional character in which trans children are the monsters. For anyone who knows my child, the notion is ludicrous. It's terrifying that we have to always be ready to negotiate her safety. This means having a "go-bag" under the bed. It is having to safeguard identifying information at all times. Being trans to her is just one small part of her, and yet, she has to be in relationship with this part of herself every moment of every day from a point of safety. Ten percent of her brain power goes to this all the time for safety. That's because she passes as female and everyone assumes she's cisgender otherwise it would be a lot more. Yet we have to have everything prepared—we have to have enough money saved and passports ready—in the event that she can't access her medical care. That's a reality that our family has to live with. There is an ever-present terror with each new Executive Order.

20. Our daughter is a woman and moves through the world as one. Her only insecurity has been in the state of the world around us. She is a funny person, a social leader, smart, and passionate. She feels called on to make the world a better place. She is going to law school because she wants to speak for all the people who don't have her same privilege—those who haven't had the support she's had. She wants to help kids who might have been denied gender-

affirming care to reclaim as many rights as they can. She contributes to and is loved by her community. She loves to travel and is the life of the party. If there's a quiet kid, she'll go talk to them. If she had been born at another time, she wouldn't be this person. It would be an indescribable tragedy because she's incredible. There's no length we wouldn't go to in order to ensure that she has access to her gender-affirming medical care.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this ____ day of February 2025, at _____, Washington.

R.R., LMFTA
Licensed Marriage and Family Therapy Associate

affirming care to reclaim as many rights as they can. She contributes to and is loved by her community. She loves to travel and is the life of the party. If there's a quiet kid, she'll go talk to them. If she had been born at another time, she wouldn't be this person. It would be an indescribable tragedy because she's incredible. There's no length we wouldn't go to in order to ensure that she has access to her gender-affirming medical care.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of February 2025, at Gig Harbor, Washington.

R.R., LMFTA
Licensed Marriage and Family Therapy Associate