# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF R.C., MA, LMHC, MHP |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF R.C., MA, LMHC, MHP

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, R.C., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I identify as a transgender non-binary person and use they/them pronouns. I live in Seattle, Washington.

3. I am choosing to use my initials because I fear possible repercussions for my career and retaliation from the Federal Government.

4. I am a mental health counselor and professionally licensed by the Washington State Department of Health. I earned a Master of Arts in Psychology in 2015 and a Bachelor of Arts in Psychology in 2012 from Seattle University. I received additional training in the forms of psychotherapy that I use as a mental health counselor, namely Eye-Movement and Desensitization Reprocessing to treat trauma, Dialectical Behavioral Therapy to treat difficulties with emotional dysregulation, Child-Centered Play Therapy to treat mental health conditions in children, and Gender-Affirming Care for transgender and gender non-conforming children, youth, and adults.

5. I provide mental health counseling services to persons of all ages, but my primary focus is on children, adolescents, and young adults. My counseling philosophy is client-centered and trauma-informed. This means that the client is first and foremost the expert on their experience, and I approach my clients with compassion and curiosity. My goal is to support my clients in finding their unique path towards recovery.

6. I began my career as a mental health counselor in 2015 at a community mental health agency. I first worked with transgender youth and adults there. I became interested in this area of practice and wanted to work with more transgender clients.

7. In 2020, I began transitioning to private practice and I have been in full time private practice since fall of 2021. The primary focus of my practice and the majority of clients I see now are LGBTQIA+ children, youth, and adults. I estimate that I have treated about 40-50

1  transgender patients over the past 6-7 years. My professional relationship with my patients generally lasts several months to several years, with 55-minute sessions either weekly or bi-weekly, where we address challenges with emotional dysregulation, depression, anxiety, impulsivity, maladaptive coping mechanisms, traumatic experiences, and early childhood attachment wounding. In my work with children, I also meet monthly with caregivers to provide parent coaching and psychoeducation, and with consent, I interface with teachers and other important systems in the child's life when clinically indicated.

8.    At times, I provide mental health assessments of persons seeking gender-affirming medical care. These assessments are necessary to determine whether certain gender-affirming medical care, including puberty blockers and hormone therapy for youth and gender-affirming surgery for adults, are appropriate treatments. I follow the World Professional Association for Transgender Health (WPATH) Standards of Care to determine whether candidates for gender-affirming medical care meet the criteria for a diagnosis of gender dysphoria in the DSM-5. The WPATH Standards of Care are based upon peer-reviewed scientific research and expert consensus in the field for best practice. They have been revised accordingly as new research has become available. If an assessment shows that an adolescent persistently and consistently over six or more months identifies with a gender that differs from their sex assigned to them at birth, gender-affirming medical care may be an option for them. If the adolescent and their parents decide that they would like to pursue gender-affirming medical care, I conduct an assessment to determine whether the youth meets criteria for the desired medical intervention. If, based on my assessment, the youth is an appropriate candidate for gender-affirming medical care, I write a letter explaining and affirming the assessment. I estimate that I have written ten such letters for gender-affirming medical care for youth and adults.

9.    The process for a transgender adolescent to obtain a letter from me is one that is well-considered and deliberate. I have a set of questions I ask to assess both their mental health

and whether gender-affirming medical care would be appropriate. I assess the patient's history of mental health diagnoses and treatment, their social history, educational history, history with trauma or abuse, substance abuse history, incidents of suicidal ideation or self-harm, medical conditions, and current stressors. Questions to assess the appropriateness of gender-affirming medical care include the following: When did you first realize your sex assigned at birth did not match your gender identity? How would you describe your gender identity? What are your goals for your transition? What are your hopes and expectations for gender-affirming medical care? What are your concerns about the short and long-term effects of gender-affirming medical care? How do you envision yourself in the future? Have you transitioned socially with family, friends, at school, etc.? How have your social supports responded to your transition? What are your coping skills? How do you manage stress? These questions and others are designed not only to assess the persistency and consistency of a youth's gender identity, but also to raise a discussion and consideration of the benefits and risks of gender-affirming medical care, including the short and long-term effects, and the permanency of certain changes.

10. In my experience, transgender clients have often done extensive research on the gender-affirming medical care they are seeking prior to meeting with me. They know what they want and what they do not want. They have considered the permanency of the changes that will occur and the long-term effects such as a potential loss in fertility. They have thought about other options for having children such as adoption or freezing their eggs or sperm. It has been my experience for both youth and adults that this is a very well-thought-out decision and that those that decide to move forward feel that the benefits outweigh the risks.

11. For youth, my assessment is one step in a multi-step process that also includes conversations with parents/caregivers and education from the doctor administering the gender-affirming treatment. In Washington, at least one parent's consent is legally required but most clinics require that both parents consent. Many clinics and doctors who provide gender-affirming

medical care also have long waiting lists, which gives patients and parents time to process all the information and come to a well-reasoned and informed decision.

12. Gender-affirming medical care is just one option for helping transgender/non-binary adolescents to be seen by others as their authentic self. I explore other options with my patients as well, including social transition (changing name and/or pronouns, changing hair and clothing to match gender identity, etc.). I explain that you don't have to receive gender-affirming medical care to be transgender. It's not the only option. I know many transgender people, both youth and adults, who have chosen to NOT transition medically. Gender transition is a unique process for each individual person.

13. In my experience, clients who elect and have received gender-affirming medical care seem so much more comfortable with themselves and out in the world. Changing their physical presentation relieves the burden of having to be constantly "outed", misgendered, and in fear of being harassed. Other mental health symptoms, such as anxiety, depression, and suicidal ideation often decrease or resolve. There are other benefits as well. For example, many individuals who are transitioning to a masculine presentation bind their chest to hide their breasts. Binding is physically uncomfortable and is also associated with long-term health risks. After top surgery, binding is no longer necessary.

14. The timing of when someone receives gender-affirming medical care is important to the results that person experiences. If you're assigned female at birth and transitioning to male, and you receive puberty blockers and then hormone therapy, you would never develop breasts, for example. This means that top surgery would be unnecessary in the future. For people who are assigned male at birth and are transitioning to female, their voice will never drop, a common challenge for adult transgender females. This is one of my arguments in favor of gender-affirming care for minors. There are true benefits for the future in terms of helping transgender people choose how people see them, which lessens their depression, anxiety, suicidal ideation, despair, hopelessness, and fear. Additionally, puberty blockers give the youth more time to

carefully consider whether they would like to pursue HRT (hormone replacement therapy). Many adult transgender patients of mine have expressed their regret that gender-affirming care was unavailable to them when they were young.

15. I understand that the President of the United States has issued an Executive Order that restricts and criminalizes providing gender-affirming care to everyone under 19 years old. The Federal Government's policy will have a variety of impacts on my work. My practice recently began accepting Medicare payment, and this Executive Order would prohibit that form of reimbursement. This Executive Order is causing immediate harm to the mental health of my clients. They are legitimately concerned and anxious that they will be unable to receive the medical care they need, and that it will impact their emotional well-being and ability to function in the world. They will also become more vulnerable to harassment, especially because this Executive Order normalizes and promotes anti-trans rhetoric and feelings. I have clients who are already having setbacks in effectively resolving past trauma in therapy due to fears about their safety and/or ability to access care.

16. This Executive Order further intervenes in the careful process I use to improve the health of my patients. The Order replaces my judgment as a mental health care professional with the judgment of the President.

17. I am bound by the American Counseling Code of Ethics (ACA) to support my clients in improving their mental health. By prohibiting gender-affirming care for people under 19, this Executive Order would force me to violate my ethical and moral duty to support my patients in accessing gender-affirming medical care when it is determined that it is the best course of treatment for a particular individual. Either I risk losing my professional license and potentially incur financial penalties or worse, or I fail to serve my patient.

1 | I declare under penalty of perjury under the laws of the State of Washington and the
2 | United States of America that the foregoing is true and correct.
3 | DATED this  4th  day of February 2025, at Seattle, Washington.

*R C*
R.C, MA, LMHC, MHP