# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF TIM GOLDFARB |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF TIM GOLDFARB

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Tim Goldfarb, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and attest to the information set forth below through personal knowledge as well as through Oregon Health and Science University ("OHSU") personnel who have assisted me in gathering this information from our institution.

2. As the Executive Vice President and Interim Chief Executive Officer of OHSU Health, I am a leader of an integrated clinical, research and learning health system with more than 20,000 faculty, staff, trainees, and students. I served as OHSU's health system Chief Executive Officer from 1987 to 2001 before taking on the role of Chief Executive Officer at UF Health Shands System in Florida. Upon retirement in 2016, I returned to Oregon and have held the position of Interim Chief Executive Officer of OHSU Health since January 15, 2025.

3. I earned my undergraduate and Master of Health Services Administration degrees from Arizona State University. I am currently the President of The Foundation for Medical Excellence and have been active in a number of other professional organizations throughout my career, including serving as chair of the Accreditation Council for Graduate Medical Education, the Board of the Florida Teaching Hospital Council and the Safety Net Hospitals of Florida, the board of Council of Teaching Hospitals of the Association of American Medical Colleges, the University HealthSystem Consortium, and both hospital associations in Oregon and Florida.

**Research and Education Grants at OHSU**

4. OHSU has a long tradition of leading-edge research that has yielded important innovations in the history of modern medicine, including the first successful mitral valve replacement to the invention of optical coherence tomography. OHSU houses a robust research program with more than 1,415 faculty investigators and 262 postdoctoral scholars. OHSU's faculty includes many members of the National Academy of Science, National Academy of Medicine, and National Academy of Inventors, the American Academy of Arts and Sciences, as well as recipients of Lasker-DeBakey Award for Clinical Medical Research.

5. As the state's only academic health center, OHSU generates breakthrough research that leads to new cures, new standards of care, and a better understanding of the basic science that drives biomedical discovery. OHSU researchers explore every aspect of health and disease, from retinal degeneration, imaging technology for nerve damage, and engineered immune cells for cancer treatment. Through its schools, centers and institutes, OHSU offers a comprehensive roster of research centers addressing every aspect of biomedical and clinical research.

6. In 2023, OHSU was awarded more than $413 million in federal research grants and contracts. OHSU ranks as the top Oregon institution to receive National Institutes of Health (NIH) funding, with grants and contracts that same year totaling more than $297 million.

7. OHSU also receives research and education grants from other federal agencies including the Department of Energy, Department of Veterans Affairs, Department of Commerce, and other agencies. In 2023, OHSU received approximately $70.4 million in research grants and contracts from other (non-NIH) federal agencies.

8. Examples of a few of the many hundreds of federally funded research projects that came to fruition at OHSU during the past year include: A federally funded in-human imaging study at OHSU published in the Proceedings of the National Academy of Sciences demonstrated a nervous system waste drainage pathway known as the "glymphatic system" critical for brain health. OHSU researchers at the federally funded Vaccine and Gene Therapy Institute identified a pivotal gene capable of blocking immune responses to important vaccines for diseases including HIV, malaria, and certain types of cancer, which was published in the journal Science Immunology. OHSU researchers analyzed clinical and imaging data from a National Institute of Mental Health database to identify whole brain circuit risk factors for the occurrence of ADHD in children, as published in the Journal of Neuroscience. OHSU Emergency Medicine physicians supported by a federal Health Resources and Services Administration (HRSA) grant identified pediatric emergency care readiness factors that could improve outcomes in pediatric medical

emergencies and trauma nationwide, as published in JAMA Network Open. OHSU oncologists and cancer biologists supported by the National Cancer Institute identified combination therapies using check-point inhibitors, standard chemotherapy drugs, and anti-inflammatory compounds with promise for individualized treatment of some difficult to treat breast and lung lining cancers, as published in Cell Reports Medicine.

9. Federal funding is essential to OHSU's mission. With community partners to expand the region's health care workforce, OHSU launched a new nursing program in Bend and Central Oregon's first family medicine residency program. OHSU is expanding its graduate medical education training in behavioral and mental health, including in partnership with Central Oregon, to address the near crisis care needs Oregon faces in behavioral health. OHSU research on vaccines made international headlines, with progress on a universal flu vaccine and finding that switching arms for two-dose vaccines improves effectiveness.

10. OHSU is leading national research efforts to determine the role that respectful maternity care, known as RMC, plays in improving the poor and worsening health outcomes for those who are pregnant and postpartum in the United States. The study, funded by the by the Agency for Healthcare and Quality Research at the U.S. Department of Health and Human Services was published in the Annals of Internal Medicine. OHSU provides a statewide-serving Mission Control Center — monitoring and tracking bed and resource capacity and coordinate data sharing among health systems across the state. The OHSU Mission Control Center continues to manage OHSU Health system capacity, and also houses the Oregon Medical Coordination Center, or OMCC, which uses real-time data about available hospital beds and critical care services to efficiently place patients in facilities where they can be treated, and the Oregon Behavioral Health Coordination Center, or OBCC, which does the same for inpatient behavioral health care.

OHSU completed the region's first three in utero repair operations for fetuses with spina bifida, reducing the impact of this congenital malformation through earlier intervention. OHSU houses Oregon's only comprehensive fetal surgery program.

11. OHSU this year opened Oregon's first and only preventive medicine residency training program, serving a significant public health workforce development need for the state.

12. If the federal government were to stop providing all research and education grants to OHSU, the impacts would be devastating.

13. An immediate federal funding cut would impact approximately 4,221 grants that are currently underway, 1,209 of those grants are directly federally funded. This would disrupt critical research in areas such as rural health, fetal maternal medicine, cancer, cardiovascular health, Alzheimer's disease, neurology, behavioral health, and many other areas critical to human health.

14. The loss of grant funding would lead to the immediate closure of at least 500 research programs and cause the loss of approximately 2000 research staff positions. In addition, ~250 graduate students and ~250 postdoctoral fellows would lose their position if these research programs were shuttered.

15. OHSU's Graduate Medical Education (GME) program trains a total of 995 residents/fellows making it one of the largest training programs in the country. Federal funding supports 271 FTE through the CMS cap, 13.95 FTE through grants/military, and 180 FTE through the VA. It is likely that a majority of the 190 FTE through other healthcare systems are also supported through the CMS cap. There are approximately 335 FTE funded solely through OHSU healthcare as the remaining FTE, meaning that losing federal support of graduate medical education would cut the GME training and workforce at OHSU by a third. OHSU itself would not have the financial ability to support this lost work force and in fact, may be at risk of not being able to continue to fund some portion of the current 335 FTE with a complete loss of federal funding throughout its missions. Given the significant contribution that residents/fellows

provide to OHSU's clinical mission, this would have an immediate impact on the number of Oregonians for whom OHSU can provide healthcare in a state that is already struggling with meeting patient care needs throughout the in-patient and ambulatory environments of care. With the national shortage of physicians and APPs nationwide, OHSU could not recruit alternate providers to fill this gap. The direct impact on patient care now and into the future would be far-reaching and result in substantial, immediate, and ongoing shortages in access to care negatively impacting the health of tens of thousands of patients, causing hundreds to thousands of preventable deaths, and severely increasing overwork, burnout, and exit from the workforce of already stretched and challenged clinical teams in the state. This would further deplete the future healthcare workforce in Oregon, given that 61% of residents trained in Oregon remain in the state to practice, and indeed nationally given the size of our training program.

16. Faculty seek appointments at academic medical centers that can fulfill the tripartite missions of education, research, and clinical care. They often are especially attracted to academic medical centers with strong resident and fellow training programs given that this allows them to participate in training the next generation of healthcare providers and clinician scientists. Without a strong GME program, OHSU is likely to rapidly diminish in its ability to recruit the best and brightest academic clinical workforce for Oregon.

17. Over the longer term, these impacts at the level of undergraduate medical, dental, nursing and other graduate training across OHSU, due to the direct impact of withheld funding and the lack of clinical placements caused by cuts in clinical programs and graduate medical education, could cause this care access impact to extend over decades. Currently, at any given time, OHSU educates 560 medical, 285 dental, 770 nursing, and 1,240 graduate students. Each year, we graduate approximately 1300 to 1400 total degree and certificate students to maintain Oregon and the regions biomedical workforce.

18. The loss of these programs would also devastate OHSU's ability to attract clinician-scientists, clinician-educators, and other key faculty members and technical staff to the

state to fill crucial roles in our healthcare, workforce development, and discovery missions. It would essentially end OHSU's role as Oregon's academic medical center.

19. I am not aware of any statutory or regulatory provisions that would condition receipt of federal grant funding upon OHSU not providing patients gender-affirming care.

**Gender-Affirming Care at OHSU**

20. OHSU strives to provide patient-centered, holistic, and inclusive care to all patients, including safe, comprehensive, affirming health care for the transgender and gender-nonconforming communities, involving family members and other supports as appropriate. OHSU provides gender-affirming care to patients across multiple clinic settings, including at rural outreach clinics, with most encounters occurring in fewer than a dozen locations. OHSU recognizes that early access to social support and in some cases, medical treatment for gender affirmation, results in positive mental and physical health outcomes. OHSU recognizes that delaying or restricting care to adulthood can result in greater negative consequences for mental health (suicide attempts, suicide completions, placements in inpatient and residential treatment settings). OHSU also recognizes the impact of minority stress on physical health outcomes, and the avoidance of health-maintenance behaviors, for transgender and gender diverse communities.

21. In 2024, approximately 1,213 patients (<19yo) were seen, resulting in about 2,303 visits. These visits encompass a range of services, including primary care, specialty care, behavioral health interventions, and surgery. The majority of these visits for patients under 19 years of age occurred in primary care and specialty pediatric care settings; surgical services for anyone under 19 years of age are exceptionally rare.

22. OHSU follows the World Professional Association for Transgender Health's (WPATH) Standards of Care and the Endocrine Society's Clinical Practice Guidelines. These guidelines are based on systematic reviews of research and professional consensus. They set

guidelines for safe, effective physical and mental health care for transgender and gender-nonconforming patients.

23. The WPATH and Endocrine Society clinical practice guidelines offer recommendations about information that should be provided to families regarding gender-affirming medical care, including information about existing research—what is known and unknown; the potential impacts of some gender-affirming medical interventions on fertility; and the rare but potential possibility of returning to living consistently with their birth-assigned gender.

24. Pediatric and adolescent gender care is delivered with the highest degree of caution and attention to patient well-being. At OHSU, all patients (in the company of their parents/guardians) undergo a behavioral health intake appointment that includes comprehensive psychosocial assessment of gender history, social supports, familial involvement, physical and mental health concerns, and goals for gender affirmation. This intake occurs before meeting the medical care team, which consists of a social worker, clinical psychologist, and pediatric endocrinologist or adolescent medicine physician. Gender affirming interventions primarily include education regarding non-medical interventions for expressing gender identity, assessment of and resources for social/familial support, menstrual suppression with medications (identical to those prescribed for cisgender adolescents), and when appropriate, after additional comprehensive mental health involvement, medications- gender affirming hormone therapy and/or when appropriate, puberty suppression medications. No medical treatment is indicated or provided prior to the onset of puberty and the medications utilized are the same medications prescribed to cisgender youth for other clinical indications. In rare cases, for older adolescents, referral to surgical services may also be provided following extensive assessment and psychoeducation, in accordance with a detailed protocol.

25. As with all medical treatments, doctors are expected to fully inform patients (and/or their medical decisionmaker, such as parents), based on the available evidence, of the

potential risks, benefits, and alternatives to treatment so that the families can weigh them and make an informed decision about whether to pursue treatment. The informed consent process is the hallmark of medical decision-making. Patients—and/or their medical decisionmaker, such as their parents—make the decision after being provided the information necessary to make an informed decision. The informed consent process for gender-affirming medical care for minors is no different than how medical decision-making for minors occurs in other areas of medicine.

26. Informed consent is a dynamic process; frequent assessment of the benefits of medications, and whether they continue to align with the individual's goals and outweigh risks, occurs in both medical and behavioral health follow-up visits. There is nothing unique about gender-affirming medical care that warrants departing from the normal principles of medical decision-making by patients (or if minors, their parents/guardians).

27. Research also shows the benefit of access to care during adolescence as opposed to waiting until adulthood. A study of 27,715 transgender and nonbinary adults revealed lower lifetime odds of suicidality for those who were able to access gender-affirming care during adolescence compared to those who could not access care until adulthood. Findings of the research on adolescents who receive gender-affirming hormone therapy are consistent with findings of the body of research on treatment of adults. Numerous studies have found that hormone therapy is effective at alleviating gender dysphoria and improving mental health in adults.

28. Social transition and mental health therapy can offer many benefits, but these alone do not prevent an adolescent from experiencing the trauma of seeing their body change in ways that do not align with their gender identity. Additionally, many of these body changes would require major surgical interventions in the future to treat, and some are not fully treatable by future medical intervention.

29. Clinical experience and research have shown that gender-affirming medical care improves mental health outcomes; the converse is also true—that being unable to access care

increases mental health distress. We see a marked difference in the social functioning, emotional wellness, and psychological stability of our patients after they are able to access pubertal suppression and hormone therapy when indicated. Older adolescent patients who have experienced at least some secondary sex characteristics not aligned with their identity report higher levels of depression and anxiety, lower participation in school, and less ability to engage in social relationships.

30. The OHSU schools of Medicine, Dentistry and Nursing utilize clinical care environments in the development of the clinical workforce across professions (MD, DDS, PA, DNP and NP) and specialties at both the undergraduate and graduate training levels for all areas of provided care, including gender-affirming care and related mental and behavioral health needs. OHSU is one of only a few international locations to offer a medical student elective in transgender health, which allows third- and fourth-year medical students to complete a 4 week elective rotation in all Transgender Health Program-affiliated clinical areas. All 48 resident trainees in the OHSU Family Medicine department participate in a longitudinal gender care curriculum that includes direct patient contact and advanced didactics. OHSU is also one of only a few international institutions that offer a surgical fellowship exclusively focused on gender affirming surgeries. Additionally, Transgender Health Program staff and affiliated faculty members provide curricula oversight and development and deliver scheduled lectures throughout the year for undergraduate medical education students in behavioral health, hormone therapy, and surgical care for gender diverse individuals.

31. Should gender-affirming care be disallowed at OHSU, all forward workforce training in the various contributing professions and subspecialties related to this care would also cease.

**Familiarity with the Executive Order**

32. I have read and been briefed about the Executive Order.

33. The Executive Order does not recognize that gender diverse individuals have existed for as long as human history has been recorded; simply stating gender is sex and that transgender people do not, or should not, exist does not make it so. Research shows that gender identity is internally consistent, for both cisgender and transgender individuals, by the age of 5. The ability to explore or express gender identity is variable, resulting in varied times of recognition of cisgender or transgender identity.

34. The Executive Order falsely states that the standards of care for gender affirming care are not based on scientific evidence. The studies on gender-affirming medical care for adolescents (and adults) use a variety of commonly used research methods including prospective observational and retrospective cross-sectional studies comparing individuals who receive treatment to those who do not, and longitudinal studies that follow individuals over a period of time. These research methods are widely used in the field of medicine to evaluate the efficacy of treatment.

35. The Executive Order falsely states that this care is experimental, suggesting this is an area of medicine where there is no clear understanding of the impact of an intervention. Medical providers have decades of experience providing care and a growing body of research supporting the efficacy and safety of this care, in addition to substantial evidence about the use of these medications in other areas of medicine.

36. The Executive Order overstates the number of adolescents accessing care. It also falsely implies that the order is protecting parental rights and children's wellbeing, when in actuality it is violating those rights by removing the ability for parents/guardians to make well-informed decisions for the wellbeing of their children and placing these youth at increased risk for suicide.

37. Abruptly losing access to care and discontinuing hormone therapy can result in emotional instability and dysregulation as well as adverse medical outcomes such as profound fatigue, hot flashes, and difficulty concentrating.

38. At OHSU, when adolescents present for gender-affirming care, they often present with high degrees of anxiety, depression, and suicidal ideation. Most patients also come in experiencing challenges with social isolation, school attendance, and lack of desire to engage in relationships with family and peers. Parents regularly share with the OHSU clinical team that gender-affirming medical care has resulted in great improvement in their children's psychological well-being, school performance, and relationships.

39. Research conducted by investigators in the United States and around the world has evaluated a variety of mental health outcomes for minors with gender dysphoria who have been treated with puberty blockers, hormone therapy, or both, and their findings are consistent with what is experienced at OHSU—that treatment is associated with improvement in mental health.

40. Research also demonstrates the negative impacts of not receiving treatment or having to delay treatment into adulthood. For example, a study of 20,619 transgender adults found that access to pubertal suppression during adolescence resulted in lower odds of lifetime suicidal ideation. Another survey of 11,914 transgender and nonbinary youth demonstrated that individuals who had access to gender-affirming hormones had lower odds of depression and suicidality.

41. The Executive Order overstates the rate of regret. Across several peer-reviewed studies, the rate of regret is consistently between 1-2%.

42. The Administration has announced that in coordination with the heads of Federal agencies, together with the Director of the Office of Management and Budget, should immediately take appropriate steps to ensure that institutions receiving Federal research or education grants end the provision of gender affirming care.

43. The Executive Order requires that such action take place with immediate effect, raising the possibility that OHSU's grant funding and important scientific research will immediately cease.

44. OHSU received a communication on January 31, 2025, from the Health Resources & Services Administration (HRSA), that HRSA grant funds cannot be used for activities that align with the Executive Order and that OHSU may not incur any costs that support any programs, personnel or activities in conflict with the Executive Order. On February 5, 2025, we received an email from HRSA stating simply: Dear Recipient: HRSA rescinds the notice titled "Important Message for HRSA Award Recipients" that was sent to all HRSA grantees on January 31, 2025." Without further information we are not certain on which statement to rely and whether HRSA will rescind the February 5, 2025, communication.

**Harms to OHSU from the Executive Order**

45. OHSU could not carry out its principal healthcare, research and education missions, which are unique-in-Oregon state responsibilities and mandates (as Oregon's only full-service academic health center) without federal funding. Extensive areas of life improving and lifesaving care, including many provided uniquely by OHSU in Oregon, would be deeply compromised or discontinued, with devastating impact on the lives of individual Oregonians and others from the region who depend on our center.

46. OHSU has a major role in supporting specialty and other complex care for the patients of and/or as delivered at critical access hospitals across the state. This includes a particular responsibility for supporting the care of underserved rural Oregon residents, tribal health, and other special needs. All of this care would be substantially compromised in the face of federal funding cuts or withholds.

47. The Executive Order places OHSU in an impossible position of putting hundreds of millions of dollars of research funds at risk or agreeing to stop providing critical, life-saving care to an underserved and marginalized population.

48.     Sections 4 and 8 of the Executive Order create a chilling effect on providing this critical life-saving care as OHSU risks loss of funding to important scientific and educational programs and providers fear potential criminal prosecution.

I declare under penalty of perjury under the laws of the State of Oregon and the United States of America that the foregoing is true and correct.

DATED this 6th day of February 2025, at Portland, Oregon.

_____
TIM GOLDFARB, MHSA
Executive Vice President and Interim Chief Executive Officer for OHSU Health