**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF W.J., LMFT |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF W.J., LMFT

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, W.J., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have lived in the State of Washington my entire life. I am married and raised children here in Washington.

3. I am a licensed marriage and family therapist (LMFT) licensed by the Washington State Department of Health. I am also a registered play therapist (RPT). I earned a Bachelor's degree in psychology and counseling. I earned a Master's degree in marriage and family therapy. I have additional training from the Gender Clinic at Seattle Children's Hospital.

4. I work in private practice as an LMFT. In this role, I am a therapist for patients ranging from children as young as four years old to adults. I have particular expertise with transgender and gender diverse individuals, including transgender children and adolescents. I provide individual and family counseling, as well as group therapy, and coaching for parents of transgender or gender non-conforming children.

5. Approximately thirty percent of my current patients are transgender, and I frequently work with parents of transgender children. In total, I have worked with approximately 20 to 30 trans adolescents in my practice. I view my role providing guidance and knowledge along my patients' journey. Particularly for kids, I believe in being open and honest, and making sure that they have enough information to make the right decisions about their lives and medical treatment.

6. Many of my trans patients are thinking about transitioning or have begun their transition in some way. This can look like changing their hair or clothes, using different pronouns, taking puberty blockers, receiving hormone replacement therapy (HRT), or receiving gender-affirming surgery. In my experience providing therapy to transgender children and adolescents, I have yet to see a single one change their mind about their decision to transition.

7. Some of the trans children and adolescents that come to me as patients come for support with anxiety, depression, thoughts of suicide (suicidal ideation), or attempts at suicide before they begin to transition or receive gender-affirming care. In my experience, my patients often have major improvements in their mental health after beginning to transition. It shows up in both their mental health, in terms of having fewer extreme negative thoughts, as well as their day-to-day demeanor. Their step is lighter, and their whole demeanor is more positive. I have seen patients go from having thoughts like "this will never get better" to beginning their transition and thinking "I want to live." I have also seen in my practice the varying levels of depression and anxiety among my transgender patients. I find that patients who have parents, peers, and community that support their gender identity do not have as high levels of anxiety and depression as my patients who do not have that support.

8. In my patients who are parents of transgender children, I have noticed similar patterns in depression or anxiety. When their child is less anxious, the parent is less anxious, and vice-versa. Anxiety from the parents can trickle down to their children. Many of the parents of transgender children I see are seeking out information about what their kids are going through. They want to do research, learn about side effects, and truly understand what gender-affirming care can look like for their child. The families I work with do not enter into decisions about their child's medical care lightly. They decide to support their children and adolescents in gender-affirming care because they want their children to experience joy in being themselves. After a transgender child transitions or begins receiving gender-affirming care, oftentimes the child's parents become less anxious along with the child.

9. Before the presidential election in November, I heard about plans for the potential incoming administration to make policies negatively affecting transgender people. I noticed among my patients there was a lot of confusion and fear. In the weeks following the presidential inauguration, I became aware of an Executive Order (EO) restricting trans people's ability to change their gender markers on identification documents, as well as restrictions on medical

providers' ability to provide gender-affirming care.

10. Since that EO came out, I've noticed a large increase in anxiety, depression, despair, and suicidal ideation among my patients. Many of my patients have articulated this is directly tied to feeling hopeless about their existence, or their child's existence, as transgender.

11. Among my transgender patients, I have multiple patients who have stated their first thought after hearing about this EO was that they should end their life. I have had young transgender patients suddenly express a desire to no longer exist after learning that the "leader of our country hates them". I have also noticed a recent increase in bullying based on my patients' transgender identity. Some of my nonbinary patients, whose passports or identification documents use the gender marker "Gender X", are fearful they are not safe to travel outside of the state of Washington. Among my young transgender patients, I have noticed that those who have less exposure to news about these restrictions are generally less anxious and depressed. Even among my patients who are not transgender, I have noticed increased anxiety because of the fear for their transgender friends and family members.

12. Among my patients who are parents of transgender children, I have noticed a sharp increase in anxiety, often attributed to a feeling of powerlessness or hopelessness. I have also noticed this anxiety in parents often trickles down to their children, making their children more anxious or depressed.

13. Among medical providers who work with transgender youth, I have noticed a lot of increased anxiety and burnout. Many providers, including myself, are very worried for our own safety since the EO targeting gender-affirming care was released. Many providers are concerned about being targeted for providing this care and have removed identifying information about themselves and their businesses from the internet.

14. Since hearing about the EO targeting gender-affirming care, I have been personally much more anxious. I have had difficulty sleeping and fear for my own safety as a counselor for transgender youth. While before I tried to balance my case load with patients of

varying levels of acuity, almost all my patients are now high acuity, because of the increase in fear and anxiety in the last few weeks. I am also more reticent to diagnose patients with gender dysphoria, even if it is medically the most accurate diagnosis, because of my patients' fear for their own safety if they receive such a diagnosis. I have rarely feared for my or my family's safety before, but now feel so afraid. My family has discussed leaving the country in order to stay safe and I have friends and colleagues discussing the same thing.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this __4__ day of February 2025 at ____7am____, Washington.

_____  Seattle, Wa
W.J., LMFT

DECLARATION OF W.J., LMFT    4    ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744