AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| STATE OF WASHINGTON, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00244 |
| DONALD J. TRUMP, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF OREGON                                                                                              .

Date:   02/07/2025                                           /s/ Allie M. Boyd
                                                                         *Attorney's signature*

                                                                ALLIE M. BOYD, WSBA #56444
                                                                   *Printed name and bar number*

                                                                       1162 Court Street SE
                                                                       Salem, OR 97301-4096
                                                                              *Address*

                                                              allie.m.boyd@doj.oregon.gov
                                                                          *E-mail address*

                                                                         (503) 947-4700
                                                                       *Telephone number*

                                                                           *FAX number*