**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                   Plaintiffs,

   v.

DONALD J. TRUMP, in his official
capacity as President of the United States of
America, et al.,

                  Defendants.

NO.

DECLARATION OF
CHARISSA FOTINOS, MD, MSc

DECLARATION OF CHARISSA
FOTINOS, MD, MSc

1    I, Charissa Fotinos, declare as follows:

2         1.    I am over the age of 18, competent to testify as to the matters herein, and make

3    this declaration based on my personal knowledge.  I am the State Medicaid Director for the

4    Washington State Health Care Authority (HCA).

5         2.    I have been employed with HCA since October 1, 2013, and held this position

6    since 2022. As Washington State Medicaid Director, I am responsible for executive level

7    oversight and administration of the Washington Apple Health (Medicaid) program, which

8    provides more than two million Washington residents with integrated physical and behavioral

9    health services. In this role I oversee Medicaid and the Children's Health Insurance Program

10   (CHIP) in Washington, which are programs governed by federal rules and supported by federal

11   funding but administered by the State. I have also served, since 2022, as HCA's Behavioral

12   Health Medical Director.

13        3.    Before beginning my role as State Medicaid Director in 2022, I served in the same

14   role in an acting capacity beginning in 2021. I have served as the Deputy Chief Medical Officer

15   since 2013. Prior to joining HCA, I served as Chief Medical Officer for Public Health-Seattle &

16   King County for 10 years and have served as a physician faculty member at the

17   Providence Family Medicine Residency Program. By way of formal training and medical

18   practice, I am board certified by the American Board of Family Medicine in Family Medicine

19   and by the American Board of Preventive Medicine in Addiction Medicine. I hold a Master of

20   Science in evidence-based health care from Oxford University, Kellogg College, in England,

21   and an M.D. from the University of Colorado Health Sciences Center.

22        4.    HCA is the designated single state agency responsible for administering

23   Washington's Medicaid program. The HCA has a mission to "provide equitable, high-quality

24   care" which includes health equity.

25        5.    HCA operates Apple Health, Washington State's Medicaid program and

26   Children's Health Insurance Program (CHIP), federal programs regulated by the U.S.

DECLARATION OF CHARISSA                    1          ATTORNEY GENERAL OF WASHINGTON
FOTINOS, MD, MSc                                          Complex Litigation Division
                                                          800 Fifth Avenue, Suite 2000
                                                              Seattle, WA 98104
                                                                (206) 464-7744

Department of Health and Human Services. Medicaid and CHIP are jointly funded by both state and federal dollars, though at different rates. HCA also administers some state funded health care programs, including the Children's Health Program (CHP) and the recently launched Apple Health Expansion.

6.      Medicaid provides free or low-cost health care for income-qualified individuals and includes the state's Medicaid program, which is a joint federal and state funded program, as well as several state-only funded programs. As explained below, Washington Apple Health is an umbrella term or "brand name" for all Washington State medical assistance programs, including Medicaid. HCA is Washington's Medicaid authority, its behavioral health authority, and functions as the largest purchaser of health coverage in Washington. It is a leader in ensuring Washington residents have access to services and interventions that support health, and it is committed to whole-person care, integrating physical and behavioral health services for better results and healthier communities in Washington. HCA purchases health care for nearly 2.8 million people through Apple Health (Medicaid) and other programs. Apple Health programs serve approximately 1.9 million individuals per month in Washington.

7.      Medicaid is the federally matched medical aid program under Title XIX of the Social Security Act (and Title XXI of the Social Security Act for the Children's Health Insurance Plan) that covers the Alternative Benefit Package (ABP), Categorically Needy (CN) and Medically Needy (MN) programs. The program is a state and federal partnership with states funding a portion of the program (as noted, usually up to 50 percent). In Washington, as noted, Medicaid is provided under the name Apple Health. It provides coverage for a broad array of services, including preventative care and other health care services.

8.      HCA also oversees the School Employee Benefits Board (SEBB) and the Public Employees Benefits Board (PEBB) which develop benefit plans, including health care coverage, for eligible public and school employees, retirees, and dependents.

DECLARATION OF CHARISSA
FOTINOS, MD, MSc
2
ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

9.    The mission of HCA is to "provide equitable, high-quality health care through innovative health policies and purchasing strategies." Its values include "health equity" which means that HCA helps to ensure that everyone has the opportunity to obtain whole-person health. In line with this mission and HCA's values, HCA provides health care to transgender and gender diverse individuals to treat gender dysphoria and related conditions.

10.    HCA provides coverage for gender-affirming care, including but not limited to puberty blockers, hormone therapy, and gender-affirming surgical procedures. These services are available to individuals, including adolescents and young adults under the age of 19, when deemed medically necessary by qualified health care professionals. HCA's coverage aligns with evidence-based medical standards and national guidelines from organizations such as the American Academy of Pediatrics and the American Medical Association, and the Endocrine Society. It is important to note that World Professional Association for Transgender Health (WPATH), remains a globally recognized authority on gender-affirming care, and its Standards of Care have been widely adopted by medical institutions worldwide.

11.    The gender-affirming care that HCA covers are evidence based and have proven to be effective and safe medical treatments.

12.    The HCA is required under Washington state law to provide coverage for gender-affirming care, including the treatments outlined above. These legal obligations are intended to ensure that Washington residents continue to receive medically necessary care, regardless of changes in federal policy.

13.    I understand that the President has issued an Executive Order that targets use of puberty blockers, the use of sex hormones, and/or surgical procedures as gender affirming care for individuals under 19 years of age.

14.    The Executive Order directly undermines HCA's mission by imposing restrictions that deter health care providers from offering gender-affirming services. This creates

DECLARATION OF CHARISSA
FOTINOS, MD, MSc

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1   significant barriers for patients and families seeking necessary medical care, increasing the risk

2   of untreated gender dysphoria and associated health complications.

3         15.    The Executive Order further endangers HCA's ability to fulfill its mission by

4   placing financial constraints on health care providers who offer gender affirming care. By

5   limiting funding, the Executive Order disincentivizes providers from continuing these services,

6   ultimately reducing access for those in need.

7         16.    In addition to impacts on those subject to this new policy will have a direct impact

8   on HCA's administration of its healthcare programs and the amount of federal funding

9   Washington receives to reimburse medical expenses for children in Washington.

10        17.    HCA has received reports from health care providers indicating that, due to the

11  threat of funding reductions and potential criminal repercussions, some providers have ceased

12  or reconsidered offering gender-affirming care services. Additionally, HCA has been made aware

13  that some patients have experienced increased delays in accessing these services, contributing to

14  heightened anxiety and uncertainty within the transgender and gender-diverse community.

15        I declare under penalty of perjury under the laws of the State of Washington and the

16  United States of America that the foregoing is true and correct.

17        DATED and SIGNED this 5th day of February 2025, at Seattle, Washington.

16

17

18  **CHARISSA FONTINOS, MD, MSc**
    Washington State Medicaid and Behavioral

19  Health Medical Director

20

21

22

23

26

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744