# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF JEFFREY G. OJEMANN, MD |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF JEFFREY
G. OJEMANN, MD

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I, Jeffrey G. Ojemann, declare as follows

1. I am over the age of 18, competent to testify as to the matters herein, and attest to the information set forth below through personal knowledge as well as through Seattle Children's Hospital, inclusive of Seattle Children's Research Institute, ("Seattle Children's") personnel who have assisted me in gathering this information from our institution.

2. I am currently Senior Vice President, Chief Physician Executive at Seattle Children's. I have held this position since September 2024. In my role as Chief Physician Executive, I am accountable for Seattle Children's quality, safety and medical staff programs as well as for the development of clinical models, provider support programs and provider growth plans needed to support Seattle Children's mission to provide hope, care and cures to help every child live the healthiest and most fulfilling life possible.

3. Prior to my appointment as Seattle Children's Chief Physician Executive, I served as Seattle Children's Chief Medical Officer, and prior to that role I served as its Surgeon-in-Chief. Since 2019, I have been a member of Seattle Children's executive leadership team reporting directly to Seattle Children's Chief Executive Officer. I served for more than 10 years as the head of the division of neurosurgery at Seattle Children's before my Surgeon-in-Chief role.

4. I earned my medical degree and completed a residency in neurosurgery and a fellowship in pediatric neurosurgery at Washington University School of Medicine in St. Louis. I am board-certified in Neurological Surgery and in Pediatric Neurological Surgery. I have been a member of Seattle Children's medical staff with clinical privileges since 2003. I am currently an attending physician in Neurosurgery at Seattle Children's and previously served as co-director of its Neuroscience Center.

5. In addition to my clinical practice, I am a Professor and Vice-Chair for Research in Neurological Surgery at the University of Washington School of Medicine. I am extensively involved in clinical research, with current interests that include brain wave correlates of motor

behavior, brain control of robotics, functional MRI in children, and using brain stimulation for mapping and encouraging recovery of function. My clinical research has been funded in part by the National Institutes of Health (NIH) and the National Science Foundation (NSF) through various grants spanning more than 20 years, through the present.

**Research & Education Grants at Seattle Children's**

6. At the heart of Seattle Children's mission to provide hope, care and cures for children lies a commitment to relentless innovation. Seattle Children's through its Research Division leads this charge, working every day to drive scientific discoveries, foster groundbreaking therapies, and ultimately, equip clinicians with life-changing treatments for their patients. At Seattle Children's, research is not confined to the lab--- it's woven into the clinical care and support that our patients and families experience.

7. Seattle Children's robust research program includes more than 375 faculty investigators and nearly 100 postdoctoral scholars in our Research Division. Researchers at Seattle Children's explore nearly every aspect of pediatric health and disease, from bench research to clinical trials, including research in childhood cancer and blood disorders; immunotherapy; infectious diseases; neurological disorders; child health, behavior and development; respiratory diseases and translational research. Our researchers work relentlessly to discover innovative solutions to many of the barriers that our patients face. The knowledge gained through our research influences the innovative care we give our patients at Seattle Children's.

8. Seattle Children's research is funded in large part by federal funds. In 2024, Seattle Children's was awarded nearly $185 million in federal research grants. Seattle Children's ranks among the top four pediatric academic research institutions in the country to receive National Institutes of Health (NIH) funding, receiving nearly $140 million in direct funding and over $22 million through subawards in 2024. In addition, in 2024 the U.S. Department of Health and Human Services provided over $10 million in direct and subaward funding. Other critical

sources of federal funding for research at Seattle Children's include the National Science Foundation and U.S. Department of Labor, among others, which provided a total of $12 million in research funding through direct grants and subawards in 2024.

9. Seattle Children's federally funded research has contributed significantly to improved outcomes for children across the country. For example, our federally funded research has led to the development of therapies that have dramatically increased the life expectancy of patients with cystic fibrosis. It has also led to novel treatments for pediatric cancer patients through immunotherapy. In addition, our federally funded research has contributed significantly to the understanding of pediatric diseases, such as genetic diseases and Type I diabetes, which is leading to targeted treatments for pediatric patients. In short, the federally funded research conducted at Seattle Children's has been life-changing for countless children.

10. Federal funding for research at Seattle Children's helps us support and accelerate the bench to bedside continuum and translate research into treatments, best practices, therapies, and medical devices that ultimately improves the outcomes in pediatric health.

11. In addition to our research focus, Seattle Children's is a teaching institution affiliated with the University of Washington School of Medicine. Seattle Children's serves as the education and training site for the School's Department of Pediatrics and is the primary teaching site for clinical training of the School's residents, fellows, and medical students in pediatrics and pediatric specialties. Like other children's hospitals that provide graduate medical education, Seattle Children's receives federal funding from the Children's Hospitals Graduate Medical Education ("CHGME") Program. These critical funds offset approximately 10% of the overall cost associated with providing high quality graduate medical training to more than 1,000 residents and fellows who rotate through Seattle Children's each year. In our current fiscal year, we are expected to receive over $10 million in CHGME funding. This funding supports the training of the next generation of pediatric physicians who will ultimately care for children across the country.

DECLARATION OF JEFFREY G. OJEMANN, MD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**Familiarity with the Executive Order and Its Harmful Effects**

12. I have read the Executive Order "Protecting Children From Chemical and Surgical Mutilation" that was issued on January 28, 2025 (the "Executive Order"). Seattle Children's is concerned with the harmful effects of the Executive Order, including but not limited to Section 4, which directs federal departments and agencies that provide research and education grants to medical institutions like Seattle Children's to immediately take steps to ensure that institutions like us cease providing gender affirming care services.

13. If the federal government were to stop providing all research and education grants to Seattle Children's, the impacts would be devastating. An immediate federal funding cut would impact approximately 300 grants that are currently underway. This would disrupt critical research in areas such as pediatric oncology and blood disorders, pediatric respiratory diseases, pediatric cardiology, pediatric mental and behavioral health, pediatric neurologic disorders including seizures. It would also impact the approximately 13 grants that Seattle Children's has received approval for but have not yet been funded, including research in genetics, obesity, pediatric oncology, asthma and respiratory failure.

14. A cessation of all federally funded support for Seattle Children's research and training activities would pose an existential threat to our institution as research is core to our mission. We would no longer be able to attract top faculty to Seattle Children's, and our national reputation would be irreparably harmed. In addition, our ability to support the training of the next generation of physicians and researchers would be negatively impacted. Most devastating, however, would be the impacts to the children of Washington, Alaska, Montana and Idaho, our primary service area, who rely on us as one of the nation's very best places to care for children and as the top-ranked pediatric hospital in Washington and the Pacific Northwest. Indeed, the impact would be experienced by children across the U.S. as many children, adolescents and young adults with various conditions travel from all over the country to take part in research

DECLARATION OF JEFFREY G. OJEMANN, MD

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

studies of new investigational options only available through Seattle Children's Research Institute.

15. I am not aware of Seattle Children's having ever received federal grant funding contingent upon Seattle Children's *not* providing its patients a particular type of medical treatment or medical care. Indeed, I am not aware of this type of funding condition having ever been placed on Seattle Children's.

16. The Executive Order has created an emergency situation at Seattle Children's. We are facing immense pressure from the federal government to stop providing gender-affirming care. This pressure is mounting as we hear of other facilities in parts of the country that have decided to pause or discontinue care. We are experiencing panicked calls, emails, and visits from patients and families who are scared to lose their access to gender-affirming health care. These families are anxious about what a loss of this care would mean to their young family member's mental health, physical health, and safety. Seattle Children's is caught in this emergency because of the Executive Order, and without relief from a court we are unsure how this emergency will resolve.

I declare under penalty of perjury under the laws of the Washington and the United States of America that the foregoing is true and correct.

DATED this 5th day of February 2025, at Seattle, Washington.

JEFFREY G. OJEMANN, MD
SVP and Chief Physician Executive
Seattle Children's Hospital

DECLARATION OF JEFFREY G. OJEMANN, MD    5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744