1

2

3

4

5

6

7       **UNITED STATES DISTRICT COURT**
        **WESTERN DISTRICT OF WASHINGTON**
8                    **AT SEATTLE**

9    STATE OF WASHINGTON, et al.,          NO.

10                   Plaintiffs,           DECLARATION OF
                                           KYLE S. KARINEN
11        v.

12   DONALD J. TRUMP, in his official
     capacity as President of the United States of
13   America, et al.,

14                   Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I, Kyle S. Karinen, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.     I am the Executive Director for the Washington Medical Commission (Commission) and have served in this role since September 1, 2023. I previously served as Supervising Staff Attorney for the Commission since 2018, before which I was employed with the Washington State Department of Health starting in 2011. I am a trained lawyer and an active member in good standing of the Washington State Bar Association. I was hired by the Commission pursuant to section 18.71.430(1) of the Revised Code of Washington and am responsible for the overall management of Commission staff and operations, including, but not limited to, performing all administrative duties and any other duties as delegated by the Commission.

3.     The Commission is a 21-member body established under Washington state law, Wash. Rev. Code § 18.71.015, and delegated authority under Wash. Rev. Code § 18.71 to license and regulate allopathic physicians and physician assistants, establish and enforce qualifications for licensure and standards of practice, and educate practitioners and the public.

4.     The Commission disciplines license holders for unprofessional conduct under the Uniform Disciplinary Act, Wash. Rev. Code § 18.130. Unprofessional conduct includes the conduct, acts, and conditions listed in Wash. Rev. Code § 18.130.180.

5.     Under Washington law, the provision of gender-affirming care, such as puberty-blocking medication, hormone therapy, and gender-affirming surgeries, within the standard of care, is not unprofessional conduct. In fact, the Uniform Disciplinary Act, Wash. Rev. Code § 18.130.450, expressly provides that "[t]he provision of, authorization of, recommendation of, aiding in, assistance in, referral for, or other participation in any . . . gender-affirming treatment consistent with the standard of care in Washington by a license holder" is not unprofessional conduct.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1       6.      The provision of gender-affirming care is expressly protected under the Uniform

2  Disciplinary Act and does not constitute female genital mutilation. The commission of female

3  genital mutilation on a minor is deemed unprofessional conduct under the Uniform Disciplinary

4  Act, Wash. Rev. Code § 18.130.180(28).

5       I declare under penalty of perjury under the laws of the State of Washington and the

6  United States of America that the foregoing is true and correct.

7       DATED this 5th day of February  2025, at Tumwater, WA.

KYLE S. KARINEN
Executive Director
Washington Medical Commission