**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. |
| Plaintiffs, | DECLARATION OF MATTHEW WILSON |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

DECLARATION OF MATTHEW WILSON

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Matthew Wilson, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Executive Director of Oasis Youth Center, the only LGBTQ youth center in Pierce County. I've worked at Oasis for fifteen years and have been in my current role for five years. I have a bachelor's degree in political science. I grew up in Pierce County. When I was a teenager, I was involved with Oasis as a community member.

3. In my current role, I oversee administrative work, supervise employees, provide direct support to youth in difficult advocacy situations, fundraise, and engage generally with our community.

4. Oasis' mission is to transform the lives of queer and questioning youth by creating a safe place to learn, connect, and thrive. Oasis envisions a world in which queer youth are valued in the community as strong, creative leaders. We use a youth adult partnership model, where youth and adults come together for shared learning, teaching, and action. We have a youth council, and youth come up with our programming, as well as serve on our board of directors. We serve youth ages 11 to 24, and while we primarily serve individuals in Pierce County, we also offer some remote programming that is accessible to anyone across the state.

5. For me personally, Oasis is a program that changed and saved my life. It helped me not feel alone. I went to school in eastern Pierce County and there were only two out gay people at school. Oasis helped me make friends. It helped me feel more confident. It also provided me with an opportunity to grow my leadership skills. I would not be the person I am today if it were not for Oasis.

6. Oasis is a place to be who you are. It is a community center first. In addition, our programming spans three aspects. First, we provide advocacy on behalf of the youth. We talk to schools if youth are getting bullied at school, we provide emergency financial assistance, and whatever else they need. Second, we develop youth leaders. We help build youths' public

speaking skills, their ability to fundraise, and to overall be a leader within their community. Third, we engage in prevention efforts. This includes HIV prevention and sexual assault prevention. We teach youth about what healthy relationships and friendships look like.

7. We also help youth access gender-affirming care. We host a health and gender bazaar, where youth can connect with providers who provide gender-affirming care. Youth can also get clothing and items like binders. We also generally help youth access mental health counseling, and we can provide financial support for family therapy.

8. We serve approximately 600 youths a year. Sixty-nine percent of those youth identify as gender diverse. We estimate that approximately eighty percent of the youth we serve are from low to moderate income households. Approximately sixty percent experience food insecurity. Forty-three percent are youth of color.

9. I understand that the President of the United States has issued an executive order preventing trans youth from accessing gender-affirming care. We believe this is discriminatory. Hormone replacement therapy and surgery are available to many people, including those who do not identify as trans. But this order only limits trans people from accessing that medical care. The order also uses the offensive term mutilation, but for most youth it's the opposite—gender-affirming care prevents irreversible changes to their bodies that would later require surgery to correct.

10. The executive order will cause difficulties with our programming. We are concerned that the portion of our budget that comes from federal funding will be stopped. We worry that youth will lose access to health insurance, and there may be fewer health care providers to which we can refer them. We've also seen a dramatic increase in attendance at Oasis since the recent presidential election. We've seen the number of individuals who attend our night programming double. We have had to put more resources into providing food and staff for these events. Our crisis intervention support hotline has also been inundated with more callers.

11. The youth we serve are scared. They fear losing access to hormone replacement therapy and puberty blockers. Youth are trying to crisis plan access to the medication they need, including considering more dangerous methods of seeking this care. Some youth have been seeking year-long prescriptions, but a lot of providers are not comfortable writing this long of a prescription for testosterone, which is a controlled substance. We have a weekly check-in program where youth share the highs and lows of their week. The low this week was overwhelmingly this executive order. Youth we serve also report increased bullying at schools, including being told that the President is "going to come for them." Youth are worried that Oasis will not continue to exist.

12. If youth cannot access gender-affirming care, the result will be catastrophic. It will decrease their wellbeing, worsen their mental health, make youth feel like they can't contribute to the world, and cause them to struggle in school. It will increase their feelings of isolation. Being trans can already affect your ability to participate in everyday life because you feel like you don't fit in or that others will perceive you incorrectly. Since the election, we've seen a spike in calls to our crisis line from youth who are suicidal or on the verge of self-harm, and the youth that come to our in-person services describe being bullied more as well as being anxious and scared about their ability to continue to exist as themselves. We believe that this will only continue to worsen with this recent executive order and if gender-affirming care is made more difficult to access in Pierce County.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this ____ day of February 2025 at _____, Washington.

_____
MATTHEW WILSON
Executive Director, Oasis Youth Center

11. The youth we serve are scared. They fear losing access to hormone replacement therapy and puberty blockers. Youth are trying to crisis plan access to the medication they need, including considering more dangerous methods of seeking this care. Some youth have been seeking year-long prescriptions, but a lot of providers are not comfortable writing this long of a prescription for testosterone, which is a controlled substance. We have a weekly check-in program where youth share the highs and lows of their week. The low this week was overwhelmingly this executive order. Youth we serve also report increased bullying at schools, including being told that the President is "going to come for them." Youth are worried that Oasis will not continue to exist.

12. If youth cannot access gender-affirming care, the result will be catastrophic. It will decrease their wellbeing, worsen their mental health, make youth feel like they can't contribute to the world, and cause them to struggle in school. It will increase their feelings of isolation. Being trans can already affect your ability to participate in everyday life because you feel like you don't fit in or that others will perceive you incorrectly. Since the election, we've seen a spike in calls to our crisis line from youth who are suicidal or on the verge of self-harm, and the youth that come to our in-person services describe being bullied more as well as being anxious and scared about their ability to continue to exist as themselves. We believe that this will only continue to worsen with this recent executive order and if gender-affirming care is made more difficult to access in Pierce County.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of February 2025 at Tacoma, Washington.

_____
MATTHEW WILSON
Executive Director, Oasis Youth Center