1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9  STATE OF WASHINGTON, et al.,

10                              Plaintiffs,

11      v.

12  DONALD J. TRUMP, in his official
    capacity as President of the United States of
13  America, et al.,

14                              Defendants.

NO.

DECLARATION OF
TAFFY JOHNSON

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Taffy Johnson, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I am the founder and Executive Director of the United Territories of Pacific Islanders Alliance – Washington (UTOPIA WA). I am Samoan, Fa'afafine, and a Transgender woman. UTOPIA WA was started in 2009 to provide a space for the Queer, Trans, and Pacific Islander (QTPI) communities in the Puget Sound Region. Prior to starting UTOPIA WA, I worked in social services for the state of Washington providing case management support. I also have a background in community organizing and policy work. I have lived in Washington since 2006.

3.    In my current role, I oversee UTOPIA's advocacy, policy, and community organizing initiatives, with a focus on advancing gender-affirming care and promoting equity for Queer and Trans Pacific Islanders (QTPIs) through systemic change. UTOPIA's mission is to actively replace systems of oppression with ecosystems of care and safety for all our communities through Black and Brown organizing, prioritizing land and bodily autonomy, and reclaiming our cultural narratives. We envision a world of abundance, autonomy, and harmony where all forms of supremacy cease to exist for all life.

4.    UTOPIA provides important services for 2SLGBTQIA+ youth, particularly QTPIs in the Puget Sound Region. We are the only organization that provides services for queer and trans youth in South King County specifically tailored for LGBTQIA+ Pacific Islanders. Our Youth Program believes that every trans and gender diverse young person deserves to feel safe, affirmed, and empowered in their schools. We provide peer support, one-on-one case management, educational workshops, and training in schools. We collaborate with educators, staff, and students to provide educational workshops and trainings in gender inclusivity, cultural competency, and best practices to support trans students in their schools. We also work alongside

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    community coalitions to protect trans students, advocate for bathroom access, reducing bullying,

2    and respecting pronouns.

3        5.    UTOPIA also offers a free community clinic, Mapua Maia Clinic, located in

4    South King County. The clinic provides wraparound services, including mental healthcare,

5    gender-affirming care, legal assistance, and referrals. All of our services are free. We have a paid

6    staff nurse as well as volunteer doctors and a volunteer therapist. We have seen an increased

7    amount of LGBTQ+ youth at our clinic with their parents and have been able to provide

8    professional guidance, information, and referrals. We provide gender-affirming care for adults

9    in our community. Our clinic is open to anyone in our community, not just QTPI individuals. In

10   2024, we served over 1,450 community members through all the various services and outreach

11   at our clinic.

12       6.    Trans youth face substantial discrimination in the community and in various

13   aspects of their lives, often facing rejection from family, peers, and educational institutions. This

14   discrimination can manifest in bullying, harassment, and exclusion, leading to mental health

15   struggles, such as anxiety, depression, and feelings of isolation. Trans youth are more likely to

16   encounter barriers to accessing gender-affirming healthcare and support services, which can

17   further exacerbate their challenges. Additionally, they often lack representation in media,

18   schools, and public spaces, making it harder for them to find positive role models and affirming

19   environments. This compounded marginalization can deeply impact their well-being and mental

20   health, sense of identity, and future opportunities, underscoring the need for comprehensive

21   policies, support systems, and advocacy to ensure they have the resources and acceptance they

22   deserve.

23       7.    I understand that the President of the United States has issued an Executive Order

24   restricting access to gender-affirming care, including for adults up to the age of 19. This

25   Executive Order is inhumane. This Order creates an unnecessary barrier, not only to safe school

26   environments, but also to mental health and overall well-being. Decades of research and

numerous peer-reviewed studies have shown that gender-affirming, non-invasive care—such as puberty blockers, hormone therapy, and social transition—significantly improves mental health outcomes for trans youth, reducing rates of depression, anxiety, and suicide. Additionally, studies consistently demonstrate that regret rates for gender-affirming care are extremely low, with less than 3% of individuals expressing regret—far lower than the rates associated with many major surgeries and healthcare procedures. The urgent need to protect and uplift trans youth has never been clearer, and we must resist policies that strip them of their right to healthcare, safety, and dignity.

8.    I fear that this Order will decrease access to health care, increase stigma, misinformation and fear, and threaten the wellbeing and the mental health of countless youth and young adults. I worry that losing access to gender-affirming care will exacerbate mental health challenges. Our clinic will likely see a surge in demand for counseling and community support. This will directly strain not only our resources, but the limited capacity to provide the actually needed care and services to save and improve their lives. It may also limit our ability to advocate for trans youth if we see resistance from government. This Order is going to destroy trust in our LGBTQ+ and Pacific Islanders community, something we've worked hard to build over the past fifteen years.

9.    We've heard from a multitude of our community members that they are concerned about the high risk of mental health issues, including depression and suicidal ideation, for young people because of this Executive Order. Parents are fearful of the legal repercussions. Our partners and providers are also concerned. We've discussed these concerns, but also their commitment to continue to provide much needed care to our community. And while UTOPIA is concerned about the legal repercussions of continuing to provide gender-affirming care, we haven't considered scaling back our work—it is too important to the community.

1     I declare under penalty of perjury under the laws of the State of Washington and the

2  United States of America that the foregoing is true and correct.

3     DATED this __5th__ day of February 2025, at _____Kent_____, Washington.

4

5                                                    _____
                                                     TAFFY JOHNSON
6                                                    Executive Director of the United Territories of
                                                     Pacific Islanders Alliance
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF TAFFY JOHNSON           4          ATTORNEY GENERAL OF WASHINGTON
                                                            Complex Litigation Division
                                                            800 Fifth Avenue, Suite 2000
                                                               Seattle, WA  98104
                                                                 (206) 464-7744