The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>     Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>     Defendants. | NO. 2:25-cv-00244<br><br>AMENDED DECLARATION INDEX IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>February 7, 2025 |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| ECF | Name | Title |
|---|---|---|
| 13 | Physician Plaintiff 1 | Plaintiff |
| 14 | Physician Plaintiff 2 | Plaintiff |
| 15 | Physician Plaintiff 3 | Plaintiff |
| 16 | Timothy H. Dellit MD | CEO<br>Executive Vice President for Medical Affairs<br>Paul G. Ramsey Endowed Deane<br>University of Washington School of Medicine |
| 17 | William McGinty | Assistant Attorney General<br>Complex Litigation Division<br>Washington State Attorney General |
| 18 | Armand Antommaria MD, PHD | Pediatrician and Bioethicist |
| 19 | Dan Shumer MD | Pediatric Endocrinologist<br>Associate Professor of Pediatrics<br>Clinical Director<br>Child and Adolescent Gender Clinic<br>Mott Children's Hospital at Michigan Medicine |
| 20 | Elihu Hillinger | Individual |
| 21 | L.L. | Individual |
| 22 | L.M. | Individual |
| 23 | Luna Crone-Baron | Individual |
| 24 | S.O. | Individual |
| 25 | V.S. | Individual |
| 26 | A.F. | Parent |
| 27 | Allison Jansen | Parent |
| 28 | A.M. | Parent |
| 29 | B.M. | Parent |
| 30 | Brett J. Bertram | Parent |
| 31 | C.K. | Parent |
| 32 | D.C. | Parent |

DECLARATION INDEX
NO. 2:25-cv-00244

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|---|---|---|
| 33 | E.C. | Parent |
| 34 | Elbe Seaton | Parent |
| 35 | Elizabeth Grande | Parent |
| 36 | F.T. | Parent |
| 37 | G.T. | Parent |
| 38 | H.E. | Parent |
| 39 | H.B. | Parent |
| 40 | Heidi Ullom | Parent |
| 41 | H.M. | Parent |
| 42 | H.R. | Parent |
| 43 | Jess Khan | Parent |
| 44 | Jessica Brady | Parent |
| 45 | J.M. | Parent |
| 46 | Josephine Brinda | Parent |
| 47 | K.B. | Parent |
| 48 | K.C.C | Parent |
| 49 | K.D. | Parent |
| 50 | K.G. | Parent |
| 51 | K.H. | Parent |
| 52 | K.S. | Parent |
| 53 | K.W. | Parent |
| 54 | M.B. | Parent |
| 55 | Melody & Zach Billmeyer | Parent |
| *Docket 56 - Court Filed Summonses* | | |
| 57 | M.E.S. | Parent |
| 58 | M.F. | Parent |

| ECF | Name | Title |
|---|---|---|
| 59 | M.T. and T.T. | Parent |
| 60 | N.M. | Parent |
| 61 | Pam Riddle | Parent |
| 62 | P.R. | Parent |
| 63 | R.D. | Parent |
| 64 | Rebecca Voelkel | Parent |
| 65 | R.H. | Parent |
| 66 | R.T. | Parent |
| 67 | S.B. | Parent |
| 68 | S.F. | Parent |
| 69 | S.N. | Parent |
| 70 | S.O. | Parent |
| 71 | S.S. | Parent |
| 72 | T.O. | Parent |
| 73 | A.M. | Provider |
| 74 | A.M.M. | Provider |
| 75 | Anne Van Avery | Executive Director<br>Family Tree Clinic |
| 76 | A.P. | Provider |
| 77 | B.M. | Provider |
| 78 | Brooke Cunningham | Commissioner<br>Minnesota Department of Health |
| 79 | Carrie Link MD | Assistant Professor of Family Medicine<br>University of Minnesota |
| 80 | C.L. | Provider |
| 81 | Corrie Piper | Mental Health Counselor<br>Alive Holistic Counseling |

DECLARATION INDEX
NO. 2:25-cv-00244

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|---|---|---|
| 82 | Crystal Beal MD | Board-Certified Family Medicine Physician University of Washington School of Medicine School of Public Health |
| 83  84 (ex.) | Emmett Stanfield | Independent Clinical Social Worker |
| 85 | E.K. | Provider |
| 86 | Elika McGuire | Clinical Instructor University of Washington School of Medicine Department of Psychiatry |
| 87 | Emma Sandoe | Medicaid Director Oregon Health Authority |
| 88 | Erik Haugland | Family Medicine Physician Gender Cae Specialist North Memorial Health |
| 89 | F.L. | Provider |
| 90 | G.M. | Provider |
| 91 | H.L. | Provider |
| 92 | Irem Tumer | Vice President for Research and Innovation Oregon State University |
| 93 | Janna Gewirtz O'Brien | Board-Certified Pediatrician |
| 94 | John Connolly | Assistant Commissioner Minnesota Department of Human Services |
| 95 | Katherine Oyster MD | Board-Certified Family Medicine Allina Health |
| 96 | Kathleen Kennedy Miller MD | Medical Director Adolescent Medicine Children's Minnesota |
| 97 | Kelly Hower | Executive Director Oregon State University Student Health Services |

DECLARATION INDEX
NO. 2:25-cv-00244

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|---|---|---|
| 98 | Kelsey Leonardsmit MD, FAAFP | Director<br>Midwest Trans Health Education Network |
| 99 | Mackenzie Dunham LICSW, LCSW | Licensed Independent Clinical Social Worker<br>Wild Heart Society |
| 100 | Maria Kaefer MD | Medical Director<br>Famil Tree Clinic |
| 101 | Marie Doe | Provider |
| 102 | Marie-Clarie Buckley MD | Assistant Professor |
| 103 | Nicole Krishnaswami | Executive Director<br>Oregon Medical Board |
| 104 | Pamela Gigi Chawla MD, MHA | President<br>Minnesota Board of Medical Practice |
| 105 | R.R. | Provider |
| 106 | R.C. | Provider |
| 107 | Tim Goldfarb | Executive Vice President<br>Interiem Chief Executive Officer<br>Oregon Health & Science University |
| 108 | W.J. | Provider |
| 109 | Zack Barnett-Kern LICSW, MSW | Licensed Independent Clinical<br>Social Worker Associate |
|  | *Docket 110 – Boyd NOA* | |
| 111 | Z.C.L. | Provider |
| 112 | A. Doe and B. Doe MD | Providers |
| 113 | Anne Johnson | Organization |
| 114 | Charissa Fotinos MD, MSc | Medicaid Director<br>Washington State Health Care Authority |
| 115 | Danni Askini | Executive Director<br>Gender Justice League |

DECLARATION INDEX
NO. 2:25-cv-00244

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|---|---|---|
| 116 | Jeffrey G. Ojemann MD | Senior Vice President Chief Physician Executive Seattle Children's |
| 117 | Kyle S. Karinen | Executive Director Washington Medical Commission |
| 118 | Matthew Wilson | Executive Director Oasis Youth Center |
| 119 | Mike Glenn | Chief Executive Jefferson Healthcare |
| 120 | Rebekah Gardea | Community Advocacy and Outreach Director QLaw Foundation of Washington |
| 121 | Sarah Glebe | Queer Youth Services Manager Northwest Youth Services |
| 122 | Taffy Johnson | Executive Director United Territories of Pacific Islander Alliance Washington |

DATED this 7th day of February 2025.

NICHOLAS W. BROWN
Washington State Attorney General

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
TERA HEINTZ, WSBA #54921
ANDREW R.W. HUGHES, WSBA #49515
NEAL LUNA, WSBA #34085
CRISTINA SEPE, WSBA #53609
LUCY WOLF, WSBA #59028
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(360) 709-6470
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
(360) 709-6470
Tera.Heintz@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Neal.Luna@atg.wa.gov
Cristina.Sepe@atg.wa.gov

DECLARATION INDEX
NO. 2:25-cv-00244

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | Lucy.Wolf@atg.wa.gov |
| 2 | *Attorneys for Plaintiff State of Washington* |
| 3 | */s/ Lauryn K. Fraas* |
|   | LAURYN K. FRAAS, WSBA #53238 |
| 4 | COLLEEN MELODY, WSBA #42275 |
|   | Assistant Attorneys General |
| 5 | 800 Fifth Avenue, Suite 2000 |
|   | Seattle, WA 98104-3188 |
| 6 | (360) 709-6470 |
|   | Lauryn.Fraas@atg.wa.gov |
| 7 | Colleen.Melody@atg.wa.gov |
|   | *Attorneys for Physicians Plaintiffs 1-3* |

KEITH ELLISON
State of Minnesota Attorney General

*/s/ James W. Canaday*
JAMES W. CANADAY, MSBA #030234X*
Deputy Attorney General
445 Minnesota St., Ste. 600
St. Paul, Minnesota 55101-2130
(651) 757-1421
james.canaday@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

DAN RAYFIELD
State of Oregon Attorney General

*/s/ Allie M. Boyd*
ALLIE M. BOYD, WSBA #56444
Senior Assistant Attorney General
Trial Attorney
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700
allie.m.boyd@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

*pro hac vice application forthcoming

DECLARATION INDEX
NO. 2:25-cv-00244

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744