The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LK <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS <br><br> [PROPOSED] |

This matter came before the Court on Plaintiffs' Motion for Leave to Proceed Under Pseudonyms. For good cause shown, the Motion is GRANTED. The Court will fully consider the declarations of individuals, parents, physicians, providers, and organizations who submitted declarations in support of Plaintiffs' Motion for Temporary Restraining Order. *See* Dkts. ## 11-119 (inclusive). The Court further orders that Physician Plaintiffs 1, 2, and 3 may continue this action using the pseudonyms Physician Plaintiff 1, Physician Plaintiff 2, and Physician Plaintiff 3.

IT IS SO ORDERED this _____ day of _____ 2025.

_____
The Honorable Lauren King
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS [PROPOSED]

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | Presented by: |
| 2 | NICHOLAS W. BROWN<br>Attorney General of Washington |
| 3 | |
| 4 | /s/ William McGinty<br>WILLIAM MCGINTY, WSBA #41868<br>CYNTHIA ALEXANDER, WSBA #46019 |
| 5 | TERA HEINTZ, WSBA #54921<br>ANDREW R.W. HUGHES, WSBA #49515 |
| 6 | NEAL LUNA, WSBA #34085<br>CRISTINA SEPE, WSBA #53609 |
| 7 | LUCY WOLF, WSBA #59028<br>Assistant Attorneys General |
| 8 | 800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 |
| 9 | (360) 709-6470<br>William.McGinty@atg.wa.gov |
| 10 | Cynthia.Alexander@atg.wa.gov<br>Tera.Heintz@atg.wa.gov |
| 11 | Andrew.Hughes@atg.wa.gov<br>Neal.Luna@atg.wa.gov |
| 12 | Cristina.Sepe@atg.wa.gov<br>Lucy.Wolf@atg.wa.gov |
| 13 | *Attorneys for Plaintiff State of Washington* |
| 14 | |
| 15 | /s/ Lauryn K. Fraas<br>LAURYN K. FRAAS, WSBA #53238 |
| 16 | COLLEEN MELODY, WSBA #42275<br>Assistant Attorneys General |
| 17 | 800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 |
| 18 | (360) 709-6470<br>Lauryn.Fraas@atg.wa.gov |
| 19 | Colleen.Melody@atg.wa.gov<br>*Attorneys for Physician Plaintiffs 1-3* |
| 20 | |
| 21 | KEITH ELLISON<br>Attorney General of Minnesota |
| 22 | /s/ James W. Canaday |
| 23 | JAMES W. CANADAY, MSBA #030234*<br>Deputy Attorney General |
| 24 | 445 Minnesota St., Ste. 600<br>St. Paul, Minnesota 55101-2130 |
| 25 | (651) 757-1421<br>james.canaday@ag.state.mn.us |
| 26 | *Attorneys for Plaintiff State of Minnesota* |

ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO PROCEED
UNDER PSEUDONYMS [PROPOSED]

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | DAN RAYFIELD<br>Attorney General of Oregon |
| 2 | |
| 3 | /s/ Allie M. Boyd<br>ALLIE M. BOYD, WSBA #56444 |
| 4 | Senior Assistant Attorney General<br>Trial Attorney |
| 5 | 1162 Court Street NE<br>Salem, OR 97301-4096 |
| 6 | (503) 947-4700<br>allie.m.boyd@doj.oregon.gov |
| 7 | *Attorneys for Plaintiff State of Oregon* |
| 8 | *pro hac vice application forthcoming |