The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | NO. 2:25-cv-00244-LJK<br><br>DECLARATION OF SERVICE |

I, Victoria Johnson, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of 18 years, and not a party to the above-entitled action, and competent to be a witness herein.

On February 7, 2025, I caused copies of the following documents:

1. Complaint for Declaratory and Injunctive Relief (Dkt. #1) with Summonses 1-24 (Dkt. ##1-1 to 1-24);
2. Civil Cover Sheet (Dkt. #2); and
3. Notices of Appearance (Dkt. ##3-10).

to be served by Victoria Johnson by hand delivery at approximately 4:29 p.m. upon the United States of America at:

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Tessa M. Gorman
United States Attorney's Office
700 Stewart St #5220
Seattle, WA 98101

On February 7, 2025, I caused copies of the following documents:

1. Complaint for Declaratory and Injunctive Relief (Dkt. #1) with Summonses 1-24 (Dkt. ##1-1 to 1-24);

2. Civil Cover Sheet (Dkt. #2);

3. Notices of Appearance (Dkt. ##3-10);

4. Plaintiffs' Emergency Motion for Temporary Restraining Order with Proposed Order (Dkt. #11);

5. Declaration Index (Dkt. #12);

6. Declarations 1-108 (Dkt. ##13-119); and

7. Plaintiff Physicians 1, 2, and 3's Motion For Leave To Proceed Under Pseudonyms with Proposed Order (Dkt. #120).

to be served upon the following Defendants via certified mail, addressed as follows:

President Donald J. Trump
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Pam Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

The U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Avenue SW
Washington, D.C. 20201

Dorothy Fink, Secretary
The U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Avenue SW
Washington, D.C. 20201

U.S. Department of Agriculture
1400 Independence Avenue SW
Washington, DC 20250

Gary Washington, Chief Information Officer
U.S. Department of Agriculture
1400 Independence Avenue SW
Washington, DC 20250

U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230

Jeremy Pelter, Secretary
U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230

Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1400

Pete Hegseth, Secretary
Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1400

Department of Education
400 Maryland Avenue SW
Washington, DC 20202

Denise L. Carter, Secretary
Department of Education
400 Maryland Avenue SW
Washington, DC 20202

U.S. Department of Energy
1000 Independence Avenue SW
Washington, DC 20585

Ingrid Kolb, Secretary
U.S. Department of Energy
1000 Independence Avenue SW
Washington, DC 20585

Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

Todd B. Hunter, Secretary
Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

National Aeronautics and Space Administration
300 Hidden Figures Way SW
Washington, D.C. 20024

Janet Petro, Administrator
National Aeronautics and Space Administration
300 Hidden Figures Way SW
Washington, D.C. 20024

National Science Foundation
2415 Eisenhower Avenue
Alexandria, VA 22314

Sethuraman Panchanathan, Director
National Science Foundation
2415 Eisenhower Avenue
Alexandria, VA 22314

Office of the Director of National Intelligence
1500 Tysons McLean Drive
McLean, VA 22102

Lora Shiao, Director
Office of the Director of National Intelligence
1500 Tysons McLean Drive
McLean, VA 22102

The United States of America
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

I declare under penalty of perjury and the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 7th day of February 2025, at Seattle, Washington.

ALISON RAE HOLLENBECK
Paralegal

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744