AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

STATE OF WASHINGTON, et al., )
*Plaintiff* )
v. ) Case No. 2:25-cv-00244-LK
DONALD J. TRUMP, et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF MINNESOTA .

Date: 02/11/2025

/s/ William McGinty
*Attorney's signature*

WILLIAM MCGINTY, WSBA #41868
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
*Address*

William.McGinty@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

*FAX number*