THE HONORABLE LAUREN KING

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | Case No.: 2:25-cv-00244 |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

TO:             THE CLERK

AND TO:     ALL PARTIES AND COUNCIL OF RECORD.

**YOU AND EACH OF YOU ARE HEREBY NOTIFIED** that effective immediately, S. Peter Serrano and Brett Rogers of Silent Majority Foundation hereby appear on behalf of Amici State of Alabama, effective immediately.

All future pleadings and papers filed herein, exclusive, or original process, are to be served upon the undersigned, as well as on present counsel, at the address below, or as agreed upon through an electronic service agreement.

DATED this 11th day of February 2025.

Respectfully Submitted,

*/s/Simon Peter Serrano*
Simon Peter Serrano, WSBA No. 54769
*/s/ Brett Rogers*
Brett Rogers, WSBA No. 39985
5238 Outlet Dr.
Pasco, WA 99301
(509)567-7086
pete@smfjb.org
brett@smfjb.org

Local Counsel for State of Alabama as amicus curiae

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 11th day of February 2025.

/s/ Brett Rogers
Brett Rogers