The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Case No. 2:25-cv-00244 <br><br> [PROPOSED] ORDER GRANTING STATE OF ALABAMA'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

## [PROPOSED] ORDER

For good cause shown, Alabama's Motion for Leave to File Brief as *Amicus Curiae* in Opposition to Plaintiffs' Motion for Temporary Restraining Order is **GRANTED**.

**SO ORDERED.**

DATED this ___ day of _____, 2025.

_____
HONORABLE LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Simon Peter Serrano
Simon Peter Serrano, WSBA No. 54769
s/ Brett Rogers
Brett Rogers, WSBA No. 39985
SILENT MAJORITY FOUNDATION
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7086
pete@smfjb.org
brett@smfjb.org

Steve Marshall
 *Attorney General of Alabama*
Edmund G. LaCour Jr. (*pro hac vice* forthcoming)
 *Solicitor General*
A. Barrett Bowdre (*pro hac vice* forthcoming)
 *Principal Deputy Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 353-2196
edmund.lacour@AlabamaAG.gov
barrett.bowdre@AlabamaAG.gov

*Counsel for State of Alabama as* amicus curiae

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 11th day of February 2025.

*/s/ Brett Rogers*
Brett Rogers