UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. 2:25-cv-00244-LJK |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Christian S. Daniel, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of Defendants in the above-captioned matter.

Dated: February 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Christian S. Daniel*
Christian S. Daniel
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-5838
christian.s.daniel@usdoj.gov
*Counsel for Defendants*