District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

        Plaintiffs,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

        Defendants.

CASE NO.  2:25-cv-00244-LJK

NOTICE OF APPEARANCE

      The Clerk of Court will please enter the appearance of Vinita B. Andrapalliyal, Senior

Counsel for the U.S. Department of Justice, as appearing on behalf of Defendants in the above-

captioned matter.

Notice of Appearance
2:25-cv-00244-LJK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC  20005
202-305-0845

DATED this 11th day of February.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

/s/ Vinita B. Andrapalliyal
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845