Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:25-cv-00244-LJK |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

SEIU NOTICE OF APPEARANCE
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802

# NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Carson Flora on behalf of Amicus Curiae Service Employees International Union in the above-captioned matter, effective immediately.

DATED this 12th day of February, 2025.    Respectfully submitted,

/s/ Carson Flora
Carson Flora, WSBA #37608
SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA  98032
Phone: (425) 306-2802
Fax: (425) 917-9707
carsonf@seiu1199nw.org

*Attorney for Amicus Service Employees International Union*

SEIU NOTICE OF APPEARANCE
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA  98032
(425) 306-2802