Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | ) No. 2:25-cv-00244-LJK |
| Plaintiffs, | ) **DECLARATION OF CLARENCE HOLMES** |
| vs. | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) |
| Defendants. | ) |

DECLARATION OF CLARENCE HOLMES
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802

I, Clarence Holmes, hereby declare as follows:

1. I am an Assistant Member Program Director in the internal organizing department of SEIU Healthcare 1199NW ("SEIU 1199NW"). I am over the age of 18, make this declaration based on my personal knowledge, and if called as a witness could and would testify competently to the following.

2. SEIU 1199NW has more than 37,000 members across Washington state working in healthcare. Our members include registered nurses, licensed practical nurses, pharmacists, technicians, professionals, therapists, mental health workers, certified nursing aides, housekeeping and dietary staff, and other healthcare workers.

3. I have worked in organizing at SEIU 1199NW since March 2016. I am currently an Assistant Member Program Director at SEIU 1199NW. My job duties include supporting member leaders, union organizers and lead organizers in the day-to-day work of representing the Union membership. In my role, I regularly interact with SEIU 1199NW's membership. I frequently spend time engaging with the Union's membership, including many healthcare professionals, about various aspects of their working conditions, including their concerns.

4. I am aware that, on January 28, 2025, President Trump signed an executive order titled "Protecting Children from Chemical and Surgical Mutilation" ("Order"). I understand that the Order threatens to withhold federal funding to hospitals and other medical entities that provide gender-affirming care to patients under 19 years old. I also understand that the Order directs the Department of Justice to prioritize enforcement of laws against female genital mutilation, defines gender-affirming care as "chemical and surgical mutilation," and thus when read as a whole appears to direct the federal government to criminally prosecute healthcare providers who provide gender-affirming care.

5. Many of SEIU 1199NW's members directly provide gender-affirming care to minors, and other members provide supportive care to minors who are receiving gender-affirming care. Thousands of SEIU 1199NW members work for hospitals and other entities that offer gender-affirming care to minors and that rely on federal funds and grants to operate and to

DECLARATION OF CLARENCE HOLMES   1
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802

provide healthcare services to the general population. I have heard from many SEIU 1199NW members that they are being harmed by, or face imminent harm from, the Order.

6. SEIU 1199NW members who provide gender-affirming care or support patients receiving that care fear that they may be criminally prosecuted for providing these services. They fear that the Order, unless it is enjoined, will require them to choose between facing federal criminal prosecution or violating their ethical obligation to provide necessary care to their patients. Many members feel that the Order puts them in an impossible position and requires them to abandon their patients, some of whom they have been treating for years.

7. SEIU 1199NW members who provide gender-affirming care also worry that the Order will cause irreparable injury to their patients. Members know that, if patients stop receiving puberty-delaying medications or prescribed hormone treatments, transgender patients will undergo immediate and irreparable changes to their bodies. Members also know that some hospital systems in Washington and across the country have already halted gender-affirming care, and that young transgender patients are likely already suffering irreparable harm to their bodies stemming from the Order.

8. Many of our members, even those who do not directly provide gender-affirming care, work at hospitals and other medical institutions that provide gender-affirming care and that rely on federal funds and grants to stay open. These members fear that, if their employers disobey the Order, their employers will lose critical federal funding, and that a loss of federal funding will disrupt their employers' ability to offer a wide range of healthcare services to the public and potentially affect members' personal employment and livelihood.

9. Some of our members also have family members who are transgender or gender fluid youth who receive gender-affirming care. These members fear that their family members will lose access to critical medical care if the Order is not enjoined.

DECLARATION OF CLARENCE HOLMES    2
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 12th day of February 2025 in Seattle, Washington.

_____
Clarence Holmes

DECLARATION OF CLARENCE HOLMES         3
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802