Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| STATE OF WASHINGTON, et al., | ) | No. 2:25-cv-00244-LJK |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER GRANTING SERVICE EMPLOYEES** |
| vs. | ) ) | **INTERNATIONAL UNION'S UNOPPOSED MOTION FOR LEAVE TO** |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) ) ) | **FILE AMICUS CURIAE BRIEF** |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER GRANTING SEIU MOTION FOR
LEAVE TO FILE AMICUS CURIAE BRIEF
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802

**[PROPOSED] ORDER**

For good cause shown, Service Employees International Union's Unopposed Motion for Leave to File Amicus Curiae Brief is **GRANTED.**

**SO ORDERED.**

DATED this ___ day of _____, 2025.

_____
HONORABLE LAUREN KING
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING SEIU MOTION FOR
LEAVE TO FILE AMICUS CURIAE BRIEF
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802

Presented by:

/s/ Carson Flora
Carson Flora, WSBA #37608
SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
Phone: (425) 306-2802
Fax: (425) 917-9707
carsonf@seiu1199nw.org

/s/ Matthew J. Murray
Barbara J. Chisholm (CA Bar 224656)*
Matthew J. Murray (CA Bar 271461)*
Aaron M. Schaffer-Neitz (CA Bar 358369)*
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
bchisholm@altber.com
mmurray@altber.com
aschafferneitz@altber.com

Steven K. Ury (D.C. Bar 1643947)*
SERVICE EMPLOYEES INTERNATIONAL UNION
1800 Massachusetts Ave., NW,
Legal Department, 6th Floor,
Washington, DC 20036
Telephone: (202) 730-7428
steven.ury@seiu.org

Elena Medina Neuman (CA Bar 258376)*
SERVICE EMPLOYEES INTERNATIONAL UNION
3055 Wilshire Blvd., Suite 1050
Los Angeles, CA 90010
Telephone: (213) 399-2281
elena.medina@seiu.org

*Attorneys for Amicus Service Employees International Union*

*Pro Hac Vice application pending

[PROPOSED] ORDER GRANTING SEIU MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
No. 2:25-cv-00244-LJK

SEIU Healthcare 1199NW
19823 58th Place South, Ste. 200
Kent, WA 98032
(425) 306-2802