

United States District Court
Western District of Washington

Case Number:

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

V.

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The particular need for my appearance and participation is:

I, _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____    Signature of Applicant: s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Street Address 1: _____

Address Line 2: _____

City:_____ State:_____ Zip: _____

Phone Number w/ Area Code_____ Bar #_____ State _____

Primary E-mail Address: _____
*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: _____
*(Additional contact email for questions during the application process)*

## **STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant_____is unable to be present upon any date assigned by the court.

Date:_____ Signature of Local Counsel:  s/ _____

Local Counsel's Name: _____

Law Firm Name: _____

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: _____

Address Line 2: _____

City:_____ State:_____ Zip: _____

Phone Number w/ Area Code_____ Bar # _____



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

☐   I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed_____Signature  s/_____
*(Pro Hac Vice applicant name)*

United States District Court Western District of Washington
Case No: 2:25-cv-00244
Application for Leave to Appear Pro Hac Vice
Cont. of Defendants List

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF JUSTICE; PAM BONDI, in her official capacity as the United States Attorney General; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF AGRICULTURE; GARY WASHINGTON, in his official capacity as Acting Secretary of the U.S. Department of Agriculture; U.S. DEPARTMENT OF COMMERCE; JEREMY PELTER, in his official capacity as Acting Secretary of the Department of Commerce; U.S. DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity of Secretary of Defense; U.S. DEPARTMENT OF EDUCATION; DENISE L. CARTER, in her official capacity as the Acting Secretary of Education; U.S. DEPARTMENT OF ENERGY; INGRID KOLB, in her official capacity as Acting Secretary of the U.S. Department of Energy U.S. DEPARTMENT OF VETERANS AFFAIRS; TODD B. HUNTER, in his official capacity as Acting Secretary of the U.S. Department of Veterans Affairs; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET PETRO, in her official capacity as the acting administrator of the National Aeronautics and Space Administration; NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the National Science Foundation; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; LORA SHIAO, in her

United States District Court Western District of Washington
Case No: 2:25-cv-00244
Application for Leave to Appear Pro Hac Vice
Cont. of Defendants List
official capacity as Director of National
Intelligence; and the UNITED STATES OF
AMERICA,
Defendants