The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | ORAL ARGUMENT:<br>February 14, 2025, at 10:00 a.m. |

I, William McGinty, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. The Plaintiffs in this matter filed this lawsuit February 7, 2025, and filed their Emergency Motion for a Temporary Restraining Order concurrently therewith. The Motion seeks a Temporary Restraining Order to enjoin the President's Executive Order 14,187 of January 28, 2025, entitled "Protecting Children From Chemical and Surgical Mutilation." The Plaintiffs in this matter filed their Reply in Support of Motion for Temporary Restraining Order today, February 12, 2025.

DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

3. Attached as Exhibit 1 is a true and correct copy of a news article published by CalMatters on February 4, 2025, written by Kristen Hwang titled "LA clinics lose funding for transgender health care as Trump executive orders take hold." I accessed this article online at the URL, https://calmatters.org/health/2025/02/trump-executive-order-transgender-health/ on February 12, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

4. Attached as Exhibit 2 is a true and correct copy of a news article published by the Milwaukee Journal Sentinel on February 7, 2025, written by Natalie Eilbert titled "Children's Wisconsin, which operates state's largest clinic for trans youth, pauses new care". I accessed this article online at the URL, https://www.jsonline.com/story/news/2025/02/07/childrens-putting-new-gender-affirming-care-on-hold-for-trans-youth/78327764007/ on February 12, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

5. Attached as Exhibit 3 is a true and correct copy of a news article published by the Chicago Tribune on February 5, 2025 and updated on February 6, 2025, written by Lisa Schencker titled "Illinois mother says her teenager's chest surgery was canceled after Trump executive order on gender-affirming care". I accessed this article online at the URL, https://www.chicagotribune.com/2025/02/05/illinois-gender-affirming-care-trump-order/ on February 12, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

6. Attached as Exhibit 4 is a true and correct copy of a news article published by The Daily Progress on February 4, 2025 written by Eliza Noe titled "Norfolk children's hospital pauses gender-affirming care". I accessed this article online at the URL, https://dailyprogress.com/news/state-regional/business/health-care/norfolk-childrens-hospital-pauses-gender-affirming-care/article_be0e64a8-84b6-5a0f-a3d9-f40bef9315c8.html on February 12, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

7. Attached as Exhibit 5 is a true and correct copy of a news article published by the Arizona Mirror on February 10, 2025 written by Joseph Darius Jaafari titled "Phoenix Children's Hospital is 'indefinitely' ending gender-affirming care for Arizona kids". I accessed this article online at the URL, https://azmirror.com/briefs/phoenix-childrens-hospital-is-indefinitely-ending-gender-affirming-care-for-arizona-kids/ on February 12, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

8. Attached as Exhibit 6 is a true and correct copy of a news article published by MLive on February 6, 2025 and updated on February 12, 2025 written by Justin P. Hicks titled "Michigan health system halts new gender-affirming care for minors after trump order". I accessed this article online at the URL, https://www.mlive.com/public-interest/2025/02/michigan-health-system-halts-gender-affirming-care-for-minors-after-trump-order.html on February 12, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 12th day of February 2025 at Olympia, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744