# Exhibit 2

# milwaukee journal sentinel

**NEWS**

# Children's Wisconsin, which operates state's largest clinic for trans youth, pauses new care



**Natalie Eilbert**
Milwaukee Journal Sentinel

Published 9:47 a.m. CT Feb. 7, 2025 | Updated 5:34 p.m. CT Feb. 7, 2025

*This story has been updated to add more information and to add a video.*

Children's Wisconsin appears to have put new care for transgender youths on hold at its Gender Health Clinic in the wake of President Donald Trump's executive order that attempts to cease federal funding for gender-affirming care for children and teens up to 19 years old.

For most of this week and last, the Gender Health Clinic had not been returning calls and texts from the Journal Sentinel. Children's Wisconsin officials, who are typically responsive, also have not responded to multiple attempts to get comment.

Justin Metzger, a spokesperson for Children's, told the Journal Sentinel on Friday morning that an official statement from the hospital was expected in the next couple of hours. Metzger was able to tell the Journal Sentinel only that "something is happening."

However, as of 5:30 p.m., there was still no statement.

Trump's order is already the subject of a lawsuit by a group of families and medical professionals who say it is discriminatory and unlawful.

Kate Mikkelsen, of Shorewood, whose son receives treatment at the clinic, said her husband Paul had spoken with their doctor. "We can still get treatment as planned but Children's has put all new patients and procedures on hold because of the threat of losing all their federal funding for any programs," she told the Journal Sentinel.

The Trump order aims to strip funds from medical institutions that provide gender affirming care and would require federal health programs like Medicaid and TRICARE (for military

families) to exclude coverage of gender-affirming surgeries and hormone treatments for young people by 2026.

Gender-affirming medical care supports people whose gender identity is out of sync with the sex they were assigned at birth. Health care may include the use of hormones to delay puberty in adolescents — like Mikkelsen's son receives — or behavioral health counseling to support and promote the gender identity with which a person aligns. In rare cases for young people, it may involve surgery.

One mother told the Journal Sentinel that puberty blockers cost $10,519 out of pocket. She is keeping her fingers crossed her child's upcoming appointment stays on schedule and that her insurance coverage remains intact.

Mikkelsen's son is due for his next puberty blocker shot in June, but the Mikkelsens now wonder whether it's more advantageous to get a hormone-blocking implant, which can last up to two years.

"Who knows what will happen before June. He got his shot in December, thank God," Mikkelsen said. "But not getting the next one would be devastating."

Emily Greendonner, spokesperson for UW Health, could neither confirm nor deny whether services at its Pediatric and Adolescent Transgender Health (PATH) clinic would be impacted. She said earlier in the week that the order was still being evaluated — and she reiterated that on Friday. PATH is the only other pediatric clinic in the state providing gender-affirming care.