# Exhibit 3

NEWS > HEALTH

# Illinois mother says her teenager's chest surgery was canceled after Trump executive order on gender-affirming care



President Donald Trump speaks during a signing ceremony for the Laken Riley Act in the East Room of the White House in Washington, on Jan. 29, 2025. The Trump administration has ordered agencies to shut down programs, grants and other initiatives that "promote or reflect gender ideology," and that employees who work on them be placed on administrative leave, in the latest action to execute the president's charge to root out "woke" ideology from the federal government. (Doug Mills/The New York Times)



By **LISA SCHENCKER** | lschencker@chicagotribune.com | Chicago Tribune

UPDATED: February 6, 2025 at 7:25 AM CST

**Loading your audio article**

An Illinois teenager's chest surgery was canceled last week after President Donald Trump issued an executive order seeking to end gender-affirming care for minors, his mother said in a court document filed Wednesday.

Trump's executive order issued last week told federal agencies to ensure that institutions, such as hospitals, that receive federal research grants stop offering gender-affirming care to people under the age of 19. That order also instructed the secretary of the U.S. Department of Health and Human Services to take action, potentially related to Medicaid and other programs, to end gender-affirming care for people younger than 19.

The types of gender-affirming care the executive order seeks to block include medications to delay puberty, hormone therapy and surgery.

The executive order has ignited confusion among hospitals and other providers of gender-affirming care across the country, with some hospitals and clinics canceling such care. On Wednesday, Illinois Attorney General Kwame Raoul and the attorneys general of 14 other states said in a statement that they will protect gender-affirming care. They said in the statement that federal dollars remain available to institutions that provide gender-affirming care despite the executive order, and that Illinois and the other states will take legal action if that funding is halted.

But the Illinois mother said her son has already been caught up in fallout from the order. The woman, who is named as Jane Doe 2 in court documents, says that her 17-year-old son was referred to UI Health for chest surgery and had his surgical consult there in October, but the surgery was canceled a day after the executive order was issued. She wrote about her family's experience in a declaration that was filed Wednesday as an exhibit attached to a motion for a temporary restraining order, in a lawsuit in federal court in Maryland challenging Trump's executive order. The lawsuit was filed by PFLAG, GLMA and transgender young adults and their families, and alleges that Trump's executive order usurps congressional authority and violates federal laws that prohibit discrimination based on sex in health care programs receiving federal dollars.

"The surgeon called to tell me that, because the hospital was worried about losing millions of dollars in funding, the hospital would not allow them to proceed with my son's surgery later that month," she said in her declaration. "It was an awful few days in our house. My son was devastated, and I had to watch my son carefully to make sure he wouldn't hurt himself in despair."

Read More

00:01											02:40

In response to a question from the Tribune about the cancellation, UI Health said in a statement Wednesday afternoon: "UI Health is committed to providing inclusive care to our community. We continue to provide gender-affirming care to our patients in accordance with the law."

In her declaration, the woman says that her son was born female but "he has shown us from a very early age that he is a boy." She said he told his parents he was transgender just before seventh grade and was diagnosed with gender dysphoria. He's been seeing a therapist for five years, took medication to block puberty and began taking testosterone at 14.

"Now that John has been on testosterone for about three years, he's growing into the young man he is supposed to be," she said in the declaration. "The one aspect of his body that is still holding him back is his chest."

Her son was scheduled to undergo surgery at the end of January, before it was canceled, she wrote.

"As his mother, I only want what is best for my son," she said in the declaration. "At every step of his journey, I have thought to myself, 'what will this decision mean in ten years?' The medical care that my son has received so far has allowed him to live his life and become who he knows himself to be, who he is supposed to be."

It was unclear Wednesday whether other Illinois hospitals or clinics had taken similar actions, canceling gender-affirming care.

A Rush spokesperson said the hospital system is still providing gender-affirming care for minors. Lurie Children's Hospital said in a statement Wednesday that it "is proud to provide access to comprehensive, family-centric, and developmentally appropriate healthcare in a safe and inclusive clinical space. We are reviewing the recent Executive Orders addressing gender care and assessing any potential impact to the clinical services we offer to our patient-families."

Howard Brown Health, which receives federal funds to care for low-income patients and specializes in care for patients who are LGBTQ+ in Chicago, said in a statement Tuesday: "The order has no immediate impact on our operations, and we will be monitoring developments working with our partners. We are continuing to provide gender-affirming care to all patients who rely on our services and remain committed to improving the health of trans and gender diverse communities."

Planned Parenthood of Illinois "proudly offers gender-affirming care to patients 16 years old and up at our health centers and through telehealth," said Tonya Tucker, interim president and CEO of Planned Parenthood of Illinois, in a statement.

It's understandable why the executive order scared some health care providers into ceasing gender-affirming care for minors, said Nora Huppert, a staff attorney for Lambda Legal in Chicago. Lambda Legal and the ACLU are among organizations that filed the lawsuit in federal court in Maryland on behalf of the plaintiffs who are challenging the executive order. "The threat of withdrawing federal funding is obviously huge," Huppert said.

"It is predictable that a threat like this would produce an atmosphere of fear and produce a reaction," Huppert said. "As a country and people who serve communities of transgender people, I think we kind of have to resist that culture of fear and that susceptibilty to acting out of a fear of what may come."

Aisha N. Davis, senior policy counsel for the American Civil Liberities Union of Illinois, said the executive orders have been confusing but, "In Illinois, we're hopeful that our providers are going to keep providing this very life-saving care and rely on the fact that Illinois law is still good law."

"Our state has worked very hard to secure protections for transgender people including trans youth," Davis said.

Illinois law requires health care providers to provide care to all residents and prohibits unlawful discrimination on the basis of gender identity, Raoul noted in his statement. Also, in 2023, Gov. JB Pritzker signed a bill requiring state-regulated health insurance plans to cover hormone therapy medications to treat gender dysphoria, which is when people experience distress when their gender identity differs from their sex at birth or physical characteristics. That law also shields patients and providers of gender-affirming care in Illinois from legal actions from other states.

The debate over gender-affirming care for minors has been raging for years and is now in the spotlight with Trump's executive order. At least 26 states have laws restricting gender-affirming care for minors, according to KFF, a nonprofit health policy research, polling and news organization.

Opponents of gender-affirming care for minors say it's harmful to young people who are not yet mature enough to make medical decisions with potentially long-term consequences. Trump's executive order calls gender-affirming care "chemical and surgical mutilation." Proponents of access to gender-affirming care for minors, including the American Academy of Pediatrics, however, say it's important health care with implications for mental health.

Outside of the U.S., some countries are taking a cautious approach to gender-affirming care for minors. Late last year, Britain said it would indefinitely bar the use the puberty blockers for minors to treat gender incongruence, except in clinical trials, citing, among other things, "insufficient evidence to support the safety or clinical effectiveness of puberty blockers for adolescents."

States that joined Illinois in the attorneys general statement Wednesday include California, Colorado, Connecticut, Delaware, Hawaii, Maine, Maryland, Massachusetts, Nevada, New Jersey, New York, Rhode Island, Vermont and Wisconsin.

In their statement, the attorneys general explained that after a federal court temporarily blocked Trump's attempt to freeze a large portion of federal funding last week, the Department of Justice issued a notice stating that "federal agencies cannot pause, freeze, impede, block, cancel, or terminate any awards or obligations" on the basis of recently issued executive orders.

"This means that federal funding to institutions that provide gender-affirming care continues to be available, irrespective of President Trump's recent executive order," according to the attorneys general statement. "If the federal administration takes additional action to impede this critical funding, we will not hesitate to take further legal action."

Originally Published: February 5, 2025 at 1:21 PM CST

## TRENDING NATIONALLY

1  **Seth Rogen addresses James Franco publicizing end of 20-year friendship**

   Canned tuna sold at Trader Joe's

3  **Florida's supercharged voucher program sends millions to wealthy families, pricey private schools**

**5** **Retirees, federal workers 'scared to death' of Musk and Trump accessing Social Security benefits**

**2025** > **February** > **5**