# Exhibit 4

> We are currently undergoing maintenance on some services, which may temporarily affect access to subscription accounts and the E-edition. We apologize for any inconvenience and appreciate your patience as we work to resolve the issues.

https://richmond.com/news/state-regional/norfolk-hospital-is-pausing-gender-affirming-care/article_c7faf06c-e2a7-11ef-8bbd-7b00283d2594.html

TOP STORY

HEALTH CARE

# Norfolk children's hospital pauses gender-affirming care

Like UVa and VCU, Children's Hospital of the King's Daughters in Norfolk has suspended all puberty blocker and hormone therapy treatments.

**ELIZA NOE The Virginian-Pilot**

Feb 4, 2025

Children's Hospital of the King's Daughters in Norfolk is suspending hormone therapy and puberty blocker treatments used as gender-affirming care for transgender youth after an executive order was signed by President Donald Trump.

The order halts the use of federal money to support gender-affirming medical care for transgender youth under 19 years old, and if fully implemented, the order would cut off government health insurance including Medicaid and TRICARE for the treatments. According to reporting from the Associated Press, some hospitals have paused some gender-affirming care for people under 19 while they evaluate how it might apply to them.



**'There's blood on the hands': Outrage after UVa halts gender-affirming care for trans youth**

Dmitry Martirosov

Parents of transgender children are encouraged to keep their appointments, the hospital said in a statement, in order to monitor their child's condition and mental health.

"Like our colleagues across the Commonwealth and the nation, we are reviewing all guidance related to the Executive Order, and we will be prepared to adapt rapidly if the situation changes," the statement reads. "We will also continue to advocate for our patients, for evidence-based care, and for the sanctity of the doctor-patient relationships that guide care determinations as we comply with applicable law."

## People are also reading…

1  Charlottesville changes overnight parking rules

2  Trump abolishes Federal Executive Institute, imperils dozens of Charlottesville jobs

3  Higher Education owner sentenced to 15 months for running 'open drug market'

4  'No better man': ACC basketball coaches want to see Virginia's Ron Sanchez get full-time gig

5  6 CBD Oils to Try for Relaxation

Specifically, this affects prescriptions and refills for hormone therapy or puberty blockers for transgender youth. If the medications are used for other conditions, they will not be affected. The hospital has never offered surgical treatments for gender-affirming care. A representative for the hospital declined to answer how many patients the decision may affect.

Fewer than 1 in 1,000 U.S. adolescents with commercial insurance received gender-affirming medications during a recent five-year period, according to a study released in January. The study, published in JAMA Pediatrics, analyzed a large insurance claims database covering more than 5 million patients. The children were ages 8 to 17, and 926 adolescents with a gender-related diagnosis received puberty blockers and 1,927 received hormones from 2018 through 2022. Researchers found that no patients under age 12 were prescribed hormones.

Children's Hospital of the King's Daughters is one of several Virginia health institutions to suspend gender-affirming care for young people. University of Virginia, Virginia Commonwealth University and Children's Hospital of Richmond said they have suspended gender-affirming medication and gender-affirming surgical procedures for those under 19 years old.

Eliza Noe

eliza.noe@virginiamedia.com



## Marketplace  Sell Your Items - Free to List                         Visit Full Marketplace

   

**Vintage Y2K Golds Gym 65**
$24
ELOISE E. | sellwild.com

**AKA SPORT Pocket Backpack.**
$14
FRANK S. | sellwild.com

**Tom's Shoes WMS 6.5 Silver**
$17
AM R. | sellwild.com

**Size 9.5 Tom's Alpargata Red**
$29
LIBBY B. | sellwild.com

 

**2020 Dodge**
$69,990
LOTLINX A. | sellwild.com

**2025 BMW X6**
$77,875
LOTLINX A. | sellwild.com

Powered by sellwild