# Exhibit 6



Subscribe

 

PUBLIC INTEREST

# Michigan health system halts new gender-affirming care for minors after Trump order

Updated: Feb. 12, 2025, 3:08 p.m. | Published: Feb. 06, 2025, 2:57 p.m.



President Donald Trump speaks to reporters as he signs an executive order in the Oval Office of the White House, Tuesday, Feb. 4, 2025, in Washington. (AP Photo/Evan Vucci) AP

By **Justin P. Hicks | jhicks3@mlive.com**

**Update: Corewell resumes gender-affirming care for minors after brief pause**

At least one Michigan health system is halting gender-affirming services for young patients, following an executive order signed by President Donald Trump.



The federal order, signed Jan. 28, said the U.S. will not fund, sponsor, promote, assist or support the transition of a child (younger than 19) from one sex to another. All laws that prohibit or limit these procedures will be "rigorously enforced."

Advertisement

Shortly after the issuance, Corewell Health -- formerly Spectrum and Beaumont -- said it would stop beginning any new hormone therapy regimens for minor patients seeking gender-affirming care. The system did not previously perform gender-affirming surgeries

on minors, according to a system spokesperson.

"Our team will continue monitoring federal changes to rules and regulations," Corewell Health said in a statement. "We remain committed to providing the highest quality health care to all the patients we serve."

Minors already receiving hormone therapy will continue to have access to that care, a system spokesperson confirmed Thursday, Feb. 6. Minors will also continue to have access to hormone therapy outside of gender-affirming care to treat conditions like fibromyalgia and endometriosis, which use similar treatments.

Access to gender-affirming care for adults won't change at Corewell.

**Related: How will Trump's gender order affect Michigan's transgender, nonbinary students?**

Trump's order claimed medical professionals across the country are "maiming and sterilizing" a growing number of impressionable children through irreversible medical interventions, possibly leaving them with regret and expensive medical bills.

Specifically, the order references puberty blockers, which delay the onset or progression of puberty; sex hormones like estrogen, progesterone or testosterone, which can be used to align an individual's physical appearance with their gender identity; and surgical procedures.

Not all gender-affirming care is permanent. Puberty blockers called gonadotropin-releasing hormone (GnRH) analogues pause puberty until a person stops taking them, according to the Mayo Clinic.

Delaying puberty for youth who have gender dysphoria has been associated with reduced depression, anxiety, and thoughts or actions of self-harm.

Following Trump's order, University of Michigan Health said it's assessing the potential impacts of the order on its healthcare services and the communities it serve. It will "continue to prioritize high-quality, accessible care while ensuring compliance with the law."

U-M Health has a program to help transgender, gender nonconforming and nonbinary adults access and obtain quality gender-affirming medical care, as well as gender care for youth services.

"Our team believes that identifying with a gender that is different from one's sex is a normal part of the human experience, and that people with all gender identities, including agender, non-binary and gender queer identities, deserve equal access to the highest quality care," U-M Health wrote on its transgender services webpage.

A spokesperson for McLaren Health, which has hospitals throughout the state, said their system already didn't offer gender-affirming services. Other health systems didn't immediately respond to messages from MLive about the executive order, or declined comment.

Gender-affirming surgeries by transgender and gender-diverse minors in the U.S. are rare, according to a July 2024 Harvard study. Researchers found no such surgeries performed on youth 12 and younger in 2019, and a rate of 2.1 cases per 100,000 people age 15 to 17.

Most of those gender-affirming surgeries were chest procedures, which were vastly more common among male cisgender teens than transgender teens.

"Our findings suggest that legislation blocking gender-affirming care among TGD (transgender or gender-diverse) youth is not about protecting children, but is rooted in bias and stigma against TGD identities and seeks to address a perceived problem that does not actually exist," said Dannie Dai, the study's lead author.

Seven families with transgender or nonbinary children filed a lawsuit over Trump's executive order Tuesday in Baltimore federal court, according to the Associated Press.

## MORE **PUBLIC INTEREST**

Corewell resumes gender-affirming care for minors after brief pause

More potentially harmful marijuana vapes recalled in Michigan

Wildlife regulators are looking for timber wolves in Lower Michigan

Hundreds of dead wild birds found in Michigan as avian flu rips through flocks

Oldest Great Lakes piping plover seen basking in southern sunshine

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.