The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Plaintiffs submit this notice of supplemental authority to bring to the Court's attention the attached order in *PFLAG, Inc., et al., v. Donald J. Trump, et al.*, Dkt. #61, No. 8:25-cv-00337-BAH (D. Md. Feb. 13, 2025). This supplemental authority is submitted in support of Plaintiffs' Motion for Temporary Restraining Order (Dkt. #11).

DATED this 13th day of February 2025.

NICHOLAS W. BROWN
Washington State Attorney General

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
TERA HEINTZ, WSBA #54921
ANDREW R.W. HUGHES, WSBA #49515
NEAL LUNA, WSBA #34085
CRISTINA SEPE, WSBA #53609
LUCY WOLF, WSBA #59028
Assistant Attorneys General
800 Fifth Avenue, Suite 2000

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

|    |    |
|---:|----|
| 1  | Seattle, WA 98104-3188 |
|    | (206) 464-7744 |
| 2  | William.McGinty@atg.wa.gov |
|    | Cynthia.Alexander@atg.wa.gov |
| 3  | Tera.Heintz@atg.wa.gov |
|    | Andrew.Hughes@atg.wa.gov |
| 4  | Neal.Luna@atg.wa.gov |
|    | Cristina.Sepe@atg.wa.gov |
| 5  | Lucy.Wolf@atg.wa.gov |
|    | *Attorneys for Plaintiff State of Washington* |
| 6  |    |
|    | */s/ Lauryn K. Fraas* |
| 7  | LAURYN K. FRAAS, WSBA #53238 |
|    | COLLEEN MELODY, WSBA #42275 |
| 8  | Assistant Attorneys General |
|    | 800 Fifth Avenue, Suite 2000 |
| 9  | Seattle, WA 98104-3188 |
|    | (206) 464-7744 |
| 10 | Lauryn.Fraas@atg.wa.gov |
|    | Colleen.Melody@atg.wa.gov |
| 11 | *Attorneys for Physician Plaintiffs 1-3* |
| 12 |    |
|    | KEITH ELLISON |
| 13 | State of Minnesota Attorney General |
| 14 |    |
|    | */s/ James W. Canaday* |
| 15 | JAMES W. CANADAY, MSBA #030234X |
|    | Deputy Attorney General |
| 16 | 445 Minnesota St., Ste. 600 |
|    | St. Paul, Minnesota 55101-2130 |
| 17 | (651) 757-1421 |
|    | james.canaday@ag.state.mn.us |
|    | *Attorneys for Plaintiff State of Minnesota* |
| 18 |    |
| 19 | DAN RAYFIELD |
|    | State of Oregon Attorney General |
| 20 |    |
|    | */s/ Allie M. Boyd* |
| 21 | ALLIE M. BOYD, WSBA #56444 |
|    | Senior Assistant Attorney General |
| 22 | Trial Attorney |
|    | 1162 Court Street NE |
| 23 | Salem, OR 97301-4096 |
|    | (503) 947-4700 |
| 24 | allie.m.boyd@doj.oregon.gov |
|    | *Attorneys for Plaintiff State of Oregon* |
| 25 |    |
| 26 |    |

PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., ET AL.,

    Plaintiffs,

v.

                                  Civil No. 25-337-BAH

DONALD J. TRUMP ET AL.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the forthcoming memorandum opinion and those stated at today's hearing, it is hereby **ORDERED** that Plaintiffs' Motion for a Temporary Restraining Order, ECF 35, is GRANTED. It is further

**ORDERED** that Defendants U.S. Department of Health and Human Services ("HHS"), Acting HHS Secretary Dorothy A. Fink, Health Resources and Services Administration ("HRSA"), HRSA Principal Deputy Diana Espinosa, National Institutes of Health ("NIH"), Acting NIH Director Matthew J. Memoli, National Science Foundation ("NSF"), NSF Director Sethuraman Panchanathan, and any subagencies of Defendant HHS, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are **RESTRAINED** from conditioning or withholding federal funding based on the fact that a healthcare entity or health professional provides gender affirming medical care to a patient under the age of nineteen under Section 3(g) of Executive Order 14168 and Section 4 of Executive Order 14187; it is further

**ORDERED** that Defendants must provide written notice of the Court's temporary restraining order to all agencies to which the Executive Orders were addressed. The written notice shall instruct those agencies that they may not take any steps to implement, give effect to, or reinstate under a different name the directives in Section 3(g) of Executive Order 14168 or Section 4 of Executive Order 14187 that condition or withhold federal funding based on the fact that a healthcare entity or health professional provides gender affirming medical care to a patient under the age of nineteen. The written notice shall also instruct those agencies to release any disbursements on funds that were paused due to the Executive Orders; it is further

**ORDERED** that the temporary restraining order shall be in effect for fourteen (14) days; it is further

**ORDERED** that Defendants shall file a status report on or before February 20, 2025, apprising the Court of the status of Defendants' compliance with this Order, including by providing a copy of the written notice described above; it is further

**ORDERED** that the parties shall meet and confer and file a joint status report proposing a preliminary injunction briefing schedule on or before February 18, 2025; it is further

**ORDERED** that the security requirement is hereby waived because Defendants will not suffer any costs from the temporary restraining order and imposing a security requirement would pose a hardship for Plaintiffs. Fed. R. Civ. P. 65(c).

Dated: February 13, 2025
Time: 4:25 PM

Brendan A. Hurson
United States District Judge