UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON et al.,<br><br>      Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP et al.,<br><br>      Defendants. | CASE NO. 2:25-cv-00244-LK<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER |

  For the reasons stated at today's hearing and those that will be stated in the Court's forthcoming memorandum opinion, the Court GRANTS Plaintiffs' Motion for a Temporary Restraining Order, Dkt. No. 11, and ORDERS as follows:

  1. Defendants[1] and all their respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them who receives actual notice of this Order, are hereby fully enjoined from enforcing or implementing Section 4 of Executive Order 14,187 within the Plaintiff States.

---

[1] For the purposes of this Temporary Restraining Order, "Defendants" herein refers to all Defendants listed in the Complaint except President Trump.

ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER - 1

2. Defendants and all their respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them who receives actual notice of this Order, are hereby fully enjoined from enforcing or implementing Section 8(a) of Executive Order 14,187 within the Plaintiff States to the extent that Section 8(a) purports to redefine "female genital mutilation" under 18 U.S.C. § 116 as "chemical and surgical mutilation" as defined in Section 2(c) of the Order.

3. Unless extended by the Court, this Temporary Restraining Order expires 14 days from entry.

4. Defendants' attorneys shall provide written notice of this Order to all Defendants and agencies and their employees, contractors, and grantees by February 20, 2025. Defendants shall file a copy of the notice on the docket at the same time.

5. No security bond is required under Federal Rule of Civil Procedure 65(c) because Defendants will not suffer any costs as a result of the Temporary Restraining Order.

Dated this 14th day of February, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER - 2