AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| STATE OF WASHINGTON, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00244-LK |
| DONALD J. TRUMP, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF COLORADO.

Date:  02/19/2025

/s/ William McGinty
*Attorney's signature*

WILLIAM MCGINTY, WSBA #41868
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
PO Box TB-14
Seattle, WA 98104
*Address*

William.McGinty@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

*FAX number*