District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

CASE NO. 2:25-cv-00244-LJK

NOTICE OF COMPLIANCE

Defendants respectfully submit this Notice of Compliance regarding the Court's temporary restraining order entered on February 14, 2025. *See* ECF No. 158 (hereinafter, Order).

1. This Court entered a temporary restraining order on the afternoon of Friday, February 14, 2025. That Order directed (among other things): "Defendants' attorneys shall provide written notice of this Order to all Defendants and agencies and their employees, contractors, and grantees by February 20, 2025. Defendants shall file a copy of the notice on the docket at the same time."

Notice of Compliance
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC  20005
202-305-0845

ECF No. 158 at 1. Consistent with that directive, later that day Defendants' attorneys provided a copy of the Order to the Defendant agencies and followed up with a written notice of the Order to all Defendant agencies today,[1] stating that Defendant agencies should disseminate this written notice to employees, contractors, and grantees as applicable. A copy of that written notice is attached hereto.

DATED this 19th day of February, 2025.

    Respectfully submitted,

    BRETT A. SHUMATE
    Acting Assistant Attorney General
    Civil Division

    MICHELLE BENNETT
    Assistant Branch Director

    /s/ Vinita B. Andrapalliyal
    Vinita B. Andrapalliyal
    Christian S. Daniel
    Trial Attorneys
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street NW
    Washington, DC 20530
    Tel.: (202) 305-0845
    Vinita.b.andrapalliyal@usdoj.gov

    *Attorneys for Defendants*

---

[1] One of the Defendants in this matter is the President of the United States. To fulfill the Court's directive to provide notice to "all Defendants" with respect to the President, Defendants' attorneys provided written notice of the Order to DOJ Civil Division leadership to forward to the Office of the White House Counsel, consistent with Division protocols.

Notice of Compliance
2:25-cv-00244-LK - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC  20005
202-305-0845