To:   Agencies, Employees, Contractors, and Grantees
      U.S. Department of Justice
      U.S. Department of Health & Human Services
      U.S. Department of Agriculture
      U.S. Department of Commerce
      U.S. Department of Defense
      U.S. Department of Education
      U.S. Department of Energy
      U.S. Department of Veterans Affairs
      National Aeronautics and Space Administration
      National Science Foundation
      Office of the Director of National Intelligence
      Executive Office of the President

From:  Vinita B. Andrapalliyal, Christian S. Daniel, Michelle R. Bennett

Date:  February 19, 2025

Re:    Notice of Court Order, *Washington v. Trump*, 2:25-cv-244-LK (W.D. Wash.)

---

## NOTICE OF COURT ORDER

You are hereby advised that a temporary restraining order has been entered in the case of *Washington v. Trump*, No. 2:25-cv-244-LK (W.D. Wash.), ECF No. 158 (Feb. 14, 2025). You are receiving this Notice pursuant to the Court's directive that notice of the order be provided "to all Defendants and agencies and their employees, contractors, and grantees by February 20, 2025." A copy of the Court's Order is attached for reference.

This case challenges two sections in Executive Order (EO) 14,187, *Protecting Children from Chemical and Surgical Mutilation* (Jan. 28, 2025). Plaintiffs challenged Section 4, which directs the heads of departments and agencies "that provide[] research or educational grants to medical institutions" to, "consistent with applicable law and in coordination with the Director of the Office of Management and Budget, immediately take appropriate steps to ensure that institutions receiving Federal research or education grants end the chemical and surgical mutilation of children." EO 14,187 § 4. Plaintiffs also challenged Section 8, which instructs the Attorney General to "review Department of Justice enforcement of section 116 of title 18, United States Code, and prioritize enforcement of protections against female genital mutilation."

In response to Plaintiffs' motion, the Court has entered a temporary restraining order prohibiting certain actions by the Defendants in the case within the Plaintiff states of Washington, Oregon, and Minnesota, which is effective immediately. All Defendants—including their employees, contractors, and grantees—must immediately comply with the Court's Order. Please refer to the enclosed Order for its full terms.

To assist in your compliance, here is a summary of the key terms:

1. **Defendants and all their respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them**

    **who receives actual notice of this Order, are hereby fully enjoined from enforcing or implementing Section 4 of EO 14,187 within Washington, Oregon, and Minnesota.**

2. **Defendants and all their respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them who receives actual notice of this Order, are hereby fully enjoined from enforcing or implementing Section 8(a) of EO 14,187 within Washington, Oregon, and Minnesota to the extent that Section 8(a) purports to redefine "female genital mutilation" under 18 U.S.C. § 116 as "chemical and surgical mutilation" as defined in Section 2(c) of the EO.**

As the Court's Order reflects, the above terms are temporary as litigation in the case is ongoing. At present, however, the Court's Order is in effect and must be complied with.

If you have any questions about the scope or effect of the Court's Order, please contact your agency's Office of General Counsel or your grant officer, as appropriate. Thank you for your attention to this matter.