The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

In accordance with the Court's Feb. 19, 2025, Minute Order, Dkt. # 163, the counsel for the parties to this matter met and conferred on February 19, 2025, at 12:30 p.m. PT. The parties respectfully submit this Joint Status Report as directed by the Court.

**Briefing Schedule**

The parties jointly propose the following briefing schedule on Plaintiffs' Motion for Preliminary Injunction:

Motion for Preliminary Injunction: February 19, 2025;

Defendants' Response: February 25, 2025 by 5:00 p.m. PT;

Plaintiffs' Reply: February 26, 2025.

The Plaintiffs' position is that the Court should schedule oral argument on the motion for February 28, 2025, at 2:00 p.m. PT. Plaintiffs have filed a First Amended Complaint (Dkt. # 164), naming new parties including the state of Colorado as an additional Plaintiff and new Defendants,

JOINT STATUS REPORT
NO. 2:25-CV-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

and have raised new claims including regarding an additional executive order, E.O. 14,168, and an additional claim under the Fifth Amendment for unconstitutional vagueness. The Court should have the benefit of oral argument regarding the new issues in the Plaintiffs' First Amended Complaint, which will be addressed in the Plaintiffs' forthcoming Motion for Preliminary Injunction. Plaintiffs' proposal aligns with the Court's announcement at the hearing on Plaintiffs' Motion for Temporary Restraining Order that the Court would hold a public hearing on Plaintiffs' Motion for Preliminary Injunction on February 28, 2025, at 2:00 p.m. PT. TRO Tr. 36:7-8 (Feb. 14, 2025).

Defendants' position is that oral argument on the forthcoming Motion for Preliminary Injunction is not necessary.

**Evidentiary Hearing**

Plaintiffs represented at the meet and confer that they would be submitting additional evidence of the same general character as the evidence submitted in support of their Motion for Temporary Restraining Order (Dkt. # 11). Defendants represented that, because Plaintiffs have not yet filed their Motion for Preliminary Injunction, Defendants have not determined what they would submit in their response to the forthcoming motion.

Plaintiffs' position is that the need for a live evidentiary hearing cannot be determined without knowing whether the Defendants intend to submit evidence and what the character of that evidence is. Plaintiffs will agree that no live evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction is necessary if Defendants submit no evidence in opposition to Plaintiffs' motion.

Defendants' position is that they intend to rely on their papers in response to Plaintiffs' forthcoming Motion for Preliminary Injunction. Defendants do not believe an evidentiary hearing is necessary.

JOINT STATUS REPORT
NO. 2:25-CV-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 19th day of February 2025.

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General of Washington | NICHOLAS W. BROWN<br>Attorney General of Washington |
| /s/ William McGinty<br>WILLIAM MCGINTY, WSBA #41868<br>CYNTHIA ALEXANDER, WSBA #46019<br>TERA HEINTZ, WSBA #54921<br>ANDREW R.W. HUGHES, WSBA #49515<br>NEAL LUNA, WSBA #34085<br>CRISTINA SEPE, WSBA #53609<br>LUCY WOLF, WSBA #59028<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(360) 709-6470<br>William.McGinty@atg.wa.gov<br>Cynthia.Alexander@atg.wa.gov<br>Tera.Heintz@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>Neal.Luna@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br>Lucy.Wolf@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* | /s/ Lauryn K. Fraas<br>LAURYN K. FRAAS, WSBA #53238<br>COLLEEN MELODY, WSBA #42275<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(360) 709-6470<br>Lauryn.Fraas@atg.wa.gov<br>Colleen.Melody@atg.wa.gov<br>*Attorneys for Physicians Plaintiffs 1-3* |
| KEITH ELLISON<br>Attorney General of Minnesota | DAN RAYFIELD<br>Attorney General of Oregon |
| /s/ James W. Canaday<br>JAMES W. CANADAY (admitted pro hac vice)<br>Deputy Attorney General<br>445 Minnesota St., Ste. 600<br>St. Paul, Minnesota 55101-2130<br>(651) 757-1421<br>james.canaday@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* | /s/ Allie M. Boyd<br>ALLIE M. BOYD, WSBA #56444<br>Senior Assistant Attorney General<br>Trial Attorney<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>(503) 947-4700<br>allie.m.boyd@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* |
| PHIL WEISER<br>Attorney General of Colorado | BRETT A. SHUMATE<br>Acting Assistant Attorney General |
| /s/ Shannon Stevenson<br>SHANNON STEVENSON*<br>Solicitor General<br>Office of the Colorado Attorney General<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000 | MICHELLE BENNETT<br>Assistant Branch Director<br><br>/s/ Vinita B. Andrapalliyal<br>VINITA B. ANDRAPALLIYAL<br>Senior Counsel<br>CHRISTIAN S. DANIEL |

JOINT STATUS REPORT
NO. 2:25-CV-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | | |
|---|---|---|
| 1 | shannon.stevenson@coag.gov | Trial Attorney |
| 2 | *Attorneys for Plaintiff State of Colorado* | United State Department of Justice<br>Civil Division, Federal Programs Branch |
| 3 | *pro hac vice application pending | 1100 L Street NW<br>Washington, D.C. 20530 |
| 4 | | Vinita.B.Andrapalliyal@usdoj.gov<br>Christian.S.Daniel@usdoj.gov |
| 5 | | *Attorneys for Defendants* |

JOINT STATUS REPORT
NO. 2:25-CV-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744