The Honorable Lauren King

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

7
8

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendant. | NO. 2:25-cv-00244-LK <br><br> SUPPLEMENTAL DECLARATION OF PHYSICIAN PLAINTIFF 2 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> NOTE ON MOTION CALENDAR: February 28, 2025 at 2:00 p.m. |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SUPPL. DECL. OF PHYSICIAN PLAINTIFF 2 ISO PLS.' MOT. FOR PRELIM. INJ. NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Physician Plaintiff 2, declare as follows:

1. I am a Plaintiff in this action. I bring my claims on behalf of myself and my patients. I offer this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and could testify competently to those facts if called as a witness.

2. This declaration incorporates and supplements my declaration dated February 4, 2025, submitted as Dkt. #14.

3. Every day since Executive Order 14,187 came out, I woke up wondering, "is this the day that my institution tells us we have to stop providing gender-affirming care?" This uncertainty and constant threat hung over my work and every conversation I had with my patients. It has kept me awake at night. It has taken time away from other aspects of my work. Even though the news of the lawsuit was hopeful, until the Court ruled last Friday, no one knew what would happen and it created an atmosphere of deep uncertainty and worry that was all-encompassing. The prospect of loss of their health care came up with every patient I've seen in the gender clinic since the Executive Order was issued.

4. I heard on Friday, February 14, 2025, that the Court had entered a Temporary Restraining Order. I was immediately relieved for myself and my patients. I called one patient shortly after learning about it to tell them. I had seen this particular patient in my clinic the day before, and they had been extremely worried about the prospect of losing their health care when I saw them. When I heard the news of the TRO, I immediately thought of them and knew I needed to let them know.

5. I understand that the TRO lasts only for 14 days, and my patients know that, too. We are still scared about the future because that is a short amount of time, and we are worried that without a longer order to protect us, we will be right back in the same situation that we've been in for the last month.

SUPPL. DECL. OF
PHYSICIAN PLAINTIFF 2 ISO
PLS.' MOT. FOR PRELIM. INJ.
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

6. Even after learning about the TRO, many of my patients and their families are continuing to move forward with back-up plans if they have the opportunity to consider these. They are still considering moving out of the country or finding other ways to maintain access to their prescriptions, because they will need those options if the TRO goes away. I think that a Court order that protects providers and patients for a longer period would have important stabilizing effects.

7. I continue to be very concerned about my ethical obligations. If my institution stops providing gender-affirming care because the TRO is not extended, I have no power to override the decision of my institution. But ethically I cannot discriminate against my patients or withhold medically necessary care from them. I am worried about being placed in this impossible situation.

8. Colleagues outside my institution, as well as institutions in other states, are watching my institution to see what we do. There is still so much uncertainty around the impacts of the Executive Order that it feels like institutions have to look to each other as examples. If we are able to continue providing gender-affirming care, I think some others will also feel they are able to do the same. But if we are forced to stop, I believe that will have a ripple effect, too.

9. If a longer-term injunction is not issued, I will again experience extreme personal risk due to the Executive Order's threat of prosecution. I fear that criminal prosecutors might want to use the Order and the criminal law to target me. I worry about traveling to other states where prosecutors might want to help the federal government by targeting me. I hate having to worry about this, both for myself and for my family, but I continue to worry because the Executive Order is only temporarily paused.

SUPPL. DECL. OF
PHYSICIAN PLAINTIFF 2 ISO
PLS.' MOT. FOR PRELIM. INJ.
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this __17__ day of February 2025 at __Seattle_____, Washington.

_____
PHYSICIAN PLAINTIFF 2, MD

SUPPL. DECL. OF
PHYSICIAN PLAINTIFF 2 ISO
PLS.' MOT. FOR PRELIM. INJ.
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744