The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LK <br><br> DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> NOTE ON MOTION CALENDAR: February 28, 2025, at 2:00 p.m. |

DECL. OF WILLIAM MCGINTY ISO
PLS.' MOT. PRELIM. INJ.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, William McGinty, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of a news article published by PoliticoPro on February 6, 2025, written by Alice Miranda Ollstein, Chelsea Cirruzzo, and Daniel Payne titled "Safety net clinics hit by funding freezes, threats over DEI and gender." I accessed this article online at the URL, https://subscriber.politicopro.com/article/2025/02/safety-net-clinics-hit-by-funding-freezes-threats-over-dei-and-gender-00202858 on February 17, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

3. Attached as Exhibit 2 is a true and correct copy of the Center for Disease Control's web page on Adolescent and School Health, titled "Health Disparities Among LGBQ Youth." I accessed this article online at the URL, https://www.cdc.gov/healthy-youth/lgbtq-youth/health-disparities-among-lgbtq-youth.html on February 17, 2025, and used the print feature on the website to save a PDF copy using a print to PDF function.

4. Attached as Exhibit 3 is a true and correct copy of President Donald J. Trump's transcribed remarks at the World Economic Forum on January 23, 2025. I accessed this article online at the URL, https://www.whitehouse.gov/remarks/2025/01/remarks-by-president-trump-at-the-world-economic-forum/ on February 17, 2025, and used the print feature on the website to save a PDF copy using a print to PDF function.

5. Attached as Exhibit 4 is a true and correct copy of Executive Order 14,190, titled "Ending Radical Indoctrination in K-12 Schooling," which was signed on January 29, 2025. I accessed this article online at the URL, https://www.federalregister.gov/d/2025-02232/page-8853 on February 17, 2025, and used the print feature on the website to save a PDF copy using a print to PDF function.

DECL. OF WILLIAM MCGINTY ISO
PLS.' MOT. PRELIM. INJ.
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct.
3  DATED this 19th day of February 2025 at Olympia, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

DECL. OF WILLIAM MCGINTY ISO
PLS.' MOT. PRELIM. INJ.
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744