# Exhibit 2

 

**Subject:** Fw: UPDATE - Message to Research Recipients
**Date:** Tuesday, February 11, 2025 7:40:29 AM

FYI

**From:** Willard, Angie (CDC/OCOO/OFR/OGS) <aen4@cdc.gov>
**Sent:** Tuesday, February 11, 2025 6:56 AM
**To:** PRISM (CDC) <PRISM@cdc.gov>
**Subject:** UPDATE - Message to Research Recipients

*In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this communication is to **rescind** the following CDC communications effective immediately:*

>*January 29, 2025: Cease DEI Activities on ALL CDC funded awards*

>*January 31, 2025: Cease ALL Activities Promoting Gender Ideology*

*Please direct questions to [PRISM@cdc.gov](mailto:PRISM@cdc.gov)*