# Exhibit 1

## Bibliography

Oliver R, Basit H. Embryology, Fertilization. 2023 Apr 17. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan–. PMID: 31194343.

Rey R, Josso N, Racine C. Sexual Differentiation. 2020 May 27. In: Feingold KR, Anawalt B, Blackman MR, Boyce A, Chrousos G, Corpas E, de Herder WW, Dhatariya K, Dungan K, Hofland J, Kalra S, Kaltsas G, Kapoor N, Koch C, Kopp P, Korbonits M, Kovacs CS, Kuohung W, Laferrère B, Levy M, McGee EA, McLachlan R, New M, Purnell J, Sahay R, Shah AS, Singer F, Sperling MA, Stratakis CA, Trence DL, Wilson DP, editors. Endotext [Internet]. South Dartmouth (MA): MDText.com, Inc.; 2000–. PMID: 25905232.

Hughes IA, Houk C, Ahmed SF, Lee PA; LWPES Consensus Group; ESPE Consensus Group. Consensus statement on management of intersex disorders. Arch Dis Child. 2006 Jul;91(7):554-63. doi: 10.1136/adc.2006.098319. Epub 2006 Apr 19. PMID: 16624884; PMCID: PMC2082839.

Mehmood KT, Rentea RM. Ambiguous Genitalia and Disorders of Sexual Differentiation. 2023 Aug 28. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan–. PMID: 32491367.

Acién P, Acién M. Disorders of Sex Development: Classification, Review, and Impact on Fertility. J Clin Med. 2020 Nov 4;9(11):3555. doi: 10.3390/jcm9113555. PMID: 33158283; PMCID: PMC7694247.

Kolesinska Z, Ahmed SF, Niedziela M, Bryce J, Molinska-Glura M, Rodie M, Jiang J, Sinnott RO, Hughes IA, Darendeliler F, Hiort O, van der Zwan Y, Cools M, Guran T, Holterhus PM, Bertelloni S, Lisa L, Arlt W, Krone N, Ellaithi M, Balsamo A, Mazen I, Nordenstrom A, Lachlan K, Alkhawari M, Chatelain P, Weintrob N. Changes over time in sex assignment for disorders of sex development. Pediatrics. 2014 Sep;134(3):e710-5. doi: 10.1542/peds.2014-1088. Epub 2014 Aug 4. PMID: 25092939.

Mazur T. Gender dysphoria and gender change in androgen insensitivity or micropenis. Arch Sex Behav. 2005 Aug;34(4):411-21. doi: 10.1007/s10508-005-4341-x. PMID: 16010464.

Cohen-Kettenis PT. Gender change in 46,XY persons with 5alpha-reductase-2 deficiency and 17beta-hydroxysteroid dehydrogenase-3 deficiency. Arch Sex Behav. 2005 Aug;34(4):399-410. doi: 10.1007/s10508-005-4339-4. PMID: 16010463.

Marks LS. 5alpha-reductase: history and clinical importance. Rev Urol. 2004;6 Suppl 9(Suppl 9):S11-21. PMID: 16985920; PMCID: PMC1472916.

Kumar G, Barboza-Meca JJ. 5-Alpha-Reductase Deficiency. 2022 Oct 17. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan–. PMID: 30969726.

McGee LM, Lin-Brande M, Woods K, Seideman CA. Pubertal Suppression and Surgical Management of a Patient With 5-Alpha Reductase Deficiency. Urology. 2022 Jul;165:e29-e31.

doi: 10.1016/j.urology.2022.03.019. Epub 2022 Apr 4. PMID: 35381301.

Babu R, Shah U. Gender identity disorder (GID) in adolescents and adults with differences of sex development (DSD): A systematic review and meta-analysis. J Pediatr Urol. 2021 Feb;17(1):39-47. doi: 10.1016/j.jpurol.2020.11.017. Epub 2020 Nov 12. PMID: 33246831.