# Exhibit 2

| | |
|---|---|
| **From:** | Willard, Angie (CDC/OCOO/OFR/OGS) <aen4@cdc.gov> |
| **Sent:** | Tuesday, February 11, 2025 6:34 AM |
| **To:** | PRISM (CDC) |
| **Subject:** | UPDATE - Message to Research Recipients |

**External Email**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this communication is to **rescind** the following CDC communications effective immediately:

> January 29, 2025: Cease DEI Activities on ALL CDC funded awards

> January 31, 2025: Cease ALL Activities Promoting Gender Ideology

Please direct questions to PRISM@cdc.gov

1