The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | NO. 2:25-cv-00244-LK<br><br>DECLARATION OF C.F. |

DECLARATION OF C.F.
No. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, C.F., declare as follows:

1. I am age 16 and I have my parents' permission to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live in Seattle, Washington, where I am a junior in high school. My favorite subject is art. I am an avid potter and painter, both in class and in my free time, and I have a job working in a local pottery studio. I also enjoy rock climbing, hiking, and being outdoors. I have started researching colleges to apply to and will begin visiting campuses in the spring.

3. I am a transgender man. I was designated female on my birth certificate, but my gender identity is male. My pronouns are he/him.

4. I am choosing to make this declaration using initials for myself out of fear and the desire to protect myself and my family. I do not know what restrictions will be on trans people, or how we might be targeted in the future, and I am scared that any public statement that could be tied back to me will threaten my or my family's safety.

5. I came out to my parents as trans in seventh grade, when I was age 13. In elementary school, I was not very aware of my own gender and did not question it. When I was in the sixth grade, my best friend came out as transgender, and I realized it was possible to understand my gender beyond what I was assigned at birth. I started to consider my own gender identity, and realized I was not happy living as a female. At first, I was not sure what my gender identity was, and considered whether I was non-binary or transgender. For the first 3-4 months after I came out, I spent a while considering my own gender and how I felt most comfortable presenting. At the end of that process, I realized I was male.

6. I first began to socially transition shortly after coming out. This meant cutting my hair shorter, dressing more masculine, and using masculine pronouns and a new name at school. I remember it was so awesome the first time I was recognized as a man in public, and it made me feel much more comfortable going out in the world and presenting in a way that fit who I am.

DECLARATION OF C.F.
No. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

7. Before receiving gender-affirming care, I was anxious about the onset of puberty and uncomfortable in my body. The disconnect between my body and my gender identity was distressing and had a severe negative impact on my mental health, even leading to thoughts of suicide. Fortunately, after many discussions with my parents, therapists, and doctors, I was able to start receiving gender-affirming care.

8. My treatment started with six months of hormone blockers. Then, I started receiving testosterone treatment. The process was slow and deliberate, and I worked closely with my doctors and parents to make sure I was not rushing into any decisions. In addition to the medical treatment that I received, the counseling and therapy was essential for my mental health and wellbeing during my transition. The team of medical professionals assisting me include a social worker, psychologist, endocrinologist, and a physician.

9. Over time, my body started changing to present as more masculine: my voice deepened, and I started growing facial hair. It was a huge boost for my confidence when others started identifying me as male in public, and my peers at school started to view me as male instead of it feeling like they were only doing so to respect my stated identity.

10. Recently, I was able to receive top surgery. It took around 18 months from the time I first expressed interest in the procedure to the date of the surgery, but the wait was well worth it. This surgery has made me feel even more comfortable in my body: I walk more confidently and feel more at home in my body. I particularly like being able to more spontaneously take my shirt off and go swimming, especially when on camping trips or going outdoors with my friends.

11. I understand that last month, President Trump issued an Executive Order that would ban gender-affirming care for anyone under the age of 19. This is very worrying to me. If I lost access to medication, it would cause my period to start again, which would be a constant source of discomfort, both mental and physical. When I think about what it would be like to have

DECLARATION OF C.F.
No. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

to live or present as a girl, I know it would make me feel really bad, and it would not be true to who I am.

12. The Executive Order, along with anti-trans laws in many states, makes it hard to plan for my future. There are already States I cannot go to college in because I would not have access to the care that I need there. If this Executive Order went into effect, I don't know how I would access the treatment I need.

13. My parents are also particularly concerned about funding being cut off to medical institutions. In order to get all of the gender-affirming care I have received, we had to be referred to many different medical institutions in Seattle, and if any one of those institutions stopped offering that care, the whole process of getting gender-affirming care could stop.

14. What I am most worried about is having options taken away from me and kids like more for how to present and live in our bodies. While it is not necessary to totally change yourself to be happy, it is super important to have those options available and be able to make the choices that are right for me, without new barriers added on. It is already very isolating to be trans, and it feels like being alienated for who you are is a part of that experience. Being less able to access medical care to have the body that fits who you are only makes that worse. When that care is taken away or is threatened, it makes me feel like I am doing something evil just for existing.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this **18** day of February 2025, at **Seattle**, Washington.



C.F.

S.F and B.F.
Parent of C.F.

DECLARATION OF C.F.  
No. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744