The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>            Defendants. | NO. 2:25-cv-00244-LK<br><br>DECLARATION OF SHANNON HILLINGER, WALKER AUMANN, AND E.H. |

DECLARATION OF SHANNON
HILLINGER, WALKER AUMANN, AND
E.H. – No. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1   We, SHANNON HILLINGER, WALKER AUMANN, AND E.H., declare as follows:

2   1.   We, Shannon and Walker, are over the age of 18, are competent to testify as to the matters herein, and make this declaration based on our personal knowledge. We are the parents of E.H.

   2.   I, E.H., am 16 years old, competent to testify as to the matters herein, and have my parents' (that is, Shannon's and Walker's) permission to make this declaration based on my personal knowledge. I have previously submitted a declaration in this matter as Dkt. ## 20, 129. I incorporate my previous testimony here and confirm that it is true and correct and now submit this declaration.

   3.   On Friday, February 14, 2025, at approximately 1:23 in the afternoon, E.H. received a phone call from Seattle Children's Hospital. E.H. was unable to answer at that time.

   4.   At 1:24 in the afternoon, Seattle Children's Hospital called Shannon Hillinger, who was about to undergo her own medical procedure. She sent E.H. a text message to call Walker Aumann.

   5.   E.H. called Walker, who relayed that E.H.'s top surgery which had previously been "indefinitely postponed" was now scheduled for Friday, February 21, 2025. There is a pre-op phone call scheduled for Wednesday, February 19, to discuss logistics like arrival time and what time to begin fasting prior to surgery. There is a post-op appointment set for February 28.

   6.   The post-op appointment on February 28 will be to check E.H.'s healing progress, and to take out the drains that hold in fluid during the healing process. At this point, E.H. will have worn a compression top for that entire week, which will be removed at this appointment. He will be given a binder to help with swelling, and will be evaluated for clearance to raise his arms above his head.

   7.   There will also be a six-month and a 12-month post-op appointment scheduled to check on E.H.'s healing. E.H. has a condition called Ehlers-Danlos Syndrome, which can

complicate his healing from surgery. These follow-up appointments will be critical in gauging the overall healing process and assessing whether any revision surgery will be needed.

8. As discussed in the previous declaration submitted in support of the Plaintiffs' motion for a temporary restraining order, Seattle Children's hospital informed us that E.H.'s surgery was cancelled due to the President's executive order banning gender-affirming care. While Seattle Children's Hospital did not inform us that the surgery was rescheduled because of this Court's entry of the temporary restraining order, we believe that was the case given the timing of the rescheduled surgery and the follow-on appointment, both of which were set within the fourteen days that the temporary restraining order will be in effect. We are grateful that the surgery was rescheduled, but wish that no interruptions to our original plans had ever been made.

9. As a family, we are collectively holding our breath, still unsure if this new surgery will happen or not. The abrupt cancellation also raises serious questions of post-operative care should the temporary restraining order be allowed to dissolve without a more permanent form of relief. If E.H.'s Ehlers-Danlos Syndrome were to complicate his healing, or should he need more surgeries later on, we're not certain that he'd be able to receive them here in Washington or the United States.

10. The abrupt cancellation also put us at a serious disadvantage this time around for E.H.'s surgery. He was originally supposed to be able to heal over midwinter break, which would mean he wasn't going to miss any major lessons at school. We had it all worked out with his teachers. Now, because of this reschedule, we won't have an opportunity to contact his teachers about this new plan until the point in which assignments are coming due. There are certain medications that E.H. should not have been taking beginning two weeks prior to his surgery, and now he has less than two weeks' notice of his new surgery date. He should not have gotten any new piercings prior to his surgery, but again, because of the short amount of time between the cancellation and the reschedule, he did, and now that's something that the doctors and nurses will have to work around. This is not to the benefit of E.H. or his surgeons, or the nursing staff.

DECLARATION OF E.H.
No. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

```
```

Walker also had made prior arrangements for time off from work based on the prior surgery date. Now, he needs to adjust that time off and make additional requests to be available to help E.H. recover.

11. We need a more permanent form of relief to ensure that these complications do not continue, and that E.H. can continue to receive the care that he needs.

We declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this ___ day of February 2025.

_____
E.H.

_____
SHANNON HILLINGER
Parent of E.H.

_____
WALKER AUMANN
Parent of E.H.

DECLARATION OF E.H.  
No. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

1  Walker also had made prior arrangements for time off from work based on the prior surgery date.
2  Now, he needs to adjust that time off and make additional requests to be available to help E.H.
3  recover.

4      11.    We need a more permanent form of relief to ensure that these complications do
5  not continue, and that E.H. can continue to receive the care that he needs.

6      We declare under penalty of perjury under the laws of the State of Washington and the
7  United States of America that the foregoing is true and correct.

8      DATED this 17th day of February 2025.

_____
E.H.

_____
SHANNON HILLINGER
Parent of E.H.

_____
WALKER AUMANN
Parent of E.H.

DECLARATION OF E.H.      3     ATTORNEY GENERAL OF WASHINGTON
No. 2:25-cv-00244-LK                               Complex Litigation Division
                                                          800 Fifth Avenue, Suite 2000
                                                                   Seattle, WA 98104
                                                                         (206) 464-7744