The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF M.M. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF M.M.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, M.M., declare as follows:

1. I am age 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a transgender man and a senior in high school. My pronouns are he/they. I live in Washington State with my parents and two siblings.

3. My gender was designated female at birth. The trajectory of my gender identity has been different from that of some trans people I know. They knew their gender identity didn't match their bodies at a young age, while I was very much a "girlie girl" as a kid. I did know that I liked girls however and came out as queer when I was 13. At the time, many people told me they already knew I was queer.

4. I've struggled with depression since I was a young child. I was bullied about how I dressed, how I looked, basically all of the regular bullying topics. I struggled with liking girls. One day I just started sobbing and my parents realized it was time to send me to therapy.

5. I've been going to therapy since I was in 6th grade. I talk about gender issues with my therapist. She gave me tips on coming out. I still sometimes struggle with suicidal thoughts, but I'm doing better, have a support system and I am on medication.

6. I first started coming out as transgender to my friends about four years ago. About three weeks ago, I came out to my family and my school as transgender. I came out at school during a school news program I'm in. I have a segment reviewing movies and I just changed the name of my segment to my new male name. Right after, people came up to me at school, saying "you go by (new male name) now?!" Another friend of mine told me that when they heard it in class, a group of guys said, "I knew it. I knew she was trans." Even though I live in a liberal area, there were people who told me they were going to keep calling me my birth name. One guy at school walked straight up to me and said he would never see me as a boy. This kind of thing hurts, but I'm proud of myself because I have learned to stand up for myself.

DECLARATION OF M.M.
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

7. I have trans friends who have been very supportive. There is a small community of trans kids in my school, and we all know one another and are friends. I told my family and they have also been very supportive.

8. I got into theater as a kid and this really helped me explore my gender identity. I would always get male roles, and it felt right to me. The last female role I had was in 7th grade, and since then it has all been male roles. I'm considering pursuing theater in college. Some of my favorite roles have been Seymour in Little Shop of Horrors and Patsy in Spamalot.

9. Theater has been an important source of community for me. Theater is known for being very stereotypically queer. The theater kids and teacher are very supportive, and each and every one is like family to me. When I recently socially transitioned to male, they asked me what name I wanted to use. I decided to use the name I had used in my Spanish class. Many of my drama friends were in that class too, and called me by that name outside of class.

10. The most recent play I was in, Puffs, was the first time I've used my new name in a playbill. It felt amazing seeing my name there. I hated the idea of people saying, "oh this girl is playing the boy character." Now, it feels more like me.

11. Therapy has been so helpful in my transition to a trans male. My family tends to keep everything bottled up. Therapy has helped me so much. I don't want to put my pain on others, so I have struggled with opening up to people. If I feel like I need help, I talk to my therapist, or my parents.

12. It's hard to know how to separate depression and dysphoria. When I first started puberty, I was horrified, while all of my friends were excited. I thought something was wrong with me. I didn't know what being transgender was, or even what gay was until 6th grade. I still feel a lot of gender dysphoria, which does lead to depression- but I'm better at thinking: "where do these thoughts come from?" It will never go away. It's just something I have to deal with.

13. I love my parents so much. They were raised kind of religious, but have moved away from it a bit and given their children the opportunity to choose what to believe. Because

DECLARATION OF M.M.  
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

of this, I personally hold religion close to my heart and can see that my God loves me, no matter what one's church says. As far as hormone replacement therapy, right now I want to focus on loving myself before I do hormone therapy. I'm going to college soon, and there's the cost to consider. I would love to do it, I have friends on testosterone and estrogen, and I find myself envious sometimes. It's not in the cards right now, and it kind of makes me sad.

14. I've had some issues with public bathrooms. Two years ago, I went to a comic convention, and I was feeling confident in myself. Afterwards, I went to the men's restroom at a mall. I was in a big city, a liberal part of town and didn't think there'd be any problem. As I walked out of the stall, a man pushed me into the handicap stall asking if I was a boy or a girl. I thought "Oh crap, what do I do?" Out of instinct, I lowered my voice and told him yeah, I was a man, and to "(expletive) off." He let me go, joking and saying he used to look like a girl when he was younger too. He continued to stare at me as I washed my hands. It was scary but I am glad nothing bad happened to me. Now I've learned to closely consider what area I'm in. If I'm at a rest stop, I always go to the female restroom. You don't know who's going to be there, even if you're in a "liberal" place. I realize I have some privileges I have as a transman using the restrooms. No one is thinking I'm trying to assault someone, like the false arguments against trans women using the women's bathroom.

15. My family follows politics a lot. I know that the president said there are only men and women and nothing in between. I use he/they pronouns, and I consider my gender fluid. I've tried to find ways to keep spirits high, including joking about hard things with friends, a large amount also under attack from our government.

16. I know I am fortunate. I live in a good area and am supported. Still, it's scary to think about when I move out. Looking at colleges is complicated. I've been accepted to every college I've applied to so far, but on top of the financial hurdles and considering whether they'll offer a scholarship, I have to consider transphobia. I have to consider where these colleges are and what's happening on campuses. Some colleges I have looked at have closed their LGBTQ

DECLARATION OF M.M.  
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

Resource Centers because of new Diversity, Equity, and Inclusion laws. Some of the colleges I've considered are in more conservative places that could be very unsafe considering the dangers of transphobia. When I was younger, I didn't think I'd have to worry about that when it comes to where I would go to college. I just want to be safe.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 6th day of February 2025, at Seattle, Washington.

_____
M.M.

DECLARATION OF M.M.
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744