The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    Defendants.

NO. 2:25-cv-00244-LK

DECLARATION OF A.D.

DECLARATION OF A.D.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, A.D., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have chosen to submit this declaration using only initials because I am fearful that the government could retaliate against me or my child, or individuals emboldened by recent actions of the federal government would target my family for speaking out.

3. I live in Seattle, Washington with my 15-year-old daughter Child A, who is trans female. Child A was designated male at birth. I am an attorney and my daughter's father is a chemist.

4. Child A informed me when she was nine that she was a girl. Prior to this, I had no idea that this was on her mind. She was getting into fights at school and the boys teased her. Child A was a lot smaller than the other boys her age. Once, the principal called to let us know that another boy had dragged Child A down the hallway. The principal asked if Child A was in therapy.

5. Her father and I were blindsided by her news that she was a girl. In retrospect, I can see that her refusal to let us take her picture since about the age of seven may have been a sign of gender dysphoria. She had me write up a contract for signature assuring that I wouldn't take her picture without prior permission.

6. When Child A was three, I enrolled her in a gender identity study with the University of Washington, now handled by Princeton University. I did this without any thought or awareness that she might ever come out as transgender; as I recall, there may have been a small financial incentive for taking part in the study. Years later, after she came out to us, I asked her if she had explored her gender earlier with the questions asked in the Princeton study. She replied that she did, and that for as long as she can remember she has experienced gender dysphoria. She reported in that study that she felt like a girl around six years old, but she did not tell me this at the time.

DECLARATION OF A.D.
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

7. Her father and I were not transphobic, but we didn't know anyone personally who was transgender. At the time that Child A told us, she was in a classroom where gender and transgender identity were discussed. There, Child A watched a documentary about transgender individuals. She later told us that she assumed that her genitalia would match up to her female identity during puberty. When the documentary showed her that that wasn't the case, she knew she had to say something about being transgender.

8. As soon as Child A came out as a girl, I got her a therapist and did everything I could to give her the space to figure it out. I tried to remain neutral. She had at least six months of therapy sessions twice weekly before seeing a doctor. Her therapist diagnosed her gender dysphoria. When Child A first came out, she wanted everything pink. We shopped for new clothes the next day, and she once again wanted her picture taken. Her mood lifted dramatically. She was also able to pass as female amongst her peers. Child A switched to a new school and had her name and pronouns corrected.

9. We also started going to meetings with the organization Trans Families (now called Gender Diversity). That is how we found the doctor who provided her gender care. Her dad, a scientist, and I were concerned about the possible adverse effects of gender care. We were unsure that we would pursue gender-affirming medical care for our child. When one of the mothers at Trans Families quoted a study finding that kids who don't receive gender-affirming care are 40% more likely to have suicidal ideation—that did it for me. Understanding that all medical interventions carry risk, the question became whether we going to risk shortening our daughter's life in her later decades, or shorten it in her teens, through untreated gender dysphoria and the attendant risk of suicide. With that understanding, we gave consent for gender-affirming care. Her doctor ordered a bone density scan and bloodwork for baseline hormone levels. He affirmed Child A's identity and her right to seek, or quit, gender-affirming care. On multiple occasions the doctor told Child A, "this is your ship. You run the show."

DECLARATION OF A.D.
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

10. The clinical process included bloodwork for testosterone, and bone scans. Child A started puberty blockers at age 11, using an implant. She started taking estrogen 10 months later, when she was 12. She's had the advantage of not having to go through male puberty. There's no Adam's apple, no facial hair, and she's able to pass as female. She's also an athlete. Contrary to anti-trans rhetoric, she's not stronger or taller or in any way athletically superior to her cis female peers.

11. Child A adamantly wants bottom surgery. Her doctor told us to get on waitlists. We're on waitlists out-of-state, with the next available appointment in March 2027. This hospital preemptively cancelled surgeries. They won't have in-person healthcare visits until age 18. Appointments are held via Zoom with the patient at age 17. Child A would have to get electrolysis on a certain part of her genitals and this must happen six months in advance of surgery. Seattle Children's hospital told us to call back at age 17. Child A wants surgery before going to college. She wants it as soon as possible.

12. I am aware of the Executive Order preventing gender-affirming care for people under age 19. I've been sleepless. I would be devastated if the restrictions in this executive order were to affect medical providers in Washington. It would have a tremendous impact on my daughter's mental health. I've researched how to obtain gender-affirming medical care if there were restrictions and how to move out of the country. It's imperative that Child A gets this care. This is what I know; I, who was originally on the fence. Even my straight older cisgender male friends, who have no sensitivity to LGBT issues, see her as a girl. It's who she is. Unfortunately, we have to go to a doctor to get continued care. Because of the fear of losing this medical care, she is preemptively getting a new blocker implant that will last four years, so she is not forced to go through male puberty in case her access to gender-affirming care is blocked by this Executive Order.

DECLARATION OF A.D.
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

13. I worry about Child A becoming suicidal. I worry about her being ostracized at school or kicked off of sports teams if she is "outed." It's her preference to pass as female and not identify as transgender, a.k.a. going stealth.

14. I'm in a group with other parents of trans kids. We're all experiencing a tremendous amount of worry. Some parents don't have papers in order and are now unable to get corrected SSNs or passports. I'm worried about travel. Will her passport get seized? Will we be able to get another passport with her corrected gender? Her dream is to play soccer in college. Given the NCAA's preemptive cooperation with the administration's rules on trans athletes, she's having to change her life plans. I'm strongly considering sending her to college outside the United States, for her safety. I'm trying to stockpile enough estrogen until she is old enough to get out of the country, and enough financial resources so we can leave before then if it becomes necessary for her safety.

15. I'm very motivated to sue the federal government for these rights. Because my daughter wishes to pass as female, for her own safety among other reasons, this could discourage a private legal action against the federal government since that path would highlight my daughter's gender transition.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 6th day of February 2025.

A.D.
Parent of CHILD A

DECLARATION OF A.D.
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744