The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF B.P. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF B.P.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, B.P., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live in Seattle, Washington with my wife and we have a son and a daughter. Our son is a freshman in high school and our daughter is in her sophomore year of college at a liberal arts school in California.

3. My career has been in the non-profit sector, most recently for a non-profit that develops school curriculum for social emotional learning. My wife works in the marketing and communication field. We met while we were both working at a Quaker boarding school in Iowa. We moved to Washington together in 1997 and have lived here ever since.

4. Our daughter is twenty years old and is transgender. She is also neurodiverse. We believe she is on the autism spectrum and has struggled with OCD, ADHD, and anxiety for most of her life.

5. I have chosen to refer to her as "S.P." because I am fearful that the Federal Government could retaliate against me or my child. Individuals emboldened by anti-trans rhetoric and recent anti-trans Executive Orders of the Federal Government could target my family for speaking out. This is also why I have chosen to submit this declaration using a pseudonym.

6. S.P. is a bright, creative young adult who has long loved the theatre. Growing up she participated in local professional and community theater groups and was part of her high school theater program. She is currently studying theatre in college, where she is directing a student play and on the honor roll.

7. When S.P. was a sophomore in high school she told us she was a girl. Although we had friends who are transgender, and friends with transgender and gender expansive kids, we did not see this coming. It was a learning experience for us. Frankly, we were surprised that we did not see it coming. Although S.P. was not what you would describe as a stereotypical boy

DECLARATION OF B.P.  
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

1  growing up, she did not wear dresses or otherwise express herself in an overtly feminine way. We had a pre-conceived notion that a transgender person would "know" at a very young age and there would be signs early on.

8. It was important to us as a family to understand what S.P. was going through and to support her along the way. We asked around and found a gender-affirming therapist for my wife and me and one for S.P. It was important to us that we got support to work through our reaction to our daughter's transition so we could show up for her in the way she needed us to. We also took the time to educate ourselves and do our own research. We spoke a lot with friends who had trans kids. We joined a Facebook group of parents with trans kids. We read relevant books and online articles. We joined local support groups to better understand the process and learn. We wanted to do right by our daughter.

9. In addition to our current friends who are trans or parenting trans kids, I have known four trans peers who all transitioned in their fifties—one through work, one from our religious community, one from high school and one from college. In each case, I learned of the pain that each of them lived with from hiding their true self for decades, and I saw their positive transformation from living outwardly as they authentically experienced themselves. I am grateful that my daughter lived a relatively short period of time while feeling she had to hide who she is, and that she lives in a time where she felt able to be open and is living her authentic self openly.

10. S.P.'s social transition went smoothly. When she came out to us, it was during COVID, so school was still remote. When S.P returned to school her junior year, she presented as a girl. Thankfully, her school, her teachers, and her classmates accepted S.P. with open arms. And we had no issues with the school district; they fixed S.P.'s name and pronouns immediately; they were exemplary. Her social circle was primarily with the other theatre kids, which included other trans and gender expansive kids, so that may have helped, too.

DECLARATION OF B.P.
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

11. S.P.'s brother was completely unfazed by his sister's transition. In our family, we often talk about people's rights. The faith communities we have been a part of over the years have been very progressive, and as I mentioned, S.P.'s brother already knew trans kids because of our circle of friends.

12. After S.P. came out to us and started her social transitioning, she blossomed. She was a much happier and more confident kid. It became noticeably easier for her to connect authentically with other people. She became much more comfortable in talking about herself, answering questions about herself, and participating in her life more fully. It was as if the barriers she previously had came down. Once S.P. started experimenting with how she wanted to present herself, she became so much more outgoing and comfortable.

13. It was validating to hear from our extended family members about how much they noticed the difference and how much they were enjoying connecting with S.P. Because S.P. had struggled with OCD and ADHD most of her life, in the beginning we wondered if "being a girl" was a compulsive thought associated with her OCD. Seeing how much more confident and outgoing S.P became after socially transitioning and being supported with gender-affirming therapy, any doubts we may have had about S.P.'s transition went away.

14. S.P. started asking about hormone therapy pretty soon after coming out. Her mom and I had concerns; we did not want to rush into anything that would alter our daughter's body, but we did a lot of research and started looking for a medical provider who provided gender-affirming care. We found a great doctor at a medical system in Seattle. The doctor was very helpful and answered all of S.P.'s questions. After the assessment it was clear that hormone therapy was the right treatment for our daughter. Because of her age, it was too late for puberty blockers. S.P. wanted to grow breasts. She didn't want facial hair. She was ready to present as a girl. She pictured her future as a woman.

15. Even so, the decision to undergo hormone replacement therapy was cautious, deliberate, and informed. S.P. had known about Hormone Replacement Therapy (HRT) from

DECLARATION OF B.P.  
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

friends who were further along in their transition. S.P. had already done some online research. In addition to speaking extensively with her gender-affirming care doctor, S.P. talked to her therapist about the realities of hormone replacement therapy and what the changes might mean for her emotionally for her mental health. From the time that S.P. raised the option of hormone replacement therapy to when she took her first dose of estrogen was about six months. She has remained on this program ever since.

16. Even though, as her parents, we had concerns about our child doing anything to permanently alter her body, we also understood that S.P. was close to the age where she could decide for herself to go on estrogen. We did not want to be a barrier to her care. S.P.'s doctor helped us understand all the pros and cons and effects of HRT so we could help her make an informed decision. But also, our relationship with our daughter was more important than making her wait for our process of understanding. And we had already seen how her personality had blossomed since coming out. We knew it was important to S.P. to start hormone therapy so she could have a better relationship with her body. She was not comfortable just presenting as a girl by the way she dressed or wore her hair. She wanted to feel whole, and we wanted to support her.

17. S.P. is scheduled for bottom surgery in May of this year. We understand that because she is twenty years old, S.P.'s care should not be impacted by the current Executive Order limiting access to gender-affirming care for young people, but we know that some hospitals, including in Seattle, have canceled gender-affirming care surgeries. And we fear that this Executive Order is just the beginning, and could lead to banning access to this care for adults as well. We are worried about whether S.P.'s surgery will go forward. S.P. is also very worried about it.

18. S.P. had determined over a year ago that she wanted gender-affirming care surgery, but the doctors dissuaded her from moving too quickly. They told her that she would have to wait at least a year and a half. There were things she needed to do to prepare her body

DECLARATION OF B.P.
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

for that, including hair removal, which takes about a year, and pelvic physical therapy exercises. As a parent, I was reassured that they were slowing her down. The doctors explained the reality of the surgery and that it was important to follow the correct process to ensure that the surgery will be successful for S.P. I was grateful for the cautious approach. The narrative that these decisions are made quickly without careful consideration or consultation with mental and physical health providers is false. It's literally impossible for these kinds of care to happen quickly or without a careful lead-up process.

19. S.P. is very worried that her surgery will be cancelled, and she will not be able to get the care that she needs and has prepared for over the last year. S.P. was not politically active, but the president's anti-trans language and policies have lit a fire under her. When S.P. learned on her own about the President's Executive Order and that a local hospital had canceled gender-affirming care surgeries, she wrote to the hospital that will provide her surgery and to the Washington State Attorney General's Office. And, S.P. has been planning with her roommate, who is also trans, to protest a provider near her school in Los Angeles after her roommate lost access to gender-affirming care.

20. My wife and I love and support our children. It has always been important to us that our children live in a supportive environment. As we face these difficult times, we told S.P. that we are committed to helping make sure that she receives the care she needs, when she needs it.

21. To that end, we have been preparing for the possibility that S.P. could lose access to the gender-affirming care she needs in Washington. We will first look to other states. We are considering helping S.P. leave the country to get care, but we have significant concerns about how that would work with follow-up care or complications. S.P. has spoken with her doctor about stockpiling estrogen in case it is banned for gender-affirming care purposes.

22. With the gender-affirming care she has received to date, along with her supportive family and social network, S.P. is doing well and she is effectively passing as female in public.

DECLARATION OF B.P.
NO. 2:25-cv-00244-LK

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I am very concerned that the restrictions in the Executive Order that limits access to gender-affirming care will impact my daughter's ability to get and maintain her care. I am deeply concerned that if she loses access to her care, she will go backwards and become more closed off and anxious again. I want her to have the basic freedom to live as who she is, a freedom most other people have. I worry for her safety in this increasingly charged political environment. Transgender people are targets.

23. Denying something as basic as the medical care a person needs is a betrayal of the values this country was founded on. It is cruel and it is dangerous. The suicide rates for transgender young people are already way too high. Transgender and gender expansive people are citizens of this country, too, and they should have the same rights as everyone else. They are equal citizens, entitled to enjoy the same rights and freedom that we all enjoy: to participate fully in life as our authentic selves.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 17th day of February 2025.

_____
B.P.
Parent of S.P.

DECLARATION OF B.P.
NO. 2:25-cv-00244-LK

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744