The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | NO. 2:25-cv-00244-LK<br><br>DECLARATION OF CAITLIN P. |

DECLARATION OF CAITLIN P.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Case 2:25-cv-00244-LK   Document 184   Filed 02/19/25   Page 2 of 5

I, Caitlin P., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have chosen to submit this declaration using my first name and only initials for my last name because I am fearful that the government could retaliate against me or my child, or individuals emboldened by recent actions of the federal government would target my family for speaking out.

3. I live in Seattle, Washington with my wife and daughter.

4. I work in healthcare and my wife works in the entertainment industry

5. My daughter was assigned male at birth but identifies as female. My daughter uses she/her pronouns. I will refer to my daughter as "Child A" to protect her identity due to the heightened anti-trans rhetoric in the current political climate.

6. My daughter is six years old and started kindergarten this year. She is a very funny, bright, and creative child. She is an incredible storyteller and has written several books. She loves to make people laugh and has never met a joke for which she can't perfectly land the punchline. She is brave. She has always had a strong sense of self and a confidence in who she is, that I, a woman in her 30's, have yet to achieve. It's one of the things I admire most about her.

7. When Child A was three years old, she started making comments that she is a girl. My wife and I would ask if she wanted to talk about it, and she would respond, "no, just I'm a girl". We let her know we support her and that we would love to talk about it with her any time she wants. Sometimes months would go by without her saying anything more about it and then she started making small comments here and there about her appearance. One time she told us she wanted long hair like Rapunzel. At the time, we thought maybe Child A is not cisgender or maybe she is just exploring gender expression. We have always affirmed with Child A that she is free to identify and express herself as she sees fit and will receive nothing but love and

support from us. My wife and I are not the kind of parents that teach gender norms. I have nonbinary siblings, so Child A was introduced to the fact that not everyone is cisgender at a young age. She has same sex parents and has always been taught that there are all kinds of people and all kinds of families. Still, Child A has learned about traditional gender norms from what she has observed in the world around her, particularly from the media.

8. When Child A was four and a half years old, she came to me and said, "A mistake was made in your body when you were pregnant with me. This is not the body I am supposed to have." She asked, "When will my body change because I'm supposed to have a girl's body?" This was the first time Child A had said anything this detailed and serious about her gender identity. My wife and I had a great talk with her about how she was feeling and made clear that we fully support her.

9. Child A wanted to have this conversation daily about her gender identity and her preferred pronouns. We talked with Child A's pediatrician and a behavioral health specialist who told us to look for her being persistent, insistent, and consistent with expressing her gender identity, which was what we observed our daughter was doing. From that point on, we made sure to let her know that we believed her, that we loved her, and supported her no matter what.

10. Child A changed her pronouns and started talking about wanting to change her name. She tried out a couple of different names until she found the perfect one. We looped in our family and friends early on as well as her daycare since she was openly talking about it. No one missed a beat. Everyone happily embraced Child A's identity and for that I am truly grateful.

11. When Child A was five years old, we began looking into getting her registered for kindergarten. This was when we pursued legally changing her name so her dead name (the name given to her at birth) would not be associated with any school record. In February 2024, we legally had her name changed and she couldn't be happier—she just loves her chosen name.

12. Child A used to have a lot of persistent questions about why she was in the wrong body and misconceptions about when her body would change. My wife and I explained to her in

DECLARATION OF CAITLIN P.
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

an age-appropriate way that her body would change, but maybe not in a way that aligned with her gender identity. But we explained that there are medical supports that could help her body to change in a way that aligns with her gender identity, if she chose, and when the time was right. She seemed very relieved after that conversation and ceased asking those questions.

13. Due to Child A's young age, gender-affirming care for her comes in a variety of forms like our unwavering support, using her chosen name and pronouns, and freedom to express herself in her appearance. Another step we have taken is getting Child A's gender marker changed. For this we needed a psychiatrist to sign off for approval. We were able to have Child A seen by a psychiatrist at Seattle Children's Gender Clinic. Being only six years old, medical treatments such as puberty blockers and hormones are not yet needed for Child A. However, we felt lucky that when the time comes, we would have the gender clinic as a resource to help us navigate next steps in our daughter's transition journey, if she so chooses. Now we don't know if that is going to be the case.

14. I am aware of the Executive Order putting conditions on gender-affirming care for youth.

15. I would be very concerned if the restrictions in this executive order were to affect medical providers in Washington.

16. I am so grateful that my daughter is surrounded by so many accepting people and such a supportive community. Child A has never had transphobia directed at her and my hope for her is that she never will, though I know that is unrealistic given the current climate. Thankfully my daughter currently passes as female, but I am afraid of the day when that may not be the case, especially if this harmful Executive Order is allowed to stand. It is heartbreaking to imagine a reality where my daughter is not free to be who she knows herself to be and live in a body that aligns with her identity. I do not want her to ever feel ashamed or feel afraid to be who she is. I fear for her mental health if she had to live in a world where she must hide who she is.

DECLARATION OF CAITLIN P.  
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

17. As Child A's mom, it is my job and promise to keep her safe. That is my number one priority, always. I fear that I will not be able to keep that promise. While my wife and I are terrified of what the future holds and sometimes we just want to pack up and leave the country for somewhere safe, we know it's important for us to stay and fight. People's civil rights are under attack. It's not just about our family. It's about everyone that will be harmed by this Executive Order and the hateful rhetoric surrounding it, and the lives that will be endangered and lost because of it.

18. I am thankful that the Washington State Attorney General's Office is bringing this lawsuit as there are many reasons I cannot do so as an individual plaintiff. Along with not having the time, financial resources, or expertise to take on something like this, I would also greatly fear for my family's safety going against an administration that has exhibited patterns of retaliatory behavior, and which embraces policies that strive to eliminate my child's existence.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this ___16th___ day of February 2025.



CAITLIN P.
Parent of "Child A"