The Honorable Lauren King

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

STATE OF WASHINGTON, et al.,

      Plaintiffs,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

      Defendants.

NO. 2:25-cv-00244-LK

DECLARATION OF C.C.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    I, C.C., declare as follows:

2    1.    I am over the age of 18, competent to testify as to the matters herein, and make

3    this declaration based on my personal knowledge.

4    2.    I have chosen to submit this declaration using only initials because I am fearful

5    that the Federal Government or individuals emboldened by recent actions of the Federal

6    Government could retaliate against me or my family for speaking out.

7    3.    I live in Seattle, Washington with my spouse of 26 years and our two high school-

8    aged sons Child A and Child B. Child A was designated female at birth and identifies as male.

9    Child B is cisgender male. Our eldest, Child C, was designated male at birth and identifies as

10    female. Child C is 21 and lives in Seattle, Washington.

11    4.    I work in education and the arts. My spouse works in healthcare.

12    5.    When Child C was around 16-17 years old, she was extremely depressed. We

13    took her to the emergency room several times because she was having suicidal ideation. After

14    talking with her doctor, our daughter informed us that she is female. Her uncle (my brother) is

15    transgender and our family is very accepting of transgender people so my husband and I were

16    surprised that she hadn't talked about it more with us. But that's how she is—she is very private

17    and independent. When she turned 18, Child C took the reins herself and sought gender-

18    affirming medical care on her own, starting directly with estrogen.

19    6.    Child C's mental health improved dramatically after she came out to us as trans.

20    These days, she's in therapy and is a totally different person. She is an artist and musician who

21    creates beats and performs locally. She has also collaborated with artists internationally. We get

22    to see her daily, as she walks our dog for us. She has lots of friends and things are going well for

23    her. We have consistently supported her, and we try to provide whatever she needs to feel like

24    her authentic self.

25    7.    Child A was in fifth grade when he told my husband and I that he is transgender.

26    I asked him what that meant to him. He said, "I can't do this (referring to puberty as a girl), this

DECLARATION OF C.C.                                    1                    ATTORNEY GENERAL OF WASHINGTON
NO. 2:25-cv-00244-LK                                                              Complex Litigation Division
                                                                                   800 Fifth Avenue, Suite 2000
                                                                                        Seattle, WA 98104
                                                                                         (206) 464-7744

1   isn't happening." At the time, he was self-harming by cutting himself. He hid this by wearing

2   long-sleeves and long pants, and we didn't find out until later. This was also during the

3   pandemic. He kept saying "this isn't who I see myself as." It was an extremely difficult time for

4   Child A and our family as we worried about his mental health. Child A had suicidal ideation and

5   we took him to the emergency room twice. We were so scared for him. We immediately found

6   a therapist for him and took him to Seattle Children's Hospital to access gender-affirming care.

7        8.    Child A started puberty blockers at age 11. Since that time, his mental health has

8   turned a corner. He's been seeing the same therapist for a long time and is in constant

9   communication with his providers at Seattle Children's Hospital. He came out and socially

10  transitioned at school in sixth grade. At his older brother's urging and concern for Child A's

11  safety and health, Child A didn't go to the local middle school. He attended a private school and

12  that has been a great experience for him. He first used they/them pronouns, then he/him. Child

13  A is a strong social justice advocate who is always sticking up for others. He hangs out with his

14  friends, is involved in acting and singing, and is loud and joyful.

15       9.    Child B is open and accepting. He's like "whatever, who cares, this is my family."

16  He believes that everyone has their own unique gift in this family.

17       10.   Having two transgender kids is not hard for me to accept, because my brother is

18  transgender. I've always been an advocate for him, including when he came out to our parents,

19  who struggled to understand and accept him at the time. My husband, who is more of a worrier

20  than I am, has always worried about the safety of our kids. But there is no doubt that he also

21  loves and accepts them for who they are.

22       11.   I am aware of the Executive Order that seeks to restrict gender-affirming care for

23  youth. Our transgender children are also aware. Child A, who is in ninth grade, is particularly

24  upset and worried. The day the Order was signed, he cried for hours. He stayed home from school

25  and was so sad. He's talking about moving to Canada. But he's also concerned and worried about

26  others, especially people in states outside of Washington. It's been hard to talk to him about it

1    because it's so emotional for him. I worry about Child A and his mental health. I don't want to

2    scare him or make him nervous.

3        12.    Child A receives gender-affirming care at Seattle Children's Hospital. We are

4    concerned that we won't be able to continue accessing care there. We don't know what to do. If

5    Child A couldn't take his medications, he wouldn't be okay. He'd be devastated. In a recent

6    medical appointment, he said "I feel like I don't look like myself yet, and I can't wait until I do."

7    It was particularly upsetting for him to have one of his gender-affirming medical procedures on

8    inauguration day of all days.

9        13.    We've asked Child A's provider to write a longer-term prescription for Child A's

10    medication. My brother, who's been visiting us from Canada, asked if Child A might want to

11    live with him in Canada, where Child A's rights would be respected. I'm shocked that we are

12    even having these conversations. My brother is pushing me to think about the risks, but I'm

13    struggling to wrap my head around what's happening.

14        14.    Both of our transgender children are thriving and look forward to their lives as

15    the gender they feel themselves. Though they have had different experiences, both Child A and

16    Child C were suffering with gender dysphoria and started to thrive after receiving gender-

17    affirming medical care. I have so many questions. My husband and I are so stressed. How will

18    Washington protect transgender youth if this lawsuit fails?

19        I declare under penalty of perjury under the laws of the State of Washington and the

20    United States of America that the foregoing is true and correct.

21        DATED this __18__ day of February 2025.

22

23                              C.C.
                          Parent of Child A, B, and C

24

25

26

DECLARATION OF C.C.        3        ATTORNEY GENERAL OF WASHINGTON
NO. 2:25-cv-00244-LK                     Complex Litigation Division
                                      800 Fifth Avenue, Suite 2000
                                      Seattle, WA 98104
                                      (206) 464-7744