The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF L.D. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF L.D.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I, L.D., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have chosen to submit this declaration using only initials because I am fearful that the government could retaliate against me or my family, or individuals emboldened by recent actions of the Federal Government would target my family for speaking out.

3. I live in Camas, Washington with my husband and son. I also have a daughter, age 22, who is attending college in Monmouth, Oregon. We are life-long Washingtonians. I use she/her pronouns.

4. My son, J.D., is 20 years old. He was assigned female at birth but identifies as male. J.D. uses he/him pronouns.

5. We kept things fairly gender-neutral at home, but we started seeing signs from our son regarding his gender identity at a young age. When he was three or four years old, J.D. started to refuse to wear dresses. Whereas his older sister was super "girly" and loved playing princess, J.D. loved playing with cars and other toys associated with boys in mainstream culture. He never wanted to wear his sister's hand-me-down "girly" clothing.

6. I remember when J.D. was four years old, he would occasionally say "You know I'm a boy on the inside." It was spoken very matter-of-factly, and only with trusted adults. He would frequently change his name to different boy names. We kept things open in our home and just went with the flow.

7. When J.D. was 11, he started having anxiety and some depression. We sought testing with a therapist and mentioned his statements about being a boy on the inside. The therapist explored this with J.D. and ultimately diagnosed him with gender dysphoria. At that time, my husband and I had very limited knowledge of what being transgender meant. Our son did not even know the word transgender or anything about gender diversity. He did not know that there were people who were transgender. My husband and I often saw the therapist with our

DECLARATION OF L.D.  
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

1  son. His therapist took it very slow and used age-appropriate language to gently probe at our
2  son's gender identity. The therapist asked a lot of questions, trying to find out what our son
3  wanted. He explained about medical interventions like puberty blockers and hormones. He
4  explained that some people prefer to wait through puberty to see how they feel, and some do not
5  want to go through puberty. Our son would reply, "I just don't know yet." After many sessions
6  with him and my husband and I, the therapist said that our son might want to wait through
7  puberty before seeking gender affirming medical care. We agreed to wait since J.D. did not know
8  what he wanted. J.D. told me he recalls just being focused on himself at that time. His depression
9  went away with these therapy sessions.

10  8.  When J.D. was 14 or 15 years old, he started struggling. That's when he told us,
11  "I really need to see a therapist to have someone help me figure out who I am and what I'm
12  feeling." He said he needed someone who can ask him the right questions. His former therapist
13  recommended a gender specialist.

14  9.  J.D. started seeing a gender-affirming therapist. Meanwhile, my husband and I
15  also saw a therapist and went through a parenting class for parents of trans kids. This time in
16  therapy was during the pandemic, so J.D. was able to take his time at home with therapy and
17  figure out how he was feeling, which really helped him to socially transition. After one year of
18  therapy, when J.D. was 16, nearly 17 years old, he decided to start hormones.

19  10.  When our son got his first short haircut, it was amazing. He said that he felt like
20  himself for the first time. He was extremely brave and self-confident when he went to the first
21  day of his junior year in high school as a boy. He'd gone to the same high school for two years
22  as a girl. Before the start of school, I had emailed staff, explaining the situation and his name
23  and pronouns. The school staff were wonderful. When he walked into school that first day, he
24  said it felt like he was growing into who he was meant to be. He was very happy. He was
25  suddenly initiating conversations with people, whereas before, he wouldn't even order at a
26

restaurant. He felt far less anxiety with public speaking and socializing. Seeing his confidence soar like that, as parents, we knew we were on the right track.

11. I am aware of the Executive Order putting conditions on gender-affirming care for youth. Even though my son is over 19 years old, I would be very concerned if the restrictions in this executive order were to affect medical providers in Washington because I know how much the ability to obtain gender affirming care benefited my family and how denial of such to other families will jeopardize lives. I can't even think about the possibility of not having the support that our son had. It would've really taken a toll. We know people for whom not having gender affirming care for their child has taken a tragic toll. That's why I'm speaking out. I want to make sure the younger folks have the options. The support my son received, all the specialists he saw; his doctors have 300 trans clients. It was seamless. There was no flinching. I know that the support that our family received is not the norm and we are immensely grateful.

12. My son is "freaked out" about the transphobia on social media and the hate speech and actions taken by this presidential administration. He worries for trans youth and fears that this administration will broaden their attack to young adults and older. It's hard to imagine the harmful and likely tragic consequences if gender affirming care were denied. When we see this hateful speech by this administration and its supporters on the news, on social media, we know that they don't even know what they're talking about. They have a complete misapprehension of the long arduous and thorough process that is involved with medical transitioning. It's hard when half the country thinks that you're an abusive parent. They're not educated about it at all.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 17 day of February 2025.

L.D.
Parent of J.D.

DECLARATION OF L.D.
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744