The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF S.G. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF S.G.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, S.G., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have chosen to submit this declaration using only initials because I am fearful that the government could retaliate against me or my child. I also worry that individuals emboldened by the Federal Government's recent actions could target my family for submitting this declaration.

3. I am the mother of a 17-year-old daughter, "Minor A." I am an acupuncturist, and her father works as an educator in land conservancy. We've lived in the state of Washington since Minor A was born.

4. My daughter is transgender. She was assigned male at birth, but she identifies as female. She loves to ski and play video games. She's doing well in school and her friends mean everything to her.

5. When Minor A was around two or three years old and could vocalize her preferences, she started preferring some stereotypically female things. For example, when we were at a shoe store, she would drag me to the girls' shoes section, requesting the ones that had princesses on them. I'd try to get her to focus on the blue boy ones, but she was very certain of what she wanted. When she was three, she decided to be a witch for Halloween. At around 6 years old, she let her hair grow long.

6. When she was around seven years old, we were at a restaurant having dinner, and the waitress asked us "what would you ladies like to order?" I asked Minor A if she'd like me to correct the waitress. She said "no," that she liked when people thought she was a girl. A couple of months later, she told her dad that she was in fact, a girl, and would like to be called by a girl name she chose.

7. At that time, Minor A was attending a private school where they used uniforms. We communicated to the school that we'd like for our daughter to transition socially at school

DECLARATION OF S.G.  
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

and be able to wear a girl's uniform. Because we asked in the spring, they requested we wait until the start of the new school year to start the transition. They also asked us to write a letter to all of the parents in the school (pre-k through fifth grade) to explain to them that Minor A was transitioning. We were very new to anything related to the transgender community, and I didn't know any other transgender kids at her school. So, we followed the school's recommendation, although looking back now, I realize that other children's families were not required to communicate big changes in their child's lives in this way to the whole school.

8. When I first understood that Minor A was transgender, I was terrified of what this would mean for her. I cried nearly every day for three months, worrying about how people would treat her and reading about the challenges that the transgender community faces. Luckily, we are surrounded by a supportive community. When Minor A transitioned, I started hearing from other parents or teachers from her school about how she had positively changed now that she could identify as a girl. People would tell me that she now looked them in the eyes when she spoke. Her music teacher said that she went from being a depressed kindergartner to a happy student. I hadn't experienced this depressed behavior with her at home, since at home she could dress and express herself any way she liked. When I heard this validation from acquaintances at her school, I knew we had made the right decision for her.

9. We sought gender-affirming care for Minor A and did not question that choice. The first step we took towards finding this care was to take Minor A to a pediatric endocrinologist who said that in order to get gender-affirming treatment in the future, we would need to find a therapist to support Minor A during her transition now. Her doctor told us that to start puberty blockers, we should wait until she was 11 or 12. In the meantime, it was hard to find a good therapist for her, but we have consistently sought therapy for Minor A since that time.

10. When Minor A was nearing puberty, she started taking the puberty blockers. Getting her hormonal implant was a huge relief for Minor A. She was terrified of going through

puberty as a boy. After she received her implant, she told me: "Momma, guess what I'm afraid of now? Nothing."

11.     A couple of years later she was prescribed estrogen, which she continues to take today.

12.     Now at 17, Minor A is a wonderful girl, stable and secure of herself. I believe that she is well-adjusted today because we always advocated for her and supported her. She doesn't feel like she has to prove herself because we've always allowed her to be herself. She just wants to be a normal kid, a normal girl.

13.     Since the November 2024 presidential election, it literally feels like there is a weight on me, all the time. I have to find a way to function. I don't know how to live my life under this kind of oppression. I've lost weight because I'm having trouble eating and sleeping. What encourages me to hope for a good future is to hear about what the lawyers and courts are doing to protect us, like this lawsuit.

14.     Minor A knows about the Executive Order that threatens to put a stop to gender-affirming care. We've talked about it in the context of her care, and with her doctors. She's been prescribed estrogen to last for the next three months. There is no way my daughter would survive having to stop this treatment. The suicide rate for trans youth is skyrocketing under this new administration. I will do anything I can to not let this happen to her. Even with these fears, Minor A feels strongly that she wants to continue living in Washington to be close to her friends and community although in the last day or two, she is considering the option of leaving. The pressure is getting to her as well.

15.     The next step in Minor A's care plan is to get a referral to see a clinic about bottom surgery. After we have the initial appointment, which Minor A cannot have until she turns 18, there is a two-year waiting period for the surgery. We are afraid the possibility of having this procedure done in the U.S. will be taken away from us. And the wait lists are long here in the US as well. I've been researching other countries we could travel to if this were to happen,

even though this would be a significant expense for our family. We also worry about taking our daughter out of the country right now, and fear that she may have difficulty re-entering the US because she is trans.

16. Ever since Minor A transitioned, I've volunteered to facilitate support groups for transgender families. While I stopped recently, I'm still well-connected to the community. The fear amongst parents of trans youth is real. Parents are talking about trying to buy unregulated hormone replacement therapy for their kids online if it becomes unavailable at clinics. That would be incredibly unsafe, especially without a doctor taking bloodwork and monitoring the treatment. We are concerned about our safety, stopped using Facebook to communicate, and have had to find a more secure space to talk in person. What this administration doesn't understand is that you can't stop parents from protecting their children—we will do whatever it takes.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 14 day of February 2025.

S.G.
Parent of "Minor A"

DECLARATION OF S.G.
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744