The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF STEPHENIE 'FE' MISCHO |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF
STEPHENIE 'FE' MISCHO
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, STEPHENIE 'FE' MISCHO, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I live on Whidbey Island, Washington with my husband and three children, ages 22, 17, and 13. U.S. Military orders brought us here.

3. I am the Vice President of our local PFLAG and work for the local Chamber of Commerce. I have long been a fierce advocate for LGBTQ+ rights.

4. My middle child, E.M., was assigned female at birth but identifies as male. I have chosen to use initials E.M. to refer to him in this declaration to protect his privacy.

5. My son is an amazing kid. He is empathetic, kind, and loving. He is a loyal friend. He enjoys cosplay, reading books, and gaming. We often play games as a family. E.M. loves going to concerts and thrifting. He just loves being around people, whether it's spending time with his family, hanging out with friends, or going to his favorite summer camp. It is a privilege to be E.M.'s mom.

6. I am originally from Texas and had a very southern-conservative upbringing, which came with its own challenges. As a parent, I have made it a point to ensure my kids grew up with unconditional love, acceptance, and freedom to explore who they are. My husband and I raised our kids without the constraints of gender norms. We wanted our children to figure out for themselves what fits them best, like what clothes they like and how they want to present themselves. We have always been very open with our kids, and them with us.

7. When E.M. was in fourth grade, he expressed that he wanted to use the boy's bathroom. We were not too surprised because there had been small signs of E.M.'s gender identity preferences before. We have never viewed E.M. informing us about his gender identity as "coming out" because of the freedom my children had to experiment and discover who they are. Our family is so open and welcoming, it had never even crossed his mind that telling us he

DECLARATION OF
STEPHENIE 'FE' MISCHO
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

identified as a boy would be received by anything other than our love and support. We simply want what is best for our children's physical, mental, and emotional health.

8. At the time, E.M. had a military pediatrician he had been seeing since he was two-years-old. When we notified E.M.'s doctor about his gender identity, his doctor refused to treat him, stating it was against his religious beliefs. He wouldn't use E.M.'s preferred name and pronouns. It was heartbreaking to see my son's doctor of seven years treat him this way. E.M. was getting hit with trauma at only nine-years-old, and by a medical professional no less. Thankfully, we were able to establish care with a different pediatrician who has been nothing but supportive and a great resource for finding our son the health care that is right for him.

9. In fifth grade E.M. began trying out different names. His teachers and the school staff were supportive and would use his preferred name. There were many instances of his classmates using his dead name, though. Sometimes it was an honest mistake because they had grown up with E.M., but there were other classmates who would intentionally not respect his preferred name or pronouns. This intentional misgendering was difficult for E.M. to navigate as this behavior was in stark contrast to the acceptance he has always known at home. Around this time, E.M. was diagnosed with childhood depression. While we don't believe this was directly tied to his gender identity, it certainly did not help his mental health when dealing with classmates who refused to accept who E.M. knew himself to be.

10. Once E.M. began identifying as male, he wanted his outward appearance to reflect what he felt like on the inside. As a family we began researching everything we could about being transgender. We read scientific studies and watched documentaries. E.M. was very interested in trans history and wanted a better understanding of his own feelings and what they meant. E.M. watched "Jazz," a show about a transgender child. At just 12-years-old he took initiative in educating himself and researching what he could find about being transgender. He would often present what he was learning to my husband and me, and we would have in depth

DECLARATION OF
STEPHENIE 'FE' MISCHO
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

conversations about what he learned. I have always been very proud of his eagerness to learn and get a better understanding of who he is.

11. E.M. first started exploring gender-affirming care and talking about testosterone therapy when he was 12. E.M. had already started puberty and experienced menstrual cycles and breast development. He has to wear binders, and having larger breasts makes this incredibly uncomfortable. He was struggling with feelings of sadness. He said he didn't feel right in his body. He didn't like going to gym class. He felt like he was struggling to fit in. It was bothering him not passing as a boy, his true gender identity.

12. When E.M. was 13 he expressed to us that he was ready to start pursuing testosterone therapy. This was when his pediatrician referred us to a gender clinic. During the appointment, the doctor further educated us on gender-affirming care and more specifically testosterone therapy. After many conversations as a family, with his pediatrician, and his doctor at the gender clinic, E.M. began testosterone therapy when he was 14, nearly two years after we first started exploring this option. This decision was made deliberately, carefully, in consultation with E.M.'s therapist and gender-affirming care doctors and with our complete understanding of the benefits and risks. As E.M.'s parents, we were comfortable with the decision for E.M. to take testosterone because of all the education we had done. We let medical facts and what was best for our son's health drive our decision. We also knew E.M. could stop at any time if he wanted.

13. After a few months of taking testosterone, E.M.'s mental health started to significantly improve as he started seeing the effects of the testosterone therapy. His voice was deepening and he was noticing changes in hair growth, which improved the way he felt about himself. E.M. became a lot more comfortable in his appearance. He began enjoying shopping for clothes and was putting more effort into how he dressed. He had better hygiene and cared a lot more about how he looked. He became more outgoing and engaged with others. These may seem like small things, but to my son it meant finally starting to feel at home in himself.

DECLARATION OF
STEPHENIE 'FE' MISCHO
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

14. Gender-affirming care is not just about medical treatments. Something else that has really helped my son is the summer camp he attends for LGBTQ+ youth. He loves going to this camp and has found a real sense of community being around kids and adults like himself. He has told me that seeing trans adults at summer camp gives him hope for what his future can be, which was something he didn't have before. Whenever he comes home from camp he is noticeably happier, more confident, and excited about the future.

15. E.M. is 17-years-old now, a junior in high school. He's currently interested in careers involving early childhood education or emergency response services like firefighters, EMTs, and 911 operators. This is supposed to be an exciting time for teenagers, figuring out what they want to do next. With this Executive Order threatening access to gender-affirming care, my son's excitement for the future has instead turned into fear and uncertainty.

16. The next step of my son's transition journey is top surgery. The process to get E.M. scheduled for top surgery began about a year and a half ago. As with the decision to take testosterone, there was a lot of research involved, lengthy family discussions, doctor consultations, and obtaining approval from a mental health specialist, which his therapist of many years was more than willing to support. E.M. had been diagnosed with gender dysphoria and it had been medically determined that gender-affirming care was necessary for his wellbeing. Getting top surgery was the next step in achieving that.

17. E.M.'s top surgery was scheduled for February 13th, 2025, and at the last minute the hospital canceled it because of the President's Executive Order. To say this news was devastating would be a complete understatement. All the time and research my son poured into his transition journey, years of learning and hoping and dreaming, taken away in the blink of an eye. He was so close to being able to feel complete, so close to being the person he feels he is on the inside, only to be told his surgery has been canceled and cannot be rescheduled until further notice. E.M. has been putting on a brave face, but I know he is hurting. He was so excited for this surgery. He talked about how excited he was to go to camp this summer and not have to

DECLARATION OF STEPHENIE 'FE' MISCHO
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

wear a shirt, and now he is worried it may never happen. Seeing my son suffering like this is heartbreaking. We have reached out several times to the hospital to request that it reschedule E.M.'s surgery. So far, the hospital has refused, citing the Executive Order. We are hopeful that the hospital will reschedule E.M.'s top surgery as soon as possible.

18. My husband and I have had numerous conversations and planning sessions about how to continue to get E.M. the lifesaving gender-affirming care he needs if this Executive Order is allowed to stand. We have discussed leaving the country for care if we have to, whatever it takes. Our son, and all trans kids, deserve gender-affirming care. It's not just about surgeries. It's about helping kids be who they are. For my son, continuing testosterone therapy and getting top surgery is necessary for his physical, emotional, and mental health. I am scared for what could happen if my son is denied the care he needs. While E.M. is generally a positive and happy kid, being denied this care, the inability to exist in the world as the person he knows himself to be, will cause irreparable harm. E.M. has had trans friends die by suicide because they did not receive the support and acceptance they needed. I know if this Executive Order stands, more kids will die as a result.

19. I do not have the expertise or resources to go against the most powerful office in the country, and in this time of heightened anti-trans rhetoric, beginning with the President's, I fear for my family's safety if I tried to bring a lawsuit as an individual plaintiff. For that reason I am thankful that the Washington State Attorney General's Office is bringing this lawsuit to fight back against this harmful, cruel, and baseless Executive Order.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of February 2025.

_____ 02/18/2025
STEPHENIE 'FE' MISCHO
Parent of E.M.

DECLARATION OF
STEPHENIE 'FE' MISCHO
NO. 2:25-cv-00244-LK

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744