The Honorable Lauren King

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF S.W. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF S.W.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, S.W., declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I have chosen to submit this declaration using only initials because I am afraid that the Federal Government, or individuals emboldened by recent actions of the Federal Government, would target me for speaking out. I am referring to my grandchild as Child A because they fear they could be bullied and harassed at school and in the community. I am writing this declaration as a grandmother, on behalf of my family, because my grandchild and their parents are afraid they will be targeted and retaliated against for speaking up on behalf of transgender children and gender-affirming care.

3. Child A is a brilliant, amazing kid. They are 17 years old and currently doing the Running Start program at a local university. Child A wants to become a physician but is also interested in engineering and is an incredible artist. Their pronouns are they/them. We live in Spokane, Washington; I live across the street from Child A, and we are very close.

4. Child A was assigned male at birth but realized a few years ago that they are transgender. They have only come out as trans to family because they do not feel comfortable or safe enough to tell their friends. Their friend group is mostly sports-oriented and competitive boys, and Child A is worried that they might be bullied if they were to come out.

5. Before coming out as transgender, at about 14 years old, Child A was extremely depressed. It got to the point where they wouldn't get out of bed for literally the entire day. Their parents and I were all very concerned they might take their life. Child A's parents went through a very difficult process to find a therapist for them. After working with their therapist, Child A told the family that they did not feel like they were the gender they were assigned at birth and were transgender. Child A has continued to see a therapist as part of their gender-affirming care.

6. After about a year and a half in therapy, Child A decided that they wanted to take puberty blockers as part of their gender-affirming care. Child A's parents searched all around

DECLARATION OF S.W.
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  for a medical provider who could give Child A the gender-affirming medical care they needed.
2  It was a very difficult process because there are limited options where we live, but they finally
3  found a physician through a local community health association. Together with their therapist,
4  physician, and parents, Child A decided to go on puberty-blockers at around 15 years old.

5        7.      Child A brightened up very soon after starting the puberty blockers because they
6  felt there was finally progress being made. They started estrogen treatment after they turned 16
7  years old, and that has been HUGE for them. They are a much happier kid now, even though
8  they're still not confident enough to tell their friends that they are trans. They are participating
9  more in life, enjoying their college classes, and engaging with the world again.

10       8.      I am aware of the Executive Order limiting gender-affirming care for youth. The
11 way this administration talks about gender-affirming care is scary. I don't understand how they
12 could target a marginalized group and just tell them, "you don't exist". It's hard to understand
13 how targeting a community of vulnerable people can be legal. Society should be protecting these
14 kids and ensuring they have the proper care, not saying, "you don't matter anymore, we don't
15 believe you, you have a mental illness". That is a terrible thing to hear, especially for a teenager.

16       9.      When the Executive Order was announced, Child A and their mom had to sit
17 down and have a difficult conversation about what would happen if they couldn't get their
18 gender-affirming care. We are extremely worried that if Child A can't get their care, they will
19 spiral into depression again and possibly kill themselves. The suicide statistics for transgender
20 children are alarmingly high, especially right now with the current political climate.

21       10.     No one outside of our family knows that Child A is transgender. They wear baggy
22 clothes to hide their body and to avoid being bullied. Child A tells us there has been an increase
23 of bullying at school. I believe that's because someone that was elected has given everyone
24 permission to be their worst selves, and that parents are passing down these hateful ideas to their
25 kids. Things have gotten so bad that our church, which has an LGBTQIA+ community space, is
26

DECLARATION OF S.W.           2          ATTORNEY GENERAL OF WASHINGTON
NO. 2:25-cv-00244-LK                                  Complex Litigation Division
                                                                         800 Fifth Avenue, Suite 2000
                                                                         Seattle, WA 98104
                                                                         (206) 464-7744

1    having to think about how to make the space more secure so that people can be safe from hate
2    and violence. Child A is very upset and scared, and so am I and their parents.

3    11.    Child A is incredibly smart. One day, they are going to make great contributions
4    to society. They are smart enough to know what they are doing in choosing gender-affirming
5    care, and they should be protected and able to live as their authentic self. Gender-affirming care
6    literally saved their life.

7    12.    Having access to gender-affirming care is the only option for Child A. I would be
8    very concerned if the restrictions in this Executive Order were to limit or end access to gender-
9    affirming care in Washington. Many therapists and other medical providers in our area are
10   already removing information from their websites that indicates they provider gender-affirming
11   care, including Child A's therapist. Even providers are scared of this order, and what it could
12   mean for them. If this order goes into effect, I believe transgender children will die.

13   I declare under penalty of perjury under the laws of the State of Washington and the
14   United States of America that the foregoing is true and correct.

15   DATED this _____ day of February 2025.

S.W.
Grandparent of Child A

having to think about how to make the space more secure so that people can be safe from hate and violence. Child A is very upset and scared, and so am I and their parents.

11. Child A is incredibly smart. One day, they are going to make great contributions to society. They are smart enough to know what they are doing in choosing gender-affirming care, and they should be protected and able to live as their authentic self. Gender-affirming care literally saved their life.

12. Having access to gender-affirming care is the only option for Child A. I would be very concerned if the restrictions in this Executive Order were to limit or end access to gender-affirming care in Washington. Many therapists and other medical providers in our area are already removing information from their websites that indicates they provider gender-affirming care, including Child A's therapist. Even providers are scared of this order, and what it could mean for them. If this order goes into effect, I believe transgender children will die.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of February 2025.

_____
S.W.
Grandparent of Child A

DECLARATION OF S.W.
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744