The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF D.Z. & A.Z. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF D.Z. & A.Z.
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

We, D.Z. & A.Z., declare as follows:

1. We are both over the age of 18, competent to testify as to the matters herein, and make this declaration based on our personal knowledge.

2. We have chosen to submit this declaration using only initials, and to identify our child as "Child A," because we are fearful that the government could retaliate against us or our child. We also fear that individuals emboldened by recent actions of the federal government would target our family for speaking out.

3. We are the parents of twins, aged sixteen-and-a-half. One of our twins, Child A, is transgender. Child A was assigned a male gender at birth but is transgender and uses she/her pronouns. Our family lives in Seattle, Washington.

4. Child A is a junior in high school. She is avidly involved in their school's theatre program, where she can present herself as authentically as possible. Child A likes to dress up in drag, and mentors other kids who are also interested in drag. We often see Child A surrounded by friends and peers, which we attribute to her magnetism and charisma. Her laugh can light up the room. Child A is an incredibly brave person, and her high sense of self confidence has allowed her to present externally how she feels internally. She likes to play video games with her twin brother. But really, Child A is just a regular teen, burdened by walking in a world that doesn't want to see her for who she is.

5. We first noticed that Child A did not identify with her sex assigned at birth when she was as young as three years old. At that age, she told me she was a girl. Her presentation has always been feminine. For example, Child A grew her hair long. Child A would ask to wear pink cowboy boots and pink tights. In elementary school, Child A was cast in a role in a theatre production that required her to cut her hair. A part of Child A died that day, and she went into a deep depression as she tried to navigate life as a boy. After she cut her hair, Child A would only wear muted blues and "boys" clothes. As the depression worsened, we offered to have her wear

DECLARATION OF D.Z. & A.Z.  
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

clothes at home that made her feel like herself, but she refused. Soon after, she began seeing a therapist.

6. This deflated feeling persisted throughout Child A's experience in middle school. In retrospect, it is clear that Child A was doing what she thought society expected of her and was trying to fit in. But she didn't fit in, and it made her extremely unhappy. Child A's exuberance for life was gone. To witness their light and love for life vanish was difficult as a parent to observe.

7. Sometime during eighth grade, Child A said she wanted to start using they/them pronouns. Although Child A struggled with internalized transphobia at first, Child A really came into their own once she came to terms with who she is. Socially transitioning was an enlightening step for Child A. Suddenly, we had our kid back. Come the start of high school, it was clear that Child A was finally comfortable enough to say who she was. This confidence encouraged Child A to follow their role models, like Ru Paul, and participate in drag, too. At this time, Child A began going by their preferred name socially, and before long, we had our child back. We finally saw Child A's light and joy return. Watching that return has truly been a gift.

8. Even after Child A socially transitioned, however, she continued to experience gender dysphoria. She began going through male puberty, and particularly struggled when she grew taller than D.Z. in the summer after ninth grade. That was when we knew, as parents, that medical interventions would likely be needed. Our pediatrician asked Child A if she wanted more time to think about whether she wanted to access gender-affirming medical care. Child A said no, and we were referred to Seattle Children's Gender Clinic in summer 2023.

9. Our first appointment at Seattle Children's was June 2023; Child A started hormone therapy about three months later. At that time, Child A received a testosterone blocker once every three months, and began receiving weekly estrogen doses. Although this may seem like a quick start to receiving hormones, Child A was hoping to walk out of her first appointment with medication. Child A had done a lot of research on hormone therapies, and had heard from

DECLARATION OF D.Z. & A.Z.
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

friends about ordering hormones from Asia. But we told her there was no reason to jeopardize her health when we have access to medical providers that can help get that care.

10. We are aware of the Executive Order putting conditions on gender-affirming care for youth.

11. On February 3, 2024, Child A was referred for gender-affirming surgery when she turns 18—just over a year away. But we never got the call from Seattle Children's to begin making appointments in preparation for that surgery. Now, when we look at the after-visit notes on MyChart, the referral link is dead. We've received zero explanation for why this was done, but we believe it was because of this Executive Order, even though Child A would be a legal adult by the time she has her surgery.

12. We would be very concerned if the restrictions in this Executive Order were to affect medical providers in Washington. Child A gets all her care from Seattle Children's, which we know receives a lot of federal funding. But Seattle Children's is already scaling back services. If the clinic closes, we don't know what we'll do in the short term to ensure Child A continues to receive the gender-affirming care she needs. In anticipation of changes in federal law that would limit Child A's access to gender-affirming care, we started getting things in place early. Child A got an arm implant for her puberty blocker, and started taking progesterone in addition to estrogen last summer. We've done what we can to stockpile Child A's medication, buying an entire year's worth of estrogen in one go, out of fear that it might become unavailable for us. This alone cost us $1,000.

13. Child A has been extremely nervous the last few weeks, even as we've tried to build a firewall to protect her. Our mental health has deteriorated as well. One of the hardest things is not just this Executive Order exists, but the fact that this is only one in a litany of transphobic executive orders. We don't know what might be coming down next. The uncertainty and anxiety has been incredibly hard to bear.

DECLARATION OF D.Z. & A.Z.  
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

14. It is not hyperbole when we say that it would kill Child A to not have gender-affirming care. They would be unable to survive if they were forced to de-transition or to pause medically transitioning until they turn 19. These are simply non-starters. We've discussed as a family that we may need to leave the United States for Child A to be safe and to receive the medical care she needs. But doing so would financially crush us. We also have to think about Child A's twin; if we were forced to move because of Child A, her brother's entire life would be uprooted too.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 18 day of February 2025.

_____
D.Z.

_____
A.Z.

Parents of Child A

DECLARATION OF D.Z. & A.Z.  
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744