The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF BRANDON CHUN |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

DECLARATION OF BRANDON CHUN
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Brandon Chun, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Interim Executive Director of Ingersoll Gender Center. In this role, I oversee our programs, provide administrative and fundraising support, and conduct other managerial tasks. I have served in this role since November of 2022. Prior to that, I had been a board member of Ingersoll since 2014. I am an attorney with a background in labor and employment law.

3. Ingersoll Gender Center is an organization by, and for transgender and gender nonconforming people that provides mutual support through peer led support groups, advocacy in navigating resources, community organizing, and education—all in the pursuit of our collective self-determination. We envision a world that nurtures healthy communities free from violence, centers self-determination for all people, and celebrates all gender identities and expressions.

4. Marsha C. Botzer founded Ingersoll Gender Center in 1977 to provide direct services and community support to the transgender and gender nonconforming community in Seattle and Washington State. We have coordinated weekly peer support groups for over 40 years. We serve approximately 30 to 80 individuals in our support groups each week. These individuals are generally adults in Washington, though we do not restrict our services by age or location.

5. We also maintain a listserv and database of healthcare providers who self-identify as offering gender affirming care. The database is a resource for the trans community to find medical providers, therapists, counselors, and other professionals who provide electrolysis, body work, massage, voice work, and more. The database is accessible to anyone who seeks these services, including families of trans youth or trans youth themselves. The listserv connects

DECLARATION OF BRANDON CHUN
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

gender affirming care providers with each other where they can also share information and coordinate resources.

6. I understand that the President of the United States issued an Executive Order on January 28, 2025, titled, "Protecting Children from Chemical and Surgical Mutilation" seeking to end gender affirming care for those under 19 years of age. This Order impacts our organization and the communities we serve in several ways.

7. Relating to our peer support groups, this Order is one of many that restricts or seeks to eliminate the trans identity out of existence. Even though our peer support groups generally consist of adults, every trans adult was once a trans kid. This Order is bringing up past trauma for the adults in our peer support groups. Our support group participants are stressed and anxious, as well as concerned about their safety, because of this Order and the current administration's actions. Some have yet to receive the full scope of gender affirming care they desire—including medical surgeries—and are concerned that this Order might limit their ability to access that vital care as providers stop providing the services.

8. The gender affirming healthcare providers we communicate with are also concerned. They are experiencing fear, stress, and anxiety. But for the time being, they express that they are committed to continuing to provide gender affirming care because of how essential it is to the trans community. Some of these providers also identify as trans or gender nonconforming themselves.

9. We've seen a surge in attendance at our peer support groups since this Order was signed. We have every intention of continuing to provide our services for trans and gender nonconforming people, including our database and listserv. We consider these services to be crucial to the trans and overall LGBTQ+ community. If providers ask to be removed from these resources, we will comply with that request. We are also considering precautions to protect our staff and board members from harassment or retaliation, including removing identifying information from our website.

DECLARATION OF BRANDON CHUN
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct.
3  DATED this 17 day of February 2025.

BRANDON CHUN
Interim Executive Director
Ingersoll Gender Center