The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LJK |
| Plaintiffs, | DECLARATION OF SERVICE |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

I, William McGinty, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of 18 years, and that I am counsel for Plaintiff State of Washington in the above-captioned matter.

On February 20, 2025, I caused copies of the following documents:

1. Dkt. # 164, First Amended Complaint for Declaratory and Injunctive Relief;

2. Dkt. # 164-1, Summons in a Civil Action: Department of Transportation;

3. Dkt. # 164-2, Summons in a Civil Action: Transportation Secretary Sean Duffy;

4. Dkt. # 164-3, Summons in a Civil Action: Department of the Treasury;

5. Dkt. # 164-4, Summons in a Civil Action: Treasury Secretary Scott Bessent;

6. Dkt. # 164-5, Summons in a Civil Action: Secretary of State Marco Rubio;

DECLARATION OF SERVICE
NO. 2:25-cv-00244-LJK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

7. Dkt. # 164-6, Summons in a Civil Action: Small Business Association;

8. Dkt. # 164-7, Summons in a Civil Action: Acting Administrator Everett Woodel, Jr., Small Business Association;

9. Dkt. # 164-8, Summons in a Civil Action: U.S. Agency for International Development;

10. Dkt. # 165, Application for Leave to Appear Pro Hac Vice, Shannon Stevenson;

11. Dkt. # 166, Notice of Appearance of William McGinty as Local Counsel on Behalf of Plaintiff State of Colorado;

12. Dkt. # 168, Joint Status Report;

13. Dkt. # 169, Plaintiffs' Motion for Preliminary Injunction;

14. Dkt. # 169-1, Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction;

15. Dkt. ## 170–209, Declarations filed in Support of Plaintiffs' Motion for Preliminary Injunction;

16. Dkt. # 210, Index of Declarations in Support of Plaintiffs' Motion for Preliminary Injunction; and

17. Dkt. # 211, Declaration of Service;

To be served upon the following Defendants via USPS Certified Mail, addressed as follows:

- U.S. Agency for International Development
  c/o General Counsel
  1300 Pennsylvania Avenue, NW
  Washington, D.C. 20004

- Secretary of State Marco Rubio
  2201 C Street NW
  Washington, D.C. 20520

- Department of the Treasury
  c/o General Counsel

DECLARATION OF SERVICE                2                ATTORNEY GENERAL OF WASHINGTON
NO. 2:25-cv-00244-LJK                                  Complex Litigation Division
                                                       800 5th Avenue, Suite 2000
                                                       Seattle, WA 98104
                                                       (206) 464-7744

|   |   |
|---|---|
| 1 | 1500 Pennsylvania Avenue, NW |
| 2 | Washington, D.C. 20220 |

- Treasury Secretary Scott Bessent
  Department of the Treasury
  c/o General Counsel
  1500 Pennsylvania Avenue, NW
  Washington, D.C. 20220

- Department of Transportation
  c/o Office of the General Counsel
  1200 New Jersey Avenue, SE
  Washington, D.C. 20590

- Transportation Secretary Sean Duffy
  c/o Office of the General Counsel
  1200 New Jersey Avenue, SE
  Washington, D.C. 20590

- Small Business Administration
  c/o Office of General Counsel
  409 3rd Street SW
  Washington, D.C. 20416

- SBA Acting Administrator Everett Woodel, Jr.
  c/o Office of General Counsel
  409 3rd Street SW
  Washington, D.C. 20416

I declare under penalty of perjury and the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 20th day of February 2025, at Olympia, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

DECLARATION OF SERVICE
NO. 2:25-cv-00244-LJK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744