The Honorable Lauren King

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | DECLARATION OF J.T. |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, J.T., declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I live in Seattle, Washington, with my husband and our daughter. I use she/her pronouns. I work in philanthropy and my husband works as a software engineer. We have lived in Seattle for over twenty years. My daughter was born in Seattle.

3.    My daughter is transgender. I have chosen to use initials and refer to her in this declaration as "Child A" because I am fearful for her and our family's safety and privacy in the current political climate. Child A is currently 14 years old and in the ninth grade. Child A was designated male at birth, but her gender identity is female. Child A uses she/her pronouns.

4.    In January 2021, when Child A was 10 years old, she told my husband and I that she is a girl. Child A was raised in an inclusive and supportive environment. We have always had a lot of queer and trans friends and community members. So, when Child A came out as trans to us, as she later told me, she was not scared to do so. Child A has challenged gender norms since she was young, even with me and my husband when we inadvertently said things that may be gender presumptive or stereotyping. She has generally been gender-neutral in how she dresses, and wanted to grow her hair long. She always had both boys and girls as friends. When she played games, she frequently chose female-coded characters. Still, I was somewhat surprised when she told us that she was a girl. I would not have been surprised if she told us she was nonbinary, but outside of recently wanting to grow her hair long, she had not indicated any desires for traditionally feminine-coded presentation so I had not really thought about her being transgender. My immediate worry when she told us was how much harder her life will be as a person who is transgender, and whether she would even have a life as long as I would hope it would be due to the precipitous rise in anti-trans hate in recent years. We had questions, but we were supportive of her from the beginning. We asked her if there was anything else she wanted to talk about. She replied, "no, just that I'm a girl." We asked if she wanted to talk about her hair

1    or clothes or body, and she said no, she was fine. We talked to her school, and they were also

2    very supportive.

3         5.      We began to do research and talked to friends who had their own experiences

4    with gender affirming care and got recommendations for therapists and providers. We got her

5    books with trans characters and authors and did a lot of reading and learning ourselves. While

6    we knew many transgender people, it took us a while for us to recognize her gender identity as

7    she didn't seem to have any discomfort with her outward presentation. We took Child A to see

8    a doctor who provides gender affirming care to learn more. We learned a lot and felt very

9    supported, but she was not interested in any type of medical intervention yet. We were supportive

10   of her, but we wanted to see sustained commitment to her identity before we were comfortable

11   with any medical interventions.

12        6.      Child A was just happy being a kid for a couple of years. She had a positive

13   disposition, lots of friends, and engaged in many activities. She was proud to be trans and out as

14   a girl.

15        7.      As puberty was approaching, Child A started to see her friends' bodies go through

16   changes. She became really nervous about growing facial hair and having her voice change. We

17   decided to look into gender affirming care, even though she had previously not been interested

18   in any medical interventions. The first step in that process was to find her a therapist, which took

19   a long time because it was during the Covid-19 pandemic. Once we were finally able to find

20   Child A a therapist, whom she still currently sees, she was also seen at the Seattle Children's

21   Gender Clinic, where we received great care. Child A then started the long process of seeking

22   gender affirming care, including regular therapy visits. We wanted to ensure that getting a

23   puberty blocker was the right decision for her, even though we understood that it was reversible,

24   that it was a common treatment used for cisgender kids experiencing precocious puberty, and

25   that she could always change her mind. We felt supported in making informed decisions all along

26   the way by Child A's therapist and the team at Seattle Children's.

8.    Child A's care providers encouraged us to wait until she was at least 13 and a half years old to start estrogen which is the standard of care, so that she would start going through puberty around the same time as her peers. In 2024, when she was in middle school, Child A started estrogen. I observed that Child A seemed really positive about the changes and it was a relatively smooth transition – she is happy to be receiving care that allows her to live her life and be read as a girl. At the same time, she does not want being trans to be the only thing about her. In most ways, Child A is just trying to live her life and does not want her gender to be the main thing people associate with her.

9.    Recently, Child A has been struggling in school and has begun to withdraw from friends. We try to insulate her from the anti-trans hate, but the vitriol surrounding trans people has increased and has created a permission structure in the culture for more harassment, bullying, and hateful speech. There are questions even in Washington State about whether transgender children will be able to participate in sports with their peers, visit family in other states, and continue to receive medical care, so it's very difficult for children who are transgender to simply be kids.

10.    With the results of the election, we knew we needed to immediately try to get Child A's puberty blocker updated. She was scheduled to have it replaced in April, but luckily, we were able to get in for an earlier appointment. It is unclear how long my daughter will be able to receive gender affirming care from Seattle Children's Hospital since they have already started obeying the Executive Order in advance and cancelling procedures and appointments for current patients.

11.    We were also able to change Child A's passport to reflect a female gender marker. Even though we are worried that this administration can access records for everyone who has changed their gender markers on their passport, we also recognize that having a passport with a male gender marker would be harder as she gets older and her gender presentation would increasingly be a mismatch with the gender on her passport.

3

12.     I am aware of the Executive Order putting conditions on gender-affirming care for youth. I would be very concerned if the restrictions in this Executive Order were to affect medical providers in Washington.

13.     We are worried about what would happen if my child is denied gender affirming care. She would be devastated if she were to start growing facial hair or have vocal changes. We fear for her mental health and her safety. We know about the rates of suicide, violence, murder, job prospects, housing prospects – how all these things are worse for trans people. I just want my trans child to be safe, happy, and grow up to be a trans adult.

14.     My biggest fear is that my daughter will be taken away from us. The criminalization of transgender people, parents, and providers who support gender affirming care terrifies me.

15.     We love living in Washington – our family, friends, and community are here. Most people don't have the ability to leave the country but if there was even a chance that Child A would be taken away from me, or my husband and I would be put in jail for providing gender affirming care, we would leave the country immediately. As a contingency, my family has put together a safety plan – we have updated our passports, gotten paperwork from our vet to be able to take our pet outside the country, and most importantly, letters from each parent granting consent to take Child A out of the country without the other in the event our family is separated. We are trying to figure out who could care for Child A if my husband and I were to be jailed, carefully considering who could be up for the challenge of taking care of a child that is being forced to detransition.

16.     We do not have the resources to sue the Federal Government ourselves. But more significantly, it would jeopardize my child and our family's safety.

DECLARATION OF J.T.
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1      I declare under penalty of perjury under the laws of the State of Washington and the

2  United States of America that the foregoing is true and correct.

3      DATED this __18th__ day of February 2025.

4

5                                          _____
                                           J.T.

6                                          Parent of "Child A"

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744