The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                Plaintiffs,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,

                Defendants.

NO. 2:25-cv-00244-LK

AMENDED INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

NOTE ON MOTION CALENDAR: February 28, 2025, at 2:00 p.m.

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|---|---|---|
| 13 | Physician Plaintiff 1 | Plaintiff |
| 14 | Physician Plaintiff 2 | Plaintiff |
| 15 | Physician Plaintiff 3 | Plaintiff |
| 16 | Timothy H. Dellit MD | CEO, Executive Vice President for Medical Affairs, Paul G. Ramsey Endowed Dean, University of Washington School of Medicine |
| 17 | William McGinty | Assistant Attorney General Complex Litigation Division Washington State Attorney General |
| 18 | Armand Antommaria MD, PHD | Pediatrician and Bioethicist |
| 19 | Dan Shumer MD | Pediatric Endocrinologist Associate Professor of Pediatrics Clinical Director Child and Adolescent Gender Clinic Mott Children's Hospital at Michigan Medicine |
| 21 | L.L. | Individual |
| 22 | L.M. | Individual |
| 23 | Luna Crone-Baron | Individual |
| 24 | S.O. | Individual |
| 25 | V.S. | Individual |
| 26 | A.F. | Parent |
| 27 | Allison Jansen | Parent |
| 28 | A.M. | Parent |
| 29 | B.M. | Parent |
| 30 | Brett J. Bertram | Parent |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|-----|------|-------|
| 31 | C.K. | Parent |
| 32 | D.C. | Parent |
| 33 | E.C. | Parent |
| 34 | Elbe Seaton | Parent |
| 35 | Elizabeth Grande | Parent |
| 36 | F.T. | Parent |
| 37 | G.T. | Parent |
| 38 | H.E. | Parent |
| 39 | H.B. | Parent |
| 40 | Heidi Ullom | Parent |
| 41 | H.M. | Parent |
| 42 | H.R. | Parent |
| 43 | Jess Khan | Parent |
| 44 | Jessica Brady | Parent |
| 45 | J.M. | Parent |
| 46 | Josephine Brinda | Parent |
| 47 | K.B. | Parent |
| 48 | K.C.C | Parent |
| 49 | K.D. | Parent |
| 50 | K.G. | Parent |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|-----|------|-------|
| 51 | K.H. | Parent |
| 52 | K.S. | Parent |
| 53 | K.W. | Parent |
| 54 | M.B. | Parent |
| 55 | Melody & Zach Billmeyer | Parent |
| *Docket # 56 - Court Filed Summonses* | | |
| 57 | M.E.S. | Parent |
| 58 | M.F. | Parent |
| 59 | M.T. and T.T. | Parent |
| 60 | N.M. | Parent |
| 61 | Pam Riddle | Parent |
| 62 | P.R. | Parent |
| 63 | R.D. | Parent |
| 64 | Rebecca Voelkel | Parent |
| 65 | R.H. | Parent |
| 66 | R.T. | Parent |
| 67 | S.B. | Parent |
| 68 | S.F. | Parent |
| 69 | S.N. | Parent |
| 70 | S.O. | Parent |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

3

| ECF | Name | Title |
|---|---|---|
| 71 | S.S. | Parent |
| 72 | T.O. | Parent |
| 73 | A.M. | Provider |
| 74 | A.M.M. | Provider |
| 75 | Anne Van Avery | Executive Director<br>Family Tree Clinic |
| 76 | A.P. | Provider |
| 77 | B.M. | Provider |
| 78 | Brooke Cunningham | Commissioner<br>Minnesota Department of Health |
| 79 | Carrie Link<br>MD | Assistant Professor of Family Medicine<br>University of Minnesota |
| 80 | C.L. | Provider |
| 81 | Corrie Piper | Mental Health Counselor<br>Alive Holistic Counseling |
| 82 | Crystal Beal<br>MD | Board-Certified Family Medicine Physician<br>University of Washington<br>School of Medicine<br>School of Public Health |
| 83<br><br>84 (ex.) | Emmett Stanfield | Independent Clinical Social Worker |
| 85 | E.K. | Provider |
| 86 | Elika McGuire | Clinical Instructor<br>University of Washington School of Medicine<br>Department of Psychiatry |
| 87 | Emma Sandoe | Medicaid Director<br>Oregon Health Authority |
| 88 | Erik Haugland | Family Medicine Physician<br>Gender Cae Specialist<br>North Memorial Health |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|-----|------|-------|
| 89 | F.L. | Provider |
| 90 | G.M. | Provider |
| 91 | H.L. | Provider |
| 92 | Irem Tumer | Vice President for Research and Innovation Oregon State University |
| 93 | Janna Gewirtz O'Brien | Board-Certified Pediatrician |
| 94 | John Connolly | Assistant Commissioner Minnesota Department of Human Services |
| 95 | Katherine Oyster MD | Board-Certified Family Medicine Allina Health |
| 96 | Kathleen Kennedy Miller MD | Medical Director Adolescent Medicine Children's Minnesota |
| 97 | Kelly Hower | Executive Director Oregon State University Student Health Services |
| 98 | Kelsey Leonardsmit MD, FAAFP | Director Midwest Trans Health Education Network |
| 99 | Mackenzie Dunham LICSW, LCSW | Licensed Independent Clinical Social Worker Wild Heart Society |
| 100 | Maria Kaefer MD | Medical Director Famil Tree Clinic |
| 101 | Marie Doe | Provider |
| 102 | Marie-Clarie Buckley MD | Assistant Professor |
| 103 | Nicole Krishnaswami | Executive Director Oregon Medical Board |
| 104 | Pamela Gigi Chawla MD, MHA | President Minnesota Board of Medical Practice |
| 105 | R.R. | Provider |
| 106 | R.C. | Provider |
| 107 | Tim Goldfarb | Executive Vice President Interiem Chief Executive Officer |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|-----|------|-------|
| | | Oregon Health & Science University |
| 108 | W.J. | Provider |
| 109 | Zack Barnett-Kern LICSW, MSW | Licensed Independent Clinical Social Worker Associate |
| *Docket # 110 – Boyd NOA* | | |
| 111 | Z.C.L. | Provider |
| 112 | A. Doe and B. Doe MD | Providers |
| 113 | Anne Johnson | Organization |
| 114 | Charissa Fotinos MD, MSc | Medicaid Director Washington State Health Care Authority |
| 115 | Danni Askini | Executive Director Gender Justice League |
| 116 | Jeffrey G. Ojemann MD | Senior Vice President Chief Physician Executive Seattle Children's |
| 117 | Kyle S. Karinen | Executive Director Washington Medical Commission |
| 118 | Matthew Wilson | Executive Director Oasis Youth Center |
| 119 | Mike Glenn | Chief Executive Jefferson Healthcare |
| 120 | Rebekah Gardea | Community Advocacy and Outreach Director QLaw Foundation of Washington |
| 121 | Sarah Glebe | Queer Youth Services Manager Northwest Youth Services |
| 122 | Taffy Johnson | Executive Director United Territories of Pacific Islander Alliance Washington |
| *Docket ## 123–128* | | |
| 129 | E.H. | Individual |
| *Docket ## 130–169* | | |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Name | Title |
|---|---|---|
| 170 | Supp. Decl. Physician Plaintiff 1 | Plaintiff |
| 171 | Supp. Decl. Physician Plaintiff 2 | Plaintiff |
| 172 | Supp. Decl. Physician Plaintiff 3 | Plaintiff |
| 173 | William McGinty | Assistant Attorney General Complex Litigation Division Washington State Attorney General |
| 174 | Supp. Decl. Timothy H. Dellit, MD | CEO, Executive Vice President for Medical Affairs, Paul G. Ramsey Endowed Dean, University of Washington School of Medicine |
| 175 | Supp. Decl. Dan Shumer MD | Pediatric Endocrinologist Associate Professor of Pediatrics Clinical Director Child and Adolescent Gender Clinic Mott Children's Hospital at Michigan Medicine |
| 176 | Lacy Fehrenback-Marosfalvy | Chief of Prevention, Safety, and Health, Washington State Department of Health |
| 177 | Supp. Decl. Jeffrey G. Ojemann, MD | Senior Vice President Chief Physician Executive Seattle Children's |
| 178 | C.F. | Individual |
| 179 | Shannon Hillinger, Walker Aumann, & E.H. | Family |
| 180 | K.B. | Individual |
| 181 | M.M. | Individual |
| 182 | A.D. | Parent |
| 183 | B.P. | Parent |
| 184 | Caitlin P. | Parent |
| 185 | C.C. | Parent |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| ECF | Name | Title |
|-----|------|-------|
| 186 | C.D. | Parent |
| 187 | C.S. | Parent |
| 188 | G.K.L. | Parent |
| 189 | J.K. | Parent |
| 190 | J.L. | Parent |
| 191 | J.V. and P.V. | Parents |
| 192 | L.D. | Parent |
| 193 | M.S. | Parent |
| 194 | N.B. | Parent |
| 195 | S.G. | Parent |
| 196 | S.M | Parent |
| 197 | S.T. | Parent |
| 198 | Stephenie 'Fe' Mischo | Parent |
| 199 | S.W. | Grandparent |
| 200 | T.D. | Parent |
| 201 | D.Z. and A.Z. | Parents |
| 202 | E.L. | Provider, LSWAIC |
| 203 | Emery Nelsen-Barbosa | Provider, MS, LMFT |
| 204 | Kian Leggett | Provider, LICSW, SMMHS |
| 205 | Stacey Prince, Ph.D. | Provider, Licensed Clinical Psychologist |

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| ECF | Name | Title |
|-----|------|-------|
| 206 | Brandon Chun | Interim Executive Director, Ingersoll Gender Center |
| 207 | Catherine Doe, MD | Provider, Medical Doctor |
| 208 | N.V. | Parent |
| 209 | CEO-MN-1 | CEO |
| *Docket ## 210–214* | | |
| 215 | J.T. | Parent |

DATED this 20th day of February 2025.

NICHOLAS W. BROWN
Washington State Attorney General

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
TERA HEINTZ, WSBA #54921
ANDREW R.W. HUGHES, WSBA #49515
NEAL LUNA, WSBA #34085
CRISTINA SEPE, WSBA #53609
LUCY WOLF, WSBA #59028
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Tera.Heintz@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Neal.Luna@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Lucy.Wolf@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
COLLEEN MELODY, WSBA #42275
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

AMENDED DECLARATION INDEX
NO. 2:25-cv-00244-LK

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    (206) 464-7744
     Lauryn.Fraas@atg.wa.gov
2    Colleen.Melody@atg.wa.gov
     *Attorneys for Physician Plaintiffs 1-3*
3

4

5    KEITH ELLISON
     State of Minnesota Attorney General
6
     */s/ James W. Canaday*
7    JAMES W. CANADAY, MSBA #030234X
     Deputy Attorney General
8    445 Minnesota St., Ste. 600
     St. Paul, Minnesota 55101-2130
9    (651) 757-1421
     james.canaday@ag.state.mn.us
10   *Attorneys for Plaintiff State of Minnesota*

11

12   DAN RAYFIELD
     State of Oregon Attorney General
13
     */s/ Allie M. Boyd*
14   ALLIE M. BOYD, WSBA #56444
     Senior Assistant Attorney General
15   Trial Attorney
     1162 Court Street NE
16   Salem, OR 97301-4096
     (503) 947-4700
17   allie.m.boyd@doj.oregon.gov
     *Attorneys for Plaintiff State of Oregon*
18

19   PHIL WEISER
     Attorney General of Colorado
20
     */s/ Shannon Stevenson*
21   SHANNON STEVENSON*
     Solicitor General
22   Office of the Colorado Attorney General
     1300 Broadway, #10
23   Denver, CO 80203
     (720) 508-6000
24   shannon.stevenson@coag.gov
     *Attorneys for Plaintiff State of Colorado*
25
     *pro hac vice application pending
26