The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | NO. 2:25-cv-00244-LJK<br><br>NOTICE OF APPEARANCE<br><br>*Clerk's Action Required* |

The Clerk of the Court will please enter the appearance of Keith A. Kemper on behalf of Amicus Curiae Do No Harm in the above-captained matter, effective immediately.

DATED this February 25, 2025

ELLIS, LI & McKINSTRY PLLC

By: *s/Keith A. Kemper*
Keith A. Kemper, WSBA No. 19438
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: kkemper@elmlaw.com

*Attorneys for Amicus Do No Harm*

NOTICE OF APPEARANCE
CASE NO. 2:25-CV-00244-LJK

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052