The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LJK <br><br> NOTICE OF APPEARANCE <br><br> *Clerk's Action Required* |

The Clerk of the Court will please enter the appearance of Abigail St. Hilaire on behalf of Amicus Curiae Do No Harm in the above-captained matter, effective immediately.

DATED this February 25, 2025

ELLIS, LI & McKINSTRY PLLC

By:  *s/Abigail St. Hilaire*
Abigail St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: asthilaire@elmlaw.com

*Attorneys for Amicus Do No Harm*

NOTICE OF APPEARANCE
CASE NO. 2:25-CV-00244-LJK

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052