The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00244<br><br>*UNOPPOSED* MOTION OF DO NO HARM, INC. FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

Do No Harm, Inc., respectfully requests leave to file an *amicus* brief in opposition to Plaintiffs' motion for a preliminary injunction. Counsel for both Plaintiffs and Defendants do not oppose this motion. "The classic role of *amicus curiae* is to assist a court in a case of public interest by supplementing the efforts of counsel, and generally courts have exercised great liberality in permitting amicus briefs." *El Papel LLC v. Inslee*, No. 2:20-cv-1323-RAJ-JRC, 2020 WL 6158825, *1 (W.D. Wash. Oct. 21, 2020) (internal quotations omitted). Therefore, this Court has accepted amicus briefs from "public interest organizations" that "have demonstrated that they have an interest in the issues presented to the Court in plaintiffs' motion for preliminary injunction" and have submitted a brief that would "be helpful regarding the

DO NO HARM, INC.'S UNOPPOSED MOTION
FOR LEAVE TO FILE *AMICUS* BRIEF
NO. 2:25-CV-00244

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682.0565

potential public interest ramifications beyond the parties directly involved." *Id.*; *see also Macareno v. Thomas*, 378 F. Supp. 3d 933, 940 (W.D. Wash. 2019) ("District courts may consider *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." (internal quotations omitted)).

Do No Harm is a nonprofit membership organization that includes over 10,000 physicians, nurses, medical students, patients, and policymakers. It is committed to ensuring that the practice of medicine is driven by scientific evidence rather than ideology. To that end, Do No Harm has submitted *amicus* briefs in multiple courts regarding the medical and surgical interventions at issue in this case, including *United States v. Skrmetti*, No. 23-477 (U.S.); *Poe v. Drummond*, No. 23-5110 (10th Cir.); and *Dekker v. Weida*, No. 4:22-cv-325-RH-MAF (N.D. Fla.). In addition, Do No Harm created a database tracking the number of minors who have been subjected to the interventions at issue here. *See Do No Harm Launches First National Database Exposing the Child Trans Industry*, Do No Harm (Oct. 8, 2024), https://bit.ly/4f2AJPt. Do No Harm's proposed *amicus* brief would be helpful to the Court because it outlines the practice of evidence-based medicine, explains how the principles of evidence-based medicine demonstrate that the interventions at issue are not supported by reliable medical evidence, and assesses particular medical and scientific assertions made in Plaintiffs' motion for a preliminary injunction. The Court should grant Do No Harm's motion and accept its proposed *amicus* brief, a copy of which has been submitted with this motion.

DO NO HARM, INC.'S MOTION FOR LEAVE
TO FILE *AMICUS* BRIEF
NO. 2:25-CV-00244 – 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682.0565

Respectfully submitted, this 25th day of February, 2025.

I certify that this motion contains, 406 words, in compliance with Local Civil Rule 7(e)(3).

By: */s/ Keith Kemper*
Keith Kemper, WSBA #19438
Abigail St. Hilaire, WSBA #48194
Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 180
Seattle, WA 98101
Telephone: (206) 682-0565
kkemper@elmlaw.com
asthilaire@elmlaw.com


By: */s/ David H. Thompson*
David H. Thompson*
Brian W. Barnes*
John D. Ramer*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9659
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

* *Pro hac vice* applications forthcoming


*Counsel for Do No Harm, Inc., as* amicus curiae

DO NO HARM, INC.'S MOTION FOR LEAVE
TO FILE *AMICUS* BRIEF
NO. 2:25-CV-00244 – 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682.0565

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 25th day of February 2025.

>           */s/ Keith Kemper*
>           Keith Kemper

CERTIFICATE OF SERVICE
NO. 2:25-CV-00244 – 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682.0565