The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00244 <br><br> [PROPOSED] ORDER GANTING MOTION OF DO NO HARM, INC. FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

**[PROPOSED] ORDER**

For good cause shown, the Motion of Do No Harm, Inc., for Leave To File Brief as *Amicus Curiae* in Opposition to Plaintiffs' Motion for a Preliminary Injunction is **GRANTED.**

**SO ORDERED.**

DATED this ___ day of _____, 2025.

_____
HONORABLE LAUREN KING
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
DO NO HARM, INC.'S MOTION FOR LEAVE
TO FILE *AMICUS* BRIEF
NO. 2:25-CV-00244

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682.0565

Presented by:

/s/Keith Kemper
Keith Kemper, WSBA #19438
Abigail St. Hilaire, WSBA #48194
Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 180
Seattle, WA 98101
Telephone: (206) 682-0565
kkemper@elmlaw.com
asthilaire@elmlaw.com


David H. Thompson*
Brian W. Barnes*
John D. Ramer*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9659
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

* *Pro hac vice* applications forthcoming


*Counsel for Do No Harm, Inc., as* amicus curiae

[PROPOSED] ORDER GRANTING
DO NO HARM, INC.'S MOTION FOR LEAVE
TO FILE *AMICUS* BRIEF
NO. 2:25-CV-00244 – 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682.0565

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 25th day of February 2025.

>  */s/ Keith Kemper*
>  Keith Kemper

CERTIFICATE OF SERVICE
NO. 2:25-CV-00244 – 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682.0565