Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　Plaintiffs<br><br>　vs.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | NO. 2:25-cv-00244-LK<br><br>NOTICE OF APPEARANCE |

TO:　　　　CLERK OF THE COURT

AND TO:　　ALL PARTIES AND COUNSEL OF RECORD

　　　　YOU AND EACH OF YOU ARE HEREBY NOTIFIED that effective immediately, Jennifer S. Divine and John R. Knapp, Jr. hereby appear on behalf of the following Amici Curiae National and State Medical and Mental Health Organizations:

　　　　American Academy of Pediatrics
　　　　Academic Pediatric Association
　　　　American Academy of Child & Adolescent Psychiatry
　　　　American Academy of Nursing
　　　　American College of Obstetricians and Gynecologists
　　　　The American College of Osteopathic Pediatricians
　　　　American College of Physicians
　　　　the American Pediatric Society
　　　　the Association of American Medical Colleges
　　　　Association of Medical School Pediatric Department Chairs, Inc.
　　　　Minnesota Chapter of the American Academy of Pediatrics
　　　　Oregon Chapter of the American Academy of Pediatrics
　　　　Washington Chapter of the American Academy of Pediatrics
　　　　Endocrine Society
　　　　National Association of Pediatric Nurse Practitioners
　　　　Pediatric Endocrine Society

NOTICE OF APPEARANCE - 1
NO. 2:25-cv-00244-LK

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

Society for Adolescent Health and Medicine
Society of Pediatric Nurses
World Professional Association for Transgender Health

All future pleadings and papers filed herein, exclusive, or original process, are to be served upon the undersigned, as well as on present counsel, at the address below, or as agreed upon through an electronic service agreement.

DATED this 25th day of February, 2025.

        MILLER NASH LLP

*/s/ Jennifer S. Divine*
Jennifer S. Divine, WSBA No. 22770
*/s/ John R. Knapp, Jr.*
John R. Knapp, Jr., WSBA No. 29343
605 5th Ave S, Ste 900
Seattle, WA 98104
jennifer.divine@millernash.com
john.knapp@millernash.com

Attorneys for Amici Curiae

NOTICE OF APPEARANCE - 2
NO. 2:25-cv-00244-LK

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 25th day of February, 2025.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

4912-6437-7886.5

CERTIFICATE OF SERVICE - 1
NO. 2:25-cv-00244-LK

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599