The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | NO. 2:25-cv-00244-LK<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE BY AMERICAN ACADEMY OF PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND MENTAL HEALTH ORGANIZATIONS** |

The Court, upon consideration of the Unopposed Motion for Leave to File Brief of Amici Curiae by American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations (the "Motion"), hereby ORDERS:

The Motion is GRANTED.

DATED this ____ day of _____, 2025.

_____
HONORABLE LAUREN KING

ORDER GRANTING MOTION FOR LEAVE TO FILE
BRIEF OF AMICI CURIAE - 1
NO. 2:25-cv-00244-LK

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | */s/ Jennifer S. Divine*<br>Jennifer S. Divine, WSBA No. 22770 |
| 4 | */s/ John R. Knapp, Jr.*<br>John R. Knapp, Jr., WSBA No. 29343 |
| 5 | MILLER NASH LLP<br>605 5th Ave S, Ste 900 |
| 6 | Seattle, WA 98104<br>jennifer.divine@millernash.com |
| 7 | john.knapp@millernash.com |
| 8 | D. Jean Veta (*pro hac vice* forthcoming)<br>William Isasi (*pro hac vice* forthcoming) |
| 9 | COVINGTON & BURLING LLP<br>One CityCenter |
| 10 | 850 Tenth St., N.W.<br>Washington, D.C. 20001 |
| 11 | Phone: (202) 662-6000<br>jveta@cov.com |
| 12 | wisasi@cov.com |
| 13 | Cortlin H. Lannin (*pro hac vice* forthcoming)<br>COVINGTON & BURLING LLP |
| 14 | Salesforce Tower<br>415 Mission St., Suite 5400 |
| 15 | San Francisco, CA 94105<br>Phone: (415) 591-6000 |
| 16 | clannin@cov.com |
| 17 | Yuval Mor (*pro hac vice* forthcoming)<br>COVINGTON & BURLING LLP |
| 18 | The New York Times Building<br>620 Eighth Avenue |
| 19 | New York, NY 10018<br>Phone: (212) 841-1000 |
| 20 | ymor@cov.com |
| 21 | *Attorneys for Amici Curiae* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER GRANTING MOTION FOR LEAVE TO FILE
BRIEF OF AMICI CURIAE - 2
NO. 2:25-cv-00244-LK

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 25th day of February, 2025.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

4907-4663-5808.2

CERTIFICATE OF SERVICE - 1
NO. 2:25-cv-00244-LK

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599