The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

In accordance with the Court's Feb. 20, 2025, Minute Order, Dkt. #213, the counsel for the parties respectfully submit this Joint Status Report as directed by the Court.

**Evidentiary Hearing**

Neither Plaintiffs nor Defendants will present live testimony. The Parties agree that no evidentiary hearing is necessary.

The Plaintiffs' position is that the Court should maintain its initial decision to schedule oral argument on the motion for February 28, 2025, at 2:00 p.m. PT. Plaintiffs have filed a First Amended Complaint (Dkt. #164), naming the state of Colorado as an additional Plaintiff, adding new Defendants, raising new claims against an additional executive order, Executive Order 14,168, and an additional claim under the Fifth Amendment for unconstitutional vagueness. Defendants have additionally raised a motion to stay any preliminary injunction. The Court should have the benefit of oral argument regarding these new issues. Plaintiffs' proposal also aligns with the Court's

JOINT STATUS REPORT
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1 announcement at the hearing on Plaintiffs' Motion for Temporary Restraining Order that the Court
2 would hold a public hearing on Plaintiffs' Motion for Preliminary Injunction on February 28, 2025,
3 at 2:00 p.m. PT. TRO Tr. 36:7-8 (Feb. 14, 2025). Given the Court's announcement and the public
4 interest in this case, including from declarants in this matter who have notified Plaintiff States they
5 plan to attend the hearing, Plaintiffs request the Court maintain the preliminary injunction hearing.

6 Defendants' position remains that oral argument on the Motion for Preliminary
7 Injunction is not necessary and the Motion may be decided on the papers. *See* Jt. Status Rep.,
8 Dkt. #168. In the event the Court decides to hold oral argument, Defendants respectfully request
9 that the Court inform the parties by 3:00 PM PST today, if possible, so that counsel can
10 expeditiously make the necessary travel arrangements.

11 DATED this 26th day of February 2025.

| NICHOLAS W. BROWN<br>Attorney General of Washington | NICHOLAS W. BROWN<br>Attorney General of Washington |
|---|---|
| */s/ William McGinty*<br>WILLIAM MCGINTY, WSBA #41868<br>CYNTHIA ALEXANDER, WSBA #46019<br>TERA HEINTZ, WSBA #54921<br>ANDREW R.W. HUGHES, WSBA #49515<br>NEAL LUNA, WSBA #34085<br>CRISTINA SEPE, WSBA #53609<br>LUCY WOLF, WSBA #59028<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(360) 709-6470<br>William.McGinty@atg.wa.gov<br>Cynthia.Alexander@atg.wa.gov<br>Tera.Heintz@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>Neal.Luna@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br>Lucy.Wolf@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* | */s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>COLLEEN MELODY, WSBA #42275<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(360) 709-6470<br>Lauryn.Fraas@atg.wa.gov<br>Colleen.Melody@atg.wa.gov<br>*Attorneys for Physicians Plaintiffs 1-3* |

JOINT STATUS REPORT
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| KEITH ELLISON<br>Attorney General of Minnesota<br><br>*/s/ James W. Canaday*<br>JAMES W. CANADAY (admitted pro hac vice)<br>Deputy Attorney General<br>445 Minnesota St., Ste. 600<br>St. Paul, Minnesota 55101-2130<br>(651) 757-1421<br>james.canaday@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* | DAN RAYFIELD<br>Attorney General of Oregon<br><br>*/s/ Allie M. Boyd*<br>ALLIE M. BOYD, WSBA #56444<br>Senior Assistant Attorney General<br>Trial Attorney<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>(503) 947-4700<br>allie.m.boyd@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* |
| PHIL WEISER<br>Attorney General of Colorado<br><br>*/s/ Shannon Stevenson*<br>SHANNON STEVENSON (admitted pro hac vice)<br>Solicitor General<br>Office of the Colorado Attorney General<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>shannon.stevenson@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | ERIC HAMILTON<br>Deputy Assistant Attorney General<br><br>MICHELLE BENNETT<br>Assistant Branch Director<br><br>*/s/ Vinita B. Andrapalliyal*<br>VINITA B. ANDRAPALLIYAL<br>Senior Counsel<br>CHRISTIAN S. DANIEL<br>Trial Attorney<br>United State Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20530<br>Vinita.B.Andrapalliyal@usdoj.gov<br>Christian.S.Daniel@usdoj.gov<br>*Attorneys for Defendants* |

JOINT STATUS REPORT
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744