The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LK <br><br> SUPPLEMENTAL DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION <br><br> NOTE ON MOTION CALENDAR: February 28, 2025, at 2:00 p.m. |

I, William McGinty, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. The Plaintiffs in this matter filed this lawsuit February 7, 2025, and filed their Motion for Preliminary Injunction Order on February 19, 2025. The Motion seeks to enjoin the President's Executive Order 14,187 of January 28, 2025, entitled "Protecting Children From Chemical and Surgical Mutilation," and Executive Order 14,168 of January 20, 2025, entitled, "Extremism and Restoring Biological Truth to the Federal Government." The Plaintiffs in this matter filed their Reply in Support of Motion for Preliminary Injunction today, February 26, 2025.

SUPP. DECL. OF WILLIAM MCGINTY ISO PLS.' REPLY ISO MOT. FOR PRELIM. INJ. – NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

3. Attached as Exhibit 1 is a true and correct copy of a news article published by The Colorado Sun on February 20, 2025, written by John Ingold titled "Two Colorado hospitals to resume gender-affirming care for youth." I accessed this article online at the URL, https://coloradosun.com/2025/02/20/gender-affirming-care-resumed-hospitals/ on February 26, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

4. Attached as Exhibit 2 is a true and correct copy of a social media post to X, formerly known as Twitter, posted by Aaron Rupar (@atrupar) on February 21, 2025. I accessed this article online at the URL, https://x.com/atrupar/status/1893013201656201662?s=51 on February 26, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

5. Attached as Exhibit 3 is a true and correct copy of the webpage "Sex-Based Definitions" published by the Office of Women's Health within the U.S. Department of Health and Human Services. I accessed this webpage online at the URL https://womenshealth.gov/article/sex-based-definitions on February 26, 2025, and used the print feature on the website to save a PDF copy using a print to PDF function.

6. Linked below is a video published by C-SPAN on February 21, 2025 titled "President Trump Clashes with Maine Governor Over Transgender Executive Order." In this video, President Trump is captured threatening Governor Janet Mills of Maine with the revocation of federal funding if her state does not comply with the Executive Order banning transgender women in women's sports. Governor Mills is heard stating that she would comply with state and federal law, to which President Trump responds "we are the federal law" and "well you better do it." I accessed this video online at the URL, https://www.c-span.org/clip/white-house-event/president-trump-clashes-with-maine-governor-over-transgender-executive-order/5154362 on February 26, 2025.

SUPP. DECL. OF WILLIAM MCGINTY
ISO PLS.' REPLY ISO MOT. FOR
PRELIM. INJ. – NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 26th day of February 2025 at Olympia, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

SUPP. DECL. OF WILLIAM MCGINTY
ISO PLS.' REPLY ISO MOT. FOR
PRELIM. INJ. – NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744