# Exhibit 2

Post

Aaron Rupar
@atrupar

TRUMP: The NCAA has complied immediately. That's good. But I understand Maine -- is the governor of Maine here?

JANET MILLS: Yeah I'm here

TRUMP: Are you not gonna comply?

JM: I'm going to comply with state and federal law

T: You better do it bc you're not gonna get any federal funding at all

JM: See you in court

T: Enjoy your life after governor because I don't think you'll be in elected politics



11:01 AM · Feb 21, 2025 · **12.9M** Views

5.1K      16K      95K      14K

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up