# Exhibit 3

An official website of the United States government  Here's how you know

U.S. Department of Health & Human Services



MENU

[Home](#)    [Protecting Women and Children](#)    Sex-Based Definitions

# Sex-Based Definitions

## Background

President Donald Trump issued Executive Order 14168 on January 20, 2025, entitled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," which directs the Department of Health and Human Services (the Department) to promulgate clear guidance to the U.S. Government, external partners, and the public, expanding on the sex-based definitions set forth in the Executive Order.

## Defining Sex

There are only two sexes, female and male, because there are only two types of gametes. An individual human is either female or male based on whether the person is of the sex characterized by a reproductive system with the biological function of producing eggs (ova) or sperm.

The sex of a human, female or male, is determined genetically at conception (fertilization), and is observable before birth. Having the biological function to produce eggs or sperm does not require that eggs or sperm are ever produced. Some females or males may not or may no longer produce eggs or sperm due to factors such as age, congenital disorders or other developmental conditions, injury, or medical conditions that cause infertility.

A person's sex is unchangeable and determined by objective biology. The use of hormones or surgical interventions do not change a person's sex because such actions do not change the type of gamete that the person's reproductive system has the biological function to produce. Rare disorders of sexual development do not constitute a third sex because these disorders do not lead to the production of a third gamete. That is, the reproductive system of a person with such a disorder does not produce gametes other than eggs or sperm.

The Department has long recognized that the biological differences between females and males require sex-specific practices in medicine and research to ensure optimal health

outcomes and rigorous research, including by considering sex as a biological variable.

Recognizing the immutable and biological nature of sex is essential to ensure the protection of women's health, safety, private spaces, sports, and opportunities. Restoring biological truth to the Federal government is critical to scientific inquiry, public safety, morale, and trust in government itself. Accordingly, the Department promulgates the following definitions:

## Definitions

- ***Sex*** is a person's immutable biological classification as either male or female.
- ***Female*** is a person of the sex characterized by a reproductive system with the biological function of producing eggs (ova).
- ***Male*** is a person of the sex characterized by a reproductive system with the biological function of producing sperm.
- ***Woman*** is an adult human female.
- ***Girl*** is a minor human female.
- ***Man*** is an adult human male.
- ***Boy*** is a minor human male.
- ***Mother*** is a female parent.
- ***Father*** is a male parent.

RELATED TOPICS   Women                                                                 PRINT   SHARE

Page last updated on: February 19, 2025

### Protecting Women and Children

Defending Women

Protecting Children

Keeping Men out of Women's Sports

### Sex-Based Definitions

The Female Athlete Triad in Sports

Women's Health Research

### Find a Health Center

Location

Enter a city, ZIP code (such as 20002), address, state, or place

### Subscribe
To receive email updates

Enter email

Submit

Return to top

### About Us

Who we are
What we do
Work with us
Our vision and mission

### Programs and Activities

Health Information Gateway
It's Only Natural
Make the Call, Don't Miss a Beat
National Blood Pressure Awareness Week
National Women and Girls HIV/AIDS Awareness Day
National Women's Health Week
Stronger Than Sarcopenia
Supporting Nursing Moms at Work

**Popular Topics**

Autoimmune diseases
Breastfeeding
Carpal tunnel syndrome
Depression
HIV and AIDS
Menstruation
Polycystic ovary syndrome (PCOS)
Pregnancy
Thyroid disease
All A-Z health topics

**Find Help**

Get breastfeeding help
Get health care
Get health insurance
Get help with family planning
Get help with mental health
Get vaccines
Find girls' health information

**Stay Connected**

Blog
Contact us
Media inquiries
Social media

Subscribe to receive OWH updates

[HHS Non-Discrimination Notice](#) | [Language Assistance Available](#) | [Accessibility](#) | [Privacy Policy](#) | [Disclaimers](#) | [Freedom of Information Act (FOIA)](#) | [USA.gov](#) | [Use Our Content](#) | [Vulnerability Disclosure Policy](#)

**Language Assistance Available**

[Español](#) | [繁體中文](#) | [Tiếng Việt](#) | [한국어](#) | [Tagalog](#) | [Русский](#) | [العربية](#) | [Kreyòl Ayisyen](#) | [Français](#) | [Polski](#) | [Português](#) | [Italiano](#) | [Deutsch](#) | [日本語](#) | [فارسی](#) | [English](#)

A federal government website managed by the Office on Women's Health in the Office of the Assistant Secretary for Health at the U.S. Department of Health and Human Services.

1101 Wootton Pkwy, Rockville, MD 20852 1-800-994-9662 • Monday through Friday, 9 a.m. to 6 p.m. ET (closed on federal holidays).


