District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

CASE NO. 2:25-cv-00244-LJK

NOTICE OF COMPLIANCE

Defendants respectfully submit this Notice of Compliance regarding the Court's preliminary injunction, entered on February 28, 2025. *See* ECF No. 233 (hereinafter, Order).

1. This Court entered a preliminary injunction on the evening of Friday, February 28, 2025. That Order directed (among other things): "Defendants' attorneys shall provide written notice of this Order to all Defendants and agencies and their employees, contractors, and grantees by March 6, 2025. Defendants shall file a copy of the notice on the docket at the same time." ECF No. 233 at 53.

Notice of Compliance
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

2. Consistent with that directive, later that evening[1] Defendants' attorneys provided a copy of the Order to the Defendant agencies and followed up with a written notice of the Order to all Defendant agencies today, stating that Defendant agencies should disseminate this written notice to employees, contractors, and grantees as applicable. A copy of that written notice is attached hereto.

DATED this 5th day of March, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

/s/ Vinita B. Andrapalliyal
Vinita B. Andrapalliyal
Christian S. Daniel
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

---

[1] The Court's order was posted on the docket at 9:35 PM Pacific Time on February 28, 2025, which is 12:35 AM Eastern Time on March 1, 2025, and undersigned counsel sent her initial notification approximately one hour later. Most agency counsel are located on the East Coast; accordingly, most agency counsel did not receive undersigned counsel's email notification until early in the morning on March 1, 2025.

Notice of Compliance
2:25-cv-00244-LK - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845