To:    Agencies, Employees, Contractors, and Grantees
           U.S. Department of Justice
           U.S. Department of Health & Human Services
           U.S. Department of Agriculture
           U.S. Department of Commerce
           U.S. Department of Defense
           U.S. Department of Education
           U.S. Department of Energy
           U.S. Department of Veterans Affairs
           National Aeronautics and Space Administration
           National Science Foundation
           Office of the Director of National Intelligence
           U.S. Agency for International Development
           U.S. Department of Treasury
           U.S. Department of Transportation
           Small Business Administration

From:  Vinita B. Andrapalliyal, Christian S. Daniel, Michelle R. Bennett

Date:  March 5, 2025

Re:    Notice of Court Order, *Washington v. Trump*, 2:25-cv-244-LK (W.D. Wash.)

---

## NOTICE OF COURT ORDER

You are hereby advised that a preliminary injunction has been entered in the case of *Washington v. Trump*, No. 2:25-cv-244-LK (W.D. Wash.), ECF No. 233 (Feb. 28, 2025).  You are receiving this Notice pursuant to the Court's directive that notice of the order be provided "to all Defendants and agencies and their employees, contractors, and grantees by March 6, 2025."  A copy of the Court's Order is attached for reference.

Plaintiffs, in relevant part, challenged Section 4 of Executive Order (EO) 14,187, *Protecting Children from Chemical and Surgical Mutilation* (Jan. 28, 2025), which directs the heads of departments and agencies "that provide[] research or educational grants to medical institutions" to, "consistent with applicable law and in coordination with the Director of the Office of Management and Budget, immediately take appropriate steps to ensure that institutions receiving Federal research or education grants end the chemical and surgical mutilation of children." EO 14,187 § 4. Plaintiffs also challenged Sections 3(e) and 3(g) of Executive Order 14,168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Those sections directed agency heads to "take all necessary steps, as permitted by law, to end the Federal funding of gender ideology" (Section 3(e)) and "assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology" (Section 3(g)).

In response, the Court entered a preliminary injunction prohibiting certain actions by the Defendants in the case within the Plaintiff states of Washington, Oregon, Minnesota, and Colorado, which is effective immediately. This preliminary injunction supersedes the Court's prior temporary restraining order, of which we notified the original Defendants in the case on

February 19, 2025. All Defendants—including their employees, contractors, and grantees—must immediately comply with the Court's preliminary injunctive Order.  Please refer to the enclosed Order for its full terms.

To assist in your compliance, here is a summary of the key terms:

1. **Defendants and all their respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them who receives actual notice of this Order, are hereby fully enjoined from enforcing or implementing Section 4 of EO 14,187 within Washington, Oregon, Minnesota, and Colorado.**

2. **Defendants and all their respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them who receives actual notice of this Order, are hereby fully enjoined from enforcing Sections 3(e) or 3(g) of EO 14,168 to condition or withhold federal funding based on the fact that a health care entity or health professional provides gender-affirming care within Washington, Oregon, Minnesota, and Colorado.**

If you have any questions about the scope or effect of the Court's Order, please contact your agency's Office of General Counsel or your grant officer, as appropriate.  Thank you for your attention to this matter.