

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | **CASE NO: 2:25-0244**<br><br>**DECLARATION OF Cody R. Hart IN OPPOSITION TO PLAINTIFF STATE OF WASHINGTON APPEARANCE AND MOTIONING** |

I, Cody R. Hart, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an American and taxpayer who resides in the County of Skagit, State of Washington, and have rights protected by laws of the State of Washington, the Constitution of the State of Washington, and Constitution of the United States. I am not a lawyer.

3. On or about February 11, 2025 I personally examined State of Washington Secretary of State records publically available at https://digitalarchives.wa.gov/Collections/TitleInfo/325 and found no record that the purported Assistant Attorneys General, jointly and severally, who have appeared in this case have an Oath of Office on file for the public office of Assistant Attorney General and as a result, I believe they are not qualified and lack authority to represent the State of Washington in this case.

4. On or about February 11, 2025 I personally examined State of Washington Secretary of State Public Records and found no record of an Official Bond for the Public Office of Assistant Attorney General and as a result, I believe the Assistant Attorneys General who have appeared in this case are not qualified and lack authority to represent the State of Washington in this case.

5. On or about February 14, 2025 the Court received in Case No. 2:25-0244 [PROPOSED] BRIEF OF AMICI CURIAE "The people" Cody R. Hart and Derrill J. Fussell IN OPPOSITION TO PLAINTIFFS' APPEARANCE AND MOTIONING, hereinafter my Proposed Brief, that provided Authorities in support of my claims and assertions.

6. Also included in my Proposed Brief, I informed the Court of the belief that State of Washington purported public officials who initiated this case and claim to be representing the people, are not duly qualified, lack authority, and as a result, this Court lacks jurisdiction to judge upon the controversy before it..

//

7. Also, included in my Proposed Brief, INTEREST AND IDENTITY OF AMICI CURIAE, I informed the Court;

> The Supreme Court has established that private citizens, such as Amici, have standing to challenge government actions that exceed constitutional authority, particularly when those actions affect state sovereignty. Bond v. United States, 564 U.S. 211, 220 (2011). Before proceeding to any substantive matters, this Court must first satisfy itself that proper jurisdiction exists. Steel Co. v. Citizens for a Better Environment, 523 U.S. 83, 94-95 (1998). As the Supreme Court articulated in Lujan v. Defenders of Wildlife, federal courts must rigorously enforce the jurisdictional requirements that limit their power. 504 U.S. 555, 559-60 (1992).

8. Also, included in my Proposed Brief Argument, I informed the Court that I had personally examined state records and provided Exhibits to the Court as prima facia evidence that supported my allegations that the purported Assistant Attorneys General who had appeared and motioned on behalf of Plaintiff State of Washington in the case were not qualified, likely in violation of the due process rights of Defendants'.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct

DATED and SIGNED this 27th day of February 2025, Sedro Woolley, Washington

_____
Cody R. Hart
901 Metcalf Street #71
Sedro-Woolley, WA [98284]
360-982-0928
info@codyhart.org

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | CASE NO: 2:25-0244 <br><br> **DECLARATION OF SERVICE** <br><br> 7022 0410 0000 8231 8554 |

I, Derrill Fussell, declare as follows;

That I am over the age of 18 years and competent to provide this declaration.

I hereby certify that I caused a copy of DECLARATION OF Cody R. Hart IN OPPOSITION TO PLAINTIFF STATE OF WASHINGTON APPEARANCE AND MOTIONING, to be served by U.S. mail to the following;

| | |
|---|---|
| Name: | U.S. District Court <br> Clerk's Office |
| Street Address | 700 Stewart Street, Suite 2310 |
| State and Zip Code | Seattle, WA 98101 |

Where I understand it will be served electronically via ECF, whereupon all counsel of record were served

I declare under penalty of perjury that the foregoing is true and correct

Signed on 27 February, 2025

Derrill J. Fussell
929 E College Way
Mount Vernon, WA [98273]
360-707-1815
squareshooter@earthlink.net

DECLARATION OF SERVICE                - 1

Derrill Fussell
929 E College Way
Mount Vernon WA 98273



7022 0410 0000 8231 8554

FILED
LODGED
RECEIVED

MAR 03 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



SEATTLE WA 980
Retail



98101

RDC 99

U.S. POSTAGE PAID
FCM LETTER
CLEARLAKE, WA 98235
FEB 27, 2025
**$5.58**
S2324M503727-03

Clerk U.S District Court
700 Stewart Street, Ste, 2310
Seattle, WA 98101

Attn: 25-cv-244

98101-444285