1

The Honorable Lauren King

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9 | STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |

10 | Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION FOR CONTEMPT, |

11 | v. | SHORTENED TIME, AND ATTORNEYS' FEES |

12 | DONALD J. TRUMP, in his official capacity as President of the United States, | [PROPOSED] |

13 | et al., | NOTE ON MOTION CALENDAR: |

14 | Defendants. | Friday, March 14, 2025 |

15 | | ORAL ARGUMENT REQUESTED |

16        This matter comes before the Court on the Motion for Contempt, Shortened Time, and

17 Attorneys' Fees filed by the States of Washington, Minnesota, Oregon, and Colorado

18 (collectively, Plaintiff States) and Physician Plaintiff 1, Physician Plaintiff 2, and Physician

19 Plaintiff 3 (all collectively, Plaintiffs). The Court has considered the oral arguments of counsel

20 for Plaintiffs and the Defendants, the briefing of the parties, as well as the records and pleadings

21 in this case. The Court hereby FINDS that:

22        1.        Defendant United States Department of Health and Human Service's termination of

23 the Seattle Children's Hospital grant (NIH Project No. 5R21HD107311) violates the clear terms of

24 the Court's February 14, 2025, Temporary Restraining Order (TRO) ruling and the

25 February 28. 2025, Preliminary Injunction (PI) ruling. Specifically, the Court finds that it violates

26 both orders' injunctions against enforcement and implementation of Section 4 of Executive Order

ORDER GRANTING PLS.' MOT. FOR
CONTEMPT, SHORTENED TIME, AND
ATTORNEYS' FEES [PROPOSED]
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

14,187 because (i) the grant at issue specifically funds provision of gender-affirming care designed to improve sexual, mental, and physical health outcomes for transgender adolescents through improved sexual health education and counseling and (ii) Seattle Children's Hospital provides gender-affirming care of precisely the kind targeted by Executive Order 14,187; and

2.      NIH's actions to terminate and deobligate the Seattle Children's Hospital grant also further violates the portion of the PI ruling on Executive Order 14,168, which enjoined implementation and enforcement of Sections 3(e) and 3(g) of Executive Order 14,168. Defendants' actions violate this Court's PI ruling enjoining implementation and enforcement of Sections 3(e) and 3(g) of Executive Order 14,168 because the grant at issue specifically funds gender-affirming care and was terminated by Defendants because it funds research into and the provision of gender-affirming care. Defendants therefore violated this Court's injunction against "condition[ing] or withhold[ing] federal funding based on the fact that a health care entity or health care professional provides gender-affirming care within the Plaintiff States." Dkt. #233 p.53.

Based on these findings, the Court hereby ORDERS that:

1.      Defendants United States of America and Department of Health and Human Services are in contempt of court;

2.      Defendants United States of America and Department of Health and Human Services shall immediately rescind their letters terminating NIH Project No. 5R21HD107311 and shall reinstate it in good standing including all outstanding funds on the grant balance in the amount of $78,300.91;

3.      Defendants United States of America and Department of Health and Human Services shall take no further actions to defund, deobligate, or otherwise obstruct the completion of NIH Project No. 5R21HD107311;

4.      No Defendant shall take any steps to implement, give effect to, or reinstate the enjoined provisions of Executive Orders 14,187 or 14,168 under a different name or guise.

ORDER GRANTING PLS.' MOT. FOR
CONTEMPT, SHORTENED TIME, AND
ATTORNEYS' FEES [PROPOSED]
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    5.    Defendants shall pay Plaintiff State of Washington's attorneys' fees associated

2  with bringing this motion in the amount of _____.

3    DATED this this _____ day of March 2025.

4

5    _____
     THE HONORABLE LAUREN KING
6    United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLS.' MOT. FOR          3          ATTORNEY GENERAL OF WASHINGTON
CONTEMPT, SHORTENED TIME, AND                          Complex Litigation Division
ATTORNEYS' FEES [PROPOSED]                             800 Fifth Avenue, Suite 2000
NO. 2:25-cv-00244-LK                                      Seattle, WA 98104
                                                          (206) 464-7744

1 | Presented by:

2 | NICHOLAS W. BROWN
Attorney General of Washington

3 |

*/s/ William McGinty*
4 | WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
5 | TERA HEINTZ, WSBA #54921
ANDREW R.W. HUGHES, WSBA #49515
6 | NEAL LUNA, WSBA #34085
CRISTINA SEPE, WSBA #53609
7 | LUCY WOLF, WSBA #59028
Assistant Attorneys General
8 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
9 | (360) 709-6470
William.McGinty@atg.wa.gov
10 | Cynthia.Alexander@atg.wa.gov
Tera.Heintz@atg.wa.gov
11 | Andrew.Hughes@atg.wa.gov
Neal.Luna@atg.wa.gov
12 | Cristina.Sepe@atg.wa.gov
Lucy.Wolf@atg.wa.gov
13 | *Attorneys for Plaintiff State of Washington*

14 | */s/ Colleen Melody*
LAURYN K. FRAAS, WSBA #53238
15 | COLLEEN MELODY, WSBA #42275
Assistant Attorneys General
16 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
17 | (360) 709-6470
Lauryn.Fraas@atg.wa.gov
18 | Colleen.Melody@atg.wa.gov
*Attorneys for Physicians Plaintiffs 1-3*

19 |

20 | KEITH ELLISON
Attorney General of Minnesota

21 |

*/s/ James W. Canaday*
22 | JAMES W. CANADAY (admitted pro hac vice)
Deputy Attorney General
23 | 445 Minnesota St., Ste. 600
St. Paul, Minnesota 55101-2130
24 | (651) 757-1421
james.canaday@ag.state.mn.us
25 | *Attorneys for Plaintiff State of Minnesota*

26 |

ORDER GRANTING PLS.' MOT. FOR
CONTEMPT, SHORTENED TIME, AND
ATTORNEYS' FEES [PROPOSED]
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  DAN RAYFIELD
   Attorney General of Oregon
2
   */s/ Allie M. Boyd*
3  ALLIE M. BOYD, WSBA #56444
   Senior Assistant Attorney General
4  Trial Attorney
   1162 Court Street NE
5  Salem, OR 97301-4096
   (503) 947-4700
6  allie.m.boyd@doj.oregon.gov
   *Attorneys for Plaintiff State of Oregon*
7

8  PHIL WEISER
   Attorney General of Colorado
9
   */s/ Shannon Stevenson*
10 SHANNON STEVENSON (admitted pro hac vice)
   Solicitor General
11 Office of the Colorado Attorney General
   1300 Broadway, #10
12 Denver, CO 80203
   (720) 508-6000
13 shannon.stevenson@coag.gov
   *Attorneys for Plaintiff State of Colorado*
14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLS.' MOT. FOR               5        ATTORNEY GENERAL OF WASHINGTON
CONTEMPT, SHORTENED TIME, AND                              Complex Litigation Division
ATTORNEYS' FEES [PROPOSED]                                  800 Fifth Avenue, Suite 2000
NO. 2:25-cv-00244-LK                                          Seattle, WA 98104
                                                               (206) 464-7744