The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LK <br><br> DECLARATION OF KYM AHRENS IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT, SHORTENED TIME, AND ATTORNEYS' FEES <br><br> NOTE ON MOTION CALENDAR: Friday, March 14, 2025 <br><br> ORAL ARGUMENT REQUESTED |

I, Kym Ahrens, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a physician and public health researcher. I am a Professor in the Division of Adolescent Medicine at the University of Washington School of Medicine and am jointly appointed at Seattle Children's Hospital and Research Institute. I have a clinical and research practice at Seattle Children's Hospital. I am a Board-Certified in Pediatrics and Adolescent Medicine, and hold a Master's Degree in Public Health. I have been practicing medicine for 23 years and have more than a decade of both research and clinical experience with transgender adolescents.

DECL. OF KYM AHRENS ISO PLS.' MOT. FOR CONTEMPT, SHORTENED TIME, AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

3. I am the Principal Investigator for Grant No. 5R21HD107311 awarded by the National Institutes of Health (NIH) within the U.S. Department of Health and Human Services. The grant recipient for this grant is Seattle Children's Hospital. The federal award project title is "An intervention to promote healthy relationships among transgender and gender expansive youth." The term "transgender and gender expansive" refers to youth who identify as a gender other than their sex assigned at birth. Hereafter, I will refer to this group as "transgender youth."

4. Seattle Children's Hospital is the grant recipient and a provider of gender-affirming care and health education, which this grant investigates.

5. The Project Period on this grant was originally September 5, 2022, to August 31, 2025, and the total award was $456,997. The research funded by this grant is now in its final stages, when the healthcare deliverables we have been developing are due to be finalized. This NIH grant supports multiple children, investigators and research personnel.

6. The research study is designed to improve the delivery of healthcare, through health education and skills training for transgender youth. Research shows that transgender youth frequently face barriers in accessing scientifically accurate, clinically appropriate, and gender-affirming sexual health information and counseling. Transgender youth disproportionately experience disparities in sexual health, including higher rates of HIV and sexually transmitted infections, intimate partner violence, and unintended pregnancy. This research study is designed to develop a healthcare intervention that will improve access to gender affirming information and training to transgender adolescents, thereby improving the delivery of gender-affirming care to these youth.

7. The healthcare delivery tool we are researching and developing involves both education and skills training, like the types of training used in some mental health interventions. It has involved a national advisory board of transgender youth and research to develop a health education/skills delivery tool that is socially feasible and responsive to the needs of transgender adolescents. The online tool we are developing is designed to better enable transgender and

DECL. OF KYM AHRENS ISO PLS.' MOT.
FOR CONTEMPT, SHORTENED TIME,
AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

gender-expansive youth to set healthy boundaries in personal relationships, thus mitigating their risks of violence, mental health disorders, and sexually transmitted infections.

8. Research of this kind involves the provision of healthcare as a part of the research itself. For example, in this project we plan to conduct a randomized study with 40 youth, 30 of whom will be given the intervention we are developing and 10 of whom will initially be given a control (but will then be provided with the intervention after the trial ends). This is not unlike the development of a drug or a procedure in which part of the research involves providing the drug or procedure to patients as a part of healthcare delivery and evaluating whether outcomes are any better in comparison to a control group. In my project, the NIH grant funds both the development and administration of a gender-affirming healthcare educational and skills training intervention for the purposes of research.

9. As we have researched and developed the healthcare education/skills training delivery tool, Seattle Children's has drawn down expenses on a reoccurring basis from the federal Payment Management System portal operated by the U.S. Department of Health & Human Services. As of February 28, 2025, the project was in good standing and there was a balance of $78,300.91 on the grant.

10. On February 28, 2025, without warning, I received a notice from NIH that my grant had been terminated. The termination letter is attached as Exhibit A to this declaration. The only reason provided for terminating the grant was that "Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs."

11. The termination letter did not cite to any journal or other scientific evidence of any kind for its claim of a lack of scientific basis for my research. However, ample research supports my work. There is significant research-based and peer-reviewed evidence, supported also by my personal clinical experience, that transgender youth face serious disparities in sexual

DECL. OF KYM AHRENS ISO PLS.' MOT. FOR CONTEMPT, SHORTENED TIME, AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

health that improved healthcare and educational delivery tools could help remedy. The termination letter could not be more inaccurate.

12. On March 4, 2025, NIH sent a second notice, a revised Notice of Award officially de-obligating funding for my grant. The revised Notice of Award is attached as Exhibit B to this declaration. The only additional rationale provided in this letter was that "This award related to Transgender issues no longer effectuates agency priorities." The de-obligated amount is $200,453. As issued, this means Seattle Children's could be asked to pay back money for expenses that were already incurred for study costs and salaries.

13. I see the termination of this grant as harmful to the health of the transgender and gender-expansive patients I serve. It communicates that the healthcare needs and specific healthcare vulnerabilities of "Transgender" youth do not matter. The termination letter specifies that helping this vulnerable group of young people has "little identifiable return on investment" because they do not match "biological realities." Again, this is not accurate, nor scientific, as transgender individuals are documented as being a part of humanity's "biological reality" in civilizations as far back as humans have documented them.

14. The termination of this grant also has potential to directly harm transgender youth who serve as advisory board members on this grant. The termination of their work is a message that their needs and contributions do not matter, nor does the sexual health of the larger transgender youth population who disproportionately experience disparities in sexual health, such as higher rates of HIV & STIs, intimate partner violence, and unintended pregnancy (the costs of which are significant to both individuals affected and the broader public).

15. Termination of this grant will also directly affect members of my research team who are early in their careers, thus diminishing the pipeline of scientific researchers committed and credentialed to contribute breakthroughs in improving the lives of transgender youth. Several members of the research team have based their decisions about where to live and work on the

DECL. OF KYM AHRENS ISO PLS.' MOT.
FOR CONTEMPT, SHORTENED TIME,
AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

opportunity to contribute to this research based on the promise of funding through the grant award.

16. Without the remaining NIH grant funds, we will not be able to test, refine, and finalize the healthcare and education/skills training delivery tool that we have been developing. The work that we have done since September 2022 on this grant as well as prior formative work that has been conducted since 2015 is likely to be lost. This loss of scientific knowledge, patient and study-subject trust, and economic and professional support is in my opinion invaluable and irreparable if allowed to go forward. No scrutiny of our specific project was provided and speculative – as well as inaccurate – scientific reasoning was given in the termination letter.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 6th day of March 2025 at Baltimore, Maryland.

_____
KYM AHRENS, MD, MPH

DECL. OF KYM AHRENS ISO PLS.' MOT. FOR CONTEMPT, SHORTENED TIME, AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744