The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | NO. 2:25-cv-00244-LK<br><br>DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT, SHORTENED TIME, AND ATTORNEYS' FEES<br><br>NOTE ON MOTION CALENDAR:<br>Friday, March 14, 2025<br><br>ORAL ARGUMENT REQUESTED |

I, William McGinty, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of Defendants' Status Report, Dkt. #70 and Dkt. #70-1 filed in *PFLAG, Inc. v. Trump*, No. 8:25-cv-00337-BAH (D. Md. 2025).

3. Attached as Exhibit 2 is a true and correct copy of a social media post on X, formerly known as Twitter, posted by the Department of Government Efficiency (@DOGE) on February 28, 2025. I accessed this post online at the URL, https://x.com/doge/status/1895645518912795109?s=51&t=rPzNVmthVrpJa_h18-NUJg on

DECL. OF WILLIAM MCGINTY ISO PLS.'
MOT. FOR CONTEMPT, SHORTENED
TIME, AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

March 5, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

4. Attached as Exhibit 3 is a true and correct copy of email communications between Plaintiffs' counsel and counsel for Defendants with dates between March 3, 2025, and March 6, 2025. Included as an attachment to the initial email was a true and correct copy of a letter sent to Seattle Children's Hospital terminating research dated February 28, 2025, and which appears as Exhibit A to the Declaration of Dr. Kym Ahrens. Included as an attachment to the email of March 6, 2025, from Colleen Melody was a true and correct copy of a second letter to Seattle Children's Hospital terminating research dated March 4, 2025, and which appears as Exhibit B to the Declaration of Dr. Kym Ahrens.

5. Attached as Exhibit 4 is a true and correct copy of email communications between Plaintiffs' counsel and counsel for Defendants with dates between March 3, 2025, and March 6, 2025. It is largely duplicative of the email thread reproduced in Exhibit 3, except for the March 6, 2025, email from Vinita Andrapalliyal, which is at the top of the thread.

6. Attached as Exhibit 5 is a true and correct copy of a news article published in Nature on March 6, 2025, written by Max Kozloy and Smriti Mallapaty titled "Exclusive: NIH to terminate hundreds of active research grants." I accessed this article online at the URL https://www.nature.com/articles/d41586-025-00703-1 on March 5, 2025 and used the print feature on the website to save a PDF copy using a print to PDF function.

7. Attached as Exhibit 6 is a true and correct copy of a chart received by Physician Plaintiff 1 from a colleague. Physician Plaintiff 1 understands the chart to be a tool NIH may be using to determine whether it will continue to fund grants in light of the Gender-Ideology Order, Exec. Order No. 14,168, which the chart explicitly references.

8. Attached as Exhibit 7 is a true and correct copy of the Memorandum and Order, Dkt. #161, issued by United States District Court for the District of Rhode Island in *New York v. Trump*, No. 1:25-cv-00039-JJM-PAS on March 6, 2025.

DECL. OF WILLIAM MCGINTY ISO PLS.'
MOT. FOR CONTEMPT, SHORTENED
TIME, AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

9. Attached as Exhibit 8 is a true and correct copy of a letter from the Health Resources and Services Administration (HRSA) dated March 6, 2025, signed by Thomas J. Engels. It details efforts by HRSA to defund the "chemical and surgical mutilation" of children by "re-scoping, delaying, or potentially cancelling" grants made as part of its Children's Hospitals Graduate Medical Education Payment Program. The website https://taggs.hhs.gov/Detail/CFDADetail?arg_CFDA_NUM=93255 includes information about this program including the institutions receiving such funds and the states where they are located. In fiscal year 2024, according to the above linked website, five institutions in the Plaintiff States received these funds including Seattle Children's Hospital and Multicare Health System in Washington, Gillette Children's Specialty Healthcare and Children's Health Care in Minnesota, and Children's Hospital Colorado in Colorado. Plaintiffs are still investigating to determine which institutions in the Plaintiff States were specifically sent this letter by HRSA, but are aware that it was at least emailed to Children's Minnesota and Seattle Children's Hospital.

10. Attached as Exhibit 9 is a true and correct copy of a letter from the Substance Abuse and Mental Health Services Administration dated March 6, 2025, and signed by Christopher D. Carroll. Plaintiffs are still investigating which agencies and health care institutions in the Plaintiff States received this letter but are aware that it was sent to the Minnesota Department of Health.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 6th day of March 2025 at Olympia, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

DECL. OF WILLIAM MCGINTY ISO PLS.'
MOT. FOR CONTEMPT, SHORTENED
TIME, AND ATTORNEYS' FEES
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744