# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>       Defendants. | Civil Action No. 8:25-cv-337-BAH |

## STATUS REPORT

1. In accordance with this Court's February 13, 2025 Order, Defendants file this status report "apprising the Court of the status of Defendants' compliance" with the Order, and "providing a copy of the written notice" required by the Order. Order at 2, ECF No. 61.

2. On February 13, 2025, counsel for Defendants provided written notice (the "Notice") of the Court's Order to Defendant U.S. Department of Health and Human Services and its subagencies, including, but not limited to, Defendant Health Resources and Services Administration, and Defendant National Institutes of Health, as well as Defendant National Science Foundation.

3. A copy of the Notice is attached as Exhibit A.[1]

---

[1] Counsel for Defendants obtained consent from counsel for Plaintiffs to partially redact email addresses of agency employees that appear in the Notice.

Dated: February 20, 2025         Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Christian S. Daniel*
VINITA B. ANDRAPALLIYAL
CHRISTIAN S. DANIEL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| **From:** | Bennett, Michelle (CIV) |
| **To:** | Berge, Miranda (HHS/OGC); Jacobs, Anna (NIH/OD) [E]; Ghosh, Sudevi (CDC/OGC); Xu, Tanya (HHS/OGC); Hakimian, Rina (HHS/OGC); ▮▮▮▮@nsf.gov; ▮▮▮▮@nsf.gov |
| **Cc:** | Andrapalliyal, Vinita B. (CIV); Daniel, Christian S. (CIV); Graver, Harry (CIV) |
| **Bcc:** | Bennett, Michelle (CIV) |
| **Subject:** | Notice of Temporary Restraining Order in PFLAG v. Trump, 25cv337 (D. Md.) |
| **Date:** | Thursday, February 13, 2025 9:34:00 PM |
| **Attachments:** | 61 - TRO.pdf |
| **Importance:** | High |

HHS Colleagues,

Earlier today, the district court entered the attached temporary restraining order in *PFLAG v. Trump*, 25cv337 (D. Md.). Pursuant to the order, the U.S. Department of Health and Human Services (HHS) and all of its subagencies, including, but not limited to, the Health Resources and Services Administration (HRSA), the National Institutes of Health (NIH), and the National Science Foundation (NSF), as well as their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concern or participation with them, are RESTRAINED from conditioning or withholding federal funding based on the fact that a healthcare entity or health professional provides gender affirming medical care to a patient under the age of nineteen under Section 3(g) of Executive Order 14168, entitled *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (Defending Women EO), and Section 4 of Executive Order 14187, entitled *Protecting Children from Chemical and Surgical Mutilation* (Protecting Children EO).

HHS and its subagencies, as well as their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concern or participation with them may not take any steps to implement, give effect to, or reinstate under a different name the directives in Section 3(g) of the Defending Women EO or Section 4 of the Protecting Children EO that condition or withhold federal funding based on the fact that a healthcare entity or health professional provides gender affirming medical care to a patient under the age of nineteen. HHS and its subagencies must also release any disbursements on funds that were paused due to these Executive Orders.

Please forward this notice and the attached temporary restraining order as necessary to ensure full compliance with the Court's order. Also, please document the steps you take to comply with this temporary restraining order.

If you have any questions, please let us know.

Thanks,
Michelle


Michelle R. Bennett
Assistant Director
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
202.305.8902 (phone)
202.616.8470 (fax)