# Exhibit 2

Post

**Department of Government Efficiency** ✓
@DOGE

Today NIH canceled grants for ~$10.9 million including:
-$1.7M for the "China Health and Retirement Longitudinal study" at Peking University in Beijing, China
-$135K for a research grant to China Medical University in Shenyang, China
-$142K for "using telehealth to improve access to gender-affirming care"
-$1.3M for "transforming health for gender-diverse young adults"
-$120K for "personalized 3-D avatar tool development" focused on "gender identities"
-$400K for researching "sources of minority stress and alcohol consumption" among "adults who report uncertainty about their sexual orientation"
-$160K for researching "racialized sexual discrimination" among "young sexual minority men of color"
-$241K for "an intervention to promote healthy relationships among transgender and gender expansive youth"

5:21 PM · Feb 28, 2025 · **1.7M** Views

2.4K    10K    47K    1.4K

Read 2.4K replies

**New to X?**
Sign up now to get your...

Sign u...

Sign u...

Creat...

By signing up, you agre...
Privacy Policy, including...

Something we...

Terms of Service   Priva...
Accessibility   Ads info

Don't miss what's happening
People on X are the first to know.

Log in