# EXHIBIT A

# Dorland's Medical Dictionary Online
*The first and last word in medicine*

Welcome, Lowell ▼

Dictionary | Redeem Pin Code | Subscribe | About | FAQ | Contact Us

## Look Up a Term    History ▼

[ care ] [ Within Terms and in Definitions ] GO

**Additional Reference Materials**
See our library of helpful medical information

**Suggest a Term**
Tell us about a new term we should add

Add the Dorland's lookup tool to your browser

Get quick access to Dorland's definitions while you're reading other web pages. *Details...*

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |

A-Ad | Ae-Ah | Ai-Am | An-Aq | Ar-At | Au-Az

care >

### Related matches
- Carey Coombs murmur
- LactiCare-HC
- Medicare
- VESIcare
- aftercare
- calcareous
- calcareous cataract
- calcareous degeneration
- calcareous infarct
- calcareous infiltration

### care

( kār ) [ A.S. *caru* anxiety ] the services rendered by members of the health professions for the benefit of a patient. Called also treatment.

### Term appears in these definitions
- AARC
- ACA
- AHCPR
- APACHE score
- BHCDA
- Blessed Dementia Rating Scale
- CCU
- ECF
- HCFA
- HIV associated fever of unknown

 Hear the pronunciation of 35,000 terms

**Open the Audio Tool**

Like us on Facebook

Follow us on Twitter

### Word of the Day
*argatroban*

a synthetic agent derived from L-arginine that binds to the thrombin active site and inhibits various thrombin-catalyzed reac **Full Definition...**

**Word of the Day Archive**






| Elsevier | Dorland's | Purchase | Support | Information |
|---|---|---|---|---|
| Elsevier.com | Dictionary | Purchase Print Products | Contact Us/Support | Elsevier Website Terms & Conditions |
| ElsevierHealth.com Bookstore | Word of the Day Archive | Purchase Online Access | Browser Plugin Help | Elsevier Registered User Agreement |
| | Phonetics Key | Redeem Pin Code | Audio Tool Help | Privacy Policy |
| | Browser Plugin | Institutional License | | |
| | About | | | |

ELSEVIER

Copyright © 2025, Elsevier (USA), its licensors and contributors. All rights reserved, including those for text and data mining, AI training, and similar technologies. Authorized use only.
Cookies are used by this site. **Cookie settings | Your Privacy Choices** To decline or learn more, visit our **Cookies** page
Dorland's trademark is protected by Reed Elsevier Properties SA and is under license.