# Exhibit A

| Name | Date | Hours | Work performed |
| --- | --- | --- | --- |
| Colleen Melody (AAG) | 3/3/25 | 0.3 | Receive and review grant termination letter involving Dr. Ahrens' grant, review regulations applicable to same |
| Colleen Melody (AAG) | 3/3/25 | 0.5 | Meet w/ legal counsel for Seattle Children's Hospital re: terminated grant, including background on status of grant and payment prior to cancellation |
| Colleen Melody (AAG) | 3/3/25 | 0.2 | Email counsel for Defendants' re: termination of grant and to request rescission of termination letter |
| Colleen Melody (AAG) | 3/5/25 | 2.0 | Review full set of materials involving Dr. Ahrens' grant, biographical and resume materials re: Dr. Ahrens, and impact statement re: cancellation of grant provided by Dr. Ahrens. Draft declaration of Dr. Ahrens |
| Colleen Melody (AAG) | 3/5/25 | 0.5 | Litigation team meeting to discuss timing, content, and task division for possible contempt motion |
| Colleen Melody (AAG) | 3/5/25 | 1.5 | Research and draft section of contempt motion on attorneys' fees |
| Colleen Melody (AAG) | 3/6/25 | 0.5 | Incorporate edits to Dr. Ahrens' declaration; finalize and coordinate witness signature |
| Colleen Melody (AAG) | 3/6/25 | 1.25 | Obtain rates from Fiscal Division and time-spent data from lawyers and paralegals. Draft T. Bowers declaration and incorporate same |
| Colleen Melody (AAG) | 3/6/25 | 1.5 | Review and revise W. McGinty's draft motion to compel, including edits to factual and legal sections |
| Colleen Melody (AAG) | 3/12/25 | 0.4 | Time entries for opening brief in support of motion for contempt |
| Colleen Melody (AAG) | 3/13/25 | 1.1 | Review and edit W. McGinty's draft response in support of contempt motion, including all sections and record citations |

| | | | |
|---|---|---|---|
| William McGinty (AAG) | 3/5/25 | 0.5 | Litigation team meeting to discuss timing, content, and task division for possible contempt motion |
| William McGinty (AAG) | 3/5/25 | 4.5 | Draft motion for contempt including facts and sections regarding contempt and alternative relief |
| William McGinty (AAG) | 3/5/25 | 0.5 | Review and revise Dr. Ahrens' declaration |
| William McGinty (AAG | 3/5/25 | 0.5 | Review materials for inclusion as exhibits in McGinty declaration and drafting of the same |
| William McGinty (AAG) | 3/6/25 | 4.75 | Review and revise contempt motion including facts and legal sections |
| William McGinty (AAG) | 3/6/25 | 1.5 | Review additional materials for inclusion in McGinty declaration and drafting of the same |
| William McGinty (AAG) | 3/6/25 | 0.25 | Review edits to Dr. Ahrens' declaration |
| William McGinty (AAG) | 3/12/25 | 0.3 | Time entries for opening brief in support of motion for contempt |
| William McGinty (AAG) | 3/12/25 | 3.0 | Review file, including related filings in the *PFLAG* matter and conduct research and draft anticipatory arguments for reply in support of motion for contempt |
| William McGinty (AAG) | 3/13/25 | 0.6 | Read Defendants' response to motion for contempt |
| William McGinty (AAG) | 3/13/25 | 3.15 | Draft and revise contempt motion including sections regarding Defendants' contempt, request for discovery, and request for fees, conduct research to support the same |
| William McGinty (AAG) | 3/13/25 | 0.4 | Draft T. Bowers supplemental declaration |
| William McGinty (AAG) | 3/13/25 | 0.2 | Time entries for reply brief in support of motion for contempt |
| Andrew Hughes (AAG) | 3/5/25 | 0.5 | Litigation team meeting to discuss timing, content, and task division for possible contempt motion |

| Andrew Hughes (AAG) | 3/5/25 | 3.9 | Research and draft motion for contempt including facts and argument sections |
|---|---|---|---|
| Andrew Hughes (AAG) | 3/6/25 | 2.1 | Revise motion for contempt, including to incorporate new contemptuous conduct by Defendants |
| Andrew Hughes (AAG) | 3/13/25 | 1.9 | Review response and draft reply; research attorneys' fees issue |
| Alicia Stensland (Paralegal) | 3/6/25 | 0.9 | Research declarations for contempt motion |
| Alicia Stensland (Paralegal) | 3/6/25 | 3.4 | Team coordination and assistance for contempt motion |
| Alicia Stensland (Paralegal) | 3/6/25 | 0.2 | Review Decl. of T. Bowers in support of contempt motion |
| Victoria Johnson (Paralegal) | 3/5/25 | 0.5 | Litigation team meeting to discuss timing and assignments for contempt motion |
| Victoria Johnson (Paralegal) | 3/5/25 | 0.75 | Drafting shells for motion and supporting declarations |
| Victoria Johnson (Paralegal) | 3/5/25 | 2.3 | Preparing exhibits for W. McGinty's declaration in support of motion |
| Victoria Johnson (Paralegal) | 3/6/25 | 0.2 | Requesting hourly rates for attorneys and staff |
| Victoria Johnson (Paralegal) | 3/6/25 | 2.25 | Preparing exhibits for W. McGinty's declaration in support of motion |
| Victoria Johnson (Paralegal) | 3/6/25 | 4.5 | Formatting review and cite-checking of contempt motion, declarations, and proposed order |
| Victoria Johnson (Paralegal) | 3/7/25 | 0.5 | Drafting shells for reply and supplemental declaration of T. Bowers |
| Victoria Johnson (Paralegal) | 3/13/25 | 3.0 | Formatting review and cite-checking of reply and supplemental declaration |
| Tally Locke (Paralegal) | 3/5/25 | 0.5 | Litigation team meeting to discuss timing and assignments for contempt motion |
| Tally Locke (Paralegal) | 3/6/25 | 1.1 | Review of declaration materials for inclusion in contempt motion |

| | | | |
|---|---|---|---|
| Tally Locke (Paralegal) | 3/6/25 | 2.8 | Formatting review and cite-checking of contempt motion, declarations, and proposed order |
| Tally Locke (Paralegal) | 3/6/25 | 1.3 | Preparation of exhibits in support of contempt motion |
| Tally Locke (Paralegal) | 3/13/25 | 3.8 | Formatting review and cite-checking of reply and declaration in support of contempt motion |
| Tally Locke (Paralegal) | 3/13/25 | 0.3 | Time entries for contempt motion and reply |
| Jamie Wuco (Paralegal) | 3/6/25 | 0.8 | Research declarations for contempt motion |
| Jamie Wuco (Paralegal) | 3/6/25 | 3.1 | Record cite review and formatting for contempt motion |
| Jamie Wuco (Paralegal) | 3/13/25 | 2.5 | Assistance with content review and record cite formatting for reply |

Totals:

Will McGinty = 19.85 Hours x $517 = $10,262.45

Colleen Melody = 9.75 Hours x $517 = $5,040.75

Andrew R.W. Hughes = 8.4 Hours x $466= $3,914.4

Victoria Johnson = 13.5 Hours x $158 = $2,133

Alicia Stensland = 4.5 Hours x $158 = $711

Tally Locke = 9.5 Hours x $158 = $1,501

Jamie Wuco = 6.4 Hours x $158 = $1,011.20


Total hours: 71.9 hours

Total cost: $24,573.80