District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

CASE NO. 2:25-cv-00244-LJK

NOTICE OF COMPLIANCE

Defendants respectfully submit this Notice of Compliance regarding the Court's Order Denying Plaintiffs' Motion for Contempt and Attorney's Fees and Granting Plaintiffs' Motion for Expedited Discovery ("Order"). *See* ECF No. 258.

1. This Court entered a preliminary injunction against Defendants on the evening of Friday, February 28, 2025. *See* ECF No. 233. For purposes of the injunction, the Court defined "Defendants" as all Defendants listed in the operative complaint except President Trump. *Id.* at 53 n.28.

2. Plaintiffs filed a Motion for Contempt, Shortened Time, and Attorneys' Fees on March 6, 2025, *see* ECF No. 243, which Defendants opposed.

Notice of Compliance
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

3. On March 17, 2025, this Court issued the Order. The Order directed counsel for Defendants "to correct their unreasonable interpretation of the Court's preliminary injunction by notifying all Defendants and agencies and their employees, contractors, and grantees of the following [four numbered paragraphs] by no later than March 20, 2025." Order at 15.

4. Consistent with that directive, Defendants' attorneys provided a copy of the Order to Defendants by the following morning, and provided a written notice of the Order, including the four numbered paragraphs referenced in the Order's notice requirement, to Defendants today.[1] The written notice requires Defendants to disseminate it to employees, contractors, and grantees as applicable. A copy of that written notice is attached hereto.

---

[1] Consistent with the preliminary injunction, counsel for Defendants provided notice to the Defendant agencies, not President Trump. *See supra* ¶ 1.

Notice of Compliance
2:25-cv-00244-LK - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

DATED this 20th day of March, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

/s/ *Christian S. Daniel*
Vinita B. Andrapalliyal
Christian S. Daniel
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov
christian.s.daniel@usdoj.gov

*Attorneys for Defendants*

Notice of Compliance
2:25-cv-00244-LK - 3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845