District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00244-LJK<br><br>NOTICE OF APPEAL |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's February 28, 2025, Order Granting in Part and Denying in Part Motion for Preliminary Injunction (ECF No. 233); and this Court's March 17, 2025 Order Denying Plaintiffs' Motion for Contempt and Attorney's Fees and Granting Plaintiffs' Motion for Expedited Discovery (ECF No. 258).

Notice of Appeal
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

DATED this 21st day of March, 2025.

                                          Respectfully submitted,

                                          YAAKOV M. ROTH
                                          Acting Assistant Attorney General
                                          Civil Division

                                          MICHELLE BENNETT
                                          Assistant Branch Director

                                          */s/ Christian S. Daniel*
                                          VINITA B. ANDRAPALLIYAL
                                          Senior Trial Counsel
                                          CHRISTIAN S. DANIEL
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street NW
                                          Washington, DC 20530
                                          Tel.: (202) 305-0845
                                          vinita.b.andrapalliyal@usdoj.gov
                                          christian.s.daniel@usdoj.gov

                                          *Attorneys for Defendants*

Notice of Appeal
2:25-cv-00244-LK - 2

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-305-0845