District Judge Lauren J. King

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | CASE NO. 2:25-cv-00244-LJK <br> **[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL OF PRELIMINARY INJUNCTION** |

Having considered Defendants' Motion for Stay of Proceedings Pending Appeal of Preliminary Injunction and the parties' briefing in connection with the motion, Defendants' motion is GRANTED. Further proceedings are stayed pending final resolution of Defendants' pending appeal, other than any necessary and jurisdictionally proper proceedings regarding the scope or enforcement of the preliminary injunction.

IT IS SO ORDERED.

DATED this __ day of April, 2025

LAUREN J. KING
UNITED STATES DISTRICT JUDGE

Proposed Order re: Defendants' Motion for Stay of Proceedings
2:25-cv-00244-LJK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845