District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

CASE NO. 2:25-cv-00244-LJK

NOTICE OF REINSTATEMENT

## NOTICE OF REINSTATEMENT

1. Defendants hereby provide notice to the Court of agency action relevant to the Court's Order Denying Plaintiffs' Motion for Contempt and Attorney's Fees and Granting Plaintiffs' Motion for Expedited Discovery, ECF No. 258.

2. Plaintiffs' Motion for Contempt, Shortened Time, and Attorneys' Fees, ECF No. 243, contended that the National Institutes of Health (NIH)'s termination of a specific research grant to Seattle Children's Hospital violated this Court's temporary restraining order and/or preliminary injunction. It requested, in the alternative, that the Court authorize expedited discovery into whether the termination violated the Court's orders.

Notice of Reinstatement
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

3. Defendants contended that the termination did not violate this Court's orders, and that expedited discovery was improper. *See* ECF No. 253.

4. On March 13, 2025, the Court denied Plaintiffs' motion for contempt, providing a clarification of the scope of its preliminary injunction, and granted expedited discovery into whether the termination was "in contravention of the Court's preliminary injunction." ECF No. 258 at 15.

5. Plaintiffs subsequently served two subpoenas on current and former employees of NIH, and directed interrogatories and requests for production of documents to all Defendants.

6. Defendants maintain that the termination did not violate this Court's orders. Nevertheless, in light of the Court's March 13, 2025 order, and to conserve the parties' and Court's resources, NIH reinstated the grant at issue in full on March 27, 2025. *See* Exhibit A.

7. Defendants' position is that Plaintiffs' expedited discovery requests are now moot.

Notice of Reinstatement
2:25-cv-00244-LK - 2

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
202-305-0845

DATED this 28th day of March, 2025.

                                  Respectfully submitted,

                                  YAAKOV M. ROTH
                                  Acting Assistant Attorney General
                                  Civil Division

                                  MICHELLE BENNETT
                                  Assistant Branch Director

                                  <u>/s/ *Christian S. Daniel*</u>
                                  VINITA B. ANDRAPALLIYAL
                                  Senior Trial Counsel
                                  CHRISTIAN S. DANIEL
                                  Trial Attorney
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  1100 L Street NW
                                  Washington, DC 20530
                                  Tel.: (202) 305-0845
                                  vinita.b.andrapalliyal@usdoj.gov
                                  christian.s.daniel@usdoj.gov

                                  *Attorneys for Defendants*

Notice of Reinstatement
2:25-cv-00244-LK - 3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845