# Exhibit C

The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00244-LK |
| Plaintiffs, | PLAINTIFFS' NOTICE OF DEPOSITON OF DR. MATTHEW J. MEMOLI |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

TO:        Dr. Matthew J. Memoli, M.D., M.S., Acting Director of the National Institutes of Health and Human Services;

AND TO:   VINITA ANDRAPALLIYAL, Senior Counsel, United States Department of Justice

CHRISTIAN DANIEL, Trial Attorney, United States Department of Justice

You and each of you, will please take notice that the testimony of the witness named above will be taken upon oral examination at the request of Plaintiffs at the time, date, and place specified below. The deposition will be recorded stenographically and by means of sound and video recording.

Date:       April 22, 2025

Time:       9:00 a.m. EST

Location:   1029 Vermont Ave NW, 10th Floor
            Washington, DC 2000

Reporter:   B&A Litigation Services

NOTICE OF DEPOSITION OF
DR. MATTHEW J. MEMOLI
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  The deposition shall be taken pursuant to the Federal Rules of Civil Procedure and shall
2  be subject to continuance until completed.
3  DATED this 28th day of March 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
TERA HEINTZ, WSBA #54921
ANDREW R.W. HUGHES, WSBA #49515
NEAL LUNA, WSBA #34085
CRISTINA SEPE, WSBA #53609
LUCY WOLF, WSBA #59028
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(360) 709-6470
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Tera.Heintz@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Neal.Luna@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Lucy.Wolf@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

*/s/ Colleen Melody*
LAURYN K. FRAAS, WSBA #53238
COLLEEN MELODY, WSBA #42275
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(360) 709-6470
Lauryn.Fraas@atg.wa.gov
Colleen.Melody@atg.wa.gov
*Attorneys for Physicians Plaintiffs 1-3*

NOTICE OF DEPOSITION OF
DR. MATTHEW J. MEMOLI
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

```
 1    KEITH ELLISON
      Attorney General of Minnesota
 2
      /s/ James W. Canaday
 3    JAMES W. CANADAY (admitted pro hac vice)
      Deputy Attorney General
 4    445 Minnesota St., Ste. 600
      St. Paul, Minnesota 55101-2130
 5    (651) 757-1421
      james.canaday@ag.state.mn.us
 6    Attorneys for Plaintiff State of Minnesota

 7
      DAN RAYFIELD
 8    Attorney General of Oregon

 9    /s/ Allie M. Boyd
      ALLIE M. BOYD, WSBA #56444
10    Senior Assistant Attorney General
      Trial Attorney
11    1162 Court Street NE
      Salem, OR 97301-4096
12    (503) 947-4700
      allie.m.boyd@doj.oregon.gov
13    Attorneys for Plaintiff State of Oregon

14
      PHIL WEISER
15    Attorney General of Colorado

16    /s/ Shannon Stevenson
      SHANNON STEVENSON (admitted pro hac vice)
17    Solicitor General
      Office of the Colorado Attorney General
18    1300 Broadway, #10
      Denver, CO 80203
19    (720) 508-6000
      shannon.stevenson@coag.gov
20    Attorneys for Plaintiff State of Colorado

21
22
23
24
25
26
```

NOTICE OF DEPOSITION OF
DR. MATTHEW J. MEMOLI
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

|   |   |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I hereby declare that on this day I caused the foregoing document to be served, via |
| 3 | electronic mail, on the following: |
| 4 | Vinita B. Andrapalliyal<br>Senior Counsel |
| 5 | Christian S. Daniel<br>Trial Attorney |
| 6 | United State Department of Justice<br>Civil Division, Federal Programs Branch |
| 7 | 1100 L Street NW<br>Washington, D.C. 20530 |
| 8 | Vinita.B.Andrapalliyal@usdoj.gov<br>Christian.S.Daniel@usdoj.gov |
| 9 | *Attorneys for Defendants* |
| 10 | I declare, under penalty of perjury under the laws of the State of Washington, that the |
| 11 | foregoing is true and correct. |
| 12 | DATED this 28th day of March 2025, at Olympia, Washington. |
| 13 | */s/ William McGinty*<br>WILLIAM MCGINTY, WSBA #41868 |
| 14 | Assistant Attorney General |

NOTICE OF DEPOSITION OF
DR. MATTHEW J. MEMOLI
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744