District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

CASE NO. 2:25-cv-00244-LJK

NOTICE

# **NOTICE**

1. Defendants hereby provide notice to the Court of certain past actions by the Centers for Disease Control and Prevention ("CDC") related to the parties' prior briefing on, and the Court's opinion granting in part, Plaintiffs' motion for preliminary injunction.

2. In Plaintiffs' Motion for a Preliminary Injunction, ECF No. 169, Plaintiffs referenced a CDC notice to grant recipients. *See id.* at 6. In Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 223, Defendants stated that "no agency defendant has revoked or withheld any particular grants as a result of the EOs." *Id.* at 10; *see also id.* at 4. In the Court's Order Granting in Part and Denying in Part Motion for

Notice
2:25-cv-00244-LK - 1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-305-0845

Preliminary Injunction, ECF No. 233, the Court referenced the CDC notice to grant recipients, and stated that it had been rescinded. *See id.* at 11.

3. In their Opposition to Plaintiffs' Motion for Preliminary Injunction, Defendants intended to convey that no funding was currently revoked or actually withheld on the basis of the EOs. Defendants provide the information herein to clarify their statements and the actions taken by CDC prior to the Court's decision granting in part Plaintiffs' motion for preliminary injunction.

4. On January 31, 2025, CDC sent grant recipients the notice attached as Exhibit 1 and referenced in the Court's opinion. On February 11, 2025, via the agency's grant administration system, GrantSolutions, CDC notified grant recipients that it had rescinded the notice. *See* Exhibit 2.

5. Also on January 31, 2025, CDC terminated 17 grants. *See* Exs. 3–19. Each termination notice stated, *inter alia*, that the termination was "in accordance with the President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government." *Id.* at 5. No funds were de-obligated based on these terminations. On February 11, 2025, CDC reinstated each of those grants through individual Notices of Award. *See* Exs. 20–36.[1]

---

[1] Unique identifying numbers of grant recipients have been redacted from each Notice.

Notice
2:25-cv-00244-LK - 2

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-305-0845

DATED this 21st day of April, 2025.

                                   Respectfully submitted,

                                   YAAKOV M. ROTH
                                   Acting Assistant Attorney General
                                   Civil Division

                                   MICHELLE BENNETT
                                   Assistant Branch Director

                                   <u>/s/ *Christian S. Daniel*</u>
                                   VINITA B. ANDRAPALLIYAL
                                   Senior Counsel
                                   CHRISTIAN S. DANIEL
                                   ROBERT C. BOMBARD
                                   Trial Attorneys
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L Street NW
                                   Washington, DC 20530
                                   Tel.: (202) 305-0845
                                   vinita.b.andrapalliyal@usdoj.gov
                                   christian.s.daniel@usdoj.gov

                                   *Attorneys for Defendants*

Notice
2:25-cv-00244-LK - 3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC  20005
202-305-0845