**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU65PS923756-03-01
FAIN# NU65PS923756
Federal Award Date: 01/31/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

1. Recipient Name
   SOMEONE CARES INC OF ATLANTA
   1950 Spectrum Cir SE Ste 140A
   Marietta, GA 30067-8470

2. Congressional District of Recipient
   06
3. Payment System Identifier (ID)
   [redacted]
4. Employer Identification Number (EIN)
   [redacted]
5. Data Universal Numbering System (DUNS)
   [redacted]
6. Recipient's Unique Entity Identifier (UEI)
   [redacted]
7. Project Director or Principal Investigator
   Mr. Ronnie Bass
   Executive Director
   ronniebass@s1catl.org
   678-921-2706 x 100

8. Authorized Official
   Mr. Winston Liburd
   Grantee
   adolphusliburd@s1catl.org
   6789212706 Ext.104

**Federal Agency Information**
CDC Office of Financial Resources

9. Awarding Agency Contact Information
   Mr. Anthony Fultz
   Grant Management Specialist
   qjj7@cdc.gov
   (404)498-4033

10. Program Official Contact Information
    Ronald Buchanan
    GSF8@cdc.gov
    404-639-5200

**Federal Award Information**

11. Award Number
    6 NU65PS923756-03-01
12. Unique Federal Award Identification Number (FAIN)
    NU65PS923756
13. Statutory Authority
    This program is authorized under Sections 301 and 318(a) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended.
14. Federal Award Project Title
    Someone Cares high-impact HIV prevention program for Young Transgender Persons of Color

15. Assistance Listing Number
    93.939
16. Assistance Listing Program Title
    HIV Prevention Activities_Non-Governmental Organization Based

17. Award Action Type
    Terminate
18. Is the Award R&D?
    No

**Summary Federal Award Financial Information**

| | |
|---|---|
| 19. Budget Period Start Date 04/01/2024 - End Date 01/31/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $400,000.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $400,000.00 |
| 26. Period of Performance Start Date 04/01/2022 - End Date 01/31/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,200,000.00 |

28. Authorized Treatment of Program Income
    ADDITIONAL COSTS
29. Grants Management Officer – Signature
    Ms. Stephanie Latham
    Team Lead, Grants Management Officer

30. Remarks

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU65PS923756-03-01
FAIN# NU65PS923756
Federal Award Date: 01/31/2025

## Recipient Information

**Recipient Name**
SOMEONE CARES INC OF ATLANTA
1950 Spectrum Cir SE Ste 140A
Marietta, GA 30067-8470

**Congressional District of Recipient**
06

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $220,810.00 |
| b. | Fringe Benefits | $67,678.00 |
| | c. Total Personnel Costs | $288,488.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $20,346.00 |
| f. | Travel | $10,898.00 |
| g. | Construction | $0.00 |
| h. | Other | $47,917.00 |
| i. | Contractual | $2,000.00 |
| j. | **TOTAL DIRECT COSTS** | **$369,649.00** |
| k. | **INDIRECT COSTS** | **$30,351.00** |
| l. | **TOTAL APPROVED BUDGET** | **$400,000.00** |
| m. | Federal Share | $400,000.00 |
| n. | Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-93908J1 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 2-9390JS5 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-93908J1 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JS5 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-93908J1 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |
| 4-9390JS5 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU65PS923756-03-01
FAIN#   NU65PS923756
Federal Award Date: 01/31/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

| | |
|---|---|
| SOMEONE CARES INC OF ATLANTA | 6 NU65PS923756-03-01 |

**1.** TERMINATION

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award in accordance with the President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government and Office of Personnel Management guidance issued January 29, 2025.

No additional activities can be conducted, and no additional costs may be incurred. Un-obligated balances will be de-obligated.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of January 31, 2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR PART 75.371.

**Final Performance/Progress Report:** This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required