**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU65PS923732-03-02
FAIN# NU65PS923732
Federal Award Date: 02/11/2025

## Recipient Information

**1. Recipient Name**
ASIAN AND PACIFIC ISLANDER WELLNESS
CENTER, INC.
730 Polk St FL 4
San Francisco, CA 94109-7813
415-292-3400

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
███████

**4. Employer Identification Number (EIN)**
███████

**5. Data Universal Numbering System (DUNS)**
███████

**6. Recipient's Unique Entity Identifier (UEI)**
███████

**7. Project Director or Principal Investigator**
Ms. Ming Ming Kwan
Chief Operating Officer
mingming@sfcommunityhealth.org
(415) 292-3400 ext.

**8. Authorized Official**
Ms. Amber Curley
Chief Financial Officer
amber@sfcommunityhealth.org
415-292-3420; 308

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Ryan Springer
Grants Management Specialist (GMS)
rji2@cdc.gov
678-475-4693

**10. Program Official Contact Information**
Scott R Strobel
Program Officer
oyp8@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NU65PS923732-03-02

**12. Unique Federal Award Identification Number (FAIN)**
NU65PS923732

**13. Statutory Authority**
This Program is authorized under section 318 of the Public Health Service Act (42 U.S.C. Section 247c, as amended)

**14. Federal Award Project Title**
San Francisco Bay Transgender Alliance for Health Resources (STAHR): Year 2 Supplemental Funding SAFE SPACES EVALUATION

**15. Assistance Listing Number**
93.939

**16. Assistance Listing Program Title**
HIV Prevention Activities_Non-Governmental Organization Based

**17. Award Action Type**
NGA Revision

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 **- End Date** 03/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $400,000.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $400,000.00 |
| **26. Period of Performance Start Date** 04/01/2022 **- End Date** 03/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,262,500.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES        Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU65PS923732-03-02
FAIN# NU65PS923732
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
ASIAN AND PACIFIC ISLANDER WELLNESS
CENTER, INC.
730 Polk St FL 4
San Francisco, CA 94109-7813
415-292-3400

**Congressional District of Recipient**
12

**Payment Account Number and Type**
▮▮▮▮▮▮

**Employer Identification Number (EIN) Data**
▮▮▮▮

**Universal Numbering System (DUNS)**
▮▮▮▮

**Recipient's Unique Entity Identifier (UEI)**
▮▮▮▮▮▮

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $118,022.00 |
| b.  Fringe Benefits | $29,505.00 |
| c.  Total Personnel Costs | $147,527.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $31,500.00 |
| f.  Travel | $0.00 |
| g.  Construction | $0.00 |
| h.  Other | $16,512.00 |
| i.  Contractual | $163,000.00 |
| **j.  TOTAL DIRECT COSTS** | **$358,539.00** |
| **k.  INDIRECT COSTS** | **$41,461.00** |
| **l.  TOTAL APPROVED BUDGET** | **$400,000.00** |
| **m.  Federal Share** | **$400,000.00** |
| **n.  Non-Federal Share** | **$0.00** |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 2-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390KZS | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |
| 4-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU65PS923732-03-02
FAIN# NU65PS923732
Federal Award Date: 02/11/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

ASIAN AND PACIFIC ISLANDER WELLNESS CENTER, INC.          6 NU65PS923732-03-02

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.