District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

CASE NO. 2:25-cv-00244-LJK

NOTICE

## **NOTICE**

1. Defendants hereby provide notice to the Court of a Memorandum issued by the Attorney General of the United States. Att'y Gen., U.S. DEP'T OF JUSTICE, *Preventing the Mutilation of American Children* (Apr. 22, 2025), Ex A.

2. Section I of the memorandum, entitled "Enforcement of Laws Outlawing Female Genital Mutilation," directs "all U.S. Attorneys to investigate all suspected cases of FGM [female genital mutilation]—under the banner of so-called 'gender-affirming' care or otherwise— and to prosecute all FGM offenses to the fullest extent possible." Memorandum at 3–4.

3. The memorandum does not change the statutory definition of "female genital

Notice
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

mutilation."[1] *See* 8 U.S.C. § 116(e). Nor does the memorandum remove the statutory exclusion for "a surgical operation" that is "necessary to the health of the person on whom it is performed, and is performed by a person licensed in the place of its performance as a medical practitioner." *Id.* § 116(b)(1).

DATED this 25th day of April, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Senior Counsel
CHRISTIAN S. DANIEL
Trial Attorney
ROBERT C. BOMBARD
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov
christian.s.daniel@usdoj.gov
robert.bombard2@usdoj.gov

---

[1] The statute defines "female genital mutilation" as "any procedure performed for non-medical reasons that involves partial or total removal of, or other injury to, the external female genitalia" and provides examples. 18 U.S.C. § 116(e).

Notice
2:25-cv-00244-LK - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

*Attorneys for Defendants*

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845