The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LK <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY <br><br> [PROPOSED] <br><br> NOTE ON MOTION CALENDAR: Wednesday, May 21, 2025 |

This matter comes before the Court on the Motion to Compel Discovery filed by the States of Washington, Minnesota, Oregon, and Colorado (collectively, Plaintiff States) and Physician Plaintiff 1, Physician Plaintiff 2, and Physician Plaintiff 3 (all collectively, Plaintiffs). The Court has considered the briefing of the parties, as well as the records and pleadings in this case. The Court hereby ORDERS that:

1. Plaintiffs Motion to Compel is GRANTED.

The Court further ORDERS that:

1. Within seven days of this Order Defendants shall fully and fairly answer Plaintiffs' Interrogatories Nos. 1-4, produce all documents responsive to Plaintiffs' Requests for Production Nos. 1-8, and shall produce all documents responsive to Plaintiffs' Subpoena Duces Tecum to Michelle Bulls; and

2. Defendants shall pay Plaintiff State of Washington's attorneys' fees associated with bringing this motion in the amount of _____.

DATED this this ____ day of _____ 2025.

                                                       _____
THE HONORABLE LAUREN KING
United States District Court Judge

ORDER GRANTING PLS.' MOT. TO
COMPEL DISC. [PROPOSED]
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Andrew Hughes*
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
TERA HEINTZ, WSBA #54921
ANDREW R.W. HUGHES, WSBA #49515
NEAL LUNA, WSBA #34085
CRISTINA SEPE, WSBA #53609
LUCY WOLF, WSBA #59028
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
360-709-6470
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Tera.Heintz@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Neal.Luna@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Lucy.Wolf@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

*/s/ Colleen Melody*
LAURYN K. FRAAS, WSBA #53238
COLLEEN MELODY, WSBA #42275
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
360-709-6470
Lauryn.Fraas@atg.wa.gov
Colleen.Melody@atg.wa.gov
*Attorneys for Physician Plaintiffs 1-3*

KEITH ELLISON
Attorney General of Minnesota

*/s/ James W. Canaday*
JAMES W. CANADAY (admitted pro hac vice)
Deputy Attorney General
445 Minnesota St., Ste. 600
St. Paul, Minnesota 55101-2130
651-757-1421
james.canaday@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

ORDER GRANTING PLS.' MOT. TO COMPEL DISC. [PROPOSED]
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| 1 | DAN RAYFIELD<br>Attorney General of Oregon |
| 2 | |
| 3 | */s/ Allie M. Boyd*<br>ALLIE M. BOYD, WSBA #56444 |
| 4 | Senior Assistant Attorney General<br>Trial Attorney |
| 5 | 1162 Court Street NE<br>Salem, OR 97301-4096 |
| 6 | 503-947-4700<br>allie.m.boyd@doj.oregon.gov |
| 7 | *Attorneys for Plaintiff State of Oregon* |
| 8 | PHIL WEISER |
| 9 | Attorney General of Colorado |
| 10 | */s/ Shannon Stevenson*<br>SHANNON STEVENSON (admitted pro hac vice) |
| 11 | Solicitor General<br>LAUREN PEACH (admitted pro hac vice) |
| 12 | First Assistant Attorney General<br>Office of the Colorado Attorney General |
| 13 | 1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 14 | 720-508-6000<br>shannon.stevenson@coag.gov |
| 15 | lauren.peach@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER GRANTING PLS.' MOT. TO COMPEL DISC. [PROPOSED]
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744