# Exhibit A

The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | NO. 2:25-cv-00244-LK<br><br>PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS |

## I.  INSTRUCTIONS

Pursuant to Federal Rules of Civil Procedure 26, 33, and 34, Plaintiffs State of Washington, Oregon, Minnesota, and Colorado (Plaintiff States) and Physician Plaintiffs 1, 2, and 3, (Physician Plaintiffs) (collectively, Plaintiffs) request that Defendants answer the following Interrogatories and Requests for Production (together, Discovery Requests) separately and fully under oath, within thirty (30) days of the date of service, and in accordance with the "DEFINITIONS" and "INSTRUCTIONS" set forth below.

These Discovery Requests are continuing in nature, and you must reasonably supplement or amend your answers and responses to these Requests pursuant to the Federal Rules of Civil Procedure to include certain types of information, specified in the rules, which you later acquire.

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Documents are to be produced for inspection and copying at Office of the Attorney General, Complex Litigation Division, 800 Fifth Avenue, Suite 2000, Seattle, WA 98104-3188, with instructions specifying whether you wish them to be copied and returned or to be retained.

## II. DEFINITIONS

For the purposes of these Discovery Requests, the following definitions apply:

1. Document means any written, recorded, or other graphic matter, electronic or not, however produced or reproduced. It includes all matter that relates or refers in whole or in part to the subjects referred to in an interrogatory or a request for production. If a document has been prepared in several copies, or if additional copies have been made, and the copies are not identical, or have undergone alteration, each non-identical copy is a separate "document." This definition includes, but is not limited to, the following: any paper, writing, chart, memo, note, letter, inter-office memo, intra-office memo, email, report, study, statement, map, log entry, drawing, photograph, sketch, picture, tape recording, any other verbal or pictorial representation of any event or idea that has transpired, whether meant for communication to others or for personal need.

2. Person means all entities, including any individual, firm, partnership, joint venture, corporation, association or business enterprise.

3. You (or "your") or "Defendants" refers to: DONALD J. TRUMP, in his official capacity as the President of the United States; U.S. DEPARTMENT OF JUSTICE; PAM BONDI, in her official capacity as the United States Attorney General; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of Health and Human Services; U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as the Secretary of Agriculture; U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as the Secretary of Commerce; U.S. DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as the Secretary of Defense; U.S. DEPARTMENT OF EDUCATION;

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

DENISE L. CARTER, in her official capacity as the Acting Secretary of Education; U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as the Secretary of Energy; U.S. DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS A. COLLINS, in his official capacity as the Secretary of Veteran Affairs; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET PETRO, in her official capacity as the Acting Administrator of the National Aeronautics and Space Administration; NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as the Director of the National Science Foundation; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; TULSI GABBARD, in her official capacity as the Director of National Intelligence; U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT; MARCO RUBIO, in his official capacity as Acting Administrator for the U.S. Agency for International Development; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as the Secretary of the Treasury; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; U.S. SMALL BUSINESS ADMINISTRATION; EVERETT WOODEL, JR., in his official capacity as the Acting Administrator for the U.S. Small Business Administration; and the UNITED STATES OF AMERICA, their agents, employees, investigators, experts, insurers, attorneys, or other representatives, and their attorneys' agents, employees and investigators. When "you" (or "your" or "Defendants") is used in a Discovery Request, or a part thereof, it is intended that the answer to the Discovery Request, or part thereof, is to include all information known to Defendants, their agents, employees, investigators, experts, insurers, attorneys, guardian ad litem, or other representatives, and their attorneys' agents, employees, and investigators.

4.  Identity, the term "identify" (or "identity"), when used with reference to an individual person, means to state his or her full name and present job title (if applicable), home and business address, email address and telephone numbers. The term "identify" (or "identity"), when used with reference to documents, means to state specifically (a) the type of document

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

involved (e.g., whether inter-office memorandum, etc.), together with information sufficient to enable Plaintiffs to identify the document, such as its date; the name of the author, any addressee, and any signer; the title or heading of the document and its approximate number of pages, and (b) the identity of the person last known to have possession of the document, together with the present or last known location of the document.

5. "Relation To" as used in these Discovery Requests, means pertinent, relevant or material to, evidencing, having a bearing on, or concerning, affecting, discussing, dealing with, considering or otherwise relating to in any manner whatsoever, the subject matter of inquiry.

### III. INSTRUCTIONS

1. Pursuant to the Federal Rules of Civil Procedure, if you object, the grounds for each objection must be stated.

2. No specific Discovery Request should be construed to limit the scope of any other Discovery Request, or of any term defined above, and no subpart of any Discovery Request should be construed to limit the scope of any other subpart of such Discovery Request.

3. When an answer contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible without thereby disclosing the privileged material. If a privilege is asserted with regard to part of an answer, the party claiming the privilege must clearly indicate the portions as to which the privilege is claimed. When an answer that includes documents has been redacted or altered in any fashion, identify as to each Document the reason for the redaction or alteration, the date of the redaction or alteration, and the Person performing the redaction or alteration. Any redaction must be clearly visible on the redacted Document.

4. If you object to or otherwise decline to respond to any portion of a Discovery Request, you shall provide all information called for by that portion of the Discovery Request to which you do not object or to which you do not decline to respond. For those portions of a Discovery Request to which you object or otherwise refuse to provide an answer, you shall state

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

the reasons for such objection or refusal, and you shall state whether you are refusing to provide an answer.

5. It is intended that these Discovery Requests will not solicit any material protected either by the attorney-client privilege or by the work-product doctrine that was created by, or developed by, counsel for the responding party after the date on which this litigation was commenced, and they should be construed accordingly.

6. If an answer to any Discovery Request is objected to on the grounds that the Discovery Request is unduly burdensome, describe the burden or expense associated with answering.

7. Notwithstanding any definition set forth above, each word, term, or phrase used in these interrogatories is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

## IV.   INTERROGATORIES

**INTERROGATORY NO. 1:** Identify all persons involved in the decision to terminate Grant No. 5R21HD107311, including, but not limited to, each author or contributor in any part to Exhibits A and B to the declaration of Kym Ahrens (Dkt. ##244-1, 244-2). For each, describe the person's role in the grant's termination.

**ANSWER:**

**INTERROGATORY NO. 2:** Identify and describe all criteria used to determine whether Grant No. 5R21HD107311 "effectuate[s] [NIH's] priorities," Ahrens Decl., Ex. B (Dkt. #244-2), including, as applicable, any key words used to identify already-awarded grants that no longer "effectuate[s] [NIH's] priorities."

**ANSWER:**

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**INTERROGATORY NO. 3:** Identify all authors of the social media post attached as Exhibit 2 to the Declaration of William McGinty (Dkt. #245-2), including each person's name, job title, business address, email address, their role in the Department of Government Efficiency, and their role in decision to terminate Grant No. 5R21HD107311.

**ANSWER:**

**INTERROGATORY NO. 4:** Identify the document attached as Exhibit 6 to the Declaration of William McGinty (Dkt. #245-6), including a description of what it is, which agency or agencies it originated in, the names or all authors, editors, or approvers who produced it, to whom it was distributed, and the purposes for which it was used.

**ANSWER:**

## V.   REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** All drafts of the following documents, included as an exhibit to the declarations of Kym Ahrens (Dkt. #244) and William McGinty (Dkt. #245): Ahrens Decl., Exs. A-B (Dkt. ##244-1, 244-2), and McGinty Decl., Ex. 6 (Dkt. #245-6).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** All drafts of the document titled "Staff Guidance –Award Assessments for Alignment with Agency Priorities – March 2025" referenced in Exhibit 5 of the declaration of William McGinty (Dkt. #245-5).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** All communications related to the following documents, included as an exhibit to the declarations of Kym Ahrens (Dkt. #244) and

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

William McGinty (Dkt. #245): Ahrens Decl., Exs. A-B (Dkt. ##244-1, 244-2), and McGinty Decl., Ex. 6 (Dkt. #245-6).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** All documents related to NIH's claims that "Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities." Ahrens Decl., Ex. A (Dkt. #244-1).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:** All documents related to NIH's claim that "It is the policy of NIH not to prioritize these research programs." Ahrens Decl., Ex. A (Dkt. #244-1).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:** All documents related to NIH's claims that "This award related to Transgender issues no longer effectuates agency priorities." Ahrens Decl., Ex. B (Dkt. #244-2).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:** All documents that include descriptions of policies, procedures, or guidance regarding termination of NIH grants dated between January 20, 2025 and March 6, 2025.

**RESPONSE:**

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**REQUEST FOR PRODUCTION NO. 8:** All documents related to your answers to any of the foregoing interrogatories.

**RESPONSE:**

DATED this 19th day of March 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
TERA HEINTZ, WSBA #54921
ANDREW R.W. HUGHES, WSBA #49515
NEAL LUNA, WSBA #34085
CRISTINA SEPE, WSBA #53609
LUCY WOLF, WSBA #59028
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(360) 709-6470
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Tera.Heintz@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Neal.Luna@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Lucy.Wolf@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

*/s/ Colleen Melody*
LAURYN K. FRAAS, WSBA #53238
COLLEEN MELODY, WSBA #42275
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(360) 709-6470
Lauryn.Fraas@atg.wa.gov
Colleen.Melody@atg.wa.gov
*Attorneys for Physicians Plaintiffs 1-3*

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

KEITH ELLISON
Attorney General of Minnesota

*/s/ James W. Canaday*
JAMES W. CANADAY (admitted pro hac vice)
Deputy Attorney General
445 Minnesota St., Ste. 600
St. Paul, Minnesota 55101-2130
(651) 757-1421
james.canaday@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

DAN RAYFIELD
Attorney General of Oregon

*/s/ Allie M. Boyd*
ALLIE M. BOYD, WSBA #56444
Senior Assistant Attorney General
Trial Attorney
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700
allie.m.boyd@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

PHIL WEISER
Attorney General of Colorado

*/s/ Shannon Stevenson*
SHANNON STEVENSON (admitted pro hac vice)
Solicitor General
Office of the Colorado Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov
*Attorneys for Plaintiff State of Colorado*

# **CERTIFICATION**

The undersigned attorney for Defendants has read the foregoing responses to Plaintiffs' Discovery Requests to Defendants, and they are in compliance with the Federal Rules of Civil Procedure.

DATED this _____ day of _____ 2025.

_____
Signed

_____
Printed

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS NO. 2:25-cv-00244-LK

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be served, via electronic mail, on the following:

> Vinita B. Andrapalliyal
> Senior Counsel
> Christian S. Daniel
> Trial Attorney
> United State Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street NW
> Washington, D.C. 20530
> Vinita.B.Andrapalliyal@usdoj.gov
> Christian.S.Daniel@usdoj.gov
> *Attorneys for Defendants*

I declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 19th day of March 2025, at Olympia, Washington.

> */s/ William McGinty*
> WILLIAM MCGINTY, WSBA #41868
> Assistant Attorney General

PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS
NO. 2:25-cv-00244-LK

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744