# Exhibit D

| Termination Date | Project Title | Administering IC | Project Number | Program Official Information | Organization Name | Appl ID | Animals? | Human Subjects? | Clinical Trial? | In NYT? | Link | Award Total $ | Termination Reason (if any) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/10/2025 | Reproductive Consequences of Steroid Hormone Manipulation | NICHD | 5R01HD098223-05 | JOHNSTON, DANIEL STEPHEN | UNIVERSITY OF MICHIGAN AT ANN ARBOR | 532185 Yes | No | No | No | Yes | https://reporte | $521,951 | gender ideology (EA 14168) |
| 3/3/2025 | Microbiome-mediated effects of gender affirming hormone therapy in mice | NICHD | 1R03HD118381-01 | WINER, KAREN | EMORY UNIVERSITY | 735113 Yes | No | No | No | No | RePORT Proj ec | $37,094 | gender ideology (EA 14168) |
| 3/3/2025 | Androgen effects on the reproductive neuroendocrine axis | NICHD | 5R01HD116540-02 | JOHNSTON, DANIEL STEPHEN | UNIVERSITY OF CALIFORNIA, SAN DIEGO | 541671 Yes | Yes | No | No | No | https://reporte | $191,091 | gender ideology (EA 14168) |
| 3/3/2025 | An intervention to promote healthy relationships among transgender and gender expansive youth | NICHD | 5R21HD097311-02 | POPKIN, RONNA | SEATTLE CHILDREN'S HOSPITAL | 240544 No | No | Yes | Yes | Yes | RePORT Proj ec | $198,920 | gender ideology (EA 14168) |
| 3/10/2025 | Digital Storytelling to Reduce Pediatric Influenza Vaccination Disparities: A Pilot Pragmatic Trial | NICHD | 5K23HD107184-03 | KING, TRACY | DENVER HEALTH AND HOSPITAL AUTHORITY | 1092686 No | No | Yes | Yes | No | RePORT Proj ec | $145,674 | vaccine hesitancy |
| 3/10/2025 | Maternal COVID-19 Vaccination and Lactation Outcomes | NICHD | 5R01HD097739-03 | REN, ZHAOXIA | HEALTHPARTNERS INSTITUTE | 10824363 No | No | Yes | Yes | No | RePORT Proj ec | $544,021 | vaccine hesitancy |
| 3/10/2025 | Enhancing K-12 School Safety During a Respiratory Viral Pandemic | NICHD | 5F30HD107912-02 | RUSSO, DENISE | YALE UNIVERSITY | 10794584 No | X2 | No | No | No | RePORT Proj ec | $52,074 | vaccine hesitancy |
| 3/10/2025 | Evaluating Team-Parent Dynamics in Adolescent COVID-19 Vaccine Acceptance and Uptake | NICHD | 5R21HD099536-02 | KING, TRACY | UNIVERSITY OF SAN FRANCISCO | 10648078 No | No | Yes | No | No | RePORT Proj ec | $317,456 | vaccine hesitancy |
| 3/10/2025 | Modeling Adolescent Health Care Decision-Making for Vaccines: A Community-Based Participatory Approach | NICHD | 1R01HD104218-01A1 | POPKIN, RONNA | UNIVERSITY OF PITTSBURGH AT PITTSBURGH | 10767519 No | No | Yes | No | No | RePORT Proj ec | $651,481 | vaccine hesitancy |
| 3/10/2025 | Participatory Decision-Making among Hispanic Parents of COVID-19 Vaccine Eligible Children | NICHD | 1R21HD110817-01A1 | KING, TRACY | ARIZONA STATE UNIVERSITY-TEMPE CAMPUS | 10737776 No | No | Yes | No | No | RePORT Proj ec | $411,774 | vaccine hesitancy |
| 3/10/2025 | COVID19 vaccine hesitancy among perinatal women at risk for health disparities | NICHD | 5R21HD109912-02 | GIRARDI, GUILLERMINA | BUTLER HOSPITAL (PROVIDENCE, RI) | 10757843 No | No | Yes | No | No | RePORT Proj ec | $229,662 | vaccine hesitancy |
| 3/10/2025 | Improving Vaccine Delivery in Hospitalized Children | NICHD | 5K23HD116243-02 | JENKINS, TAMMARA L | SEATTLE CHILDREN'S HOSPITAL | 10992323 No | No | Yes | No | No | RePORT Proj ec | $155,001 | vaccine hesitancy |
| 3/10/2025 | Caregiver decision-making for seasonal respiratory vaccines for children | NICHD | 1K23HD116590-01 | KING, TRACY | CHILDREN'S RESEARCH INSTITUTE | 10887262 No | No | Yes | No | No | RePORT Proj ec | $155,502 | vaccine hesitancy |
| 3/10/2025 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Operations and Collaborations Center (OCC) Clinical Trials | NICHD | 5U24HD111076-02 | RUSSO, DENISE | UNIVERSITY OF SOUTH FLORIDA | 10886066 No | No | Yes | No | No | RePORT Proj ec | $29,437 | vaccine hesitancy |
| 3/12/2025 | Views of Gender in Adolescence | NICHD | 3R01HD058214-14S1 | WEITHERS, DAVID H. | PRINCETON UNIVERSITY | 11115909 No | No | No | No | No | RePORT Proj ec | $97,554 | gender ideology (EA 14168) |
| 3/12/2025 | A Longitudinal Examination of Mechanisms Underlying Intersectional Health Disparities in the United States | NICHD | 2R01HD090965-06A1 | POPKIN, RONNA | UNIVERSITY OF MINNESOTA | 10925800 No | No | Yes | No | No | RePORT Proj ec | $672,140 | gender ideology (EA 14168) |
| 3/12/2025 | Unequal Parenthoods: Population Perspectives on Gender, Race, and Sexual Minority Disparities in Health and Wellbeing During Crises | NICHD | 5U01HD108779-04 | CLARK, REBECCA L | HARVARD PILGRIM HEALTH CARE, INC. | 10961050 No | X2 | No | No | No | RePORT Proj ec | $406,481 | gender ideology (EA 14168) |
| 3/12/2025 | Supportive and restrictive factors and mental health in LGBT adolescent and young adult populations | NICHD | 1R61HD117114-01 | POPKIN, RONNA | COLUMBIA UNIV NEW YORK MORNINGSIDE | 11035024 No | No | Yes | No | No | RePORT Proj ec | $658,837 | gender ideology (EA 14168) |
| 3/12/2025 | Fragile Families Summer Data Training Workshop Series 2021-2025 | NICHD | 5R25HD074544-10 | JEKIELEK, SUSAN | COLUMBIA UNIV NEW YORK MORNINGSIDE | 10919203 No | No | Yes | No | No | RePORT Proj ec | $141,482 | anti-semitism (EA 14168) |
| 3/12/2025 | mHealth and Mobile Ultrasound for Mothers | NICHD | 7R21HD102809-03 | MITCHELL, MEGAN S | COLUMBIA UNIVERSITY HEALTH SCIENCES | 11105757 No | No | Yes | No | No | RePORT Proj ec | $29,437 | anti-semitism (EA 14168) |
| 3/13/2025 | Oncogenic origins of maternal and child metabolic health involving Endospanin1 (SERINC5) | NICHD | 5R01HD102242-03 | LEE, SOKHO S. | COLUMBIA UNIVERSITY HEALTH SCIENCES | 10905801 No | No | No | No | No | RePORT Proj ec | $174,031 | anti-semitism (EA 14168) |
| 3/12/2025 | Understanding and Controlling the Cellular Forces that Sculpt the Epithelial Tissue Morphogenesis | NICHD | 5R01HD094618-05 | MALS SAI PRASANNA | COLUMBIA UNIVERSITY HEALTH SCIENCES | 10939394 No | No | Yes | No | No | RePORT Proj ec | $2,402,473 | anti-semitism (EA 14168) |
| 3/14/2025 | Does self-reported psychosocial stress predict progress in preschool children between maternal race/ethnicity and hypertensive disorders of pregnancy? | NICHD | 5F31HD115107-02 | MALS SAI PRASANNA | COLUMBIA UNIVERSITY HEALTH SCIENCES | 10871531 Yes | No | No | No | No | RePORT Proj ec | $49,974 | anti-semitism (EA 14168) |
| 3/14/2025 | Trial of Human NRG Oligozoturbide-based synbiotics for HIV-exposed uninfected infants | NICHD | 5F30HD088846-03 | GIRARDI, GUILLERMINA | COLUMBIA UNIVERSITY HEALTH SCIENCES | 10914606 No | No | No | No | No | RePORT Proj ec | $74,099 | anti-semitism (EA 14168) |
| 3/14/2025 | Quantifying the interactions among maternal tissues, vaginal metabolites, and microbes in preterm birth | NICHD | — | — | — | — | — | — | — | — | — | — | $732,299 | anti-semitism (EA 14168) |

| Project Title | Grant Number | Institution | PI | Award | Note |
|---|---|---|---|---|---|
| Mechanisms controlling cell type-specific transcription factor activity in the development of widely heterogeneous structures in Drosophila | 5F31HD103124-02 | COLUMBIA UNIVERSITY HEALTH SCIENCES | STEIN, KATHRYN A | $49,974 | anti-semitism (EA 14188); Parent and all subjects terminated |
| HY Community Hospital Academic-Maternal Health Equity Partnerships (HY CHAMP) | 5U04HD113172-02 | COLUMBIA UNIVERSITY HEALTH SCIENCES | FAHEY, CAMILLE | $2,265,444 | anti-semitism (EA 14188) |
| Biomedical and mechanobiology of human uterine fibroids | 1F31HD104449-03A1 | COLUMBIA UNIV NEW YORK MORNINGSIDE | AHN, HELENA HYEJOON | $49,974 | anti-semitism (EA 14188) |
| Brain-wide neural mechanisms enhancing maternal behavioral response to infant cues | 1F31HD116464-01A1 | COLUMBIA UNIVERSITY HEALTH SCIENCES | MANN KEEFER, KATHY M | $49,974 | anti-semitism (EA 14188) |
| Associations among maternal stress, infant epigenetics, and behavioral and cognitive development across the first few years of life | 1F31HD115524-01 | COLUMBIA UNIVERSITY TEACHERS COLLEGE | GRAFFIN, JAMES | $42,074 | anti-semitism (EA 14188) |
| Strengthening informed consent for authentic participation in perinatal research | 1R21HD15480-01A1 | COLUMBIA UNIVERSITY HEALTH SCIENCES | ESBER, ALLAHNA LAUREN | $295,355 | anti-semitism (EA 14188) |
| Pediatric Scientist Development Program | 5K12HD000849-00 | WEILL MEDICAL COLL OF CORNELL UNIV | WINER, KAREN | $1,501,372 | |
| Boston University Conference on Language Development, 2022-2026 | 5R13HD109086-04 | BOSTON UNIVERSITY (CHARLES RIVER CAMPUS) | SAGUI, VIRGINIA CHARLOTTE | $10,000 | |
| Reproductive Consequences of Steroid Hormone Administration | 5R01HD098213-05 | UNIVERSITY OF MICHIGAN AT ANN ARBOR | JOHNSTON, DANIEL STEPHEN | $232,195 | |
| Female Sexual Orientation GWAS | 5R01HD102180-05 | ENDEAVOR HEALTH CLINICAL OPERATIONS | POPKIN, RENNA | $424,192 | |
| Skeletal Health and Bone Marrow Composition Among Youth | 5R01HD108141-05 | BOSTON CHILDREN'S HOSPITAL | RUSSO, DENISE | $529,742 | |
| Stanford Womens Reproductive Health Research Career Development Program | 5K12HD051960-16 | STANFORD UNIVERSITY | KAUFMAN, STEVEN | $326,279 | |
| Step UP for STEM and Health Careers: An Intervention to Reduce STEM-related Stress and improve high school STEM learning environments | 5R44HD098521-03 | RESILIENT GAMES STUDIO, LLC | GALLEN, COURTNEY LEIGH | $63,939 | |
| Evidence-based Parent Training for Divorce Families (PTDF) | 3R44HD080855-03A1S1 | IRIS MEDIA, INC. | GALLEN, COURTNEY LEIGH | $283,526 | |
| An intervention to promote healthy relationships among transgender and gender-expansive youth | 5R21HD078110-02 | SEATTLE CHILDREN'S HOSPITAL | POPKIN, RENNA | $139,933 | |
| Cardiometabolic effects of gender-affirming hormone therapy in transgender adolescents | 5R21HD099742-03 | YALE UNIVERSITY | WINER, KAREN | $264,081 | |
| Optimizing an mHealth intervention to improve uptake and adherence in the HIV prevention prophylaxis (PrEP) in vulnerable adolescents and emerging adults | 5R21HD007908-04 | UNIV OF MASSACHUSETTS MED SCH WORCESTER | YATES, FRANKLIN WILLEM | $278,952 | |
| Improving the power of text messaging to reduce HIV incidence in adolescent males across the United States | 3R44HD037868-04 | CENTER FOR INNOVATIVE PUBLIC HEALTH RESEARCH | YATES, FRANKLIN WILLEM | $2,154,708 | |
| Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality | 5U01HD108788-03 | IBIS REPRODUCTIVE HEALTH | POPKIN, RENNA | $477,618 | |
| Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality | 5R01HD105302-02 | IBIS REPRODUCTIVE HEALTH | POPKIN, RENNA | $59,500 | |
| A longitudinal study investigating TDM and adolescent health and development: Brain, behavior and well-being | 3R01HD109921-03S1 | UNIVERSITY OF WISCONSIN MADISON | WINER, KAREN | $1,484,126 | |
| Ethical practices and participant and parent perspectives on research collecting adolescents' purpose social media data | 5P01HD109056-03 | UNIVERSITY OF WISCONSIN MADISON | GRAFFIN, JAMES | $0 | n/a |
| Development and Initial Trial of Brief Interventions to Help Parents of Stigmatized Youth Reduce Distress and Strengthen Attachment | 1R21HD106317-03A1 | YALE UNIVERSITY | POPKIN, RENNA | $443,489 | |
| Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Operations and Collaborations Center | 3UM2HD111076-02S1 | WESTAT, INC. | RUSSO, DENISE | $2,147,421 | |
| Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Operations and Collaborations Center (Clinical Trial Optional) | 5UM2HD111076-03 | WESTAT, INC. | RUSSO, DENISE | $7,583,126 | |

| Date | Project Title | | Grant Number | Institution | PI | Abstract | | | | | | Link | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2025 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center: DeepMaya (UAB AdolesHopp) | HD | 3UM2HD111102-02S1 | FLORIDA STATE UNIVERSITY | RUSSO, DENISE | PROJECT SUMMARY/ABSTRACT Emerging data indicates that... to prevent bacterial STIs. Open-label studies among SMM found that doxycycline (100 mg within 72 hours of... | 11700168 | 10 | 1 N | 30 | 10 | RePORT Proj In | $734,992 |
| 3/24/2025 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center | HD | 5UM2HD111102-03 | FLORIDA STATE UNIVERSITY | RUSSO, DENISE | Adolescents and young adults (AYA) under the aged of 25 in the United States (US) are the least likely of all age groups to: 1) know they are HIV status, 2) initiate PrEP if HIV-negative even when indicated, 3) take medication as prescribed, attend medical... | 10945397 | 10 | 1 N | 30 | 10 | RePORT Proj In | $11,447,748 |
| 3/24/2025 | Intervention to improve parent communication about sexuality with sexual minority male adolescents | HD | 3R01HD101514-05A1 | UNIVERSITY OF PENNSYLVANIA | POPKIN, RONNA | Project Summary Parental acceptance of their youth as part of the LGBTQ is a protective factor for the health of this youth group; however, parents lack support in initiating and sustaining sexuality discussions inclusive of their teens' attractions, behaviors and... | 10005512 | 10 | 1 N | 30 | 10 | RePORT Proj In | $499,557 |
| 3/24/2025 | Health and economic consequences of changing federal and state policies on reproductive health | HD | 1R03HD112846-01A1 | UNIVERSITY OF CALIFORNIA, SAN FRANCISCO | POPKIN, RONNA | PROJECT SUMMARY In June 2022, a decision by the U.S. Supreme Court ended the federally protected right to abortion established by Roe v Wade almost 50 years ago. In response to this decision, 26 states are expected to limit abortion access, affecting approximately... | 10881457 | 10 | 0 N | 30 | 10 | RePORT Proj In | $538,719 |
| 3/24/2025 | Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth (iCARE) Plus Effectiveness / Implementation Hybrid Study | HD | 5U01HD111160-02 | NORTHWESTERN UNIVERSITY AT CHICAGO | RUSSO, DENISE | Project Summary Nigeria has the 4th highest global burden of HIV and an uncontrolled epidemic. Among youth ages 15-24, HIV incidence remains high and rates of viral suppression low. The HIV epidemic in Nigeria's youth is highest in men who have sex with... | 10925422 | 10 | 1 N | 30 | 10 | RePORT Proj In | $1,244,010 |
| 3/24/2025 | Center to Advance Reproductive Justice and Behavioral Health among Black Pregnant/Postpartum Women and Birthing People (CRJBH) | HD | 5U54HD113290-02 | MOREHOUSE SCHOOL OF MEDICINE | FABRY, CAMILLE | Abstract Pregnant and postpartum women who are Black face at the highest risk of serious pregnancy and childbirth-related mortality and morbidity and postpartum public health issues confronting the 21st century U.S.; (1) the maternal morbidity and mortality epidemic; (2) the behavioral health crisis, and (3)... | 10936493 | 10 | 0 N | 30 | 10 | RePORT Proj In | $1,474,219 |
| 3/24/2025 | Examining reproductive and sexual health during the transition to adulthood | HD | 1R04HD103724-05A1 | INNOVATION RESEARCH AND TRAINING, INC | POPKIN, RONNA | Project Abstract Emerging adults attending community college are an underserved population at risk for poor sexual health outcomes. Compared to students of 4-year institutions, community college students are more likely to experience unintended pregnancy and... | 11134498 | 10 | 0 N | 30 | 10 | RePORT Proj In | $263,996 |
| 3/24/2025 | Understanding the Complex Reproductive Health Needs of Formerly Incarcerated Young Men | HD | 5R21HD103484-02 | JOHNS HOPKINS UNIVERSITY | POPKIN, RONNA | PROJECT SUMMARY Men have more reproductive health disproportionately impacts minoritized and socioeconomically disadvantaged groups. A subset of the at-risk of poor reproductive health that impedes individuals' sexual and reproductive health (SRH) and... | 11509980 | 10 | 0 N | 30 | 10 | RePORT Proj In | $43,519 |
| 3/24/2025 | Adaptive Community-Engaged Intervention for Violence Prevention: Michigan Model | HD | 1U01HD115252-01 | EASTERN MICHIGAN UNIVERSITY | GILBERT, LEAH KAYE | Abstract Community-Engaged Intervention for Violence Prevention: Michigan Model Abstract Firearm carriage and firearm injury and mortality. Asian carriage are critical risks for firearm injury and mortality. A sub... | 10812130 | 10 | 1 Y | 30 | 10 | RePORT Proj In | $1,415,608 |
| 3/24/2025 | Understanding multilevel predictors affecting family formation among sexual and gender minority couples | HD | 3R01HD105515-01 | NORTHWESTERN UNIVERSITY AT CHICAGO | POPKIN, RONNA | PROJECT SUMMARY Family formation plans (e.g., whether/when to have children) is a key process that begins in adolescence. For sexual and gender minority (SGM) individual- and couple-level influences like stigma and policy, as well as those factors that influence do not fully... | 10926756 | 10 | 0 N | 30 | 10 | RePORT Proj In | $719,900 |
| 3/24/2025 | Feasibility study for assessing processes and outcomes related to gender-affirming care | HD | 1R21HD115588-01 | UNIVERSITY OF COLORADO DENVER | POPKIN, RONNA | PROJECT SUMMARY In the United States (U.S.) an estimated 300,000 youth, ages 13-17 years, identify as transgender and, over the last decade, the number of youth been seeking gender-affirming care. Leading medical organizations – including the... | 10949774 | 10 | 0 Y | 30 | 10 | RePORT Proj In | $429,000 |
| 3/24/2025 | The effects of gender-affirming sex steroids on brain development in adolescents | HD | 3R01HD113982-01 | BOSTON CHILDREN'S HOSPITAL | WINER, KAREN | Transgender and gender nonconforming (TNB) adolescents who receive gender-affirming hormone therapy (GAHT) with estradiol or testosterone, there is mental gender dysphoria, and improve mental health. Because enhancing likely impacts for reproductive mental health (SRH) services are... | 10944805 | 10 | 0 N | 30 | 10 | RePORT Proj In | $800,403 |
| 3/24/2025 | Confidentiality in use of health insurance coverage for reproductive health services | HD | 1R21HD100089-01 | BRIGHAM AND WOMEN'S HOSPITAL | POPKIN, RONNA | Project Summary/Abstract 30 lines The World Health Organization affirms that sexual and reproductive health (SRH) services are fundamental to achieving and maintaining health and wellbeing and... | 10952740 | 10 | 0 Y | 30 | 10 | RePORT Proj In | $495,307 |
| 3/24/2025 | Restoring equity in measuring and preventing perinatal intimate partner violence (RemapIPV) | HD | 1R25HD118474-01 | UNIV OF NORTH CAROLINA CHAPEL HILL | CHINN, JUANITA JEANNE | Project Summary Maternal morbidity and mortality in the United States (US) is driven by health inequities along social and structural factors. Inequities in intimate partner violence (IPV), which leads to poverty, disability, socio-economic and sexual gender minority... | 10993740 | 10 | 0 Y | 30 | 10 | RePORT Proj In | $428,570 |
| 3/24/2025 | Be Curious, Not Judgmental: The 4th National Symposium on Sexual Behavior of Youth | HD | 1R13HD117635-01 | UNIVERSITY OF OKLAHOMA HLTH SCIENCES CTR | GILBERT, LEAH KAYE | Project Summary / Abstract As the recognition of the prevalence and impact of problematic and harmful sexual behaviors (PSB) and HSB) of youth grows, so has the scientific endeavors to address the topic with findings supporting efficacious early intervention (Bonham et al.,... | 11024643 | 10 | 0 N | 10 | 10 | RePORT Proj In | $10,000 |