# Exhibit H








2200 Sixth Avenue, Suite 425, Seattle, WA 98121 • 206.389.9321 • Toll Free: 855.329.0919    2208 North 30th Street, Suite 202, Tacoma, WA 98403 • 253.627.6401 • Toll Fee: 800.649.2034

## ONE-WEEK TRANSCRIPT TURNAROUND
Digital Transcripts • Internet Realtime • HD Legal Video • Picture-in-Picture Depositions
Remote Depositions • Designation Editing • Nationwide Scheduling • HD Videoconferencing

In the Matter of:

State of WA, et al.

vs

Trump, et al.

_____

**LIZA BUNDESEN**

*April 04, 2025*

---

Thank you for choosing BA Litigation Services for your court reporting, legal video, and deposition technology needs. It is always our goal to provide you with exceptional service. If there is anything we can do to assist you, please don't hesitate to let us know.

Sarah Fitzgibbon, CCR
Vice President



The Premier Advantage™
PDF transcript bundle contains:

• Full-size and condensed transcripts
• Printable word index
• Hyperlinked selectable word index
• Embedded printable exhibit scans
• Hyperlinked selectable exhibit viewing
• Common file formats: txt, lef, mdb
  accessed via *paperclip* icon

STRATEGY • TECHNOLOGY • DESIGN • DEPOSITIONS

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 3 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025

```
 1                UNITED STATES DISTRICT COURT
 2               WESTERN DISTRICT OF WASHINGTON
 3                         AT SEATTLE
 4   -------------------------------)
 5   STATE OF WASHINGTON, et al.,   ) NO.2:25-cv-00244-LK
 6                 Plaintiffs,      )
 7         v.                       )
 8   DONALD J. TRUMP, in his        )
 9   official capacity as President )
10   of the United States, et al.,  )
11                 Defendants.      )
12   -------------------------------)
13                              Washington, D.C.
14                              Friday, April 4, 2025
15
16        Deposition of LIZA Q. BUNDESEN, a witness
17   herein, was called for examination by counsel for
18   Plaintiffs in the above-entitled matter, pursuant to
19   notice, the witness being first duly sworn by
20   BESS A. AVERY, a Notary Public in and for the
21   District of Columbia, taken at the offices of B&A
22   Litigation Services, 1029 Vermont Avenue, N.W.,
23   Washington, D.C., commencing at 9:06 a.m., when were
24   present on behalf of the respective parties:
25
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 4 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 2

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF STATE OF WASHINGTON:
 3        WILLIAM MCGINTY, ESQ.
 4        LAURYN K. FRAAS, ESQ.
 5        Assistant Attorneys General
 6        Attorney General of Washington
 7        800 Fifth Avenue, Suite 2000
 8        Seattle, Washington  98104-3188
 9        (360) 709-6027
10        william.mcginty@atg.wa.gov
11        lauryn.fraas@atg.wa.gov
12   ON BEHALF OF THE DEFENDANTS:
13        VINITA B. ANDRAPALLIYAL, ESQ., SR. COUNSEL
14        CHRISTIAN S. DANIEL, ESQ., TRIAL ATTORNEY
15        ROBERT C. BOMBARD, ESQ., TRIAL ATTORNEY
16        UNITED STATES DEPARTMENT OF JUSTICE
17        Civil Division, Federal Programs Branch
18        1100 L Street, NW
19        Washington, DC  20530
20        (202) 305-0845
21        Vinita.B.Andrapalliyal@usdoj.gov
22        Christian.S.Daniels@usdoj.gov
23        Robert.Bombard2@usdoj.gov
24   ALSO PRESENT:  Miranda Berge, Esq. - HHS
25                  Anna Jacobs, Esq. - HHS
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 5 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025                                    Page 3

```
 1                         I N D E X
 2   Witness:                                               Page
 3        LIZA Q. BUNDESEN
 4             Examination by Mr. McGinty. . . . . . . .5
 5             Examination by Ms. Andrapalliyal. . .  104
 6             Further Examination by Mr. McGinty. . .110
 7
 8
 9
10                           - - -
11                         E X H I B I T S
12             (Exhibits attached to transcript)
13   Bundesen Deposition Exhibits                          Page
14   Exhibit 23   Subpoena Duces Tecum . . . . . . . . . 12
15   Exhibit 24   Bundesen CV  . . . . . . . . . . . . . 15
16   Exhibit 4    Termination letter, dated 2/28/25  . . 33
17   Exhibit 3    Presidential Documents from the  . . . 65
18        Federal Register Vol. 90, 1/20/2025,
19        Executive Order
20   Exhibit 5    Exhibit 5, article from journal  . . . 68
21        Nature
22   Exhibit 8    Memo from NIH to Institute and . . . . 77
23        Center Chief Grants Management Officers,
24        2/12/2025
25
```

Case 2:25-cv-00244-LK    Document 276-8    Filed 04/30/25    Page 6 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 4

```
 1                    E X H I B I T S
 2            (Exhibits attached to transcript)
 3   Bundesen Deposition Exhibits                       Page
 4   Exhibit 7   Memo from NIH to Institute and . . . . 79
 5         Centers Chief Grants Management
 6         Officers, 2/13/2025
 7   Exhibit 20  NIH Grants Policy Statement  . . . . . 81
 8   Exhibit 25  Application for Federal Assistance . . 92
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 7 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 5

```
 1                 P R O C E E D I N G S
 2                      -   -   -   -   -
 3    Thereupon,
 4                    LIZA Q. BUNDESEN,
 5    was called as a witness by counsel for Plaintiffs,
 6    and, having been duly sworn by the Notary Public,
 7    was examined and testified as follows:
 8                       EXAMINATION
 9    BY MR. McGINTY:
10        Q    Could you please just state your name and
11    spell your last name for the record, please.
12        A    Liza Queyrel Bundesen.  And my last name
13    is spelled B-U-N-D-E-S-E-N.
14        Q    Great.  And we just met.  My name is
15    Will McGinty.  I represent Plaintiffs in this case.
16             Before we get too much further, are you
17    still employed by the federal government in any
18    capacity?
19        A    No.
20        Q    Okay.  When did you separate from
21    employment?
22        A    March 7, 2025.
23        Q    2025.  Are you represented by counsel in
24    this matter?
25        A    No.
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 8 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 34

1  mentioned, I have monovision contacts.
2           I have not seen this document before.
3      Q    Okay.  Go to the bottom.  You see you're
4  cc'd on this?
5      A    Mm-hmm, yes.
6      Q    You don't recognize having seen this
7  document before?
8      A    No, I've not seen this specific document
9  before.
10     Q    Have you seen letters that look like this?
11          MS. ANDRAPALLIYAL:  Objection, vague.
12          THE WITNESS:  I have seen a template
13 letter that looks like this.
14 BY MR. McGINTY:
15     Q    Okay.  And what was the template letter
16 that you saw?
17     A    So it resembled this document, but did not
18 have specific language; for example, you know,
19 addresses, salutations, grant numbers.  Yeah, so it
20 was missing specific information about the
21 individual grants.
22     Q    Looking at this letter, this Exhibit 4, do
23 you recognize what it is?
24     A    Yes, it is a termination letter.
25     Q    And the date is February 28th, 2025.  Is

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 9 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 35

```
 1   that right?
 2        A    Yes.
 3        Q    That's the same day that you talked with
 4   Rachel Riley?
 5        A    Yes.
 6        Q    Was this the only termination letter that
 7   went out on February 28th?
 8        A    No.
 9        Q    How many termination letters went out on
10   February 28th?
11             MS. ANDRAPALLIYAL:  Objection, assumes
12   facts not in evidence.
13             THE WITNESS:  I don't remember.
14   BY MR. McGINTY:
15        Q    Do you know if it was more or less than
16   ten?
17        A    I think it was more than ten, less than
18   30.
19        Q    Okay.  And do you know how the decision to
20   make the grants that were terminated was made?
21        A    I do not.
22        Q    Okay.  Do you know who made the decision?
23        A    I do not.
24        Q    Do you recollect the circumstances that
25   led up to the termination of those grants on
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 10 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025                                                    Page 36

```
 1   February 28th?
 2        A    Can you please clarify.
 3        Q    How did you first learn that grants were
 4   going to be terminated on February 28th?
 5        A    I received a text message over Microsoft
 6   Teams from James McElroy.  He said, Liza --
 7   something to the effect of:  Liza, can you please
 8   get in touch with Rachel Riley ASAP, she's been
 9   trying to reach you.
10             I'm paraphrasing.
11             I said, James, I'm sorry, I do not know
12   who Rachel Riley is.  And then shortly thereafter,
13   James called me over a Microsoft Teams video call,
14   and so he was there and Rachel Riley was there.  She
15   introduced herself as being part of DOGE, who was
16   working with HHS.
17             And she informed me that a number of
18   grants will need to be terminated and that
19   Matt Memoli will be sending me an e-mail, a list of
20   grants in an e-mail shortly thereafter.
21        Q    Did she explain why the grants were being
22   terminated?
23        A    No.
24        Q    Did you ask?
25        A    She explained that -- excuse me, let me
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 11 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 37

1  clarify.
2          She said that the current administration's
3  OGC has a different opinion from the previous
4  administration's OGC on grant termination and,
5  therefore, we will need to terminate grants by the
6  end of the day.
7          I did not ask what, you know, what grants
8  because I just literally was a little bit confused
9  and caught off guard.  And so I waited to see what I
10 would receive by e-mail.
11     Q   And then what did you receive by e-mail?
12     A   I received an e-mail from Matt Memoli that
13 said something to the effect of:  Liza, the attached
14 list of grants need to be terminated by COB today.
15 And there was an Excel file attached to the e-mail.
16     Q   And did you look at the Excel file?
17     A   Yes.
18     Q   And can you describe it for me.
19     A   It was a list of grants -- well, you know,
20 I'm trying -- I don't exactly remember all of the
21 cells in the Excel file, but it was a list of
22 grants.  I can't remember if it had the grant
23 numbers, the titles, the institutions.  It had some
24 combination.
25     Q   Did it give any reason why the grants were

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 12 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 61

1  understand.
2      Q    So you didn't know why it was made?
3      A    Correct.
4      Q    And you weren't told?
5      A    Correct.  Correct.
6      Q    Are you aware of anyone at NIH who had
7  input into the decision about which grants to
8  terminate?
9      A    I do not.
10     Q    And you don't know how the decision to
11 terminate the grants was made?
12     A    I do not.
13     Q    And you don't know what the language in
14 this letter means?
15          MS. ANDRAPALLIYAL:  Objection, vague.
16          THE WITNESS:  That, yeah.  Do you have --
17 specifically about the letter, yeah.
18 BY MR. McGINTY:
19     Q    Sure.  Let's talk about paragraph 4.
20     A    Okay.
21     Q    Earlier I was asking you if you had
22 opinions about the language in paragraph 4 which
23 explains why this grant is being terminated.  Is
24 that a fair characterization of the paragraph?
25     A    Yes.

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 13 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025

Page 62

1    Q    And your testimony was many of the
2    statements in this paragraph are vague and you don't
3    know what they mean.  Is that right?
4    A    That's right.
5    Q    So you don't know why this grant was
6    terminated and you were never told, and the letter
7    that explains it, doesn't explain it.  Is that
8    right?
9         MS. ANDRAPALLIYAL:  Objection, compound.
10        THE WITNESS:  I was never told, that's
11   correct.  And as I mentioned before, I thought the
12   language is vague.
13   BY MR. McGINTY:
14   Q    Okay.  Did you receive more than one form
15   letter?
16   A    I don't -- I don't think so.  I don't
17   fully remember, but I think it was just the one
18   template letter attached to the e-mail that had the
19   Excel file with the grants.
20   Q    Were there grants that had to do with
21   things other than gender identity that were
22   terminated?
23   A    Yes.
24   Q    So, for example, DEI?
25   A    Yes.

Case 2:25-cv-00244-LK    Document 276-8    Filed 04/30/25    Page 14 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 63

```
 1        Q    And vaccine hesitancy?
 2        A    I do not recall anything about vaccine
 3   hesitancy being on that list.
 4        Q    How about grants that would benefit
 5   institutions in China?
 6        A    Yes.
 7        Q    So do you know if the language in
 8   paragraph 4 which is about gender identity would be
 9   in all of those form letters?
10        A    No.  I recall that the template form
11   letter had boilerplate language that could then be
12   modified for the different circumstances, the
13   different buckets of grants that were to be
14   terminated.
15             And my recollection, again, a little hazy,
16   was that the categories were DEI, research in China,
17   and transgender or gender ideology.  So that's what
18   I remember.
19        Q    Do you know who drafted those form
20   letters?
21        A    I do not.
22        Q    Were you ever told?
23        A    No.
24        Q    Did you ever ask?
25        A    I do not think so, no.
```

Case 2:25-cv-00244-LK    Document 276-8    Filed 04/30/25    Page 15 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025                                                    Page 91

```
 1   here?
 2        A    Okay.
 3        Q    And it means -- well, I'll just indicate
 4   that about the middle of the second paragraph here
 5   and it says:
 6             "The term 'public policy' indicates that
 7              the requirement is based on social,
 8              economic, or other objectives or
 9              considerations that may be attached to
10              the expenditure of Federal funds by
11              recipients, subrecipients, and
12              contractors, in general, or may relate to
13              the expenditure of Federal funds for
14              research or other specified activities."
15        A    Okay.
16        Q    So this Part 4, and then as amended by the
17   notices that you were talking about earlier, would
18   be the public policy requirements for NIH
19   recipients, right?
20             MS. ANDRAPALLIYAL:  Objection, calls for
21   speculation.
22             THE WITNESS:  I'm not -- I'm not entirely
23   sure.  It would appear so, but again, I'm not an
24   expert in some of this content, much of this
25   content, so.  But it would appear so.
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 16 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025
Page 92

```
 1   BY MR. McGINTY:
 2         Q    In your role as deputy director and acting
 3   director, were you involved in interpreting and
 4   applying this Part 4?
 5         A    As I mentioned earlier, generally, yes, I
 6   would be involved along with Ms. Michelle Bulls and
 7   her colleagues in interpreting and applying the
 8   Grants Policy Statement along with, you know,
 9   Institutes that are colleagues as well.
10         Q    Okay.  Are you aware of anything in this
11   Part 4 that says it's the policy of NIH not to fund
12   or to defund research on transgender related issues?
13         A    I am not aware.
14         Q    If such a policy existed in here, would
15   you expect to be aware of it?
16         A    Yes.
17         Q    Okay.
18              MR. McGINTY:  Mark this, please.
19              (Bundesen Deposition Exhibit 25 was marked
20               for identification.)
21              (Document tendered to counsel)
22              MS. ANDRAPALLIYAL:  Thank you.
23   BY MR. McGINTY:
24         Q    I'm handing you what's been marked as
25   Exhibit 25.
```

Case 2:25-cv-00244-LK   Document 276-8   Filed 04/30/25   Page 17 of 17

State of WA, et al. vs Trump, et al.
Bundesen, Liza - April 04, 2025                                                    Page 116

```
 1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2              I, Bess A. Avery, Registered Merit
 3   Reporter, the officer before whom the foregoing
 4   deposition was taken, do hereby certify that the
 5   foregoing transcript is a true and correct record of
 6   the testimony given; that said testimony was taken
 7   by me stenographically and thereafter reduced to
 8   typewriting under my supervision; and that I am
 9   neither counsel for, related to, nor employed by any
10   of the parties to this case and have no interest,
11   financial or otherwise, in its outcome.
12              IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 14th day of
14   April 2025.
15
16   My commission expires:
17   November 14, 2028
18
19   _____
20   BESS A. AVERY
21   NOTARY PUBLIC IN AND FOR THE
22   DISTRICT OF COLUMBIA
23
24
25
```