# Exhibit J

District Judge Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

CASE NO. 2:25-cv-00244-LJK

DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

**DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Fed. R. Civ. P. 26, 33, and 34, Defendants hereby provide objections and responses to Plaintiffs' first set of interrogatories and requests for production. Defendants reserve the right to assert additional objections as appropriate and to amend or supplement these objections and responses in accordance with the applicable rules and orders on discovery during the course of this action.

**GENERAL OBJECTIONS**

1. Defendants object to the interrogatories and requests for production to the extent they were served pursuant to the Court's prior grant of expedited discovery relating to Plaintiffs' motion

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories and Requests for Production
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

for contempt, which was based on the National Institutes of Health's (NIH's) termination of NIH Grant No. 5R21HD107311. *See* Order Denying Plaintiffs' Motion for Contempt and Attorney's Fees and Granting Plaintiffs' Motion for Expedited Discovery, ECF No. 258. That grant has been reinstated, and therefore any such expedited discovery, and any discovery relating to the contempt issues Plaintiffs previously raised, is moot.

    2.    Defendants object to the interrogatories and requests for production as overbroad to the extent they are directed at all Defendants, yet only concern a grant termination by NIH, a subagency of a single Defendant, the U.S. Department of Health and Human Services (HHS). *See* ECF No. 258 at 15 & n.5 (noting that Plaintiffs' requested expedited discovery "is limited to the circumstances surrounding the Grant termination" and "declin[ing] to entertain Plaintiffs' expanded request"). Plaintiffs offer no reason to think that discovery from non-HHS defendants on this topic is proportional to the needs of the case or would result in disclosure of relevant information. As a result, the burden of requiring more than a dozen other agencies to provide responses to inquiries regarding NIH's termination of a grant far outweighs any potential and purely speculative benefit. *See, e.g.*, *O. L. v. City of El Monte*, 2021 WL 926392, at *3 (C.D. Cal. Feb. 1, 2021) ("Plaintiff has not met her initial burden to show relevance. Further, the Court finds separately that requiring an answer based on any speculative relevance would be disproportionate to the needs of the case taking into account the factors under Rule 26(b)(1).").

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

    1.    Defendants object to Definitions 1, 3, and 4, and Instructions 3, 4, 6, and 7, to the extent they seek to impose upon Defendants obligations that are inconsistent with or greater than obligations imposed by Federal Rules of Civil Procedure 26, 34, and 45.

    2.    Defendants object to Definition 3 as overbroad to the extent, when applied to

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories and Requests for Production
2:25-cv-00244-LK - 2

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

Plaintiffs' interrogatories and requests for production, it directs those interrogatories and requests for production at all Defendants, when such interrogatories and requests for production only concern a grant termination by NIH, a subagency of HHS. As set out in General Objection 2, Plaintiffs offer no reason to think the purely speculative benefit of discovery from non-HHS Defendants on the topic of NIH's grant termination outweighs the burden and expense of such discovery. Accordingly, Defendants will construe Definition 3 as including only HHS (including its sub-agency NIH).

3. Defendants further object to Definition 3 to the extent it seeks discovery from the President. In addition to the weighty separation of powers considerations applicable to litigation against the President, the "high respect that is owed to the office of the Chief Executive . . . is a matter that should inform the conduct of the entire proceeding, including the timing and scope of discovery." *Cheney v. U.S. Dist. Ct. for Dist. of Columbia*, 542 U.S. 367, 385 (2004) (quotations omitted). Plaintiffs bear the heavy "burden of showing the propriety of [such] requests," not the Executive Branch, *id.* at 388, and they have not even attempted to do so. As already set out, Defendants' construal of Definition 3 will exclude the President.

4. Defendants further object to Definition 3 to the extent, when applied to Plaintiffs' interrogatories and requests for production, it would require Defendants to supply information not within their knowledge, or produce documents not within their possession, custody, or control.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Identify all persons involved in the decision to terminate Grant No. 5R21HD107311, including, but not limited to, each author or contributor in any part to Exhibits A and B to the declaration of Kym Ahrens (Dkt. ##244-1, 244-2). For each, describe the person's role in the grant's termination.

**OBJECTIONS TO INTERROGATORY NO. 1**: Defendants object to this interrogatory insofar as it seeks information covered by the deliberative process, attorney-client, work product, or
Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories
and Requests for Production
2:25-cv-00244-LK - 3

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO INTERROGATORY NO. 1**: Consistent with Defendants' objections, Defendants will not furnish information in response to this request.

**INTERROGATORY NO. 2:** Identify and describe all criteria used to determine whether Grant No. 5R21HD107311 "effectuate[s] [NIH's] priorities," Ahrens Decl., Ex. B (Dkt. #244-2), including, as applicable, any key words used to identify already-awarded grants that no longer "effectuate[s] [NIH's] priorities."

**OBJECTIONS TO INTERROGATORY NO. 2**: Defendants object to this interrogatory insofar as it seeks information covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO INTERROGATORY NO. 2**: Consistent with Defendants' objections, Defendants will not furnish information in response to this request.

**INTERROGATORY NO. 3:** Identify all authors of the social media post attached as Exhibit 2 to the Declaration of William McGinty (Dkt. #245-2), including each person's name, job title, business address, email address, their role in the Department of Government Efficiency, and their role in decision to terminate Grant No. 5R21HD107311.

**OBJECTIONS TO INTERROGATORY NO. 3**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO INTERROGATORY NO. 3**: Consistent with Defendants' objections,

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories and Requests for Production
2:25-cv-00244-LK - 4

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

Defendants will not furnish information in response to this request.

**INTERROGATORY NO. 4:** Identify the document attached as Exhibit 6 to the Declaration of William McGinty (Dkt. #245-6), including a description of what it is, which agency or agencies it originated in, the names or all authors, editors, or approvers who produced it, to whom it was distributed, and the purposes for which it was used.

**OBJECTIONS TO INTERROGATORY NO. 4**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO INTERROGATORY NO. 4**: Consistent with Defendants' objections, Defendants will not furnish information in response to this request.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** All drafts of the following documents, included as an exhibit to the declarations of Kym Ahrens (Dkt. #244) and William McGinty (Dkt. #245): Ahrens Decl., Exs. A-B (Dkt. ##244-1, 244-2), and McGinty Decl., Ex. 6 (Dkt. #245-6).

**OBJECTIONS TO REQUEST NO. 1**: Defendants object to this request because it seeks documents covered by the deliberative process privilege, and insofar as it seeks documents covered by attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO REQUEST NO. 1**: Consistent with Defendants' objections, Defendants will not produce documents in response to this request.

**REQUEST NO. 2:** All drafts of the document titled "Staff Guidance –Award Assessments for Alignment with Agency Priorities – March 2025" referenced in Exhibit 5 of the declaration of William McGinty (Dkt. #245-5).

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories
and Requests for Production
2:25-cv-00244-LK - 5

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

**OBJECTIONS TO REQUEST NO. 2**: Defendants object to this request because it seeks documents covered by the deliberative process privilege, and insofar as it seeks documents covered by attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO REQUEST NO. 2**: Consistent with Defendants' objections, Defendants will not produce documents in response to this request.

**REQUEST NO. 3:** All communications related to the following documents, included as an exhibit to the declarations of Kym Ahrens (Dkt. #244) and William McGinty (Dkt. #245): Ahrens Decl., Exs. A-B (Dkt. ##244-1, 244-2), and McGinty Decl., Ex. 6 (Dkt. #245-6).

**OBJECTIONS TO REQUEST NO. 3**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO REQUEST NO. 3**: Consistent with Defendants' objections, Defendants will not produce documents in response to this request.

**REQUEST NO. 4:** All documents related to NIH's claims that "Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities." Ahrens Decl., Ex. A (Dkt. #244-1).

**OBJECTIONS TO REQUEST NO. 4**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO REQUEST NO. 4**: Consistent with Defendants' objections, Defendants

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories and Requests for Production
2:25-cv-00244-LK - 6

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

will not produce documents in response to this request.

**REQUEST NO. 5:** All documents related to NIH's claim that "It is the policy of NIH not to prioritize these research programs." Ahrens Decl., Ex. A (Dkt. #244-1).

**OBJECTIONS TO REQUEST NO. 5**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants further object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO REQUEST NO. 5**: Consistent with Defendants' objections, Defendants will not produce documents in response to this request.

**REQUEST NO. 6**: All documents related to NIH's claims that "This award related to Transgender issues no longer effectuates agency priorities." Ahrens Decl., Ex. B (Dkt. #244-2).

**OBJECTIONS TO REQUEST NO. 6**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO REQUEST NO. 6**: Consistent with Defendants' objections, Defendants will not produce documents in response to this request.

**REQUEST NO. 7**: All documents that include descriptions of policies, procedures, or guidance regarding termination of NIH grants dated between January 20, 2025 and March 6, 2025.

**OBJECTIONS TO REQUEST NO. 7**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants object to this request because it seeks information not relevant to the claims and defenses in this case.

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories and Requests for Production
2:25-cv-00244-LK - 7

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

**RESPONSE TO REQUEST NO. 7**: Consistent with Defendants' objections, Defendants will not produce documents in response to this request.

**REQUEST NO. 8**: All documents related to your answers to any of the foregoing interrogatories.

**OBJECTIONS TO REQUEST NO. 8**: Defendants object to this request insofar as it seeks documents covered by the deliberative process, attorney-client, work product, or any other privilege.

Defendants object to this request because it seeks information not relevant to the claims and defenses in this case.

**RESPONSE TO REQUEST NO. 8**: Consistent with Defendants' objections, Defendants will not produce documents in response to this request.

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories
and Requests for Production
2:25-cv-00244-LK - 8

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845

DATED this 18th day of April, 2025.

                                            Respectfully submitted,

                                            YAAKOV M. ROTH
                                            Acting Assistant Attorney General
                                            Civil Division

                                            MICHELLE BENNETT
                                            Assistant Branch Director

                                            <u>/s/ *Christian S. Daniel*</u>
                                            VINITA B. ANDRAPALLIYAL
                                            Senior Counsel
                                            CHRISTIAN S. DANIEL
                                            ROBERT C. BOMBARD
                                            Trial Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street NW
                                            Washington, DC 20530
                                            Tel.: (202) 305-0845
                                            vinita.b.andrapalliyal@usdoj.gov
                                            christian.s.daniel@usdoj.gov
                                            robert.bombard2@usdoj.gov

                                            *Attorneys for Defendants*

Defs.' Objs. & Resps. to Plaintiffs' First Set of Interrogatories and Requests for Production
2:25-cv-00244-LK - 9

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845