# Exhibit O

| | |
|---|---|
| **From:** | Andrapalliyal, Vinita B. (CIV) |
| **To:** | McGinty, William (ATG); Heintz, Tera M. (ATG); Fraas, Lauryn (ATG); Sepe, Cristina (ATG); Hughes, Andrew (ATG); Luna, Neal (ATG); Wolf, Lucy (ATG); allie.m.boyd@doj.oregon.gov; james.canaday@ag.state.mn.us; shannon.stevenson@coag.gov; Melody, Colleen M (ATG); Lauren Peach |
| **Cc:** | Daniel, Christian S. (CIV); Bombard, Robert (CIV) |
| **Subject:** | RE: WA v. Trump, 2:25-cv-244 (W.D. Wash.) |
| **Date:** | Thursday, May 1, 2025 7:38:33 AM |

[EXTERNAL]

Counsel,

The fact sheet has been corrected. Please see following link: https://www.whitehouse.gov/fact-sheets/2025/04/report-to-the-president-on-protecting-children-from-surgical-and-chemical-mutilation-executive-summary/.

Vinita

**From:** Andrapalliyal, Vinita B. (CIV)
**Sent:** Wednesday, April 30, 2025 12:03 PM
**To:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; 'Heintz, Tera M. (ATG)' <tera.heintz@atg.wa.gov>; 'Fraas, Lauryn (ATG)' <Lauryn.Fraas@ATG.WA.GOV>; 'Sepe, Cristina (ATG)' <cristina.sepe@atg.wa.gov>; 'Hughes, Andrew (ATG)' <andrew.hughes@atg.wa.gov>; 'Luna, Neal (ATG)' <neal.luna@atg.wa.gov>; 'Wolf, Lucy (ATG)' <lucy.wolf@atg.wa.gov>; 'allie.m.boyd@doj.oregon.gov' <allie.m.boyd@doj.oregon.gov>; 'james.canaday@ag.state.mn.us' <james.canaday@ag.state.mn.us>; 'shannon.stevenson@coag.gov' <shannon.stevenson@coag.gov>; 'Melody, Colleen M (ATG)' <colleen.melody@atg.wa.gov>; 'Lauren Peach' <Lauren.Peach@coag.gov>
**Cc:** Daniel, Christian S. (CIV) <Christian.S.Daniel@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Subject:** WA v. Trump, 2:25-cv-244 (W.D. Wash.)

Counsel,

Yesterday evening, we received the following message from Plaintiffs' counsel in *PFLAG v. Trump*, 8:25-cv-337 (D.Md.).

> The preliminary injunction entered in our case enjoins Defendants "from conditioning, withholding, or terminating federal funding under . . . Section 4 of Executive Order 14,187 based on the fact that a healthcare entity or health professional provides gender-affirming medical care to a patient under the age of nineteen."
>
> Yesterday, the White House issued a "fact sheet" titled "Report to the President on Protecting Children from Surgical and Chemical Mutilation Executive Summary."  The section of the Executive Summary titled "Stopping Taxpayer-Funded Child Experimentation and Mutilation" states:  "Section 4 [of Executive Order 14,187] directs HHS to 'immediately take appropriate steps to

ensure that [medical] institutions receiving federal research or education grants end the chemical and surgical mutilation of children.' HHS has eliminated 215 such grants, saving taxpayers over $477 million."

This Executive Summary suggests that HHS has violated the preliminary injunction at least 215 times.   We request that you promptly provide us with a list of all 215 grant terminations referenced in the Executive Summary, a copy of any termination correspondence, and the stated reasons for the termination.  We request that you provide this information as soon as possible, but in no event later than Friday May 2, 2025.  Based on your response, we will determine whether to seek a status conference with the court or other possible forms of relief.

We are investigating the matter.

Vinita


Vinita Andrapalliyal
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
202-305-0845