# Exhibit A

| Name | Date | Hours | Work performed |
|---|---|---|---|
| William McGinty | 4/23/25 | 2 | Draft letter to attorneys for Defendants regarding discovery objections |
| William McGinty | 4/29/25 | 1.5 | Review and revise motion to compel |
| William McGinty | 5/19/25 | 0.5 | Review and revise reply in support of motion to compel |
| Colleen Melody | 4/23/25 | 2.5 | Research deliberative process, attorney client, and work product privilege invocations in circumstances like those presented by DOJ's objections here; write portion of DOJ's requested meet-and-confer letter addressing same |
| Colleen Melody | 5/19/25 | 0.8 | Review deposition transcripts of M. Bulls and L. Bundesen for quoted passages for reply in support of motion to compel. Review and provide suggested edits to draft re: same |
| Andrew Hughes | 4/23/25 | 2.7 | Draft letter to attorneys for Defendants regarding discovery objections |
| Andrew Hughes | 4/28/25 | 4.8 | Draft motion to compel |
| Andrew Hughes | 4/29/25 | 5.3 | Revise motion to compel; draft supporting declaration and compile exhibits |
| Andrew Hughes | 4/30/25 | 0.9 | Revise and finalize brief, declaration, and exhibits; direct filing |
| Andrew Hughes | 5/15/25 | 0.3 | Review Defendants' opposition to motion to compel |
| Andrew Hughes | 5/16/25 | 4.4 | Draft reply in support of motion to compel |
| Andrew Hughes | 5/18/25 | 1.8 | Draft reply in support of motion to compel |
| Andrew Hughes | 5/19/25 | 1.2 | Draft and revise reply in support of motion to compel |

| Victoria Johnson | 4/28/25 | 0.5 | Drafting shells of motion to compel and supporting documents |
| Victoria Johnon | 4/30/25 | 4.5 | Review motion to compel, finalize for filing |
| Victoria Johnson | 5/1/25 | 1.7 | Draft and review supplemental declaration of Andrew Hughes in support of motion to compel |
| Victoria Johnson | 5/19/25 | 3.5 | Review of reply in support of motion to compel |
| Victoria Johnson | 5/20/25 | 0.8 | Formatting and editing to supplemental declaration of Todd Bowers |
| Victoria Johnson | 5/21/25 | 2 | Final additions to Exhibit A to the Bowers declaration, finalization of reply in support of motion to compel |
| Tally Locke | 4/30/25 | 4 | Review of motion to compel |
| Tally Locke | 5/1/25 | 1.1 | Review supplemental declaration of Andrew Hughes in support of motion to compel |
| Tally Locke | 5/16/25 | 0.8 | Review Defendants' response to motion to compel |
| Tally Locke | 5/20/25 | 1.1 | Review of reply in support of motion to compel |
| Trista Friend | 4/30/25 | 4 | Review of Cite Content - Motion to Compel |
| Trista Friend | 5/20/25 | 1.75 | Review of Cite Content - Reply in Support of Motion to Compel |

Totals:

Will McGinty = 4 Hours x $517 = $2,068.00

Colleen Melody = 3.3 Hours x $517 = $1,706.10

Andrew R.W. Hughes = 21.4 Hours x $466= $9,972.40

Victoria Johnson = 13 Hours x $158 = $2,054.00

Tally Locke = 7 Hours x $158 = $1,106.00

Trista Friend = 5.75 Hours x $158 = $908.50

Total hours: 54.45 hours

Total cost: $17,815.00