# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

State of Washington, et al.

                          Plaintiff(s),

v.

Donald J. Trump, et al.

                          Defendant(s).

CASE NO. 2:24-cv-244

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

Defendants hereby advise the Court that Defendants' Opposition to Plaintiffs' Motion to Compel, ECF No. 279, contained the following error:
1. The signature line of the brief contained the word "draft" instead of undersigned counsel's signature.

Accordingly, Defendants attach a copy of the brief that corrects the error by deleting the word "draft" and including undersigned counsel's signature. The brief is otherwise identical to Defendants' filing and, therefore, Defendants leave the date of filing unchanged. Defendants apologize for the error and request that the Clerk replace the previous brief with the attached, corrected brief.

| | |
|---|---|
| 5/22/2025 | /s/ Vinita B. Andrapalliyal |
| Dated | Sign or use an "s/" and your name |

Vinita B. Andrapalliyal
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW, Washington, DC 20530
202-305-0845

Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1