The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00244-LK <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

**PLEASE TAKE NOTICE** that Attorney Vinita B. Andrapalliyal hereby withdraws from this case. Christian S. Daniel and Robert C. Bombard, Trial Attorneys for Defendants, remain as counsel of record.

//

//

//

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:25-cv-00244-LK] - 1

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-4964

DATED this 13th day of June, 2025.

Respectfully submitted,

BRETT A SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Senior Counsel (NY Bar Reg. No. 5231667)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-0845
Fax: (202) 616-8460
Email: vinita.b.andrapalliyal@usdoj.gov

*Attorney for Defendants*

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:25-cv-00244-LK] - 2

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-4964