District Judge Lauren King

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | CASE NO. 2:25-cv-00244-LK <br> **[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |

    Having considered Defendants' Motion to Stay Preliminary Injunction Pending Appeal and the parties' briefing in connection with the motion, Defendants' motion is GRANTED. The Court STAYS its Order Granting in Part and Denying In Part Motion for Preliminary Injunction, ECF No. 233, pending appeal.

    IT IS SO ORDERED.

DATED this __ day of August, 2025

                                                    LAUREN KING
                                                    UNITED STATES DISTRICT JUDGE

Proposed Order re: Defendants' Motion to Stay Preliminary Injunction Pending Appeal
2:25-cv-00244-LK - 1

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L STREET, NW
WASHINGTON, DC 20005
202-305-0845