# Exhibit 7

Post

**FBI** ✓
@FBI

Help the FBI protect children. As the Attorney General has made clear, we will protect our children and hold accountable those who mutilate them under the guise of gender-affirming care.

Report tips of any hospitals, clinics, or practitioners performing these surgical procedures on children at 1-800-CALL-FBI or tips.fbi.gov.

10:15 AM · Jun 2, 2025 · **9.6M** Views

4K    8.9K    23K    2.1K

Read 4K replies

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More··· © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up