The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LK <br><br> DECLARATION OF TIMOTHY H. DELLIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL <br><br> NOTE ON MOTION CALENDAR: August 25, 2025 |

DECLARATION OF TIMOTHY H. DELLIT IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO STAY
PRELIMINARY INJUNCTION PENDING
APPEAL
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Timothy H. Dellit, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and attest to the information set forth below through personal knowledge as well as through University of Washington (UW) personnel who have assisted me in gathering this information from our institution.

2. I am the CEO of UW Medicine and the Dean of the UW School of Medicine. UW Medicine is an integrated clinical, research and learning health system with a single mission to improve the health of the public. The UW School of Medicine is a leader in regional medical education and conducts world-leading research across 31 clinical and biomedical research departments and multiple research institutes and centers.

3. This declaration incorporates and supplements my declarations dated February 5, 2025 (Dkt. #16) and February 19, 2025 (Dkt. # 174).

4. This Court's Preliminary Injunction Order limiting the ability of federal agencies to immediately and haphazardly impose new conditions on federal research grant recipients pursuant to the Executive Orders titled "Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government" (EO 14168) and "Protecting Children from Chemical and Surgical Mutilation" (EO 14187) have provided significant relief to UW School of Medicine. This Court protection has allowed UW Medicine to continue operating consistent with its core missions, including advancing research and the public health, while this lawsuit proceeds.

5. One of UW Medicine's primary missions is medical research. Medical research can improve the life of all people, improve the public health, and restore hope to those facing serious health conditions. UW Medicine has one of the largest medical research programs of any institution globally. As I previously testified, UW has more than 1,000+ researchers working on medical research grants through many federal agencies including: Department of Agriculture,

DECLARATION OF TIMOTHY H. DELLIT IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO STAY
PRELIMINARY INJUNCTION PENDING
APPEAL
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

Department of Commerce, Department of Defense, Department of Education, Department of Energy, Department of Health and Human Services, Department of Veterans Affairs, National Aeronautics & Space Administration, National Science Foundation, and Office of the Director of National Intelligence.

6. In federal fiscal year 2024, UW School of Medicine received $494 million in federal medical research grants.

7. Federal medical research grants have enabled UW School of Medicine faculty to make incredible medical advances and breakthroughs, including on Alzheimer's disease, muscular dystrophy, traumatic brain injuries, spinal cord injuries, autism, kidney disease, and many more. UW School of Medicine depends upon the availability of the federal medical research grants it has been awarded to continue its groundbreaking medical research that benefit everyone.

8. The ability of UW School of Medicine to achieve its educational, research, and health care mission would be significantly impaired if it were suddenly stripped of its federal medical research grants under EO 14168 and/or EO 14187.

9. Prior to the Temporary Restraining Orders and then Preliminary Injunction Orders entered by this Court and the district court in Maryland, the federal government was issuing grant terminations under EO 14168 and EO 14187.

10. For instance, on January 31, 2025, the Health Resources and Services Administration (HRSA) advised UW School of Medicine researchers that "[e]ffective immediately, HRSA grant funds may not be used for activities that do not align with Executive Orders (E.O.) entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing, Initial Rescissions of Harmful Executive Orders and Action*, *Protecting Children from Chemical and Surgical Mutilation*, and *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*," and "[a]ny vestige,

DECLARATION OF TIMOTHY H. DELLIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

remnant, or re-named piece of any programs in conflict with these E.O.s are terminated in whole or in part."

11. A similar message was sent to UW School of Medicine researchers by the Centers for Disease Control (CDC) on January 31, 2025, which advised grant recipients that "[t]o implement the Executive Order entitled *Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government* . . . you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting or inculcating gender ideology at every level and activity . . . that are supported with funds from this award," and that "[a]ny vestige, remnant, or re-named piece of any gender ideology programs funded by the U.S. government under this award are immediately, completely, and permanently terminated."

12. While both of those messages were later rescinded, these abrupt and disruptive emails from different federal agencies created a climate of chaos for our researchers. Following this Court's Preliminary Injunction Order, UW School of Medicine has not received any grant terminations pursuant to EOs 14168 or 14187. This has helped provide stability and consistency to our medical researchers who are currently working on federal medical research grants involving a wide range of critical public health issues including cancer, diabetes, liver disease, cardiovascular disease, asthma, opioid use disorder, Down Syndrome, and organ transplantation. Some of these research studies are long term, lasting many years, such that disruption or abrupt cancellation of these grant-funded studies would quite literally throw away years of research and progress toward scientific advances and possible medical breakthroughs.

13. This Court's Preliminary Injunction Order has also enabled UW to stay true to its public health mission. As I previously testified, ceasing to provide health care to treat gender dysphoria would undermine UW Medicine's mission and its ethical duties to its patients and to the community that it serves. At the same time, UW School of Medicine receives hundreds of

DECLARATION OF TIMOTHY H. DELLIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

millions of dollars in federal research grants that are also critical to UW's public health mission. This Court's Preliminary Injunction Order has ensured that UW School of Medicine would not be stripped of critical federal research grants simply because it provides lawful healthcare services, consistent with the standards of care, to underserved populations in Washington State.

14. UW Medicine physicians practice in a health care ecosystem that is broader than UW Medicine itself. Our physicians routinely receive referrals from, and refer patients to, providers both inside and outside UW Medicine's system of hospitals and clinics. For instance, Seattle Children's Hospital serves as the pediatric referral center for the Pacific Northwest providing excellent pediatric care to meet the medical, surgical and developmental needs of children in the WWAMI region (Washington, Wyoming, Alaska, Montana, and Idaho). As it relates to minor and young-adult patients including those with gender dysphoria, this can include referrals to physicians and clinicians at Seattle Children's Hospital, mental health providers in their communities, and many others statewide. If the Court were to limit its injunction to only those institutions operated directly by Washington State itself, that would ignore the interconnected nature of medical and therapeutic care, especially for complex or ongoing conditions, that our care teams provide.

15. Further, Seattle Children's Hospital serves as the primary teaching, clinical and research site for the Department of Pediatrics at the University of Washington School of Medicine. In the context of gender-affirming care, this ensures that UW Pediatric residents receive top-notch training and clinical experience in treating adolescents with gender dysphoria. If Seattle Children's Hospital felt forced by the federal government to cease providing this care, this would directly impact the education and clinical experience of UW School of Medicine's pediatric faculty, fellows, and residents.

16. Finally, if this Court were to stay its Preliminary Injunction Order, UW School of Medicine expects the chaos from earlier this year to resume, with researchers once again

DECLARATION OF TIMOTHY H. DELLIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

having their medical research grants terminated midstream pursuant to EOs 14168 or 14187. Or worse, the federal government could begin stripping *all* federal research grants from medical institutions that provide gender-affirming care pursuant to Section 4 of EO 14187.

17. Such chaos harms not only the educational, research, and health care missions of the UW School of Medicine, but also public health. If federal research grant funding to UW School of Medicine is suddenly frozen or ended, key research projects would be left unfinished, putting future medical treatments and breakthroughs at risk of not being developed or discovered.

18. The alternative choice is to stop providing gender-affirming care to treat gender-dysphoria in our adolescent patients in response to the EOs. But the provision of safe, high-quality health care centered on patients and families is at the core of UW Medicine's mission. Denying medically-indicated health care to patients as a result of the EOs would irreparably harm UW School of Medicine's public health and patient-care missions.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this __15th___ day of August 2025 at Seattle, Washington.

TIMOTHY H. DELLIT, MD
CEO, UW Medicine
Executive Vice President for Medical Affairs, University of Washington
Paul G. Ramsey Endowed Dean, University of Washington School of Medicine

DECLARATION OF TIMOTHY H. DELLIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744