The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | NO. 2:25-cv-00244-LK <br><br> DECLARATION OF JEFFREY G. OJEMANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL <br><br> NOTE ON MOTION CALENDAR: August 25, 2025 |

DECLARATION OF JEFFREY G. OJEMANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Jeffrey G. Ojemann, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge as well as through Seattle Children's Hospital's ("Seattle Children's") personnel who have assisted me in gathering this information from our institution.

2. This declaration supplements my declarations dated February 5, 2025 (Dkt. #116) and February 17, 2025 (Dkt. # 177), which I incorporate here by reference.

3. Seattle Children's mission is to provide hope, care and cures to help every child live the healthiest and most fulfilling life possible, which mission is fueled significantly by our relentless commitment to innovation and research. At the forefront of pediatric medical research, Seattle Children's is working to cure childhood disease and improve outcomes for children all over the world. Seattle Children's investigators are involved in hundreds of projects that cover every phase of research, from studying how diseases work to improving investigational therapies. In 2024, Seattle Children's was awarded nearly $185 million in federal research grants with nearly 60% of all research at Seattle Children's sponsored by federal funding.

4. Seattle Children's is a teaching institution that aims to educate and inspire the next generation of faculty and staff, including through our affiliation with the University of Washington School of Medicine as a pediatric clinical training site for residents, fellows and medical students. Federal funding from the Children's Hospitals Graduate Medical Education ("CHGME") Program is essential to support the continued operation of our high-quality graduate medical training to the more than 1,000 residents and fellows who rotate through Seattle Children's each year.

5. Seattle Children's provides specialized pediatric care within a broader ecosystem of care that includes other healthcare systems; primary care providers and clinics; mental and behavioral health resources; as well as ancillary care providers like pharmacies. This ecosystem

DECLARATION OF JEFFREY G. OJEMANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

is interconnected, and significant impacts to one component within the broader system of care can have impacts on other components. For example, if one component ceases to provide care, it can cause access impacts and disruptions to other components across the system. This would be true in the case of gender-affirming care, which can often require the provision of care from providers both inside and outside Seattle Children's to serve the needs of our patients.

**Developments Since the Court Entered Its Preliminary Injunction**

6. Seattle Children's continues to face immense pressure from the federal government to stop providing gender-affirming care. Since the Court's preliminary injunction, we are aware of multiple actions by the federal government focused on the provision of gender-affirming care, including but not limited to letters from the Centers for Medicare and Medicaid Services ("CMS") to healthcare providers and state Medicaid agencies questioning the safety and appropriateness of the care; memos issued by the U.S. Attorney General and Assistant Attorney General, Civil Division, regarding enforcement priorities aimed at providers of the care; and an FBI post and HHS guidance encouraging individuals to report institutions who provide the care, all of which contributes to a heightened sense of institutional concern regarding our continued ability to provide this care. We continue to hear of other institutions throughout the United States that have decided to pause or discontinue care because of such federal actions.

**Necessity of Continued Preliminary Injunction**

7. Seattle Children's remains concerned that if the preliminary injunction is stayed, we will face the loss of some or all of our federal research funding and/or our CHGME and other educational funding because we provide gender-affirming care.

8. Without federal funding, breakthrough research will stall. An immediate federal funding cut would impact hundreds of grants that are currently underway, disrupting critical research in areas such as pediatric oncology and blood disorders, pediatric respiratory diseases, pediatric cardiology, pediatric mental and behavioral health, and pediatric neurologic disorders

DECLARATION OF JEFFREY G. OJEMANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

including seizures. Top scientists will be harder to recruit and retain. And children will wait longer for the clinical trials and advancements in care they may desperately need. Additionally, our training and education of the next generation of physicians and researchers would be negatively impacted. Such threats to our mission would likely force us to cease providing gender-affirming care services.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this ____ day of August 2025 at Seattle, Washington.

JEFFREY G. OJEMANN, MD
SVP and Chief Physician Executive
Seattle Children's Hospital

DECLARATION OF JEFFREY G. OJEMANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL
NO. 2:25-cv-00244-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744