The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

NO. 2:25-cv-00244-LK

DECLARATION OF DAVID BRUMBAUGH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL

NOTE ON MOTION CALENDAR
August 25, 2025



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

**Declaration of David Brumbaugh, M.D.**

I, David Brumbaugh, M.D., declare as follows:

1. I am over the age of eighteen, competent to testify as to the matters stated herein, and make this declaration based on my personal knowledge and experience. I submit this declaration in support of .

**A. Personal Background**

2. I am the Chief Medical Officer at Children's Hospital Colorado ("Children's Hospital"). I have served in this role since 2020. I am a board-certified physician who specializes in the field of pediatric gastroenterology.

3. As the Chief Medical Officer at Children's Hospital Colorado, my duties require me to oversee the medical staff functions of the hospital. I am responsible for the medical operations at Children's Hospital and ensuring high-quality patient care and efficient clinical operations. In collaboration with the medical staff and our administrative colleagues, I implement clinical policies and initiatives to improve healthcare delivery and patient outcomes. I also play a key role in Children's Hospital's financial management, regulatory compliance, and strategic planning for the organization's medical services.

4. Through my work at Children's Hospital Colorado, I have become familiar with how care is provided and with Children's Hospital's administration.

**B. Background on Children's Hospital**

5. Children's Hospital is the premier healthcare institution in the State of Colorado and a leading provider of pediatric healthcare across the Rocky Mountain region.

6. It was founded in 1908 and exists today as a pediatric hospital system comprised of four

hospitals and thirteen additional care sites within Colorado. Children's Hospital is ranked among the Top 10 pediatric hospitals in the United States. Children's Hospital provides a level of pediatric care that is not available at any other hospital system in Colorado.

7. Children's Hospital has developed a model of care based on the belief that all families, including the families of gender-diverse patients, should have the right to access compassionate, evidence-based expert medical care that supports each child's well-being and specific needs to thrive.

8. Children's Hospital is the primary site of practice for pediatric medical research in the State of Colorado and the surrounding region. The Department of Pediatrics is nationally ranked for National Institutes of Health funding and Children's Hospital is within the top 10 of all children's hospitals. We have more than 500 principal investigators conducting child health research, resulting in the publication of over 2200 unique child health research publications in 2024. These publications span a broad range of topics, including epidemiology, cardiology, neurology, emergency medicine, critical care, gastroenterology, surgery, infectious disease, immunology, pediatric cancer, and more.

9. When research is halted because funding is withdrawn, it not only has an immediate impact upon that particular research, but the effects can be long lasting and harmful. Research studies often cannot simply be restarted. Fewer health care professionals in training will pursue academic research career paths due to the unavailability of opportunities.

## C. Medical Care for Gender-Diverse Youth and their Families

10. Gender-affirming care is care designed to support and affirm an individual's gender

identity. It can include social, psychological, behavioral, or medical interventions, or any combination of such care.

11. I understand that gender-affirming care can significantly reduce the risks for negative health outcomes in transgender youth and, for that reason, the American Medical Association and American Psychiatric Association (amongst others) supports access to affirming and supportive treatment for trans- and gender-diverse youth, including, when indicated, puberty suppression and hormone therapies.

12. Children's Hospital often provides care to gender-diverse children, adolescents, and their families. Not all of the patients who seek services at Children's Hospital receive medical gender-affirming care.

13. Children's Hospital's model of care includes behavioral health services for patients seeking treatment of gender dysphoria. Children's Hospital offers these services within a multidisciplinary team setting that includes experts in adolescent medicine, nursing, endocrinology, behavioral health, and social work.

14. Children's Hospital has a proven record of care for its gender diverse patients. When transgender youth have access to appropriate healthcare, it protects their well-being. Social and medical transition of gender diverse people are both associated with a reduction in mental health problems. Studies have shown that transgender adolescents show poorer psychological well-being before treatment but show similar or better psychological functioning compared with cisgender peers from the general population after the start of specialized transgender care.

15. Children's Hospital also receives referrals for gender affirming care from community physicians who provide care to the population of patients with gender dysphoria. Our

providers consult with community providers who provide other pediatric care for these patients and coordinate with them in meeting the patients' overall health needs.

16. Gender-affirming care is legal in the State of Colorado. Colorado's General Assembly requires commercial insurers to include gender-affirming care, including care for minors, in its coverage.

17. Gender-affirming care, including medical gender-affirming care for minors, is currently within the scope of procedures that the federal government reimburses under the Medicaid program.

**D. Effect of the Executive Order and the Court's Preliminary Injunction**

18. I am familiar with Executive Order 14187 (January 28, 2025) entitled "Protecting Children from Chemical and Surgical Mutilation. The Executive Order targets gender affirming medical care and seeks to prohibit institutions and providers from providing a form of care that is lawful in the State of Colorado and is currently reimbursed by the Medicaid program.

19. After the Executive Order was issued, Children's Hospital determined that providing medical gender affirming care constituted an undue risk to our ability to serve our entire population of pediatric patients, not only the patients receiving treatment for gender dysphoria.

20. The Executive Order threatened Children's Hospital's ability to participate in federal funded research, which is a significant part of our mission to advance knowledge and care for pediatric patients, but it also posed risk to our ability to provide clinical services under federal payment programs. A loss of federal funding for clinical services would effectively deny tens of thousands of patients the ability to receive care.

21. Accordingly, Children's Hospital announced on February 4, 2025 that it would suspend providing medical gender affirming care for minor patients. The date of the suspension was scheduled for February 15, 2025. After that date, Children's Colorado planned to offer only behavioral gender affirming care for patients with gender dysphoria.

22. In the interim, the State of Colorado joined this lawsuit, and the Court entered orders enjoining the Executive Order, including extending its protections to the State of Colorado. The preliminary injunction provides a degree of protection to Children's Hospital allowing it to provide ongoing medical gender affirming care to its patients. Without the preliminary injunction having been issued, Children's Hospital likely would not have continued to provide medical gender affirming care to these patients.

23. Nonetheless, the current administration's actions taking in pursuit of the Executive Order have affected Children's Hospital's ability to provide gender affirming care. At the beginning of the year, Children's Hospital had a six-month waitlist for gender affirming care intake appointments. There is no longer a waitlist for these services. Patients fear that their medical information will be disclosed. Our providers fear that they will be the subject of investigations.

24. Children's Colorado continues to closely monitor actions being taken by the current administration related to gender affirming care, which have included ongoing efforts to terminate research funding across the country for studies that affect the gender diverse community, threatened investigations under the False Claims Act, and proposed regulatory actions.

25. These combined actions make providing gender affirming care challenging, even though Children's Hospital provides care that is both lawful and consistent with evidence-based

medical practice. Children's Hospital will continue to assess these actions (and any new actions) in determining whether it can continue to provide medical gender affirming care. The Court's preliminary injunction, and the ongoing availability of it, is one of the factors that Children's Hospital must consider when making these determinations. If the preliminary injunction is not continued, Children's Hospital is less likely to be able to provide medical gender affirming care.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on August 15, 2025:

David Brumbaugh, M.D.