[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINTON

STATE OF WASHINGTON, et al.,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants.*

Case No. 2:25-cv-00244-LK

**NOTICE OF WITHDRAWAL**

### TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of the undersigned as an attorney for the Plaintiff, Commonwealth of Massachusetts, in the above-entitled action.

October 16, 2025

Respectfully submitted.

PHILIP J. WEISER
ATTORNEY GENERAL OF COLORADO

*/s/ Lauren Peach*
Lauren Peach, CO Reg. No. 49234
First Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6156
Lauren.Peach@coag.gov

*Attorney for Plaintiff State of Colorado*